# Exhibit B

| | |
|---|---|
| **From:** | Jordan A. Finfer |
| **To:** | Casey, Matthew |
| **Cc:** | McColgan, Arthur |
| **Subject:** | RE: Sgariglia v. American International Relocation Services, LLC, et al.; Cook Co. Case No 2019 CH 07429 |
| **Date:** | Wednesday, August 7, 2019 8:25:04 PM |
| **Attachments:** | image001.png |

Matt —

Sorry for the delayed response.  I was waiting to hear back from my clients.  The Gonring's consent to the removal and are residents of Michigan.

Regards,
Jordan

---

# |P |F |S |

**Jordan A. Finfer,**
**Direct. (312) 205.4462**
**Cell. (847) 899.2688**
**email. jfinfer@pfs-law.com**

**PATZIK, FRANK & SAMOTNY LTD.**
200 South Wacker Drive - Suite 2700
Chicago, Illinois 60606
Tel. (312) 551.8300 Fax. (312) 551.1101
www.pfs-law.com

*"WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE."*

**CONFIDENTIAL AND PRIVILEGED:** This email message (including any attachments hereto) contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in the message. If you have received this message in error, please advise the sender by reply email and delete this message.

---

**From:** Casey, Matthew <MCasey@walkerwilcox.com>
**Sent:** Friday, August 2, 2019 3:11 PM
**To:** Jordan A. Finfer <jfinfer@pfs-law.com>
**Cc:** McColgan, Arthur <AMcColgan@walkerwilcox.com>
**Subject:** Sgariglia v. American International Relocation Services, LLC, et al.; Cook Co. Case No 2019 CH 07429

Jordan,

It was a pleasure speaking with you earlier. As I mentioned on our two phone calls, I represent Defendant American International Services Solutions, LLC ("AIREs") in the above-referenced case filed in Cook County, and it is AIREs's intention to remove the case to federal court based on diversity of citizenship. You indicated that you would consent to AIREs's notice of removal and confirm that with your clients, Nicholas and Kelsey Gonring, who are residents of Michigan. After speaking with them, can you please confirm the following:

(1) Defendants Nicholas Gonring and Kelsey Gonring (named "Kelly" in the complaint) consent to the removal.
(2) The Gonrings are residents of Michigan.

We are hoping to file our notice of removal by Friday, August 9, 2019. Please feel free to contact me at this email address or the number below if you would like to discuss the matter further. Thank you.

Matt

**Matthew W. Casey** Attorney

One North Franklin, Suite 3200, Chicago, IL 60606
312.244.6722 | mcasey@walkerwilcox.com



CONFIDENTIALITY NOTICE: This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the recipient named. If you are not the named recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.