## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Melinda Sgariglia v. American International Relocation Services, LLC, et al.

Case Number: 1:19-cv-05684

An appearance is hereby filed by the undersigned as attorney for:
2726 West Cortez Condominium and John Gorr

Attorney name (type or print): David A. Eisenberg

Firm: Loftus & Eisenberg, Ltd.

Street address: 161 N. Clark St., Suite 1600

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6292764
(See item 3 in instructions)

Telephone Number: (312) 899-6625

Email Address: david@loftusandeisenberg.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 29, 2020

Attorney signature: S/ David A. Eisenberg

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015