11/13/2019

UWM Alumni Association Mail - Fw: engineer report



Maillard Reaction <ngonring@uwmalumni.com>

## Fw: engineer report
13 messages

**john gorr** <jgorr1@msn.com>
To: "brown14702000@yahoo.com" <brown14702000@yahoo.com>, "kelseygonring@gmail.com" <kelseygonring@gmail.com>, "ngonring@uwmalumni.com" <ngonring@uwmalumni.com>

Mon, Dec 4, 2017 at 9:51 PM

Hey guys, just wanted to forward the results of the inspection from the building insurance claim I put in for the water damage at my unit. The conclusion that the engineer came to was that the water damage is due to improper flashing at my windows and doors. They recommend "exploratory openings in the masonry where the water infiltration is occurring and install proper flashing. All cracks in the masonry and other deficiencies should be addressed at that time."

Most of the water issues at my place are above windows and doors, which is where the water would collect and leak into my unit. There were also some cracks above my back door that caused significant damage above my back door.

I have a quote coming in any day from a masonry guy that specializes in this area and deals with alot of split-face block issues. Also I'm having another contractor come inspect on Saturday to give a quote, you guys should come up and see what he says. After 5 years of being unable to solve this with minor fixes, I believe we have to move forward with the large repair. Based on everything I've learned so far, my thought is the following:

1. Inspect flashing at windows and doors. Remove a few bricks at one window and determine if flashing is appropriate. If not adequate, repair flashing above all 3rd floor windows and doors.

2. Tuck-point the split-face block (north, west, and east sides) at 3rd floor level to repair masonry cracks. Determine if more tuck-pointing should be performed anywhere else.

3. Apply a warrantied sealant to the exterior at my level, at least, and potentially just seal the whole building.

Now, this could change based on the next few quotes. It's just what I believe is the best course of action right now.

I've done everything I can over the years to repair on my own and it's just getting worse every year. At this point I believe it needs to become a building issue. To the best of my knowledge, it appears to me that the Condo documents would include this as a common element repair and would be paid for by the association. This also means it breaks down by unit percentage. (44% Unit 1, 26% Unit 2, 30% Unit 3)

I understand that this is a big thing to drop on you guys and I'd like for everyone to weigh in on it. If I could pay for it myself I would love to, but it's a bit out of my hands at this point. Let me know what you think.

John

**From:** Ehlers, Michael A. <Michael.Ehlers@ERieInsurance.com>
**Sent:** Wednesday, November 29, 2017 4:23 PM
**To:** john gorr
**Subject:** engineer report

Mr. Gorr,

I have been authorized to send out the report finalized by Engineering Systems, Inc. Unfortunately based on this report there is no coverage under the policy for the repairs to the building. Our denial letter will be send out under separate cover.

Regards,

**Mike Ehlers, AIC**

Property Adjuster II

P.O. Box 2410

East Peoria, IL. 61611-0410

708/465-0235-cell

888/339-3743-fax

Michael.ehlers@erieinsurance.com


Erie Insurance
Above all in S    since 1925

Find us on Facebook

**Disclaimer**

This message (and any attachments) is confidential and is intended only for the addressee(s). This message may contain information that is protected by one or more legally re ognized privileges. If the reader of this message is not the intended recipient, I did not intend to waive, and I do not waive, any legal privilege or the confidentiality of the message. If you receive this message in error, please notify me immediately by return e-mail and delete this message from your computer and network without saving it in any manner. The unauthorized use, dissemination, distribution, or reproduction of this message, including attachments, is prohibited and may be unlawful.

**ESi Report.pdf**
2288K

https: mail.google.com mail/u/1?ik=fc7231cc64&view=pt&search=all&permthid=thread-f%3A1585910669483433262&simpl=msg-f%3A15859106694... 2/11

GONRING000041