# IN THE UNITED STATES DISRICT COURT
## FOR THE NORTHERN DISTRICT OF
## ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | 1:19-cv-05684 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Robert M. Dow |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| RELOCATION SERVICES, LLC, D.B.A. | ) | |
| AIRES, AN ILLINOIS LIMITED LIABILITY | ) | |
| CORPORATION, | ) | |
| NICHOLAS GONRING & KELSEY GONRING, | ) | |
| | ) | |
| Defendants. | ) | |
| NICHOLAS GONRING & KELSEY GONRING, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 2726 WEST CORTEZ CONDOMINIUM, AN | ) | |
| ILLINOIS CORPORATION, & JOHN GORR, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## THIRD-PARTY DEFENDANTS'
## SUMMARY JUDGMENT MOTION AS TO THIRD-PARTY COMPLAINT

Third-Party Defendants, 2726 WEST CORTEZ CONDOMINIUM and JOHN GORR, by

their attorneys, respectfully move this Court for Summary Judgment under Rule 56(a) of the

Federal Rules of Civil Procedure. This Motion is based on the Memorandum of Law submitted in

support thereof, all other pleadings of record, and such additional evidence or argument that may

be presented at a hearing on this matter.

Respectfully submitted,
**2726 WEST CORTEZ CONDOMINIUM and JOHN GORR**
Third-Party Defendants

By: __*/s/ David A. Eisenberg*_____
      One of Their Attorneys

David Eisenberg, Esq.
Alexander Loftus, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark St., Suite 1600
Chicago, Illinois 60601
T: 312.899.6625
david@loftusandeisenberg.com
alex@loftusandeisenberg.com

Dated: September 22, 2021