**IN THE UNITED STATES DISRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | 1:19-cv-05684 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Robert M. Dow |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| RELOCATION SERVICES, LLC, D.B.A. | ) | |
| AIRES, AN ILLINOIS LIMITED LIABILITY | ) | |
| CORPORATION, | ) | |
| NICHOLAS GONRING & KELSEY GONRING, | ) | |
| | ) | |
| Defendants. | ) | |
| NICHOLAS GONRING & KELSEY GONRING, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 2726 WEST CORTEZ CONDOMINIUM, AN | ) | |
| ILLINOIS CORPORATION, & JOHN GORR, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**THIRD-PARTY DEFENDANTS' STATEMENT OF UNCONTESTED MATERIAL
FACTS ("DSUMF")**

1.  Prior to July 25, 2018, the Gonrings owned Unit 1 in a three-condo building located at 2726 W. Cortez Ave., Chicago, IL (the "building"). (Third-Party Cplt. ¶¶ 9 &10 ECF 55.)

2.  Gorr is the owner of Unit 3 in the building and, at relevant times, the president of the Association. (*Id.* ¶ 3.)

3.  In December 2017, Gorr notified the other condo owners that his unit was experiencing water infiltration from a common element in the building, and requested that the condo association pay for remediation. (*Id.* ¶¶ 14 & 15.)

4.      In the spring of 2018, the Gonrings relocated to Michigan for work and retained the relocation firm of American International relocation Services ("AIRES") to handle aspects of their relocation, including the sale of their condo unit. (*Id.* ¶ 26.)

5.      On May 7, 2018, after retaining a restoration firm to determine the source of the water infiltration, the Association hired the firm of Arrow Masonry and Exteriors, Inc. ("Arrow") to remediate water infiltration into Gorr's unit. (*Id.* ¶ 20.)

6.      Because the restoration firm had determined that the water was entering Gorr's unit through a flaw in one of the common areas, the Association agreed to treat the cost of repair as an Association expense and declared a special assessment to be paid by the three condo owners based upon their *pro rata* shares of ownership in the Building, thereby fully funding the cost of repair. (*Id.*)

7.      On June 4, 2018, when Arrow completed its work, Gorr believed that the water infiltration problem with his unit had been fully remediated and that no further work was needed. (Gorr Afdt. ¶ 6, Exhibit "1" hereto.)

8.      Four days after Arrow completed its work, on June 8, 2018, Plaintiff, Sgariglia, signed a contract to purchase the Gonrings' unit, in connection with the Gonrings submitted a written disclosure form to the Sgariglia, which they signed, and made additional representations through their attorney. (Third-Party Cplt. ¶ 28; Cplt. ¶¶ 8-15 & Exhibit B-1 & B-2 thereto, ECF Docs. 1 & 1-1.)

9.      On June 14, 2018, as part of the contract, and as statutorily required by 765 ILCS 605/22.1, Gorr, as the Association president, prepared and signed a Section 22.1 Disclosure Statement (the "Disclosure Statement"). (Third-Party Cplt. ¶¶ 31-33 & Exhibit B thereto at 2.)

10. The Disclosure Statement stated, among other things, that there were no "capital expenditures anticipated by the Association for the current or next two fiscal years that would require a special assessment and/or increase in the monthly assessment to the unit owners." (Exhibit B to Third-Party Cplt. ¶ 4.)

11. Five days after issuing the Disclosure Statement, on June 19, 2018, Gorr listed his unit for sale. (Exhibit "1" ¶ 9.)

12. On June 26, 2019, nearly two weeks after issuing the Disclosure Statement to Sgariglia, Gorr entered into a sales contract for his unit. (*Id.* ¶ 10.)

13. The sales contract provided that the sale was contingent upon a satisfactory home inspection. (*Id.* ¶ 11.)

14. However, three days after signing the contract, the inspector hired by the buyer found an excessive amount of moisture in the unit. (*Id.* ¶ 12.)

15. The purchaser notified Gorr of the inspector's findings and voided the sale. (*Id.* ¶ 13.)

16. Still unaware of the existence of mold in his unit, Gorr relisted the unit. (*Id.* ¶ 14.)

17. However, a second contract also failed, based upon an inspection report issued on July 22, 2018, which also found excessive amount of moisture in Gorr's unit. (*Id.* ¶ 15 & Exhibit "A" thereto at 1, 4, 6, 8, 12, 16.)

18. While both of the inspection reports found evidence of excessive moisture, neither report identified mold growth in the unit. (*Id.* ¶ 16 & Exhibit "A" thereto.)

19. On July 31, 2018, as a result of the two failed inspection reports, Gorr hired MI&T Mold Inspection Testing, who found that the unit tested positive for mold. (*Id.* ¶ 17.)

20. As a result, Gorr decided to replace some of the floorboards. (*Id.* ¶ 18.)

21. On September 7, 2018, the floorboards were removed, and Gorr first discovered that the subflooring was severely damaged and that mold was growing behind the walls. (Exhibit "1" ¶ 19.)

22. On September 7, 2018, Gorr transmitted this information to Plaintiff and the owner of Unit 2 in the building. (Exhibit C to Third-Party Cplt. at 4.)

23. On June 20, 2019, Sgariglia filed a Complaint against both the Gonrings and AIRES, alleging claims of: statutory violation of the Illinois Residential Real Property Disclosure Act by the Gonrings (ECF Doc. 1-1 ¶¶ 35-38); fraudulent concealment by both Defendants (*id.* ¶¶ 39-46); and, breach of contract through breach of the covenant of good faith and fair dealing by both Defendants (*id.* ¶¶ 47-49).

24. Count I alleged a knowing violation of the Illinois Residential Real Property Disclosure Act by the Gonrings for failing to disclosure known defects in the building or the existence of prior insurance claims within the prior five years. (ECF Doc. 1-1 ¶¶ 35-38.)

25. Count II alleged fraudulent concealment by both Defendants. (ECF Doc. 1-1 ¶¶ 39-46.)

26. Count III alleged an intentional breach of contract through a breach of the covenant of good faith and fair dealing by both Defendants. (*Id.*) Each of the three claims alleges an intentional tort. (DSUMF ¶ 26.)Each of the three claims alleges an intentional tort. (ECF Doc. 1-1 ¶¶ 47-49.)

27. The Gonrings filed their Third-Party Complaint on June 12, 2020. (ECF Doc. 55 at 1.)

Respectfully submitted,
**2726 WEST CORTEZ CONDOMINIUM and JOHN GORR**
Third-Party Defendants

By: ___/s/ David A. Eisenberg_____
            One of Their Attorneys

David Eisenberg, Esq.
Alexander Loftus, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark St., Suite 1600
Chicago, Illinois 60601
T: 312.899.6625
david@loftusandeisenberg.com
alex@loftusandeisenberg.com

Dated:  September 22, 2021

Exhibit 1

**IN THE UNITED STATES DISRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | 1:19-cv-05684 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Robert M. Dow |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| RELOCATION SERVICES, LLC, D.B.A. | ) | |
| AIRES, AN ILLINOIS LIMITED LIABILITY | ) | |
| CORPORATION, | ) | |
| NICHOLAS GONRING & KELSEY GONRING, | ) | |
| | ) | |
| Defendants. | ) | |
| NICHOLAS GONRING & KELSEY GONRING, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 2726 WEST CORTEZ CONDOMINIUM, AN | ) | |
| ILLINOIS CORPORATION, & JOHN GORR, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**AFFIDAVIT OF JOHN GORR**

I, John Gorr, hereby declare pursuant to 28 U.S.C. § 1746:

1.      I am over 18 years of age and competent to testify to the matters set forth below, of which I have personal knowledge.

2.      At all relevant times, I owned Unit 3 in a three-condo building located at 2726 W. Cortez Ave., Chicago, IL (the "Building") and was the president of the Building's condo association (the "Association").

3.      In or shortly before December 2017, I notified the other condo owners that my unit was experiencing water infiltration from a common element in the building and requested that the Association pay for remediation.

4.      On May 7, 2018, after retaining a restoration firm to determine the source of the water infiltration, the Association hired the firm of Arrow Masonry and Exteriors, Inc. ("Arrow") to remediate water infiltration into my unit.

5.      Because the restoration firm had determined that the water was entering my unit through a flaw in one of the common areas, the Association agreed to treat the cost of repair as an Association expense and declared a special assessment to be paid by the three condo owners based upon their *pro rata* shares of ownership in the Building, thereby fully funding the cost of repair.

6.      On June 4, 2018, when Arrow completed its work, I believed that the water infiltration problem with my unit had been fully remediated and that no further work was needed.

7.      On June 14, 2018, as part of the contract between Melinda Sgariglia and Nicholas and Kelsey Gonring for Sgariglia to purchase Unit 1 in the Building, and as statutorily required by 765 ILCS 605/22.1, as the Association president, I prepared and signed a Section 22.1 Disclosure Statement (the "Disclosure Statement").

8.      The Disclosure Statement stated, among other things, that there were no "capital expenditures anticipated by the Association for the current or next two fiscal years that would require a special assessment and/or increase in the monthly assessment to the unit owners."

9.      Five days after issuing the Disclosure Statement, on June 19, 2018, I listed my unit for sale.

10.     On June 26, 2019, nearly two weeks after issuing the Disclosure Statement to Sgariglia, I entered into a sales contract to sell my unit.

11. The sales contract provided that the sale was contingent upon a satisfactory home inspection.

12. However, three days after signing the contract, the inspector hired by the buyer found an excessive amount of moisture in my unit.

13. The purchaser notified me of the inspector's findings and voided the sale. I was never provided a copy of the inspection report.

14. Still unaware of the existence of mold in my unit, I relisted the unit for sale.

15. However, a second contract also failed, based upon an inspection report issued on July 22, 2018, which also found excessive amount of moisture in my unit. (See Report 2, Exhibit "A" hereto at 1, 4, 6, 8, 12, 16.)

16. While both of the inspection reports found evidence of excessive moisture, neither report identified mold growth in the unit. (Exhibit "A".)

17. On July 31, 2018, as a result of the two failed inspection reports, I hired MI&T Mold Inspection Testing, who found that my unit tested positive for mold.

18. As a result, I decided to replace some of the floorboards.

19. On September 7, 2018, the floorboards were removed and I first discovered that the subflooring was severely damaged and that mold was growing behind the walls.

20. On September 7, 2018, I transmitted this information to Sgariglia and the owner of Unit 2 in the Building.


Dated: _____, 2020          _____
                                                                    John Gorr

# Exhibit A



# 2726 W Cortez St Unit 3, Chicago, IL 60622

**Inspection Date:**
07/22/2018

**Prepared For:**
Wertz, Kyle

**Prepared By:**
**Private I. Home Inspections**
**Addison IL 60101**

**630-669-9797**
**privateihi@gmail.com**

**Report Number:**
9300

**Inspector:**
Ryan Lawrence

© 2018 **Private I**. Home Inspections

# Report Overview

## THE HOUSE IN PERSPECTIVE

## CONVENTIONS USED IN THIS REPORT

**SATISFACTORY** - Indicates the component is functionally consistent with its original purpose but may show signs of normal wear and tear and deterioration.

**MARGINAL** - Indicates the component will probably require repair or replacement anytime within five years.

**POOR** - Indicates the component will need repair or replacement now or in the very near future.

**MAJOR CONCERNS** - A system or component that is considered significantly deficient or is unsafe.

**SAFETY HAZARD** - Denotes a condition that is unsafe and in need of prompt attention.

## THE SCOPE OF THE INSPECTION

All components designated for inspection in the Illinois Standards of Practice are inspected, except as may be noted in the "Limitations of Inspection" sections within this report.

