IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELINDA SGARIGLIA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AMERICAN INTERNATIONAL ) <br> RELOCATION SOLUTIONS, LLC, d/b/a ) <br> AIRES, an Illinois limited liability ) <br> company, NICHOLAS GONRING, and ) <br> KELSEY GONRING, ) <br> ) <br> Defendants. ) <br> _____) <br> NICHOLAS GONRING and KELSEY ) <br> GONRING, ) <br> ) <br> Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> 2726 WEST CORTEZ CONDOMINIUM ) <br> and JOHN GORR, ) <br> ) <br> Third-Party Defendants. ) | Case No. 1:19-cv-05684 <br><br> Honorable Robert M. Dow, Jr. <br><br> Magistrate Judge Gabriel A. Fuentes <br><br> Jury Demanded |

AMENDED JOINT STATUS REPORT

Third-Party Plaintiffs, Nicholas and Kelsey Gonring (together, the **"Gonrings"**) and Third-Party Defendants, John Gorr (**"Gorr"**), 2726 West Cortez Condominium (the **"Association"**), Plaintiff Melinda Sgariglia, and Defendant American International Relocation Solutions, LLC ("Aires"), for their joint status report on Rule 56 discovery, filed pursuant to the Order dated September 29, 2022 (Dkt. #173), state as follows:

The Parties, through counsel, met via teleconference on October 3, 2022, at 4:00 p.m. Counsel present were as follows: Carol Oshana for Plaintiff, Arthur McColgan for Defendant Aires, Jordan Finfer for Defendants/Third-Party Plaintiffs the Gonrings, and David Eisenberg for

Third-Party Defendants Gorr and the Association.

    A. **Third-Party Plaintiffs' plans for Rule 56 discovery.**

The Gonrings intend to issue interrogatories and requests for production of documents to Gorr and the Association. Based upon the Third-Party Defendants' responses to written discovery requests, the Gonrings may take the deposition of Gorr and/or the Association.

    B. **Third-Party Defendants' plans for Rule 56 discovery.**

Gorr and the Association intend to issue interrogatories and requests for production of documents to the Gonrings. Based upon the Gonrings' responses to written discovery requests, Gorr and the Association may take depositions of the Gonrings.

    C. **Agreed time frame for completion of Rule 56 discovery.**

The parties agree that discovery can be completed as follows:

1. Written discovery requests to be issued on or before October 6, 2022;
2. Responses to written discovery to be served on or before November 7, 2022; and
3. Fact depositions to be completed on or before November 30, 2022.

    D. **Plaintiff time frame for Discovery**

Plaintiff proposes completing Defendant depositions by November 30, 2022 and filing her Motion for Summary Judgment by January 31, 2022.

Defendants Gonrings do not agree with Plaintiff's proposed schedule to complete her discovery. Per docket entry 113, fact and expert discovery in Plaintiff's case in chief closed on May 6, 2022. No requests for extensions have been filed other than to extend Third-Party discovery.

    E. **Aires position on Parties' proposed discovery schedules**

Aires has no objection to Plaintiff's, Third-Party Plaintiffs', or Third-Party Defendants'

proposed discovery schedules. Should the Court allow Plaintiff to take oral discovery, Aires requests that it likewise be given until November 30, 2022 to complete the deposition of any witnesses.

Dated: Oct 5, 2022                                           Respectfully submitted,


/s/ Elizabeth L. Archerd
Jordan A. Finfer (ARDC #6296373)
Elizabeth L. Archerd (ARDC #6329394)
Patzik, Frank & Samotny Ltd.
200 S. Wacker Drive, Suite 2700
Chicago, IL  60606
jfinfer@pfs-law.com
earcherd@pfs-law.com
***Counsel for Nicholas and Kelsey Gonring***

/s/ David A. Eisenberg
David A. Eisenberg
Alexander Loftus
Loftus and Eisenberg
161 N. Clark Street, Suite 1600
Chicago, IL  60601
david@loftusandeisenberg.com
alex@loftusandeisenberg.com
***Counsel for 2726 West Cortez Condominium and John Gorr***

/s/ Carol Oshana
Carol Oshana (ARDC #6243613)
OSHANA LAW
20 N. Clark Street, Suite 3000
Chicago, IL  60602
Oshanalaw@yahoo.com
***Counsel for Melinda Sgariglia***

/s/ Arthur J. McColgan
Arthur J. McColgan
Matthew W. Casey
Walker Wilcox Matousek LLP
One N. Franklin St., Suite 3200
Chicago, IL  60606
amccolgan@walkerwilcox.com
mcasey@walkerwilcox.com
***Counsel for American International Relocation Solutions, LLC***