IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | |
| | ) | 1:19-cv-05684 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Robert M. Dow |
| | ) | |
| AMERICAN INTERNATIONAL RELOCATION SERVICES, LLC, D.B.A. AIRES, AN ILLINOIS LIMITED LIABILITY CORPORATION, NICHOLAS GONRING & KELLY GONRING., | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To: Counsel of Record

PLEASE TAKE NOTICE that on this Oct 5, 2022, I electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, the attached the Amended Joint Status Report dated Oct 5, 2022, a copy of which is hereby served upon you.

/s/ Carol Oshana
Carol Oshana, Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certify that the foregoing Notice of Filing was electronically filed using the CM/ECF system and was sent as follows: transmitting the document by email on Oct 5, 2022, to the following email addresses; jfmfer@pfs-law.com; and earcherd@pfs-law.com; egibbons@walkerwilcox.com; amccolgan@walkerwilcox.com and mcasev@walkerwilcox.com.

Jordan A. Finfer
Elizabeth L. Archerd
Patzik, Frank & Samotny Ltd.
200 S. Wacker Drive, Suite 2700
Chicago, IL 60606

Edward P. Gibbons Arthur J.
McColgan Matthew W. Casey
Walker Wilcox Matousek LLP One
N. Franklin St., Ste. 3200 Chicago,
IL 60606

/s/Carol Oshana