

## Contact Us

Drop us a line, or give us a ring. We'd love to hear about your Aires experience or answer any of your questions.

let's talk

EXH. 1

EVERYWHERE YOU ARE

## Global office locations

**Global Headquarters & Central Regional Office**
6 Penn Center Blvd, Suite 200
Pittsburgh, PA 15276, USA
Toll-Free: 1-888-828-8515
Local: 1-412-788-0461
Fax: 1-412-788-0245

 Show on Google Map

**West Coast Regional Office**
Toll-Free: 1-800-892-7411
Local: 1-714-842-5025
Fax: 1-714-842-5087

**Dallas Office**
15660 North Dallas Parkway, Suite 215
Dallas, TX 75248, USA
Toll-Free: 1-866-387-5852
Local: 1-214-622-6540
Fax: 1-972-996-3651

 Show on Google Map

**Midwest Regional Office**

**North East Regional Office**
100 Reserve Road
Suite G300
Danbury, CT 06810, USA
Toll-Free: 1-800-641-5977
Local: 1-203-730-1125
Fax: 1-203-730-1157

 Show on Google Map

**Gulf Coast Regional Office**
7900 N. Sam Houston Parkway West, Suite 200
Houston, TX 77064, USA
Toll-Free: 1-800-340-0033
Local: 1-713-460-9949
Fax: 1-713-360-5050

 Show on Google Map

**Hong Kong Office**
15/F, Soundwill Plaza II - Midtown
1-29 Tang Lung Street
Causeway Bay
Hong Kong

**Singapore Office**
168 Robinson Road
Capital Tower #24-01
Singapore 068912
Local: +65 8738 3070

 Show on Google Map

**Shanghai Legal Entity**
Lehman Brown
Room 1504 WanTai International Building
480 North Wu Lu Mu Qi Road
Shanghai 200040 China
Attn: Jenny Dai

地址： 上海乌鲁木齐北路480号万泰国际1504室;邮编 200040

 Show on Google Map

**Mumbai Legal Entity**
16 Hansraj Lane
Byculla (East)
Mumbai 400 027 India

 Show on Google Map

Local: 1-260-475-4000

 Show on Google Map

 Show on Google Map

**London Office**
41 Hartfield Rd, Wimbledon,
London. SW19 3RQ, UK
Local: +44 203 962 0599

 Show on Google Map



# Interested in becoming an Aires partner?

We value our partner relationships around the world. If you would like to become part of our family, click the link below and provide us with your details.

send your info

WE'RE HIRING

# Join our team

learn more





Privacy Notice   Privacy Webform   MovePerX Privacy Notice   Aetna Transparency in Coverage   California Privacy Notice

**About Us**
Vision, Values, History
Meet our leadership team
Interested in becoming a partner?
Industry affiliations

**Global Services**
Our services
Enhancing your mobility experience
Eight reasons to work with Aires

**Our Technology**
Clients, transferees, teams
MobilityX
Data security

**Resources**
Research
News
Blog
Podcast

**Why Aires**
People, Process, Technology
Diversity, Equity, & Inclusion
Quality
Recognition
Financial strength

**Contact Us**
Global office locations
Join our team

**AiresMobile®**
Google Play (android)
App Store (iOS)

**Aires TravelTraX**SM
Google Play (android)

**AVA - Aires Voice Assistant**SM
Amazon Alexa Skills Store