(No Subject)

From: Oshana Law (oshanalaw@yahoo.com)

To: oshanalaw@yahoo.com

Date: Thursday, June 22, 2023 at 04:40 AM CDT

This instrument prepared by:

Zachary P. Russell, Attorney
2 N. Riverside Plaza, Suite 1420
Chicago, Illinois 60606

After recording mail to:

Steven A. [illegible]
[illegible]
Chicago, IL 60606

Mail tax bills to:

Nicholas and Kelsey Gonring
[illegible]
Chicago, IL 60622

Doc#: 1615429100 Fee: $46.00
RHSP Fee: $9.00 RPRF Fee: $1.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 06/02/2016 06:56 PM Pg: 1 of 5

This space reserved for Recorder's use only

# WARRANTY DEED

THIS WARRANTY DEED is made the 2nd day of [illegible], 2016, by MATTHEW MULLIGAN and STACY MULLIGAN, husband and wife ("Grantor"), of the City of Chicago, Cook County, Illinois, for and in consideration of Ten and No/100 Dollars ($10.00) and other good and valuable consideration in hand paid, by these presents does CONVEY AND WARRANT to NICHOLAS GONRING and KELSEY GONRING, husband and wife, of the City of Chicago, Cook County, Illinois ("Grantee"), FOREVER, AS TENANTS BY THE ENTIRETY, the following described real estate situated in the County of Cook, in the State of Illinois, to wit:

See **Exhibit A** attached hereto and made a part hereof.

Property Address: 2126 W. Coulter, Unit 1, Chicago, IL 61622
Permanent Index Number: 16-01-408-035-1001

Subject only to: covenants, conditions and restrictions of record; public and utility easements; acts done or suffered through Grantee; special governmental taxes or assessments confirmed or unconfirmed, if any; the condominium declaration and bylaws; and general real estate taxes for the second installment of 2015 and subsequent years.

Hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois, if any.

1615429100 Page 2 of 5

UNOFFICIAL COPY

IN WITNESS WHEREOF, this Deed has been executed by Grantor under seal on and as of the date first above written.

_____
MATTHEW MULLIGAN

_____
STACY MULLIGAN

Sent from Yahoo Mail on Android