

**Attached Single**    MLS #: **09957695**    List Price: **$499,900**
Status: **NEW**    List Date: **05/21/2018**    Orig List Price: **$499,900**
Area: **8024**    List Dt Rec: **05/21/2018**    Sold Price:
   SP Incl. **Yes**
   Parking:
Address: **2726 W Cortez St Unit 1, Chicago, IL 60622**
Directions: **TAKE CHICAGO AVE TO CALIFORNIA. RIGHT ON CORTEZ TO PROPERTY. MUST TAKE CALIFORNIA, CUL-DE-SAC STREET**

| | | |
|---|---|---|
| Sold by: | | Lst. Mkt. Time: **1** |
| Closed: | Contract: | Concessions: |
| Off Mkt: | Financing: | Contingency: |
| Year Built: **2008** | Blt Before 78: **No** | Curr. Leased: **No** |
| Dimensions: **COMMON** | | |
| Ownership: **Condo** | Subdivision: **Ukrainian Village** | Model: |
| Corp Limits: **Chicago** | Township: **North Chicago** | County: **Cook** |
| Coordinates: **N:1050 W:2726** | | # Fireplaces: **0** |
| Rooms: **8** | Bathrooms **3/0** (Full/Half): | Parking: **Garage** |
| Bedrooms: **4** | Master Bath: **Full** | # Spaces: **Gar:1** |
| Basement: **Full** | Bsmnt. Bath: **Yes** | Parking Incl. **Yes** In Price: |
| Waterfront: **No** | Appx SF: **2500** | SF Source: **Other** |
| Total Units: **3** | Bldg. Assess. SF: | # Days for |
| # Stories: **3** | Unit Floor Lvl.: **1** | Bd Apprvl: **0** |
| % Own. Occ.: **100** | % Cmn. Own.: | Fees/Approvals: |
| Utility Costs: | | |

Remarks: Large 4 bedroom/3 bathroom duplex down in West Town! Open floor plan on the first floor features a spacious kitchen with stainless steel appliances, 42" custom cabinets and bonus pantry. The master suite includes a large built-outs, walk-in closet and Jacuzzi tub with separate glass enclosed shower. Lower level is awesome for entertaining with an oversized wet bar and wine fridge. Interior features include wide plank hardwood floors, tons of storage, beautifully rehabbed bathrooms, high ceilings throughout the unit, lower level laundry room and multiple outdoor areas, including private roof top deck over the garage with a custom pergola. The home is situated on a cul-de-sac street that is in walking distance to restaurants and businesses going in on California and Division.

| School Data | Assessments | Tax | Pet Information |
|---|---|---|---|
| Elementary: **(299)** | Amount: **$215** | Amount: **$6,145** | Pets Allowed: **Cats OK, Dogs OK** |
| Junior High: **(299)** | Frequency: **Not Applicable** | PIN: **16014080551001** / Mult PINs: | Max Pet Weight: **999** |
| High School: **(299)** | Special Assessments: **No** | Tax Year: **2016** | |
| | Special Service Area: **No** | Tax Exmps: **None** | |
| | Master Association: **No** | Coop Tax Deduction: | |
| | | Tax Deduction Year: | |

Square Footage Comments:

| Room Name | Size | Level | Flooring | Win Trmt | Room Name | Size | Level | Flooring | Win Trmt |
|---|---|---|---|---|---|---|---|---|---|
| Living Room | 14X20 | Main Level | Hardwood | | Master Bedroom | 14X12 | Main Level | Hardwood | |
| Dining Room | COMBO | Main Level | Hardwood | | 2nd Bedroom | 15X09 | Main Level | Hardwood | |
| Kitchen | 10X10 | Main Level | Hardwood | | 3rd Bedroom | 11X12 | Lower | Carpet | |
| Family Room | 14X30 | Lower | Carpet | | 4th Bedroom | 14X10 | Lower | Carpet | |
| Laundry Room | | | | | Deck | 20X20 | Main Level | Other | None |

Interior Property Features: **Bar-Wet, Hardwood Floors, 1st Floor Bedroom, 1st Floor Laundry, Laundry Hook-Up in Unit, Storage**
Exterior Property Features: **Deck, Patio, Roof Deck**

| | | |
|---|---|---|
| Age: **6-10 Years, Rehab in 2012** | Garage Ownership: **Owned** | Sewer: **Overhead Sewers** |
| Type: **1/2 Duplex, Condo-Duplex** | Garage On Site: **Yes** | Water: **Lake Michigan** |
| Exposure: **S (South)** | Garage Type: **Detached** | Const Opts: |
| Exterior: **Brick, Block** | Garage Details: **Garage Door Opener(s)** | General Info: **None** |
| Air Cond: **Central Air** | Parking Ownership: | Amenities: **Storage, Sidewalks** |
| Heating: **Gas, Forced Air** | Parking On Site: | Asmt Incl: **Parking, Common Insurance, Scavenger** |
| Kitchen: | Parking Details: | HERS Index Score: |
| Appliances: | Parking Fee (High/Low): / | Green Disc: |
| Dining: | Driveway: **Asphalt** | Green Rating Source: |
| Bath Amn: **Whirlpool, Separate Shower, Double Sink, Full Body Spray Shower** | Basement Details: **Finished** | Green Feats: |
| Fireplace Details: | Foundation: | Sale Terms: |
| Fireplace Location: | Exst Bas/Fnd: | Possession: **Closing** |
| Electricity: **Circuit Breakers, 100 Amp Service** | Roof: **Rubber** | Est Occp Date: |
| Equipment: **Humidifier** | Disability Access: **No** | Management: **Self-Management** |
| | Disability Details: | |
| Additional Rooms: **Deck** | Lot Desc: | |

Agent Remarks: Unit's SQFT is quoted from original developer, agents don't represent exact accuracy of this number. Most of the furniture can be purchased from the current owner.

| | | |
|---|---|---|
| Internet Listing: **Yes** | Remarks on Internet?: **Yes** | Addr on Internet?: **Yes** |
| VOW AVM: **No** | VOW Comments/Reviews: **No** | Lock Box: **None** |
| Listing Type: **Exclusive Right to Sell** | Holds Earnest Money: **Yes** | Special Comp Info: **None** |
| Coop Comp: **2.5% - $325 (ON NET SP)** (on Net SP) | Additional Sales Information: **None** | Agent Notices: |
| Showing Inst: **Please use showing assist** | Cont. to Show?: | Expiration Date: **08/21/2018** |
| Mgmnt. Co: **SELF-MANAGED** | Contact Name: **.** | Phone: **(000) 000-0000** |
| Owner: **OOR** | Ph #: | Agent Owned/Interest: **No** |
| Broker: **Coldwell Banker Residential (10115)** | Ph #: **(312) 266-7000** | Team: |
| List Agent: **Garrett Luehrs (880878)** | Ph #: **(847) 209-0869** | Email: **garrett.luehrs@cbexchange.com** |
| Co-lister: | Ph #: | More Agent Contact Info: |
| | | Owner Can Rent: |

e     **EXHIBIT 6**     AIRES000223

https://connectmls4.mredllc.com/mls/mls.jsp?encurl=/search/search_index.jsp?address=2726+COrTEZ&statusFilter=true&firstTimeLoad=true&uniqueURL=745748747