

# Investigative Report – Structural Issues

## 2726 W. Cortez Street Water Intrusion
ESi Project No: 60191A
Client File No: A00000529765

EXH 8

Gorr 00331



4215 Campus Drive
Aurora, IL 60504

# Investigative Report – Structural Issues

## 2726 W. Cortez Street Water Intrusion

ESi Project No: 60191A
Client File No: A00000529765

**Report Prepared For**

Erie Insurance Group
P. O. Box 2410
East Peoria, IL 61611

**Submitted by:**

August W. Domel, Ph.D., P.E., S.E
Principal
**Illinois S.E. | Expires: 11/30/2018**
**Illinois P.E. | Expires: 11/30/2019**

10/20/2017
**Date**

**Technical Review by:**

Chad R. Fischer, Ph.D., P.E., S.E.
Principal
Illinois S.E. | Expires: 11/30/2018
Illinois P.E. | Expires: 11/30/2019

10/20/2017
Date

This report and its contents are the Work Product of Engineering Systems Inc. (ESI). This report should only be duplicated or distributed in its entirety. This report may contain confidential or court protected information; please contact an authorized entity prior to distributing. Conclusions reached and opinions offered in this report are based upon the data and information available to ESI at the time of this report, and may be subject to revision after the date of publication, as additional information or data becomes available.

Copyright ESI © 2017 - All Rights Reserved



# Introduction

Engineering Systems Inc. (ESi) was retained by Erie Insurance Group in regard to an issue with water infiltration occurring in a multi-family residential structure.  The structure, managed by the 2726 W. Cortez Street Condo Association, was located at 2726 W. Cortez Street in Chicago, Illinois.  ESi was retained to determine the cause of water infiltration occurring in Unit 3, which was owned by John Gorr.

# Site Inspection

ESi made a site inspection to the structure on October 19, 2017.  The subject structure was a three-story condominium with a masonry exterior and a flat roof.  Figure 1 provides a satellite view of the structure taken from Google Maps.  Figure 2 provides an elevation view of the front of the structure taken at the time of the site inspection.  It is estimated that the structure was constructed between 10 and 15 years ago.





Figure 1                                    Figure 2

The owner of Unit 3 (Mr. Gorr) was present during the site inspection and provided the following background information:

- He has owned the unit for approximately five years.
- He also stated that the water infiltration began approximately 6 months after he purchased the unit.
- The extent of water infiltration is based on the magnitude of the rain and the amount of wind forces that occurs on that date



- Various attempts have been made over the years to address the water infiltration issue including caulking, sealing the masonry and minor tuck-pointing.

ESi inspected the condition of the structure at the time of the site inspection. The following is a summary of some of ESi's observations (Figures 3 through 8):

- Water staining was evident at openings in the masonry including windows on the west face of the building and the rear entryway.
- There was no evidence of any flashing protruding from the walls at the location of the wall openings where water infiltration was occurring.
- There was no evidence of issues with the roofing membrane.



Figure 3



Figure 4



Figure 5



Figure 6



Figure 7



Figure 8

Additional photographs from the site inspection are attached.



# Discussion & Conclusion

ESi was retained to determine the cause of water infiltration occurring in Unit 3 of a structure located at 2726 W. Cortez Street in Chicago, Illinois.  The following is a summary of ESi's opinions regarding this matter:

- Water infiltration is occurring at various locations of the structure, but particularly at window and door openings.
- The water infiltration is occurring because of deficiencies in the original construction of the building with the predominate issue being improper flashing at wall openings.
- There are no indications of physical damages to the exterior of the building that would cause water intrusion to occur in the areas observed.
- There is no indication that any single weather event has compromised the integrity of the exterior building that would cause water intrusion to occur.
- This condition was not of recent origin and has been present since the building was constructed.
- ESi recommends that the owner retain a masonry contractor to make exploratory openings in the masonry where the water infiltration is occurring and install proper flashing.  All cracks in the masonry and other deficiencies should be addressed at that time.
- The flashing detail shall be installed in a manner that allows for any infiltration water to flow out of the building and shall also contain proper end dams.
- Mr. Gorr requested contact information for a masonry contractor that specializes in this type of work.  This information is provided below:

  Bral Restoration (Al Christoffer)
  2356 Hassell Rd.,  Suite G
  Hoffman Estates, IL 60169
  Phone:  847-839-1100

- Mr. Gorr also requested contact information for a concrete contractor that can provide services for the repair of the concrete steps at the front of the building.  This information is provided below:

  Sitar Construction (Mark Sitar)
  199 Poplar Place, Suite 1
  North Aurora, IL 60542
  Phone 630-444-3559

### <<<  End of Report Text  >>>

*ESI Project #60191A*                                                    *Date: Oct 19, 2017*





*Photographs 1 of 18*



Gorr 00536

ESI Project #60191A                                                                    Date: Oct 19, 2017

 



Gorr 00537

*Date: Oct 19, 2017*







Gorr 00838

ESI Project #60191A

Date: Oct 19, 2017







Gorr 00539






Gorr 00846






Gorr 00541

*ESI Project #60191A*                                                    *Date: Oct 19, 2017*

 



Gorr 00542

*ESI Project #60191A*                                                                          *Date:  Oct 19, 2017*







Gorr 00848

*ESI Project #60191A*                                                                  *Date:  Oct 19, 2017*

 



Gorr 00844

*ESI Project #60191A*                                                                                    *Date: Oct 19, 2017*

 



Gorr 00545

*ESI Project #60191A*                                                   *Date:  Oct 19, 2017*




*Photographs 11 of 18*



Gorr 00546

*ESI Project #60191A*

*Date: Oct 19, 2017*




*Photographs 12 of 18*



Gorr 00847

*ESI Project #60191A*                                                                 *Date: Oct 19, 2017*

 



Gorr 00848

*ESI Project #60191A*                                                                                        *Date: Oct 19, 2017*






Gorr 00849






Gorr 00556

*ESI Project #60191A*                                                            *Date: Oct 19, 2017*




*Photographs 16 of 18*


Gorr 00551

*ESI Project #60191A*        *Date: Oct 19, 2017*







Gorr 00552

*ESI Project #60191A*                                                                        *Date: Oct 19, 2017*




*Photographs 18 of 18*



Gorr 00868