Meeting notes

11-9-2017

Attendees: John Gorr, Nick and Kelsey Gonring, Ryan Brown

Items:

**Masonry**

JG having leaks above some windows, and near back door.

    Old Proposal (2/14/2014) - $9,000 or $13,000

    Proposal 1 – (11/9/2017) $18,200 – Pioneer Tuckpointing

Items discussed:

-The water issues appear to be from the split face block.

-Will need to tuckpoint the entire building and seal with an elastomeric sealant.

-Financing the project through special assessment.

**Cameras**

Move cameras around, maybe add some more to front and back.

EXH 9

Gorr 00246