It is the goal of the inspection to put a home buyer in a better position to make a buying decision. Not all improvements will be identified during this inspection. Unexpected repairs should still be anticipated. The inspection should not be considered a guarantee or warranty of any kind.

*Client also understands and agrees that any component of the property that is obstructed from view is deemed not inspected and inspector cannot be held responsible for item.*

**ASSOCIATIONS / COMMON AREAS:**
It is recommended that you read in full the bylaws of the Association and to understand who is responsible for the repair, replacement or maintenance of those common areas.

It is also recommended that you check with the Association for any upcoming special assessment fees before closing on the property.

Please refer to the pre-inspection contract for a full explanation of the scope of the inspection.

## BUILDING DATA

| | |
|---|---|
| Approximate Age: | 5-10 years |
| Style: | Condominium |
| General Appearance: | Satisfactory |
| Main Entrance Faces: | North |
| Weather Condition: | Cloudy |
| Temperature: | 73° |
| Ground cover: | Damp |
| State of Occupancy | Occupied |

# RECEIPT INFORMATION





**Addison, IL.**
**630-669-9797**

---

**RECEIPT**

Inspection Date:     7-22-18
Inspection Number:   9300
Client Name:      Wertz, Kyle
Inspection Address:   2726 W Cortez St Unit 3, Chicago, IL 60622
Inspected by:       Ryan Lawrence

Paid by:        Credit Card     $400

☑ = Components of home that are not operating, major concerns, potential safety hazards, or that are deficient.

---

## *GROUNDS* (Common Areas)

### SERVICE WALKS
| | | | |
|---|---|---|---|
| | ☐ None | ☐ Not visible | ☐ *Public sidewalk needs repair* |
| **Material:** | ☑ Concrete | ☐ Flagstone | ☐ Gravel | ☐ Brick | ☐ |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Trip Hazard* | ☐ Typical cracks |
| | ☐ *Pitched towards home* | | | ☐ *Settling cracks* |

### DRIVEWAY/PARKING
| | | | |
|---|---|---|---|
| | ☐ None | ☐ Not visible | |
| **Material:** | ☐ Concrete | ☐ Asphalt | ☐ Gravel/Dirt | ☐ Brick | ☐ |
| **Condition:** | ☐ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Settling Cracks* | ☐ Typical cracks |
| | ☐ *Pitched towards home* **(See remarks)** | | | ☐ *Trip hazard* | ☐ Fill cracks and seal |

### PORCH *(covered entrance)*
| | | | |
|---|---|---|---|
| | ☑ None | ☐ Not visible | |
| **Support Pier:** | ☐ Concrete | ☐ Wood | ☐ | |
| **Condition:** | ☐ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Railing/Balusters recommended* |
| **Floor:** | ☐ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Safety Hazard* |

### STOOPS/STEPS
| | | | |
|---|---|---|---|
| | ☐ None | ☐ *Uneven risers* | ☐ *Rotted/Damaged* | ☑ *Cracked* | ☐ *Settled* |
| **Material:** | ☑ Concrete | ☐ Wood | ☐Brick | ☑ *Railing/Balusters recommended* |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☑ *Safety Hazard* |

### PATIO
| | | | |
|---|---|---|---|
| | ☑ None | | | |
| **Material:** | ☐ Concrete | ☐ Flagstone | ☐ Kool-Deck® | ☐ Brick | ☐Block |
| **Condition:** | ☐ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Settling Cracks* | ☐ *Trip hazard* |
| | ☐ *Pitched towards home* **(See remarks)** | | | ☐ Drainage provided | ☐ Typical cracks |

### DECK/BALCONY *(flat, floored, roofless area)*
| | | | |
|---|---|---|---|
| | | ☐ None | ☐ Not visible | |
| **Material:** | ☑ Wood | ☐ Metal | ☐ Composite | ☐Concrete |
| **Finish:** | ☐ Treated | ☑ Painted/Stained | | ☐ *Railing/Balusters recommended* |
| | ☑ *Safety Hazard* | ☐ *Improper attachment to house* | | ☐ *Railing loose* |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Wood in contact with soil* |
| | ☐Recommend updating the deck & its components to the current best practice (From AWC DCA 6) |

### DECK/PATIO/PORCH COVERS
| | | | |
|---|---|---|---|
| | ☑ None | ☐ *Earth to wood contact* | ☐ *Moisture/Insect damage* |
| **Condition:** | ☐ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Posts/Supports need Repair* |
| **Recommend:** | ☐ Metal Straps/Bolts/Nails/Flashing | ☐ *Improper attachment to house* |

### FENCE/WALL
| | | | |
|---|---|---|---|
| | ☑ Not evaluated | ☐ None | |
| **Type:** | ☐ Brick/Block | ☐ Wood | ☐ Metal | ☐ Chain Link | ☐ *Rusted* | ☐ Vinyl |
| **Condition:** | ☐ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ *Loose Blocks/Caps* |
| **Gate:** | ☐ N/A | ☐ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Planks missing/damaged* |

### LANDSCAPING AFFECTING FOUNDATION **(See remarks)**
| | | | |
|---|---|---|---|
| **Negative Grade:** | ☐ East | ☐ West | ☐ North | ☐ South | ☐ All sides | ☑ Satisfactory |
| | ☐ *Recommend additional backfill* | ☐ Recommend window well covers | ☐ Trim back trees/shrubberies |
| | ☐ *Wood in contact with/improper clearance to soil* |

### RETAINING WALL
| | | | |
|---|---|---|---|
| | ☑ None | ☐ *Drainage holes recommended* | |
| **Condition:** | ☐ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Safety Hazard* | ☐ *Leaning/cracked/bowed* |
| (Relates to the visual condition of the wall) | | | | |

### HOSE BIBS
| | | | |
|---|---|---|---|
| | ☐ None | ☐ No anti-siphon valve | |
| **Operable:** | ☑ Yes | ☐ No | ☐ Not tested | ☐ Not on |

### GENERAL COMMENTS

Some damaged & warped wood is apparent on the roof deck & balcons in areas
Deck & balcony wood is in need of painting or staining maintenance
Proper railings are needed around the exterior front steps

**This confidential report is prepared exclusively for**
© 2018 **Private I** Home Inspections

## *ROOF* (Common Areas)

| ROOF VISIBILITY | ☐ All | ☐ Percent | ☑ None | ☑ Limited by: Roof decking |
|---|---|---|---|---|

| INSPECTED FROM | ☑ Roof | ☐ Ladder at eaves | ☐ Ground with binoculars (*Inspection Limited*) |
|---|---|---|---|

**STYLE OF ROOF**

| **Type:** | ☐ Gable | ☐ Hip | ☐ Mansard | ☐ Shed | ☑ Flat |
|---|---|---|---|---|---|
| **Pitch:** | ☐ Low | ☐ Medium | ☐ Steep | ☑ Flat | |
| **Roof #1** | Type: Single ply | | Layers: Unknown | Approx. age10-15 +Yrs. | |

**VENTILATION SYSTEM**  **Type:** ☐ Soffit ☐ Ridge ☐ Gable ☐ Roof ☐ Turbine ☐ Powered
**Ventilation Present:** ☐ Yes ☑ No ☐

**(See Interior remarks)**

**FLASHING**  **Material:** ☐ Not visible ☐ Galv/Alum ☐ Asphalt ☐
☐ Copper ☐ Foam ☐ Rubber ☐ Lead
**Condition:** ☑ Not visible ☐ Satisfactory ☐ Marginal ☐ Poor ☐ *Rusted* ☐ **Missing**
☐ *Separated from chimney/roof* ☐ *Recommend Sealing*

**VALLEYS**  ☐ N/A  **Material:** ☑ Not Visible ☐ Galv/Alum ☐ Asphalt ☐ Lead
☐ Copper ☐
**Condition:** ☐ Not visible ☐ Satisfactory ☐ Marginal ☐ Poor
☐ *Holes* ☐ **Rusted** ☐ *Recommend Sealing*

**CONDITION OF ROOF COVERINGS**

| | **Roof #1:** | ☐ Satisfactory | ☐ Marginal | ☐ Poor |
|---|---|---|---|---|
| | **Roof #2:** | ☐ Satisfactory | ☐ Marginal | ☐ Poor |
| | **Roof #3:** | ☐ Satisfactory | ☐ Marginal | ☐ Poor |

| **Condition:** | ☐ Curling | ☐ Cracking | ☐ Ponding | ☐ Burn Spots | ☐ Broken/Loose Tiles/Shingles |
|---|---|---|---|---|---|
| | ☐ Nail popping | ☐ Granules missing | ☐ Alligatoring | ☐ Blistering | ☐ Missing Tabs/Shingles/Tiles |
| | ☐ Moss/Mold buildup | | ☐ Exposed felt | ☐ Cupping | ☐ Incomplete/Improper Nailing |
| | ☐ *Recommend roofer evaluate* | | ☐ *Evidence of Leakage* | | |

**SKYLIGHTS**  ☑ N/A  ☐ Not visible  ☐ *Cracked/Broken*
**Condition:**  ☐ Satisfactory  ☐ Marginal  ☐ Poor

**PLUMBING VENTS**  ☐ Not Visible ☑ Yes ☐ No ☑ Satisfactory ☐ Marginal ☐ Poor

*Conditions reported above reflect underline visible portion only. See additional Comments*

**GENERAL COMMENTS**

Roof inspection was not visibile due to roof decking
Wood rot is evident around the roof deck door

## EXTERIOR **(Common Areas)**

**CHIMNEY(S)** ☑ None    Location(s):
**Viewed From:** ☐ Roof    ☐ Ladder at eaves    ☐ Ground with binoculars (*Inspection Limited*)
**Rain Cap/Spark Arrestor:** ☐ Yes    ☐ No    ☐ *Recommended*
**Chase:** ☐ Brick    ☐ Stone    ☐ Metal    ☐ Blocks    ☐ Framed
**Evidence of:** ☐ Holes in metal    ☐ Cracked chimney cap    ☐ Loose mortar joints    ☐ Flaking    ☐ Loose Brick    ☐ Rust
**Flue:** ☐ Tile    ☐ Metal    ☐ *Unlined*    ☑ Not visible
**Evidence of:** ☐ Scaling    ☐ Cracks    ☐ Creosote    ☑ *Not evaluated (See remarks page)*
   ☐ *Have flue(s) cleaned and re-evaluated*    ☐ Recommend Cricket/Saddle/Flashing for the chimney
**Condition:** ☐ Satisfactory    ☐ Marginal    ☐ Poor    ☐ Rain cap is needed for the chimney flue

**GUTTERS**    ☐ None    ☐ *Needs to be cleaned*    ☐ *Downspouts needed*
**Material:** ☑ Galvanized/Aluminum    ☐ Vinyl/Plastic    ☐ Copper    ☐ Gutters need to be cleaned
**Condition:** ☑ Satisfactory    ☐ Marginal    ☐ Poor    ☐ *Rusting*
**Leaking:** ☐ Corners    ☐ Joints    ☐ *Hole in main run*
**Attachment:** ☐ *Loose*    ☐ *Missing spikes*    ☐ *Improperly sloped (See remark)*
**Extension needed:** ☐ North    ☐ South    ☐ East    ☐ West    ☐ All sides

**SIDING**                                                       **(*See remarks page)**
**Material:** ☐ Stone    ☐ Slate    ☑ Brick    ☐ Fiberboard    ☐ Fiber-cement    ☐ Stucco
   ☐ EIFS* Not Inspected    ☐ Vinyl    ☐ Wood–like    ☐ Metal    ☑ Block
   ☐ Typical cracks    ☐ Peeling paint    ☐ *Monitor*    ☐ *Wood rot*    ☐ *Loose/Missing/Holes*
**Condition:** ☑ Satisfactory    ☐ Marginal    ☐ Poor    ☐ *Recommend repair/painting*

**1.)TRIM 2.)SOFFIT 3.)FASCIA 4.)FLASHING**
**Material:** ☑ Wood    ☐ Fiberboard    ☑ Aluminum/Steel    ☐ Vinyl    ☐ Stucco
   ☐ *Recommend repair/painting*    ☐ *Damaged wood*
**Condition:** ☑ Satisfactory    ☐ Marginal    ☐ Poor

☐ Recommend painting all exterior wood surfaces    ☐ Recommend painting some exterior wood surfaces

**CAULKING**
**Condition:** ☑ Satisfactory    ☐ Marginal    ☐ Poor
   ☐ Recommend caulking around windows/doors/masonry ledges/corners/utility penetrations

**WINDOWS & SCREENS**    ☑ Insulated glass
**Material:** ☐ Wood    ☐ Metal    ☐ Vinyl    ☑ Aluminum/Vinyl Clad
**Screens:** ☐ Torn    ☐ Bent    ☐ Not installed    ☐ Glazing Compound/Caulk needed
**Condition:** ☑ Satisfactory    ☐ Marginal    ☐ Poor    ☐ *Wood rot*    ☐ *Recommend repair/painting*
   ☑ All glass where required should be tempered glass

**STORMS WINDOWS**    ☑ None    ☐ Not installed    ☐ Wood    ☐ Clad comb.    ☐ Wood/metal comb.    ☐ Metal
**Putty:** ☐ Satisfactory    ☐ *Needed*    ☐ N/A
**Condition:** ☐ Satisfactory    ☐ *Broken/cracked*    ☐ *Wood rot*    ☐ *Recommend repair/painting*

**SLAB-ON-GRADE/FOUNDATION**
**Foundation Wall:** ☐ Concrete block    ☑ Poured concrete    ☐ Not visible    ☐
**Condition:** ☑ Satisfactory    ☐ Marginal    ☐ Monitor    ☐ Have Evaluated
**Concrete Slab:** ☐ Satisfactory    ☐ Marginal    ☐ Monitor    ☐ Have Evaluated

Condition reported above reflect <u>visible</u> portion only.
☑ **Check with association for any upcoming special assessments or fees**
☐ All installed radon systems should be properly tested

**GENERAL COMMENTS**

Split block siding has had problems with water intrusion, check to see if the block has been recently sealed

**This confidential report is prepared exclusively for**
© 2018 **Private I** Home Inspections

*EXTERIOR* **(Common Areas)**

| **SERVICE ENTRY** | ☐ Underground | ☑ Overhead | ☐ *Weather head/mast needs repair* |
|---|---|---|---|
| **Exterior receptacles:** | ☑ Yes | ☐ No | |
| | | **Operable:** ☐ Yes ☐ No | ☐ *Overhead wires too low* |
| **GFCI present:** | ☑ Yes ☐ No | **Operable:** ☑ Yes ☐ No | ☐ *Safety Hazard* |
| | ☐ **Reverse polarity** | ☐ *Open ground(s)* | |
| **Condition:** | ☑ Satisfactory ☐ Marginal | ☐ Poor | |

**BUILDING(S) EXTERIOR WALL CONSTRUCTION**

| **Type:** | ☑ Not visible | ☐ Framed | ☐ Masonry | ☐ |
|---|---|---|---|---|
| **Condition:** | ☑ Not visible | ☐ Satisfactory | ☐ Marginal | ☐ Poor |

**EXTERIOR DOORS       1.) ENTRANCE  2.) PATIO  3.)STORM**

| **Weatherstripping:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Missing | ☐ Replace |
|---|---|---|---|---|---|
| **Door Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | | |

**EXTERIOR A/C - HEAT PUMP**

| **UNIT #1:** | ☐ N/A | | |
|---|---|---|---|
| Brand: Rheem | | Approximate age: 13 yrs. | Maximum fuse/breaker rating: 20 Amp |
| **Outside Disconnect:** | ☑ Yes ☐ No | | |
| **Level:** | ☑ Yes ☐ No | ☐ *Cabinet/housing rusted* | |
| **Condenser Fins:** | ☐ *Damaged* | ☐ Needs cleaning | ☐ *Damaged base/pad* |
| | ☐ *Damaged Refrigerant Line* | | **Insulation:** ☐ Yes ☐ No ☑ Replace |
| **Condition:** | ☑ Satisfactory | ☐ Marginal ☐ Poor | ☐ Improper Clearance (air flow) |

**GENERAL COMMENTS**

Insulation is needed around the exterior & interior A/C condensing unit's supply line

**This confidential report is prepared exclusively for**
© 2018 **Private I** Home Inspections

## GARAGE/CARPORT

**TYPE**
☐ None
☐ Attached ☑ Detached ☐ 1-car ☐ 2-car ☑ 3-car ☐ 4-car

**AUTOMATIC OPENER**
☑ Yes ☐ No ☑ Operable ☐ Inoperable

**SAFETY REVERSE** **Operable:** ☑ Yes ☐ No ☐ *Need(s) adjusting* ☐ *Safety hazard*

**ROOFING** **Material:** ☑ Same as house (Not visible covered by roof decking

**GUTTERS / EAVESTROUGH** **Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Same as House

**SIDING / TRIM**
**Siding:** ☑ Same as house ☐ Wood ☐ Metal ☐ Vinyl
☐ Stucco ☐ Masonry ☐ Slate ☐ Fiberboard
**Trim:** ☑ Same as house ☐ Wood ☐ Aluminum ☐ Vinyl

**FLOOR**
**Material:** ☑ Concrete ☐ Gravel ☐ Asphalt ☐ Dirt ☐
**Condition:** ☑ Satisfactory ☑ Typical cracks ☐ *Large settling cracks* ☐ *Recommend evaluation/repair*
**Burners less than 18" above garage floor:** ☐ N/A ☐ Yes ☐ No ☐ *Safety hazard*

**SILL PLATES** ☑ Not visible ☐ Floor level ☐ Elevated ☐ *Rotted/Damaged* ☐ *Recommend repair*

**OVERHEAD DOOR(S)** ☐ N/A
**Material:** ☐ Wood ☐ Fiberglass ☐ Masonite ☑ Metal ☐ *Recommend repair*
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ *Overhead door hardware loose*
*Recommend Priming/Painting Inside & Edges:* ☐ Yes ☐ No ☐ *Safety Cable Recommended* ☐ *Weatherstripping missing/damaged*

**EXTERIOR SERVICE DOOR** ☐ None
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ *Damaged/Rusted*

**ELECTRICAL RECEPTICALS PRESENT** ☑ Yes ☐ No ☐ Not visible
**Reverse polarity:** ☐ Yes ☐ No **Open ground:** ☑ Yes ☐ No ☐ *Safety hazard*
**GFCI Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☑ No ☐ *Handyman/extension cord wiring*

**FIRE SEPARATION WALLS & CEILING** *(Between garage & living area)*
☑ N/A ☐ Present ☐ *Missing*
**Condition:** ☐ Satisfactory ☐ *Recommend repair* ☐ *Holes walls/ceiling* ☐ *Safety hazard(s)*
**Moisture Stains Present:** ☑ Yes ☐ No **Typical Cracks:** ☐ Yes ☐ No
**Fire door:** ☐ Not verifiable ☐ *Not a fire door* ☐ *Needs repair* ☐ Satisfactory
**Auto closure:** ☐ N/A ☐ Satisfactory ☐ Inoperative ☐ Missing

**GENERAL COMMENTS**
Recommend adding downspout extensions around the garage
Moisture stains & water leakage is present on the garage ceiling, have further evaluated

## KITCHEN

| COUNTERTOPS | ☑ Satisfactory | ☐ Marginal | ☐ *Recommend repair/caulking* |
|---|---|---|---|

| CABINETS | ☑ Satisfactory | ☐ Marginal | ☐ *Recommend repair/adjustment* |
|---|---|---|---|

### PLUMBING COMMENTS

**Faucet Leaks:** ☐ Yes ☑ No **Pipes leak/corroded:** ☐ Yes ☑ No
**Sink/Faucet:** ☑ Satisfactory ☐ Corroded ☐ Chipped ☐ Cracked ☐ *Recommend repair*
**Functional Drainage:** ☑ Satisfactory ☐ Marginal ☐ Poor **Functional Flow:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Comments:**

### WALLS & CEILING

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Typical cracks ☐ *Moisture stains*

### HEATING / COOLING SOURCE ☑ Yes ☐ No

| FLOOR | **Condition:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Sloping | ☐ Squeaks |
|---|---|---|---|---|---|

**Comments:**

### APPLIANCES *(See remarks page)*

| ☑ Disposal | *Operable:* ☑ Yes ☐ No | ☐ Trash compactor | *Operable:* ☐ Yes ☐ No |
|---|---|---|---|
| ☑ Oven | *Operable:* ☑ Yes ☐ No | ☑ Exhaust fan | *Operable:* ☑ Yes ☐ No |
| ☑ Range | *Operable:* ☑ Yes ☐ No | ☑ Refrigerator | *Operable:* ☑ Yes ☐ No |
| ☑ Dishwasher | *Operable:* ☑ Yes ☐ No | ☐ Microwave | *Operable:* ☑ Yes ☐ No |
| ☐ _____ | *Operable:* ☐ Yes ☐ No | ☐ Ceiling fan | *Operable:* ☐ Yes ☐ No |

**Dishwasher Drain Line Looped:** ☐ Yes ☒ No
**Receptacles Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**GFCI:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No *Potential safety hazard(s)*

### GENERAL COMMENTS

Recommend caulking around the kitchen countertops & backsplash
The anti-tip anchor is not installed behind the oven
One microwave exhaust fan filters are not installed
Recommend a high loop for the dish washers drain line
The left kitchen sink outlet is loose & needs securing

## LAUNDRY ROOM

### LAUNDRY

**Laundry sink:** ☑ N/A **Faucet leaks:** ☐ Yes ☐ No **Pipes leak:** ☐ Yes ☐ No
**Cross connections:** ☐ Yes ☑ No **Heat source present:** ☐ Yes ☐ No **Room vented:** ☑ Yes ☐ No
**Dryer vented:** ☐ N/A ☑ Wall ☐ Ceiling ☐ Floor ☐ Not vented
☐ *Not vented to Exterior* ☐ *Recommend repair* ☐ *Safety hazard*
**Electrical:** Open ground/reverse polarity within 6' of water: ☐ Yes ☐ No ☐ *Safety hazard*
**GFCI present:** ☐ Yes ☐ No **Operable:** ☐ Yes ☐ No
**Appliances:** ☑ Washer ☑ Dryer ☐ Water heater ☐ Furnace/Boiler
**Gas Shut-off Valve:** ☐ N/A ☑ Yes ☐ No ☐ Cap Needed ☐ *Safety hazard* ☐ Not visible

### GENERAL COMMENTS

Braided waterline is being used for the dryer's gas line, check with local authorities if allowed



**BATHROOM(S)**

### HALL BATH

| | | | | |
|---|---|---|---|---|
| **Sinks:** | **Faucet leaks:** | ☐ Yes ☑ No | **Pipes leak:** ☐ Yes ☑ No | |
| **Tubs:** | **Faucet leaks:** | ☐ Yes ☑ No | **Pipes leak:** ☐ Yes ☐ No | ☑ Not visible |
| **Showers:** | **Faucet leaks:** | ☐ Yes ☑ No | **Pipes leak:** ☐ Yes ☐ No | ☑ Not visible |
| **Toilet:** | **Bowl Loose:** | ☐ Yes ☑ No | **Operable:** ☑ Yes ☐ No ☐ Cracked bowl ☐ Toilet leaks | |

**Whirlpool:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No ☐ Not tested ☐ No access door
**Shower/Tub area:** ☑ Ceramic/Plastic ☐ Fiberglass ☐ Masonite ☐
Condition: ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Rotted floors
Caulk/Grouting Needed: ☐ Yes ☑ No Where:
**Drainage:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Water flow:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Moisture stains present:** ☐ Yes ☑ No ☐ Walls ☐ Ceilings
**Window/doors:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Receptacles Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**GFCI:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No *Potential Safety Hazard(s)* **(See remarks)**
**Heat source present:** ☑ Yes ☐ No
**Exhaust fan:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No ☐ Noisy

### GENERAL COMMENTS   ☐ See additional comments

---

### MASTER BATH

| | | | | |
|---|---|---|---|---|
| **Sinks:** | **Faucet leaks:** | ☐ Yes ☑ No | **Pipes leak:** ☐ Yes ☑ No | |
| **Tubs:** | **Faucet leaks:** | ☐ Yes ☑ No | **Pipes leak:** ☐ Yes ☐ No | ☑ Not visible |
| **Showers:** | **Faucet leaks:** | ☐ Yes ☑ No | **Pipes leak:** ☐ Yes ☐ No | ☑ Not visible |
| **Toilet:** | **Bowl Loose:** | ☐ Yes ☑ No | **Operable:** ☑ Yes ☐ No ☐ Cracked bowl ☐ Toilet leaks | |

**Whirlpool:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No ☐ Not tested ☐ No access door
**Shower/Tub area:** ☑ Ceramic/Plastic ☐ Fiberglass ☐ Masonite ☐
Condition: ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Rotted floors
Caulk/Grouting Needed: ☐ Yes ☑ No Where:
**Drainage:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Water flow:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Moisture stains present:** ☐ Yes ☑ No ☐ Walls ☐ Ceilings
**Window/doors:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Receptacles Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**GFCI:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No *Potential Safety Hazard(s)* **(See remarks)**
**Heat source present:** ☑ Yes ☐ No
**Exhaust fan:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No ☐ Noisy

### GENERAL COMMENTS   ☐ See additional comments

The tub valve handle does not appear properly installed (Master bath)

**This confidential report is prepared exclusively for**
© 2018 **Private I** Home Inspections



*ROOMS*

| **MASTER BEDROOM** | | | **UNIT #** | |
|---|---|---|---|---|

**Walls & Ceiling:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Typical cracks ☐ Damage
**Moisture stains:** ☐ Yes ☑ No
**Floor:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Squeaks ☐ Slopes
**Ceiling Fan:** ☐ N/A ☑ Satisfactory ☐ Marginal ☐ Poor
**Electrical:** **Switches:** ☑ Yes ☐ No **Receptacles:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No ☐ **Safety Hazard** ☐ Cover plates missing
**Heating Source Present:** ☑ Yes ☐ Not visible **Holes:** ☐ Doors ☐ Walls ☐ Ceilings
**Egress Restricted:** ☐ N/A ☐ Yes ☑ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Cracked glass
☐ Evidence of leaking insulated glass ☐ Broken/Missing hardware/ Counter balance mechanism

**GENERAL COMMENTS**

Standing water is evident resting on top of the master bedrooms glass door track, have further evaluated

| **SPARE   BEDROOM** | | | **UNIT #** | |
|---|---|---|---|---|

**Walls & Ceiling:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Typical cracks ☐ Damage
**Moisture stains:** ☐ Yes ☑ No
**Floor:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Squeaks ☐ Slopes
**Ceiling Fan:** ☑ N/A ☐ Satisfactory ☐ Marginal ☐ Poor
**Electrical:** **Switches:** ☑ Yes ☐ No **Receptacles:** ☐ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No ☐ **Safety Hazard** ☐ Cover plates missing
**Heating Source Present:** ☑ Yes ☐ Not visible **Holes:** ☐ Doors ☐ Walls ☐ Ceilings
**Egress Restricted:** ☐ N/A ☐ Yes ☑ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Cracked glass
☐ Evidence of leaking insulated glass ☐ Broken/Missing hardware/ Counter balance mechanism

**GENERAL COMMENTS**

| **LIVING ROOM/DINING ROOM** | | | **UNIT #** | |
|---|---|---|---|---|

**Walls & Ceiling:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Typical cracks ☐ Damage
**Moisture stains:** ☐ Yes ☑ No
**Floor:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Squeaks ☐ Slopes
**Ceiling Fan:** ☐ N/A ☑ Satisfactory ☐ Marginal ☐ Poor
**Electrical:** **Switches:** ☑ Yes ☐ No **Receptacles:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No ☐ **Safety Hazard** ☐ Cover plates missing
**Heating Source Present:** ☑ Yes ☐ Not visible **Holes:** ☐ Doors ☐ Walls ☐ Ceilings
**Egress Restricted:** ☐ N/A ☐ Yes ☑ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Cracked glass
☐ Evidence of leaking insulated glass ☐ Broken/Missing hardware/ Counter balance mechanism

**GENERAL COMMENTS**

Sliding glass door does not lock properly on the handle (Living room)

## INTERIOR

### INTERIOR WINDOWS / GLASS

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Surface deterioration
☑ Representative number of windows operated ☐ Painted shut *(See remarks)*
☐ Glazing compound needed ☐ Cracked glass ☐ Hardware missing ☐ *Broken counter-balance mechanism*
**Evidence of Leaking Insulated Glass:** ☐ Yes ☑ No ☐ N/A **Safety Glazing Needed:** ☐ Yes ☐ No
**Security Bars Present:** ☐ Yes ☑ No ☐ Not tested ☐ *Safety hazard* ☐ *Test release mechanism before moving in*

### FIREPLACE
☐ None Location(s): Living room
**Type:** ☑ Gas ☐ Wood ☐ *Woodburner stove* ☐ Electric ☑ Ventless *(See remarks)*
**Material:** ☐ Masonry ☑ Metal (pre-fabricated) ☐ Metal insert
**Miscellaneous:** ☐ Blower built-in **Operable:** ☐ Yes ☐ No *Damper operable:* ☐ Yes ☐ No
☐ Open joints or cracks in firebrick/panels should be sealed (Fireplace) ☐ *Fireplace doors need repair*
☐ *Damper missing*
**Hearth Extension Adequate:** ☑ Yes ☐ No **Mantel:** ☐ N/A ☐ Secure ☐ Loose
**Physical Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Recommend having fireplace flue cleaned and re-examined

### STAIRS / STEPS / BALCONIES
☑ Satisfactory ☐ Marginal ☐ Poor ☐ None
**Handrail:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ *Safety hazard*
☐ **Hand Rail/Railing/Balusters Recommended**
**Risers/Treads:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ *Risers/Treads uneven*

### SMOKE / CARBON MONOXIDE DETECTORS    *(See remarks)*
**Present:** ☑ Smoke Detector: ☑ Yes ☐ No **Operable:** ☐ Yes ☐ No ☑ Not tested
☑ CO Detector: ☑ Yes ☐ No **Operable:** ☐ Yes ☐ No ☑ Not tested

### ATTIC/STRUCTURE/FRAMING/INSULATION ☑ N/A (See remarks)

### GENERAL COMMENTS

Wood flooring has apparent damage & warping in areas throughout the 1st floor, possibly due to water intrusion, recommend asking the sellers for an explanation
Various interior lights do not operate, bulbs may need changing
Some moisture was detected on the flooring near the baseboards throughout the interior, recommend asking the sellers for an explanation & further evaluate as needed

## PLUMBING

### WATER SERVICE
**Main Shut-off Location:** Not visible

| | |
|---|---|
| **Water Entry Piping:** | ☑ Not visible    ☐ Copper/Galv.    ☐ **Plastic\*** (PVC, CPVC, **Polybutylene**, PEX)    ☐ Lead |
| **Lead Other Than Solder Joints:** | ☐ Yes    ☐ No    ☑ Unknown    ☐ Service entry |
| **Visible Water Distribution Piping:** | ☑ Copper    ☐ Galvanized    ☐ **Plastic\*** (PVC, CPVC, **Polybutylene**, PEX) ☐ |
| **Condition:** | ☑ Satisfactory    ☐ Marginal    ☐ Poor    ☐Dissimilar metal connection |
| **Functional Flow:** | ☑ Satisfactory    ☐ Marginal    ☐ Poor    ☑ *Water pressure over 80 psi* |
| **Pipes, Supply/Drain:** | ☐ *Corroded*    ☐ *Leaking*    ☐ *Valves broken/missing* |
| | ☐ *Dissimilar metal*      **Cross connection:**    ☐ Yes    ☐ No |
| **Drain/Waste/Vent Pipe:** | ☐ Copper    ☐ Cast iron    ☐ Galvanized    ☑ PVC    ☐ ABS |
| **Condition:** | ☑ Satisfactory    ☐ Marginal    ☐ Poor |
| **Functional Drainage:** | ☑ Satisfactory    ☐ Marginal    ☐ Poor |
| **Gas Line:** | ☐ N/A ☐ Copper    ☑ Flexible    ☑ Black iron    ☐ Stainless steel    ☐ CSST    ☑ Not visible |
| **Condition:** | ☑ Satisfactory    ☐ Marginal    ☐ Poor    ☑ *Recommend plumber evaluate* |

### WELL PUMP

| | |
|---|---|
| | ☑ N/A    ☐ Submersible    ☐ In basement    ☐ Well house    ☐ Well pit    ☐ Shared well |
| **Pressure Gauge Operable:** | ☐ Yes    ☐ No    ☐ Not visible |

### SANITARY / GRINDER PUMP

| | |
|---|---|
| | ☑ N/A      **Sealed Crock:** ☐ Yes    ☐ No |
| **Check Valve:** | ☐ Yes    ☐ No    **Vented:**    ☐ Yes ☐ No      Operable:    ☐ Yes ☐ No |

### WATER HEATER #1    ☐ N/A

| | |
|---|---|
| **Brand name:** | Richmond |
| **Type:** | ☑ Gas    ☐ Electric    ☐ Oil    ☐ |
| **Capacity:** | 40 gal.      Approx. age: 6 year(s) |
| **Relief Valve:** | ☑ Yes    ☐ No    **Extension proper:** ☑ Yes ☐ No    ☐ *Missing*    ☐ *Recommend repair* |
| **Vent Pipe:** | ☐ N/A    ☑ Satisfactory    ☑ Pitch proper ☐ *Improper*    ☐ *Rusted*    ☐ *Recommend repair* |
| **Condition:** | ☑ Satisfactory    ☐ Marginal    ☐ Poor |

### WATER SOFTENER    *(Unit not evaluated)*

| | |
|---|---|
| **Plumbing Hooked Up:** ☐ Yes    ☐ No    **Softener Present:** ☐ Yes ☐ No    **Plumbing Leaking:**    ☐ Yes ☐ No |

### GENERAL COMMENTS

## HEATING SYSTEM

| **HEATING SYSTEM - UNIT #1** | Location: In the utility room | | *(See remarks)* |
|---|---|---|---|

**#1 Brand Name:** Rheem      Approximate age: 13 year(s)    ☐ Unknown

*Energy Source:* ☑ Gas    ☐ LP    ☐ Oil    ☐ Electric    ☐ Solid Fuel

*Warm Air System:* ☐ Belt drive    ☑ Direct drive    ☐ Gravity    ☐ Central system    ☐ Floor/Wall unit

*Heat Exchanger*: ☑ N/A (sealed)    ☐ Visual w/mirror    ☐ *Flame distortion*    ☐ *Rusted*    ☐ *Carbon/soot buildup*

*Carbon Monoxide:* ☐ N/A    ☐ Detected at Plenum/Register    ☐ Not tested

*CO Test:* *Combustion Air Venting Present:* ☐ N/A ☑ Yes    ☐ No

*Controls:* Disconnect: ☑ Yes ☐ No    ☐ Normal operating and safety controls observed

*Distribution:* ☑ Metal duct ☐ Insulated flex duct ☐ Cold air returns ☐ Duct board    ☐ *Asbestos-like wrap*

*Flue Piping:* ☐ N/A    ☑ Satisfactory    ☐ Rusted    ☐ Improper slope ☐ *Safety hazard*

*Filter:* ☑ Standard    ☐ Electrostatic    ☐ Satisfactory    ☒ Needs cleaning/replacement    ☐ Missing

**When Turned On By Thermostat:** ☑ Fired    ☐ Did not fire    Proper Operation: ☑ Yes    ☐ No    ☐ Not tested

*Heat Pump:* ☐ N/A    ☐ Aux. electric ☐ Aux. gas **Sub-Slab ducts:** Water/Sand Observed: ☐ N/A ☐ Yes ☐ No

*#1 – System Condition:* ☑ Satisfactory    ☐ Marginal    ☐ Poor    ☒ Recommended HVAC Technician Examine

*#2 – System Condition:* ☐ Satisfactory    ☐ Marginal    ☐ Poor    ☐ Recommended HVAC Technician Examine

*System Not Operated Due To:* ☐ Exterior temperature

☐ Humidifier is leaking    ☒ Humidifier is not operating

## BOILER SYSTEM
☑ N/A

## OTHER SYSTEMS
☑ N/A    ☐ Electric baseboard    ☐ Radiant ceiling cable

☐ Gas space heater    ☐ Woodburning stove *(See Remarks)*

*Proper Operation:* ☐ Yes    ☐ No

*System Condition:* ☐ Satisfactory    ☐ Marginal    ☐ Poor

☑ All HVAC systems should be regularly cleaned & checked

## GENERAL COMMENTS

Forced air systems humidifier water valve is leaking

Forced air systems filter should be changed or cleaned regularly


## ELECTRIC/COOLING SYSTEM

| **MAIN PANEL** | Location: Hallway | **Condition:** ☑ Satisfactory | ☐ Marginal | ☐ Poor |
|---|---|---|---|---|

**Adequate Clearance To Panel:** ☑ Yes ☐ No   Amperage: 100 Volts 120/240   ☑ Breakers ☐ Fuses

**Appears Grounded:** ☑ Yes ☐ No ☐ Not visible

**GFCI Breaker:** ☐ Yes ☑ No   **Operable:** ☐ Yes ☐ No

**AFCI Breaker:** ☑ Yes ☐ No   **Operable:** ☑ Yes ☐ No

**MAIN WIRE:** ☑ Copper ☐ Aluminum ☐ Not visible   ☐ *Double tapping of the main wire*

**Condition:** ☑ Satisfactory ☐ Poor   ☐ **Federal Pacific Panel Stab Lok®** *(See remarks)**

**BRANCH WIRE:** ☑ Copper ☐ **Aluminum*** ☐ Not visible

**Condition:** ☑ Satisfactory ☐ Poor   ☐ *Recommend electrician evaluate/repair**

☐ Romex ☐ BX cable ☑ Conduit   ☐ **Knob & tube****

☐ *Double tapping*   ☐ *Wires undersized/oversized breaker/fuse*

☐ Panel not accessible ☐ Not evaluated **Reason:**

| **SUB PANEL(S)** | ☑ None apparent | | |
|---|---|---|---|

Location 1:   Location 2:   Location 3:

☐ Panel not accessible ☐ Not evaluated **Reason:**

**Branch Wire:** ☐ Copper ☐ Aluminum

**Neutral/ground separated:** ☐ Yes ☐ No   Neutral isolated: ☐ Yes ☐ No   *Safety hazard*

**Condition:** ☐ Satisfactory ☐ Marginal ☐ Poor ☐ *Recommend separating/isolating neutrals*

| **ELECTRICAL FIXTURES** | A representative number of installed lighting fixtures, switches, and receptacles |
|---|---|

located inside the house, garage, and exterior walls were tested and found to be:

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Open grounds ☐ Reverse polarity

☐ GFCIs not operating ☐ *Solid conductor aluminum branch wiring circuits**

☐ Ungrounded 3-prong receptacles *(See remarks)*

☐ *Recommend electrician evaluate/repair**

| **UNIT** | ☑ Central system ☐ Wall Unit   Location: |
|---|---|

**Energy Source:** ☑ Electric ☐ Gas ☐

**Unit Type:** ☑ Air cooled ☐ Water cooled ☐ Geothermal ☐ Heat pump

**Evaporator Coil:** ☐ Satisfactory ☑ Not visible ☐ Needs cleaning ☐ Damaged

**Refrigerant lines:** ☐ *Leak* ☐ *Damage* ☐ *Insulation missing* ☑ Satisfactory

**Operation:** Differential  14 °F

Difference in temperature (split) should be 14-22° Fahrenheit

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ *Recommend HVAC technician examine/clean/service*

☐ *Not operated due to exterior temperature*

☐ Recommend that the seller guarantees that the a/c unit/s were/was operating properly and the end of the last cooling season

| **GENERAL COMMENTS** |
|---|

# SUMMARY*

## ITEMS NOT OPERATING

Various interior lights do not operate, bulbs may need changing

## MAJOR CONCERNS

*Item(s) that have failed or have potential of failing soon.*

Moisture stains & water leakage is present on the garage ceiling, have further evaluated

## POTENTIAL SAFETY HAZARDS

The anti-tip anchor is not installed behind the oven
The left kitchen sink outlet is loose & needs securing
Braided waterline is being used for the dryer's gas line, check with local authorities if allowed
Proper railings are needed around the exterior front steps

## NOTED DEFICIENCIES

Recommend caulking around the kitchen countertops & backsplash
One microwave exhaust fan filters are not installed
Recommend a high loop for the dish washers drain line
The tub valve handle does not appear properly installed (Master bath)
Standing water is evident resting on top of the master bedrooms glass door track, have further evaluated
Sliding glass door does not lock properly on the handle (Living room)
Door will not stay closed properly (Laundry room, rear door & the garage service door)
Wood rot is evident around the roof deck door
Insulation is needed around the exterior & interior A/C condensing unit's supply line
Some damaged & warped wood is apparent on the roof deck & balconys in areas
Deck & balcony wood is in need of painting or staining maintenance
Wood flooring has apparent damage & warping in areas throughout the 1st floor, possibly due to water intrusion, recommend asking the sellers for an explanation
Some moisture was detected on the flooring near the baseboards throughout the interior, recommend asking the sellers for an explanation & further evaluate as needed
Recommend adding downspout extensions around the garage
Forced air systems humidifier water valve is leaking
Forced air systems filter should be changed or cleaned regularly

## DEFERRED COST ITEMS

*Items that have reached or are reaching their normal life expectancy or show indications that they may require repair or replacement anytime during the next five (5) years.*

Humidifier that is 7+ years
Water heater that is 5+ years.
AC that is 7+ years
Furnace that is 13+ years

---

\* Items listed in this report may inadvertently have been left off the Summary Sheet. Customer should read the entire report, including the Remark
It is the opinion of Private I. Home Inspections inc. and all of its agents that all repairs be performed by the proper qualified tradesman and or contractor. Furthermore all repair cost should be assessed before closing.



**SERVICE WALKS/DRIVEWAYS**

Spalling concrete cannot be patched with concrete because the new will not bond with the old. Water will freeze between the two layers, or the concrete will break up from movement or wear. Replacement of the damaged section is recommended. Walks or driveways that are close to the property should be properly pitched away to direct water away from the foundation. Asphalt driveways should be kept sealed and larger cracks filled so as to prevent damage from frost.

**PATIOS**

that have settled towards the structure should be mudjacked or replaced to assure proper pitch. Improperly pitched patios are one source of wet basements/crawlspaces.

All surfaces of untreated wood need regular applications of paint or special chemicals to resist damage. Porch or deck columns and fence posts which are buried in the ground and made of untreated wood will become damaged within a year or two.

Decks should always be nailed with galvanized, stainless steal or aluminum nails. Decks that are not painted or stained should be treated with a water sealer.

**GRADING AND DRAINAGE**

Any system of grading or landscaping that creates positive drainage (moving water away from the foundation walls) will help to keep a basement and crawlspace dry. Where negative grade exists and additional backfill is suggested, it may require digging out around the property to get a proper pitch. Dirt shall be approximately 6" below the bottom sill and should not touch wood surfaces.

Flower beds, loose mulched areas, railroad ties and other such landscaping items close to the foundation trap moisture and contribute to wet basements. To establish a positive grade, a proper slope away from the house is 1" per foot for approximately 5-6 feet. Recommend ground cover planting or grass up to foundation.

**ROOF AND SURFACE WATER CONTROL**

Roof and surface water must be controlled to maintain a dry basement and crawlspace. This means keeping gutters cleaned out and aligned, extending downspouts, installing splashblocks, and building up the grade so that roof and surface water is diverted away from the building.

**WINDOW WELLS**

The amount of water which enters a window well from falling rain is generally slight, but water will accumulate in window wells if the yard is improperly graded. Plastic window well covers are useful in keeping out leaves and debris.

**RETAINING WALLS**

Retaining walls deteriorate because of excessive pressure buildup behind them, generally due to water accumulation. Conditions can often be improved by excavating a trench behind the retaining wall and filling it with coarse gravel. Drain holes through the wall will then be able to relieve the water pressure.

Retaining walls sometime suffer from tree root pressure or from general movement of topsoil down the slope. Normally, these conditions require rebuilding the retaining wall.

**RAILINGS**

It is recommended that railings be installed for any stairway over 3 steps and porches over 30" for safety reasons. Balusters for porches, balconies, and stairs should be close enough to assure children cannot squeeze through.

## DEFINITIONS

**SATISFACTORY** (Sat.) - Indicates the component is functionally consistent with its original purpose but may show signs of normal wear and tear and deterioration.

**MARGINAL** (Marg.) - Indicates the component will probably require repair or replacement anytime within five years.

**POOR** - Indicates the component will need repair or replacement now or in the very near future.



**Valleys and Flashings** that are covered with shingles and/or tar or any other material are considered not visible and are not part of the inspection.

**Tar and Gravel Roofs** - This type of covering on a pitched roof requires ongoing annual maintenance. We recommend that a roofing contractor evaluate this type of roof. Infra-red photography is best used to determine areas of potential leaks.

Flat roofs are very vulnerable to leaking. It is very important to maintain proper drainage to prevent the ponding of water. We recommend that a roofing contractor evaluate this type of roof.

| ROOF TYPE | LIFE EXPECTANCY | SPECIAL REMARKS |
|---|---|---|
| *Asphalt Shingles* | 15-20 years | Used on nearly 80% of all residential roofs; requires little maintenance. |
| *Asphalt Multi-Thickness Shingles\** | 20-30 years | Heavier and more durable than regular asphalt shingles. |
| *Asphalt Interlocking. Shingles\** | 15-25 years | Especially good in high-wind areas. |
| *Asphalt Rolls* | 10 years | Used on low slope roofs. |
| *Built-up Roofing* | 10-20 years | Used on low slope roofs; 2 to 3 times as costly as asphalt shingles. |
| *Wood Shingles\** | 10-40 years[1] | Treat with preservative every 5 years to prevent decay. |
| *Clay Tiles\*,* *Cement Tiles\** | 20 + years 20 + years | Durable, fireproof, but not watertight, \* requiring a good subsurface base. |
| *Slate Shingles\** | 30-100 years [2] | Extremely durable, but brittle and expensive. |
| *Asbestos Cement Shingles\** | 30-75 years | Durable, but brittle and difficult to repair. |
| *Metal Roofing* | 15-40 + years | Comes in sheets & shingles; should be well grounded for protection from lightning; certain metals must be painted. |
| *Single Ply* | 15-25 years | New material; not yet passed test of time. |
| *Membrane* (mfgr's claim) *Polyurethane with Elastomenic Coating* | 5-10 years [1] | Used on low slope roofs. |

\* Not recommended for use on low slope roof
[1] Depending on local conditions and proper installation
[2] Depending on quality of slate

Roof coverings should be visually checked in the spring and fall for any visible missing shingles, damaged coverings or other defects. Before re-roofing, the underside of the roof structure and roof sheathing should be inspected to determine that the roof structure can support the additional weight of the shingles.

Wood shakes and shingles will vary in aging, due to the quality of the material, installation, maintenance, and surrounding shade trees. Ventilation and drying of the wood material is critical in extending the life expectancy of the wood. Commercial preservatives are available on the market, which could be applied to wood to impede deterioration.



**EXTERIOR**

**CHIMNEYS**

Chimneys built of masonry will eventually need tuckpointing. A cracked chimney top that allows water and carbonic acid to get behind the surface brick/stone will accelerate the deterioration. Moisture will also deteriorate the clay flue liner. Periodic chimney cleaning will keep you apprised of the chimney's condition. The flashing around the chimney may need resealing and should be inspected every year or two. Fireplace chimneys should be inspected and evaluated by a chimney professional before using. Chimneys must be adequate height for proper drafting. Spark arrestors are recommended for a wood burning chimney, and chimney caps for fossil fuels. **Unlined Chimney** - should be re-evaluated by a chimney technician. Have flue cleaned and re-evaluated. The flue lining is covered with soot or creosote and no representation can be made as to the condition.

**NOT EVALUATED**

The flue was not evaluated due to inaccessibility such as roof pitch, cap, cleanout not accessible, etc.

**CRICKET FLASHING**

Small, sloped structure made of metal and designed to drain moisture away from a chimney. Usually placed at the back of a chimney.

**GUTTERS AND DO**

This is an extremely important element in basement/crawlspace dampness control. Keep gutters clean and downspout extensions in place (4' or more). Paint the inside of galvanized gutters, which will extend the life. Shortly after a rain or thaw in winter, look for leaks at seams in the gutters. These can be recaulked before they cause damage to fascia or soffit boards. If no gutters exist, it is recommended that they be added.

**SIDING**

Wood siding should not come in contact with the ground. The moisture will cause rotting to take place and can attract carpenter ants. See page 34 for siding that have known problems, but are not always recognizable. Brick and stone veneer must be monitored for loose or missing mortar. Some brick and stone are susceptible to spalling. This can be caused when moisture is trapped and a freeze/thaw situation occurs. There are products on the market that can be used to seal out the moisture. This holds true for brick and stone chimneys also. Metal siding will dent and scratch. Oxidation is a normal reaction in aluminum. There are good cleaners on the market and it is recommended that they be used occasionally. Metal siding can be painted.

**EIFS** This type of siding is a synthetic stucco and has experienced serious problems. It requires a certified EIFS inspector to determine condition.

**DOORS AND WINDOWS**

These can waste an enormous amount of energy. Maintain the caulking around the frames on the exterior. Check for drafts in the winter and improve the worst offenders first. Windows that have leaky storm windows will usually have a lot of sweating. Likewise, well-sealed storms that sweat indicate a leaky window. It is the tighter unit that will sweat (unless the home has excess humidity to begin with).

Wood that exhibits blistering or peeling paint should be examined for possible moisture sources: roof leaks, bad gutters, interior moisture from baths or laundry or from a poorly vented crawl space. Some paint problems have no logical explanation, but many are a symptom of an underlying problem. A freshly painted house may mask these symptoms, but after you have lived in the home for a year or two, look for localized paint blistering (peeling). It may be a clue.
New glazing will last longer if the raw wood is treated with boiled linseed oil prior to glazing. It prevents the wood from drawing the moisture out of the new glazing.

**CAULKING**

Many different types of caulk are available on the market today. Check with a paint or hardware store for the kind of application you need.



**OVERHEAD DOOR OPENERS**

We recommend that a separate electrical outlet be provided. Openers that do not have a **safety reverse** are considered a safety hazard. Small children and pets are especially vulnerable. We recommend the operating switches be set high enough so children cannot reach them. If a electric sensor is present, it should be tested occasionally to ensure it is working.

**GARAGE SILL PLATES** should be elevated or treated lumber should be used. If this is not the case, try to direct water away to prevent rotting.

**BURNERS**

Any appliance such as a water heater, furnace, etc. should have the flame a minimum of 18" above the floor. Any open flame less



**PLASTER ON WOOD LATH**

Plaster on wood lath is an old technique and is no longer in general use. Wood lath shrinks with time and the nails rust and loosen. As a result, the plaster may become fragile and caution is needed in working with this type of plastering system. Sagging ceilings are best repaired by laminating drywall over the existing plaster and screwing it to the ceiling joists.

**PLASTER ON GYPSUM LATH (ROCK LATH)**

Plaster on gypsum lath will sometimes show the seams of the 16" wide gypsum lath, but this does not indicate a structural fault. The scalloping appearance can be leveled with drywall joint compound and fiberglass mesh joint tape or drywall can be laminated over the existing plaster on the ceiling.

**WOOD FLOORING**

Always attempt to clean wood floors first before making the decision to refinish the floor. Wax removers and other mild stripping agents plus a good waxing and buffing will usually produce satisfactory results. Mild bleaching agents help remove deep stains. Sanding removes some of the wood in the floor and can usually be done safely only once or twice in the life of the floor.

**NAIL POPS**

Drywall nail pops are due to normal expansion and contraction of the wood members to which the drywall is nailed and are usually of no structural significance.

**CARPETING**

Where carpeting has been installed, the materials and condition of the floor underneath cannot be determined.

**APPLIANCES** (If report indicated appliances were operated, the following applies) Dishwashers are tested to see if the motor operates and water sprays properly. Stoves are tested to see that burners are working and oven and broiler get hot. Timer and controls are not tested. Refrigerators are not tested. Most new Dishwashers have the drain line looped automatically and may not be visible on the day of inspection. It is essential for the dishwasher drain line to have an anti-siphon break to prevent backflow. A drain line loop or Dishwasher air gap should be installed if found to be missing. No representation is made to continued life expectancy of any appliance.

**ASBESTOS AND OTHER HAZARDS**

Asbestos fibers in some form are present in many homes, but are often not visible and cannot be identified without testing.

If there is reason to suspect that asbestos may be present and if it is of particular concern, a sample of the material in question may be removed and analyzed in a laboratory. However, detecting or inspecting for the presence or absence of asbestos is not a part of our inspection.

Also excluded from this inspection and report are the possible presence of, or danger from, radon gas, lead-based paint, urea formaldehyde, toxic or flammable chemicals and all other similar or potentially harmful substances and environmental hazards.

**WINDOWS**

A representative number of windows are inspected.



## STALL SHOWER

The metal shower pan in a stall shower has a potential or probable life of 10-20 years depending on quality of the pan installed. Although a visible inspection is made to determine whether a shower pan is currently leaking, it cannot be stated with certainty that no defect is present or that one may not soon develop. Shower pan leaks often do not show except when the shower is in actual use.

## CERAMIC TILE

Bathroom tile installed in a mortar bed is excellent. It is still necessary to keep the joint between the tile and the tub/shower caulked or sealed to prevent water spillage from leaking through and damaging the ceilings below.

Ceramic tile is often installed in mastic. It is important to keep the tile caulked or water will seep behind the tile and cause deterioration in the wallboard. Special attention should be paid to the area around faucets and other tile penetrations.

## EXHAUST FANS

Bathrooms with a shower should have exhaust fans when possible. This helps to remove excess moisture from the room, preventing damage to the ceiling and walls and wood finishes. The exhaust fan should not be vented into the attic. The proper way to vent the fan(s) is to the outside. Running the vent pipe horizontally and venting into a gable end or soffit is preferred. Running the vent pipe vertically through the roof may cause condensation to run down the vent pipe, rusting the fan and damaging the wallboard. Insulating the vent pipe in the attic will help to reduce this problem.

**SLOW DRAINS** on sinks, tubs, and showers are usually due to build up of hair and soap scum. Most sink popups can be easily removed for cleaning. Some tubs have a spring attached to the closing lever that acts as a catch for hair. It may require removing a couple of screws to disassemble. If you cannot mechanically remove the obstruction, be kind to your pipes. ***Don't use a caustic cleaner***. There are several bacteria drain cleaners available. They are available at hardware stores in areas where septic tanks are used. These drain cleaners take a little longer to work, but are safe for you and your pipes.

## SAFETY HAZARDS

Typical safety hazards found in bathrooms are open grounds or reverse polarity by water. Replacing these outlets with G.F.C.I.'s are recommended. (See page 28)

## WHIRLPOOL TUBS

This relates to interior tubs hooked up to interior plumbing. Where possible, the motor will be operated to see that the jets are working. Hot tubs and spas are not inspected.



**DOOR STOPS**

All swinging doors should be checked for door stops. Broken or missing door stops can result in door knobs breaking through drywall or plaster.

**CLOSET GUIDES**

Sliding closet doors should be checked to see that closet guides are in place. Missing or broken closet guides can cause scratches and damage to doors.

**COLD AIR RETURNS**

Bedrooms that do not have cold air returns in them should have a 3/4" gap under the doors to allow cold air to be drawn into the hall return.

---

### AN INSPECTION VERSUS A WARRANTY

A home inspection is just what the name indicates, an inspection of a home...usually a home that is being purchased. The purpose of the inspection is to determine the condition of the various systems and structures of the home. While an inspection performed by a competent inspection company will determine the condition of the major components of the home, no inspection will pick up every minute latent defect. The inspector's ability to find all defects is limited by access to various parts of the property, lack of information about the property and many other factors. A good inspector will do his or her level best to determine the condition of the home and to report it accurately. The report that is issued is an opinion as to the condition of the home. This opinion is arrived at by the best technical methods available to the home inspection industry. It is still only an opinion.

A warranty is a policy sold to the buyer that warrants that specific items in the home are in sound condition and will remain in sound condition for a specified period of time. Typically, the warranty company never inspects the home. The warranty company uses actuarial tables to determine the expected life of the warranted items and charges the customer a fee for the warranty that will hopefully cover any projected loss and make a profit for the warranty seller. It is essentially an insurance policy.

The service that we have provided you is an inspection. We make no warranty of this property. If you desire warranty coverage, please see your real estate agent for details about any warranty plan to which their firm may have access.

---



## WINDOW FRAMES AND SILLS

Window frames and sills are often found to have surface deterioration due to condensation that has run off the window and damaged the varnish. Usually this can be repaired with a solvent style refinisher and fine steel wool. This is sometimes a sign of excess humidity in the house. See comments regarding caulking doors and windows, page 8.

## FIREPLACES

It is important that a fireplace be cleaned on a routine basis to prevent the buildup of creosote in the flue, which can cause a chimney fire. Masonry fireplace chimneys are normally required to have a terra cotta flue liner or 8 inches of masonry surrounding each flue in order to be considered safe and to conform with most building codes. During visual inspections, it is not uncommon to be unable to detect the absence of a flue liner either because of stoppage at the firebox, a defective damper or lack of access from the roof.

## WOODBURNERS

Once installed, it can be difficult to determine proper clearances for woodburning stoves. Manufacturer specifications, which are not usually available to the inspector, determine the proper installation. We recommend you ask the owner for paperwork, verifying that it was installed by a professional contractor.

## VENTILATION

Ventilation is recommended at the rate of one square foot of vent area to 300 square feet of attic floor space, this being divided between soffit and rooftop. Power vents should ideally have both a humidistat and a thermostat, since ventilation is needed to remove winter moisture as well as summer heat. Evidence of condensation such as blackened roof sheathing, frost on nail heads, etc. is an indication that ventilation may have been or is blocked or inadequate.

## INSULATION

The recommended insulation in the attic area is R-38, approximately 12". If insulation is added, it is important that the ventilation is proper.

## SMOKE DETECTORS

Smoke detectors should be tested monthly. At least one detector should be on each level. CO detectors are not required by most states, but for safety reasons, are highly recommended.

## VAPOR BARRIERS

The vapor barrier should be on the warm side of the surface. Most older homes were built without vapor barriers. If the vapor barrier is towards the cold side of the surface, it should be sliced or removed. Most vapor barriers in the attic are covered by insulation and therefore, not visible.

## SAFETY GLAZING

Safety glazing requirements vary depending on the age of the home. Every attempt is made to identify areas where the lack of safety glazing presents an immediate safety hazard, such as a shower door. In some older homes it is difficult to determine if safety glazing is present, since the glass is not marked. Therefore, no representation is made that safety glazing exists in all appropriate areas.

## INSULATED GLASS

Broken seal in thermopane/insulated windows are not always visible nor detectible due to humidity and temperature changes during the day. Other factors such as window covering, dirty windows, and lack of accessibility, personal property placed in front of the windows all affect the view of the windows at the time of the inspection.



**BASEMENT/CRAWLSPACE**
Any basement/crawlspace that has cracks or leaks is technically considered to have failed. Most block basements/crawlspace have step cracks in various areas. If little or no movement has occurred and the step cracks are uniform, this is considered acceptable. Horizontal cracks in the third or fourth block down indicate the block has moved due to outside pressure. They can be attributed to many factors such as improper grading, improperly functioning gutter and downspout system, etc. Normally if little or no movement has taken place and proper grading and downspouts exist, this is considered acceptable. If the wall containing the stress crack(s) has moved considerably, this will require some method of reinforcement. Basements/crawlspace that have been freshly painted or tuckpointed should be monitored for movement. This will be indicated by cracks reopening. If cracks reappear, reinforcement may be necessary. Reinforcing a basement/crawlspace wall can become expensive.

**FOUNDATION (COVERED WALLS)**
Although an effort has been made to note any major inflections or weaknesses, it is difficult at best to detect these areas when walls are finished off, or basement/crawlspace storage makes areas inaccessible. **No representation is made as to the condition of these walls.**

**INSULATED CONCRETE FORMS (ICF'S)** are formwork for concrete that stays in place as permanent building insulation for energy-efficient, cast-in-place, reinforced concrete walls, floors and roofs.

**MONITOR** indicates that the walls have stress cracks, but little movement has occurred. In our opinion, the cracks should be filled with mortar and the walls monitored for further movement and cracking. If additional movement or cracking occurs, reinforcement may be necessary.

**HAVE EVALUATED** We recommend that the walls be re-evaluated by a structural engineer or basement/crawlspace repair company and estimates be obtained if work is required.

**VAPOR BARRIER**
Floors that are dirt or gravel should be covered with a vapor barrier.

**MOISTURE PRESENT**
Basement/crawlspace dampness is frequently noted in houses and in most cases the stains, moisture or efflorescence present is a symptom denoting that a problem exists outside the home. Usual causes are improper downspout extensions or leaking gutters and/or low or improper grade (including concrete surfaces) at the perimeter of the house. A proper slope away from the house is one inch per foot for four to six feet. Expensive solutions to basement/crawlspace dampness are frequently offered. It is possible to spend thousands of dollars on solutions such as pumping out water that has already entered or pumping of chemical preparations into the ground around the house, when all that may be necessary are a few common sense solutions at the exterior perimeter. However, this is not intended to be an exhaustive list of causes and solutions to the presence of moisture. **No repre-sentation is made to future moisture that may appear.**

**PALMER VALVE**
Many older homes have a valve in the floor drain. This drain needs to remain operational.

**DRAIN TILE**
We offer no opinion about the existence or condition of the drain tile, as it cannot be visibly inspected.

**BASEMENT ELECTRICAL OUTLETS**
We recommend that you have an outlet within 6' of each appliance. The appliance you plan to install may be different than what exists, therefore the inspection includes testing a representative number of receptacles that exist. It is also recommended to have ground fault circuit interrupts for any outlet in the unfinished part of the basement and crawl spaces.



**BASEMENT/CRAWL SPACE**

## CRAWL SPACES

Crawl spaces are shallow spaces between the first level floor joist and the ground. Access to this area may be from the inside, outside or not accessible at all. Ductwork, plumbing, and electrical may be installed in the space in which access may be necessary. The floor of the crawl space may be covered with concrete, gravel, or may be the original soil. A vapor barrier may be a sheet of plastic or tar paper and installed over or under this material. The vapor barrier will deter the moisture from the earth from escaping into the crawl space and causing a musty smell. Ventilation is also important to control excess moisture buildup. Vents may be located on the outside of the house and are normally kept open in the summer and closed for the winter (where freezing may occur). The basement/crawl space diagram indicates areas that are covered and not part of a visual inspection. Every attempt is made to determine if paneling is warped, moisture stains are bleeding through, etc. Storage that blocks the visibility of a wall is not removed to examine that area. Therefore, it is important that on your walk-through before closing, you closely examine these areas. Closed crawl spaces that have vents to the outside should have insulation under the floor above the crawl space.

## HAVE EVALUATED

We recommend that the walls be re-evaluated by a structural engineer or basement repair company and estimates be obtained if work is required.

## MONITOR

Indicates that the walls have stress cracks, but little movement has occurred. In our opinion, the cracks should be filled with mortar and the walls monitored for further movement and cracking. If additional movement or cracking occurs, reinforcement may be necessary.

## FOUNDATION (COVERED WALLS)

Although an effort has been made to note any major inflections or weaknesses, it is difficult at best to detect these areas when walls are finished off, or basement/crawlspace storage makes areas inaccessible. **No representation is made as to the condition of these walls.**

## MOISTURE PRESENT

Basement/crawlspace dampness is frequently noted in houses and in most cases the stains, moisture or efflorescence present is a symptom denoting that a problem exists outside the home. Usual causes are improper downspout extensions or leaking gutters and/or low or improper grade (including concrete surfaces) at the perimeter of the house. A proper slope away from the house is one inch per foot for four to six feet. Expensive solutions to basement/crawlspace dampness are frequently offered. It is possible to spend thousands of dollars on solutions such as pumping out water that has already entered or pumping of chemical preparations into the ground around the house, when all that may be necessary are a few common sense solutions at the exterior perimeter. However, this is not intended to be an exhaustive list of causes and solutions to the presence of moisture. **No repre-sentation is made to future moisture that may appear.**

**This confidential report is prepared exclusively for**
© 2018 **Private I** Home Inspections



**WELLS**

Examination of wells is not included in this visual inspection. It is recommended that you have well water checked for purity by the local health authorities and, if possible, a check on the flow of the well in periods of drought. A well pit should have a locked cover on it to prevent anyone from falling into the pit.

**SEPTIC SYSTEMS**

The check of septic systems is not included in our visual inspection. You should have the local health authorities or other qualified experts check the condition of the septic system. In order for the septic system to be checked, the house must have been occupied within the last 30 days.

**WATER PIPES**

Galvanized water pipes rust from the inside out and may have to be replaced within 20 to 30 years. This is usually done in two stages: horizontal piping in the basement first, and vertical pipes throughout the house later as needed. Copper pipes usually have more life expectancy and may last as long as 60 years before needing to be replaced.

**HOSE BIBS**

During the winter months it is necessary to make sure the outside faucets are winterized. This can be done by means of a valve located in the basement. Leave the outside faucets open to allow any water standing in the pipes to drain, preventing them from freezing. Hose bibs cannot be tested when winterized.

**WATER HEATER**

The life expectancy of a water heater is 5-10 years. Water heaters generally need not be replaced unless they leak. It is a good maintenance practice to drain 5-10 gallons from the heater several times a year. Missing relief valves or improper extension present a safety hazard.

**WATER SOFTENERS**

During a visual inspection it is not possible to determine if water is being properly softened.

**PLUMBING**

The temperature/pressure valve should be tested several times a year by lifting the valve's handle. Caution: very hot water will be discharged. If no water comes out, the valve is defective and must be replaced.

**SHUT-OFF VALVES**

Most shut-off valves have not been operated for long periods of time. We recommend operating each shut-off valve to: toilet bowl, water heater, under sinks, main shut-off, hose faucets, and all others. We recommend you have a plumber do this, as some of the valves may need to be repacked or replaced. Once the valves are in proper operating order, we recommend opening and closing these valves several times a year.

**POLYBUTYLENE PIPING**

This type of piping has a history of problems and should be examined by a licensed plumber and repaired or replaced as necessary.

*MECHANICAL DEVICES MAY OPERATE AT ONE MOMENT AND LATER MALFUNCTION; THEREFORE, LIABILITY IS SPECIFICALLY LIMITED TO THOSE SITUATIONS WHERE IT CAN BE CONCLUSIVELY SHOWN THAT THE MECHANICAL DEVICE INSPECTED WAS INOPERABLE OR IN THE IMMEDIATE NEED OF REPAIR OR NOT PERFORMING THE FUNCTION FOR WHICH IS IT WAS INTENDED AT THE TIME OF INSPECTION.*

**CSST**

Corrugated Stainless Steel Tubing is an alternative to traditional black iron gas piping. It is a continuous, flexible, stainless steel pipe with an exterior PVC covering.



## HEATING AND AIR CONDITIONING units have limited lives. Normal lives are:

GAS-FIRED HOT AIR . . . . . . . . . . . . . . . .15-25 years
OIL-FIRED HOT AIR . . . . . . . . . . . . . . . .20-30 years
CAST IRON BOILER . . . . . . . . . . . . . . . .30-50 years
(Hot water or steam) or more
STEEL BOILER . . . . . . . . . . . . . . . . . . . .30-40 years
(Hot water or steam) or more
COPPER BOILER . . . . . . . . . . . . . . . . . . .10-20 years
(Hot water or steam)
CIRCULATING PUMP (Hot water) . . . . . .10-15 years
AIR CONDITIONING COMPRESSOR . . . .8-12 years
HEAT PUMP . . . . . . . . . . . . . . . . . . . . . . .8-12 years

Gas-fired hot air units that are close to or beyond their normal lives have the potential of becoming a source of carbon monoxide in the home. You may want to have such a unit checked every year or so to assure yourself that it is still intact. Of course a unit of such an age is a good candidate for replacement with one of the new, high efficiency furnaces. The fuel savings alone can be very attractive.

Boilers and their systems may require annual attention. If you are not familiar with your system, have a heating contractor come out in the fall to show you how to do the necessary thing **Caution: do not add water to a hot boiler!**

Forced air systems should have filters changed every 30 to 60 days of the heating and cooling season. This is especially true if you have central air conditioning. A dirty air system can lead to premature failure of your compressor - a $1,500 machine.

Oil-fired furnaces and boilers should be serviced by a professional each year. Most experts agree you will pay for the service cost in fuel saved by having a properly tuned burner.

Read the instructions for maintaining the humidifier on your furnace. A malfunctioning humidifier can rust out a furnace rather quickly. It is recommended that the humidifier be serviced at the same time as the furnace, and be cleaned regularly. **During a visual inspection it is not possible to determine if the humidifier is working.**

**Have HVAC technician examine** - A condition was found that suggests a heating contractor should do a further analysis. We suggest doing this before closing.

**Heat exchangers cannot be examined nor their condition determined without being disassembled. Since this is not possible during a visual, non-technically exhaustive inspection, you may want to obtain a service contract on the unit or contact a furnace technician regarding a more thorough examination.**

Testing pilot safety switch requires blowing out the pilot light. Checking safety limit controls requires disconnecting blower motor or using other means beyond the scope of this inspection. If the furnace has not been serviced in last 12 months you may want to have a furnace technician examine.

**CO Test** - This is not part of a non-technical inspection. If a test was performed, the type of tester is indicated on page 27.

**Combustible Gas Detector** - If a gas detector was used during the inspection of the furnace and evidence of possible combustible gases was noted, we caution you that our test instrument is sensitive to many gases and not a foolproof test. None-the-less, this presents the possibility that a hazard exists and could indicate that the heat exchanger is, or will soon be, defective.



Every effort has been made to evaluate the size of the service. Three wires going into the home indicate 240 volts. The total amperage can be difficult to determine. We highly recommend that ground fault circuit interrupters (G.F.C.I.) be connected to all outlets around water. This device automatically shuts the circuit off when it senses a current leak to ground. This device can be purchased in most hardware stores. G.F.C.I.'s are recommended by all outlets located near water, outside outlets, or garage outlets. Pool outlets should also be protected with a G.F.C.I.

**See diagram below:**

If you do have G.F.C.I.'s, it is recommended that you test (and reset) them monthly. When you push the test button, the reset button should pop out, shutting off the circuit. If it doesn't, the breaker is not working properly. If you don't test them once a month, the breakers have a tendency to stick and may not protect you when eeded.



Knob and tube wiring found in older homes should be checked by an electrician to insure that the wire cover is in good condition. Under no circumstances should this wire be covered with insulation. Recess light fixtures should have a baffle around them so that they are not covered with insulation. The newer recessed fixtures will shut off if they overheat. (no representation is made as to proper recess lighting fixtures).

**Federal Pacific Stab-Lok® Electrical panels may be unsafe. See www.google.com (Federal Pacific)**

**Aluminum wiring in general lighting circuits has a history of over heating, with the potential of a fire. If this type of wiring exists, a licensed electrical contractor should examine the whole system.**

### ARC FAULTS

In some areas arc Faults are required for bedrooms in new homes starting in 2002. In some areas arc Faults are required for all 120 Volt circuits that are not GFCI protected in new homes starting in 2009. Updrade as desired forenhanced safely.

### REVERSE POLARITY

A common problem that surfaces in many homes is reverse polarity. This is a potentially hazardous situation in which the hot and neutral wires of a circuit are reversed at the outlet, thereby allowing the appliance to incorrectly be connected. This is an inexpensive item to correct.

Each receptacle has a brass and silver screw. The black wire should be wired to the brass screw and the white wire should go to the silver screw. When these wires are switched, this is called "reverse polarity." Turning off the power and switching these wires will correct the problem.

Main service wiring for housing is typically 240 volts. The minimum capacity for newer homes is 100 amps though many older homes still have 60 amp service. Larger homes or all electric homes will likely have a 200 amp service.

Main service wiring may be protected by one or more circuit breakers or fuses. While most areas allow up to six main turnoffs, expanding from these panels is generally not allowed.

### COOLING

Testing A/C System and Heat Pump- The circuit breakers to A/C should be on for a minimum of 24 hours and the outside temperature at least 60 degrees for the past 24 hours or an A/C system cannot be operated without possible damage to the compressor. Check the instructions in your A/C manual or on the outside compressor before starting up in the summer. Heat pump can only be tested in the mode it's running in. Outside temperature should be at least 65° for the past 24 hours to run in cooling mode.

Temperature differential, between 14°-22°, is usually acceptable. If out of this range, have an HVAC contractor examine it. It is not always feasible to do a differential test due to high humidity, low outside temperature, etc.

### A/C CONDENSER COIL
They should not become overgrown with foliage. Clearance requirements vary, but 2' on all sides should be considered minimal with up to 6' of air discharge desirable. If a clothes dryer vent is within five to ten feet, either relocate the vent or do not run when the A/C is running. The lint will quickly reduce the efficiency of the A/C unit.

# COSTS OF REMODELING OR REPAIR

The prices quoted below include a range of prices based on a typical metropolitan area. Individual prices from contractors can vary substantially from these ranges. We advise that several bids be obtained on any work exceeding several hundred dollars. DO NOT RELY ON THESE PRICES... GET FURTHER ESTIMATES.

| ITEM | UNIT | ESTIMATED PRICE |
|---|---|---|
| Masonry fireplace | Each | $3,000 - $6,000 |
| Install prefab fireplace | Each | 2,000 - 4,000 |
| Insulate attic | Square foot | .75 - 1.25 |
| Install attic ventilating fan | Each | 200 - 300 |
| Install new drywall over plaster | Square foot | 1.75 - 2.75 |
| Install new warm air furnace | Each | 2,000 - 3,000 |
| Replace central air conditioning | Each | 1,400 - 2,000 |
| Install humidifier | Each | 300 - 500 |
| Install electrostatic air cleaner | Each | 800 - 1,500 |
| Increase elec. svc. to 60-100 amps | Each | 600 - 1,200 |
| Run separate elec. line for dryer | Each | 125 - 200 |
| Run separate elec. line for A/C | Each | 135 - 200 |
| Install hardwired smoke detector | Each | 100 - 180 |
| Install new disposal | Each | 250 - 400 |
| Install new dishwasher | Each | 500 - 750 |
| Install new hot water boiler | Each | 2,000 - 4,000 |
| Install new 30-40 gal water heater | Each | 350 - 650 |
| Install new 30 gal. water heater | Each | 300 - 500 |
| Dig and install new well | Each | get estimate |
| Install new septic system | Each | get estimate |
| Regrade around exterior | Each | 500 - 900 |
| Install new sump pump and pit | Each | 400 - 600 |
| Build new redwood or pressure-treated deck | Square foot | 20 - 30 |
| Install storm windows | Each | 60 - 150 |
| Install wood replacement windows | Each | 400 - 800 |
| Install aluminum or vinyl replacement window | Each | 300 - 800 |
| Install new gutters and downspouts | Linear foot | 3.50 - 5.00 |
| Install asphalt shingle o/existing | Square foot | 1.20 - 1.70 |
| Tear off existing roof and install new asphalt shingle roof | Square foot | 2.50 - 4.00 |
| Instl 1-ply membrane rubberized roof | Square foot | get estimate |
| Instl new 4-ply built-up tar & gravel | Square foot | get estimate |
| Remove asbestos from pipes in bsmt | Linear foot | get estimate |
| Concrete drive or patio | Square foot | 3.00 - 4.00 |
| with removal of old | Square foot | 2.25 - 3.00 |
| Clean chimney flue | Each | 100 - 200 |
| Add flue liner for gas fuel | | 900 - 1,200 |
| Add flue liner for oil or wood | | 2,800 - 3,500 |

Deferred Costs - It is impossible to determine how long these items will last before needing replacement. The report addresses most of these items from a "condition" standpoint.

# PREVENTIVE MAINTENANCE TIPS

I. **FOUNDATION and MASONRY**: **Basements, Exterior Walls**: To prevent seepage and condensation problems.
a. Check basement for dampness and leakage after wet weather.
b. Check chimneys, deteriorated chimney caps, loose and missing mortar.
c. Maintain grading sloped away from foundation walls.

II. **ROOFS, GUTTERS, and EAVESTROUGH:** To prevent roof leaks, condensation, seepage, and decay problems.
a. Check for damaged, loose or missing shingles, blisters.
b. Clean gutters, leaders, strainers, window wells, drains. Be sure downspouts direct water away from foundation. Cut back tree limbs.
c. Check flashings around roof stacks, vents, skylights, chimneys, as sources of leakage. Check vents, louvers and chimneys for birds nests, squirrels, insects.
d. Check fascias and soffits for paint flaking, leakage and decay.

III. **EXTERIOR WALLS:** To prevent paint failure, decay, and moisture penetration problems.
a. Check painted surface for paint flaking or paint failure. Cut back shrubs.
b. Check exterior masonry walls for cracks, looseness, missing or broken mortar.

IV. **DOORS AND WINDOWS:** To prevent air and weather penetration problems.
a. Check caulking for decay around doors, windows, corner boards, joints. Recaulk and weatherstrip as needed. Check glazing, putty around windows.

V. **ELECTRICAL:** For safe electrical performance, mark and label each circuit.
a. Trip circuit breakers every six months and ground fault circuit interrupters (G.F.C.I.) monthly.
b. Check condition of lamp cords, extension cords and plugs. Replace at first sign of wear and damage.
c. Check exposed wiring and cable for wear or damage.
d. If you experience slight tingling shock from handling or touching any appliance, disconnect the appliance and have it repaired. If lights flicker or dim, or if appliances go on and off unnecessarily, call a licensed electrician.

VI. **PLUMBING:** For preventive maintenance.
a. Drain exterior water lines, hose bibbs, sprinklers, pool equipment in the fall.
b. Draw off sediment in water heaters monthly or per manufacturer's instructions.
c. Have septic tank cleaned every 2 years.

VII. **HEATING and COOLING:** For comfort, efficiency, energy conservation and safety.
a. Change or clean furnace filters, air condition filters, electronic filters as needed.
b. Clean and service humidifier. Check periodically and annually.
c. Have oil burning equipment serviced annually.

VIII. **INTERIOR:** General house maintenance.
a. Check bathroom tile joints, tub grouting and caulking. Be sure all tile joints in bathrooms are kept well sealed with tile grout to prevent damage to walls, floors and ceilings below.
b. Close crawl vents in winter and open in summer.
c. Check underside of roof for water stains, leaks, dampness & condensation, particularly in attics and around chimneys.

IX. **Know the location of:**
• Main water shutoff valve.
• Main emergency shutoff switch for the heating system.
• Main electrical disconnect or breaker.

**This confidential report is prepared exclusively for**
© 2018 **Private I** Home Inspections

# Exhibit A

11.     The sales contract provided that the sale was contingent upon a satisfactory home inspection.

12.     However, three days after signing the contract, the inspector hired by the buyer found an excessive amount of moisture in my unit.

13.     The purchaser notified me of the inspector's findings and voided the sale. I was never provided a copy of the inspection report.

14.     Still unaware of the existence of mold in my unit, I relisted the unit for sale.

15.     However, a second contract also failed, based upon an inspection report issued on July 22, 2018, which also found excessive amount of moisture in my unit. (See Report 2, Exhibit "A" hereto at 1, 4, 6, 8, 12, 16.)

16.     While both of the inspection reports found evidence of excessive moisture, neither report identified mold growth in the unit. (Exhibit "A".)

17.     On July 31, 2018, as a result of the two failed inspection reports, I hired MI&T Mold Inspection Testing, who found that my unit tested positive for mold.

18.     As a result, I decided to replace some of the floorboards.

19.     On September 7, 2018, the floorboards were removed and I first discovered that the subflooring was severely damaged and that mold was growing behind the walls.

20.     On September 7, 2018, I transmitted this information to Sgariglia and the owner of Unit 2 in the Building.

Dated: ___9/26___ , 2020          _____
                                                        John Gorr