6/5/2020
Case: 1:19-cv-05684 Document #: 208-1 Filed: 06/23/23 Page 1 of 18 PageID #:2555
UWM Alumni Association Mail - Fw: engineer report



Maillard Reaction <ngonring@uwmalumni.com>

## Fw: engineer report

**john gorr** <jgorr1@msn.com>                                                                    Thu, Dec 7, 2017 at 11:00 PM
To: "brown14702000@yahoo.com" <brown14702000@yahoo.com>, "kelseygonring@gmail.com"
<kelseygonring@gmail.com>, "ngonring@uwmalumni.com" <ngonring@uwmalumni.com>

Kelsey - thanks for reaching out about the issue. Here's a summary of the estimates and work that was
performed over the years. I also attached the proposals received to date. I have a quote coming in from
D/R soon and I have a meeting with Wickright on Saturday at 2pm. You guys should join for that, they
appear to understand the split-face block issue very well.

Please review the Condo bylaws and let me know what you're thinking. Section 9 (a) leads me to believe
that this is a common element. This last year was rough with the water damage so I'm looking to get
another few quotes and decide the best plan of action. Would like to secure a contractor by February and
line up the work for early Spring so I don't get bombarded with spring rains and go through another
summer living with towels under my windows.

It's been pretty stressful dealing with this problem and I'm hoping you guys can sympathize with my
situation. Let me know if you want to discuss anything.


thanks
John

---

**From:** john gorr <jgorr1@msn.com>
**Sent:** Monday, December 4, 2017 8:51 PM
**To:** brown14702000@yahoo.com; kelseygonring@gmail.com; ngonring@uwmalumni.com
**Subject:** Fw: engineer report

[Quoted text hidden]

---

### 4 attachments

**Water Infiltration History.pdf**
829K

**Best Brickmasters Proposal.pdf**                        EXH 12
162K

**Pioneer Tuckpointing Proposal.pdf**
46K

**The Building Doctor Proposal.pdf**
351K

**GONRING000229**

CONTRACT AGREEMENT — Page one of two

**\*\*\*\* BEST BRICKMASTERS \*\*\*\***
COMMERCIAL \* RESIDENTIAL \* INDUSTRIAL
RENOVATION \* NEW CONSTRUCTION

**LICENSED \* BONDED \* INSURED**

**BEST BRICKMASTERS**
5216-18 N. Elston Ave.
Chicago, IL 60630
Tel. (773) 794-1400
Fax (773) 794-1490
www.bestbrickmasters.com

A Division of



Illinois Home IMPROVEMENT

| Proposal submitted to: | Phone Numbers: | **MASONRY** |
|---|---|---|
| **John Gorr** 2726 W Cortez St. Chicago, IL 60622 | Home: Fax: Cell: (773) 742-0596 Email: jgorr1@msn.com | **Job location** **The same** |

We hereby propose to furnish labor and material-complete in accordance with specifications belo Payments to be made as follow: **Deposit of 25%** with signed contract, **second payment of 50%** on start of job and balance upon completion. Contracts less than $1,000 requi **50% deposit when signed.**

| Note: This contract may be withdrawn by us if not accepted in 30 days. | *Authorized signature* ..................................................... |
|---|---|
| *Prepared by: Eric Wrobel / PZ*     Date:    **2/14/2014** | *Eric Wrobel - President* |

*PROTECT YOURSELF! DEMAND WORKERS COMPENSATION AND LIABILITY INSURANCE.*

**Option A**   **SPOT REPAIR OF VISIBLE CRACKS & MASONRY SEALER APPLICATION**

**Area of work:** *Masonry elevations of the building, Outside walls. Rood side parapet walls excluded from sealer application. Accessible and unobstructed areas only. No concrete foundation.*

\* We may install suspending scaffolding system min 3 feet space needed next to parapet wall from roof side.
We will need an access to all balconies and porch.

We will chisel out defective mortar from large visible cracks. Small hairline cracks will be covered over existing conditions of mortar with polyurethane sealant
Contractor will not guarantee 100% matching. New material can be lighter or darker.
We will either tuck-point these joints with fresh mortar, matching the color to existing as close as possible, or we will use polyurethane sealant.
Please note that mortar match could be very close to existing while polyurethane sealant is factory made and therefore color choices are limited and more visible after the work is completed. However,
polyurethane sealant presents superior quality in protecting defects and cracks in masonry wall from water intrusion and in certain situations we find application of sealer necessary.
We will use *Enviroseal Double 7 (for brick elevations) and Enviroseal PBT (for CMU elevations).* Both are high performance, water based, silane/siloxane, non-staining, penetrating sealers by Hydrozo.
Sealer is environmentally friendly and does not significantly alter surface appearance.
We will apply masonry sealer to manufacturer's specifications. No sandblasting or pressure washing included.
We will check existing caulking connections between window frames and masonry. We will seal any cracks and separations, however we will not re-seal entirely, as it will not be needed. Most of the window frame to masonry connections are well sealed and need minimal work if any at all. Sealer runs on porches and sidewalks may occur.
Regardless of protection sealer, droplets may drift and land on windows. Window washing is not included.

| **East, North and West CMU block walls** | **Cost of labor and material:** | **$ 7,300.00** |
|---|---|---|
| **South brick elevations and brick returns** | **Cost of labor and material:** | **$ 1,690.00** |
| | **TOTAL** | **$ 8,990.00** |

*\* 3 years limited warranty for sealer application - see attached warranty page for details. Please initial the warranty page and return a copy with the signed contract.*
*Note: Masonry sealer will not seal mortar joints cracks on blocks/brick that will develop in the future. Should the additional cracks appear in the future - the same process of removing defective material and application of sealer will be necessary. Note we can not guarantee against structural defects that can cause masonry problems and lead to future water penetration.*
*Sealer will not solve problems resulting from condensation of moisture related to insufficient insulation or leaks caused by excessive snow accumulation, ice dams etc.*

*\* Prices are valid if all specified work is done at the same time.*
*Owner will provide parking for our trucks and parking permits if needed.*
*Owner will provide IHIC with an access to the restroom. If no restroom is available, we will charge additional $150 up to a month for portable toilet rental and placement.*   **Available** _____   **Not available** _____   **Please initial**
*IHIC will not be responsible for any inside damages caused by our work, e.g : dust, cracking of drywall, etc. No cleaning or repairs included.*
*IHIC will remove any existing satellite dishes and antennas from walls and / or chimneys, but will not reattach any of them.*
Cost of obtaining bond permits, permits and actual fees for these permits are excluded from this contract unless indicated otherwise

THIS CONTRACT AGREEMENT IS SUBJECT TO ALL CONDITIONS STIPULATED ON PAGE TWO OF TWO.
One year limited warranty on labor and material supplied by IHIC or its subcontractors - see page two of two for details.

COPYRIGHT: ILLINOIS HOME IMPROVEMENT CORP. EXPRESSLY RESERVES ITS COMMON LAW COPYRIGHT AND OTHER PROPERTY RIGHTS IN THIS CONTRACT AGREEMENT. THIS CONTRACT IS NOT TO BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER. WHATSOEVER, NOR IS IT TO BE ASSIGN TO ANY THIRD PARTY, WITHOUT FIRST OBTAINING THE EXPRESSED WRITTEN PERMISSION AND CONSENT OF ILLINOIS HOME IMPROVEMENT CORP.

**You, the consumer, may cancel this transaction at any time prior to midnight of the third business day after the date of acceptance.** *Signing of this contract agreement is subject to the terms on reverse side of this page. The above price, specifications and conditions are satisfactory and are hereby accepted. You are authorizing to perform the work as specified. Payments will be made as outlined above.*

*Acceptance of contract:*   Signature: _____   *Date of acceptance:* _____

**GONRING000230**

CONTRACT AGREEMENT                                                                Page one of two

**** BEST BRICKMASTERS ****
COMMERCIAL * RESIDENTIAL * INDUSTRIAL
RENOVATION * NEW CONSTRUCTION

**LICENSED * BONDED * INSURED**

**BEST BRICKMASTERS**
**5216-18 N. Elston Ave.**
**Chicago, IL 60630**
Tel. (773) 794-1400
Fax (773) 794-1490
**www.bestbrickmasters.com**


**A Division of**
Illinois Home IMPROVEMENT

| Proposal submitted to: | Phone Numbers: | **MASONRY** |
|---|---|---|
| **John Gorr**<br>**2726 W Cortez St.**<br>**Chicago, IL 60622** | Home:<br>Fax:<br>Cell: (773) 742-0596<br>Email: jgorr1@msn.com | **Job location** |

We hereby propose to furnish labor and material-complete in accordance with specifications belo Payments to be made as follow: **Deposit of 25%** with signed contract, **second payment of 50%** on start of job and balance upon completion. Contracts less than $1,000 requi **50% deposit when signed.**

| Note: This contract may be withdrawn by us if not accepted in 30 days. | **Authorized**<br>**signature ....................................................** |
|---|---|
| **Prepared by: Eric Wrobel / PZ** **Date:** **2/14/2014** | **Eric Wrobel - President** |

**PROTECT YOURSELF! DEMAND WORKERS COMPENSATION AND LIABILITY INSURANCE.**

**Option B** **SPOT REPAIR OF VISIBLE CRACKS & MASONRY SEALER APPLICATION**
**Area of work:** *Masonry elevations of the building, Outside walls. Rood side parapet walls excluded from sealer application. Accessible and unobstructed areas only. No concrete foundation.*
*\* We may install suspending scaffolding system min 3 feet space needed next to parapet wall from roof side.*
We will need an access to all balconies and porch.
We will chisel out defective mortar from large visible cracks. Small hairline cracks will be covered over existing conditions of mortar with polyurethane sealant
Contractor will not guarantee 100% matching. New material can be lighter or darker.
We will either tuck-point these joints with fresh mortar, matching the color to existing as close as possible, or we will use polyurethane sealant.
Please note that mortar match could be very close to existing while polyurethane sealant is factory made and therefore color choices are limited and more visible after the work is completed. However, polyurethane sealant presents superior quality in protecting defects and cracks in masonry wall from water intrusion and in certain situations we find application of sealer necessary.
We will use ***Chem-Trete® PB100*** CMU blocks and **BSM400** for brick elevations, both are high performance, silane/siloxane, non-staining, penetrating, breathable sealers by Evonik Industries.
Sealer does not significantly alter surface appearance. **BSM400** will not stain windows.
We will apply masonry sealer to manufacturer's specifications. No sandblasting or pressure washing included.
We will check existing caulking connections between window frames and masonry. We will seal any cracks and separations, however we will not re-seal entirely, as it will be not be needed. Most of the window frame to masonry connections are well sealed and need minimal work if any at all. Sealer runs on porches and sidewalks may occur.
Regardless of protection sealer, droplets may drift and land on windows. Window washing is not included.

| **East, North and West CMU block walls** | **Cost of labor and material:** | **$ 11,100.00** |
|---|---|---|
| **South brick elevations and brick returns** | **Cost of labor and material:** | **$ 1,890.00** |
| | **TOTAL** | **$ 12,990.00** |

**Condominium may apply for extended Manufacturer's Limited Material Warranty.**
**Additional tests must be conducted in Spring time. Some changes to the offer may apply.**

***\* 5 years limited warranty for sealer application - see attached warranty page for details. Please initial the warranty page and return a copy with the signed contract.***
***Note:*** *Masonry sealer will not seal mortar joints cracks on blocks/brick that will develop in the future. Should the additional cracks appear in the future - the same process of removing defective material and application of sealer will be necessary. Note we can not guarantee against structural defects that can cause masonry problems and lead to future water penetration.*
*Sealer will not solve problems resulting from condensation of moisture related to insufficient insulation or leaks caused by excessive snow accumulation, ice dams etc.*

**\* Prices are valid if all specified work is done at the same time.**
*Owner will provide parking for our trucks and parking permits if needed.*
*Owner will provide IHIC with an access to the restroom. If no restroom is available, we will charge additional $150 up to a month for portable toilet rental and placement.* **Available _____ Not available _____ Please initial**
*IHIC will not be responsible for any inside damages caused by our work, e.g : dust, cracking of drywall, etc. No cleaning or repairs included.*
*IHIC will remove any existing satellite dishes and antennas from walls and / or chimneys, but will not reattach any of them.*
Cost of obtaining bond permits, permits and actual fees for these permits are excluded from this contract unless indicated otherwise
THIS CONTRACT AGREEMENT IS SUBJECT TO ALL CONDITIONS STIPULATED ON PAGE TWO OF TWO.
One year limited warranty on labor and material supplied by IHIC or its subcontractors - see page two of two for details.

COPYRIGHT: ILLINOIS HOME IMPROVEMENT CORP. EXPRESSLY RESERVES ITS COMMON LAW COPYRIGHT AND OTHER PROPERTY RIGHTS IN THIS CONTRACT AGREEMENT. THIS CONTRACT IS NOT TO BE REPRODUCED, CHANGED OR COPIED IN ANY FORM OR MANNER. WHATSOEVER, NOR IS IT TO BE ASSIGN TO ANY THIRD PARTY, WITHOUT FIRST OBTAINING THE EXPRESSED WRITTEN PERMISSION AND CONSENT OF ILLINOIS HOME IMPROVEMENT CORP.

**You, the consumer, may cancel this transaction at any time prior to midnight of the third business day after the date of acceptance.** *Signing of this contract agreement is subject to the terms on reverse side of this page. The above price, specifications and conditions are satisfactory and are hereby accepted. You are authorizing to perform the work as specified. Payments will be made as outlined above.*
**Acceptance of contract: Signature: _____** *Date of acceptance:* _____

GONRING000231



## CONTRACT AGREEMENT

All dimensions and size designations given are subject to verification on job site and adjustment to fit job conditions. The materials to be used are as specified. In the event materials are not specified, the Owner agrees that materials will be selected by IHIC and will be of construction grade, customary in the trade and in compliance with local ordinances. Any work not specified herein or change orders shall be timely submitted in writing, and paid by Owner in addition to the estimate that is a part of this agreement. All allowances include material, delivery, tax and 15% handling fee unless otherwise specified. Work will be completed subject to availability of materials and any delays caused by adverse weather, strikes, accidents and other events beyond IHIC control. In the event of the failure to pay as set forth herein Owner shall be liable for all costs of collection including but not limited to court costs and legal fees. IHIC carries workers compensation and liability insurance coverage.

**AFTER 30 DAYS A FINANCE CHARGE OF 9% PER ANNUM WILL BE APPLIED TO ANY UNPAID BALANCE, STARTING FROM DATE OF COMPLETION**

### -- IF APPLICABLE --

* If job affects neighboring properties (such as demolition or grinding which creates noise and dust) it is Owner's responsibility to inform neighbors / tenants an advise them to close doors and windows * Owner is responsible for protecting his/her own personal property from construction dust with plastic or drop cloth covering * Owner is responsible for containing family pets away from the work area; workers will not monitor pets *Owner to allow workers use of the rest room and access to to electricity and water if needed for the job * IHIC will not be responsible for window washing or repair damages done to the landscaping, unless paid for *IHIC will not be responsible for any painting and/or touch up painting, unless paid for * IHIC will perform job in a professional and workman like manner and leave job site in broom swept condition * IHIC will not be responsible for permits and permit fees, unless hired for fee - to be indicated on page one * IHIC will not be responsible for job done by others that will affect our work and create problems or damages *IHIC will not be responsible for reconnection or fastening of any wires, cables, antennas, satellite dishes, or any loss of signal due to re-positioning of cables or devices that are in the way of our work * IHIC has permission to take photographs, video or digital images of "before" and "after" project duration and retain ownership of them to use in marketing materials *Owner agrees to help to secure spot for placement of construction dumpster on the street in front of Owner's property.

### WARRANTY

IHIC provides a limited warranty on all IHIC and subcontractor supplied labor and materials used on contracted job for a period of one year from completion of contracted work. No warranty is provided by IHIC on any materials furnished by Owner for installation. No warranty is provided on any existing materials that are moved and/or reinstalled by IHIC within the dwelling (including any warranty that existing or used materials will not be damaged during the removal and reinstallation process.) One year after completion of job, the Owner's sole remedy (for materials and labor) on all materials that are covered by a manufacturer's warranty is strictly with manufacturer, not with IHIC.

Repair of the following items is specifically excluded from IHIC warranty: damages resulting from lack of Owner's maintenance; damages resulting from Owner's abuse or ordinary wear and tear; deviations that arise such as the minor cracking of concrete, stucco and plaster; minor fractures in drywall due to curing of lumber, warping and deflection of wood, shrinking/cracking of grouts, mortar and caulking; fading paints and finishes exposed to sunlight; damages caused by ice and/or snow; damages caused by unauthorized work performed by Owner without Contractor's knowledge.

### INDEMNITY

Owner shall defend, indemnify, and hold harmless the Contractor, and its subcontractors, from and against any and all claims, demands, causes of action, damages, liabilities, losses, and expenses arising from the project and/or the contract to the extent caused by the fault of Owner or its consultants, design professionals, or agents.

The price presented in this contract agreement is based on the drawings specified and/or our field observations. Any conditions that are concealed or not included in architects drawings are subjects to additional charges. This estimate is provided free of charge and as such relies on architectural drawings to adhere to any and all building codes and ordinances.

### ROOFING SHINGLES LIMITED WARRANTY

IHIC does not provide warranty for installation if the damage resulted from anything other than manufacturing defects in the shingles such as: 1. lack of maintenance 2. settlement, movement or defects in building, walls, foundation, or the roof base over which he shingles were applied 3: inadequate attic ventilation, etc. IHIC does not provide warranty for installation if the damage resulted from causes beyond normal wear and tear such as: 1. acts of nature (e.g., hail) 2. winds above maximum wind speed specified on shingles or ice damming 3. impact of foreign objects 4. traffic on the roof 5. fire.

THE EXPRESS WARRANTIES CONTAINED HEREIN ARE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED INCLUDING ANY WARRANTIES OF MERCHANTABILITY, HABITABILITY, OR FITNESS FOR A PARTICULAR USE OR PURPOSE. THIS LIMITED WARRANTY EXCLUDES CONSEQUENTIAL AND INCIDENTAL DAMAGES AND LIMITS THE DURATION OF IMPLIED WARRANTIES TO THE FULLEST EXTENT PERMISSIBLE UNDER STATE AND FEDERAL LAW.

### WORK STOPPAGE, TERMINATION OF CONTRACT OR DEFAULT

IHIC shall have the right to stop all work on the job and keep the job idle if payments are not made to IHIC in accordance with the Payment Schedule in this Contract, or if Owner repeatedly fails or refuses to furnish IHIC with access to the job site and/or product selection or information necessary for the advancement of IHIC's work. Simultaneous with stopping work on the project, IHIC will give Owner written notice of the nature of Owner's default and will also give the Owner a 7-day period in which to cure default. If work is stopped due to any of the above reasons (or for any other material breach of contract by Owner) for a period of 7 days and Owner has failed to cure his default, then IHIC may, without prejudicing any other remedies, give written notice of termination of this agreement to Owner and demand payment for all completed work and materials ordered through the date of work stoppage, and other losses sustained by IHIC, including IHIC's profit and overhead at the rate of 15% on balance of the incomplete work under the Agreement. Thereafter, IHIC is relieved from all other contractual duties, including all punch list items and warranty work.

### PRICE ESCALATION FOR BUILDING MATERIALS

The Contract price for this construction project has been calculated based on the current prices for the component building materials. However, the market for the building materials that are hereafter specified is considered volatile and sudden price increases could occur. Should there be an increase in the prices of these specified materials that are purchased for use in this construction project, the Owner agrees to pay the cost increase to Contractor.

Thank you for choosing ILLINOIS HOME IMPROVEMENT CORPORATION for your needs.

*REVISED: 1/2014*

*Uncompromised Quality in Commercial & Residential Construction Since 1985.*

GONRING000232

This is an original, legal document and must not be released or copied unless applicable fee has been paid.

## AVOIDING HOME REPAIR FRAUD

Please use extreme caution when confronted with the following warning signs of a potential scam:

1. Door-to-door salespersons with no local connections who offer to do home repair work for substantially less than the market price.

2. Solicitations for repair work from a company that lists only a telephone number or a post office box number to contact, particularly if it is an out-of-state company.

3. Contractors who fail to provide customers references when requested.

4. Persons who offer to inspect your home for free. Do not admit anyone into your home unless he or she can present authentic identification establishing his or her business status. When in doubt, do not hesitate to call the worker's employer to verify his or her identity.

5. Contractors who demand cash payment for a job or ask you to make a check payable to a person other than the owner or company name.

6. Offers from a contractor to drive you to the bank to withdraw funds to pay for the work.

Illinois Home Improvement & Best Brickmasters 07/12

### LISA MADIGAN
#### ILLINOIS ATTORNEY GENERAL

If you think you have been defrauded by a contractor or have any questions, please bring your concerns to the attention of your State's Attorney or the Illinois Attorney General's Office.

**Attorney General's
Consumer Fraud Hotlines**

Springfield
1-800-243-0618
TTY: 1-877-844-5461

Chicago
1-800-386-5438
TTY: 1-800-964-3013

Carbondale
1-800-243-0607
TTY: 1-877-675-9339

www.IllinoisAttorneyGeneral.gov

Printed by authority of the State of Illinois. 08/12
This material is available in alternate format upon request.



# HOME REPAIR
## KNOW YOUR
## CONSUMER RIGHTS

### LISA MADIGAN
ILLINOIS ATTORNEY GENERAL

---

### Consumer Rights Acknowledgement Form
*Homeowner Keep This Part & Pamphlet*

I, the homeowner, have received from the contractor a copy of the pamphlet titled "Home Repair: Know Your Consumer Rights."



Signature (Homeowner)          Date

Signature (Contractor or Representative)   Date   7/31/12

Illinois Home Improvement & Best Brickmasters
Name of Contractor's Business

5216 N. Elston Ave., Chicago IL 60630
Address of Contractor's Business

- - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂ - - -

### Consumer Rights Acknowledgement Form
*Contractor Keep This Part Only*

I, the homeowner, have received from the contractor a copy of the pamphlet titled "Home Repair: Know Your Consumer Rights."



Signature (Homeowner)          Date

Signature (Contractor or Representative)   Date   7/31/12

Illinois Home Improvement & Best Brickmasters
Name of Contractor's Business

5216 N. Elston Ave., Chicago IL 60630
Address of Contractor's Business

### CONTRACT TIPS

1. Get all estimates in writing.

2. Do not be induced into signing a contract by high-pressure sales tactics.

3. Never sign a contract with blank spaces or one you do not fully understand. If you are taking out a loan to finance the work, do not sign the contract before your lender approves the loan.

4. You have three business days from the time you sign your contract to cancel any contract if the sale is made at your home. The contractor cannot deprive you of this right by initiating work, selling your contract to a lender, or any other tactic.

If you are planning to file a claim with your insurance company to pay for the work, you may cancel the contract one of two ways, whichever occurs first: (1) within five business days after receiving written notice from the insurance company denying your claim; or (2) within 30 days after you sent a claim to the insurance company.

5. If the contractor does business under a name other than the contractor's real name, the business must either be incorporated or registered under the Assumed Business Name Act. Check with the Secretary of State to see if the business is incorporated or with the county clerk to see if the business has registered under the Assumed Business Name Act.

6. Homeowners should check with local and county units of government to determine if permits or inspections are required.

7. Determine whether the contractor will guarantee his or her work and products.

8. Determine whether the contractor has the proper insurance.

9. Do not sign a certificate of completion or make final payment until the work is done to your satisfaction.

10. Remember, homeowners should know who provides supplies and labor for any work performed on your home. Suppliers and subcontractors have a right to file a lien against your property if the general contractor fails to pay them. To protect your property, request lien waivers from the general contractor.

### BASIC TERMS TO BE INCLUDED IN A CONTRACT

- Contractor's full name, address, and telephone number. Illinois law requires that persons selling home repair and improvement services provide their customers with notice of any change to their business name or address that comes about prior to the agreed dates for beginning or completing the work.
- A description of the work to be performed.
- Starting and estimated completion dates.
- Total cost of work to be performed.
- Schedule and method of payment, including down payment, subsequent payments, and final payment.
- A provision stating the grounds for termination of the contract by either party. However, the homeowner must pay the contractor for work completed. If the contractor fails to commence or complete work within the contracted time period, the homeowner may cancel and may be entitled to a refund of any down payment or other payments made towards the work upon written demand by certified mail.
- Illinois law also requires contractors who offer roofing work to include their Illinois state roofing license name and number on contracts and bids.

Keep a copy of the signed contract in a safe place for reference as needed.

Illinois Home Improvement

GONRING000233

**The Building Doctor, Esq.**
We Make House Calls
1850 Kedzie
Chicago, Illinois 60647
Phone 773-528-1671
E-mail thebuildingdoc@hotmail.com
www.thebuildingdoc.com

7/17/14

John Gorr
2726 W. Cortez St.
Chg. IL 60622    773-742-0596    E-mail jgorr1@msn.com

Re: Water leaks into unit #3 front wall. (BD- 2726).

Thank you for the opportunity to prepare this proposal for you, if you choose to
have us perform this work for you we will do the best possible job for you and will
use the best possible materials for the job. We are a fully licensed general
contractor and have been in business since 1976, we are also a fully accredited
member of The Better Business Bureau with an A+ rating since 1994 as well as a
certified window and door installation contractor and as EPA certified lead
abatement contractor and a certified housing inspection company. Unless
otherwise noted all of our work is warranted for a period of one full year from
date of completion.

GONRING000234

Page #2- Work descriptions (BD- 2726)-

1) This project will be a two step operation. We will come out on 2 separate days.

2) Day #1 we will perform a water test using a garden hose with a sprayer, we will need a hose hook-up, and we will spray the front wall and door of unit #3 to try to duplicate the conditions which have cause water leaks into the inside of your condo unit. If we can get the leak to occur then we can solve the problem.

3) Day #2- We will need to allow the wall and door to dry. We will caulk around the door as required using superior quality clear solar seal caulk to provide a solid and watertight seal. We will seal the front wall of unit #3 using superior quality commercial grade clear masonry sealer two (2) coats. This commercial grade sealer is purchased at our masonry supplier and cost us @$225.00 per 5 gallon bucket versus the cheap sealer from the big box stores which costs @ $50.00 per 5 gallon bucket. Wherever we have sealed walls with this product we have not had any call backs or complaints.

4) NOTE!! If during our work we discover any other problems we will note them and inform you and price out the costs to rectify same.

Price for water test, caulking and sealing-$1,324.00

GONRING000235

### The Building Doctor, Esq.

The bitterness of poor workmanship remains long after the sweetness of low price is forgotten!

(BD- 2726).

I am sure that if you have us perform this work for you, you will be very satisfied. We are a very dependable company and we will do the best job possible for you at a reasonable price. If you decide to have us do the work, sign the proposals, send one copy and your deposit check to our office, or call or e-mail me and I will pick them up and then we will schedule the work to be performed as soon as possible. If you have any questions either call or e-mail me. References and certificate of insurance presented upon request.

---

We propose hereby to furnish materials and labor complete in accordance with above specifications for the sum of $-1,324.00   One thousand three hundred twenty four dollars.

Payment to be made as follows: $662.00 deposit and balance due upon completion, .75% per month service charge on any unpaid balance. Any disputes or differences shall be subject to binding arbitration, if desired, by either party to contract. Any work not listed on the work description will be considered an extra and will be billed accordingly.

All materials to be as specified, or we may substitute for equal or better. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will become an extra charge over and above the estimate. Client is responsible for all legal fees, collection fees and costs and mechanic lien charges for all work performed as specified and payment is not made as specified above. Client is responsible for tools and materials left on jobsite during duration of project. Client is responsible for any building permits and permits fees which may be required for this work. Only one punch list permitted.

Acceptance of proposal: The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date of acceptance--_____

Contractor's authorized signature_____.

Client signature_____

Note: This proposal may be withdrawn by us if not accepted within 10 days.

GONRING000236

Page #3-Addendum to contract (BD- 2726) - east side wall having water leaks through and around glass block windows-

5) We will inspect the glass block windows on the 3rd floor level on the east side wall from a ladder for a close up inspection.

6) We will cut out any deteriorated mortar and caulk around the glass block windows and dispose.

7) We will caulk the same areas using superior quality clear solar seal caulk, this in our opinion is the best caulk on the market, and will stay soft and flexible and will expand and contract with temperatures and building movement and not crack as mortar does.

8) We will seal the wall areas around the glass block windows, top, bottom and sides using high quality commercial grade masonry sealer, two (2) coats, same as front wall.

9) NOTE! Price range for this project is due to the fact that at this point I am not sure of how much labor will be involved and if we will need our 60'-0" to be able to get to the glass block windows on the 3rd floor level, we need three (3) men to handle this ladder as it weighs @ 250 lbs. Price range-$2,168.00-$2,796.00

GONRING000237

## The Building Doctor, Esq.

The bitterness of poor workmanship remains long after the sweetness of low price is forgotten!
(BD- 2726 Addendum)

I am sure that if you have us perform this work for you, you will be very satisfied. We are a very dependable company and we will do the best job possible for you at a reasonable price. If you decide to have us do the work, sign the proposals, send one copy and your deposit check to our office, or call or e-mail me and I will pick them up and then we will schedule the work to be performed as soon as possible. If you have any questions either call or e-mail me. References and certificate of insurance presented upon request.

We propose hereby to furnish materials and labor complete in accordance with above specifications for the sum of $-2,168.00 to $2,796.00

Payment to be made as follows: $1,400.00 deposit and balance due upon completion, .75% per month service charge on any unpaid balance. Any disputes or differences shall be subject to binding arbitration, if desired, by either party to contract. Any work not listed on the work description will be considered an extra and will be billed accordingly.

All materials to be as specified, or we may substitute for equal or better. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will become an extra charge over and above the estimate. Client is responsible for all legal fees, collection fees and costs and mechanic lien charges for all work performed as specified and payment is not made as specified above. Client is responsible for tools and materials left on jobsite during duration of project. Client is responsible for any building permits and permits fees which may be required for this work. Only one punch list permitted.

Acceptance of proposal: The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date of acceptance--_____

Contractor's authorized signature_____

Client signature_____

Note: This proposal may be withdrawn by us if not accepted within 10 days.

GONRING000238

**PROPOSAL**
**PIONEER TUCKPOINTING ING.**
**9108 N. LINCOLN AVE.**
**DES PLAINES, IL 60016**
**PH: 773-502-5693**
**pioneertuckp@comcast.net**

**Proposal Submitted To:**
**Name:** **Mr. JOHN**
**Street:** **2726 W. Cortez**
**City:** **Chicago , IL**
**Date:** **November 7 , 2017**
**Phone:** **773-742-0596**
**Email :** **jgorr1@msn.com**

**We hereby propose to furnish the materials and the labor necessary for the completion of:**

**WEST WALL:**
**- Grind and tuck point top parapet wall and apply clear sealer approx. 60ft. x 6ft.- $ 5,900**

**EAST WALL:**
**- Grind and tuck point top parapet wall and apply clear sealer approx. 60ft. x 6ft.- $ 5,900**

**NORTH WALL:**
**- Grind and tuck point top parapet wall and apply clear sealer approx. 20ft. x 6ft.- $ 2,000**

**Grind and tuck point cracks inside parapet wall - $ 800**
**Re caulk top stone approx. 160 ft. - $ 2,400**
**Permit - $ 1,200**

All materials is guaranteed to specified in the above work is to performed in accordance with the specifications submitted for the above work and completed substantial workmanlike manner for sum of Dollars ( **$ 18,200 )** payment(s) to be made as specified
Any alterations or deviation from the above specification involving extra cost will be executed only upon written order and will become an extra change over and above this estimate.
All agreements are contingent upon strikes, accidents , or delays beyond our control.
This above prices , specifications and conditions are satisfactory and are hereby accepted. You are authorized to the work as specified. Payment(s) will be made as outlined above.
Signature

**GONRING000239**

**6/2012**

Move-in

**2013**

Information for proposals:

> 3-flat with roof deck and duplex down at the 1st floor. Split-face concrete block sides and back, and brick front. The building was built around 2007, rehabbed in 2012. I'm on the top floor and started having leaks 3 months after moving in, this occurred at the tops of the windowsills during heavy sideways rain. Drops would form and start to drip through the wood sills and also through the sliding doors. I have to put towels under window sills and sliding doors. We were told that the problem was the exterior sealant. I believe there may be other issues as well, which we could explain during a site visit. The builder supposedly sealed the building with Enviroseal PBT and also removed and re-flashed the capstones on the roof parapet. Like I said, I had leaks after a few months, so they must not have done a good job.

**1/27/2014**

AAA-1 Tuckpointing – Did not proceed with this quote.

> Phase 1
> -Remove and re-flash the capstones on the roof. ($11,110.00)
> -Repair the sill beneath my front deck, hopefully to control the leakage that you guys had on your south-facing windows. ($1,400.00)
>
> Phase 2 ($19,750.00)
> -East and West Elevations Sealant application. 20-year manufacturer's warranty.
> -tuckpoint the joints.
>
> Phase 3 ($3,360.00)
> -South Elevation sealant application.

**2/18/2014**

Proposal from Best Brickmasters ($12,990)

> It's about $13,000 vs. $20,000 that AAA quoted for the exterior sealing. AAA gave a 20 year warranty on its sealing product (Chemtrete PB100), however option B of the Brickmasters quote also uses that same product and gives a 3 year warranty. If you go to the Chemtrete website it says that the product lasts 20 years.

**2/18/2014**

Email from Seller explaining the work they did.

> John, sorry to hear that your running into some issues at 2726 Cortez. We did remove and flashed all of the capstone and we also sealed the entire building. Attached you will find pictures of the work and what product we used to seal the block. We did numerous water tests

and had rains after the work was completed and we never had any water penetration.  Jim Murrin





GONRING000241



GONRING000242

**7/2014**

The Building Doctor proposal.

> Proposal 1 ($1324) - This covers my front door and bricks. They would spend a day with a hose and identify where leaks are. Then they would come back after it dries and patch up leaks and seal the facade.

> Proposal 2 ($2168) - This covers 3rd floor facade and windows.

**8/2014**

The Building Doctor performed water testing. They sprayed hoses above windows and water came through after a few minutes. Moved forward with Proposal 2.

**12/2014**

The Building Doctor performed work in Proposal 2.

**2015**

Continued to have leaks above all windows and doors on all facades during heavy rains.

**2016**

There were leaks in above the utility room in the corner.



At some point in 2016 there were leaks above back door.  There is damage to drywall and paint.



GONRING000244

**11/7/2017**

Pioneer Tuckpointing ($18,200)

> WEST WALL:
>
> - Grind and tuck point top parapet wall and apply clear sealer approx. 60ft. x 6ft.- $ 5,900
>
> EAST WALL:
>
> - Grind and tuck point top parapet wall and apply clear sealer approx. 60ft. x 6ft.- $ 5,900
>
> NORTH WALL:
>
> - Grind and tuck point top parapet wall and apply clear sealer approx. 20ft. x 6ft.- $ 2,000
>
> -Grind and tuck point cracks inside parapet wall - $ 800
>
> Re caulk top stone approx. 160 ft. - $ 2,400
>
> Permit - $ 1,200

**11/29/2017**

Erie Property Insurance – denies claim based on ESI Engineering Report.

ESI Engineering Report.

> • Water infiltration is occurring at various locations of the structure, but particularly at window and door openings.
>
> • The water infiltration is occurring because of deficiencies in the original construction of the building with the predominate issue being improper flashing at wall openings.
>
> • There are no indications of physical damages to the exterior of the building that would cause water intrusion to occur in the areas observed.
>
> • There is no indication that any single weather event has compromised the integrity of the exterior building that would cause water intrusion to occur.
>
> • This condition was not of recent origin and has been present since the building was constructed.
>
> • ESi recommends that the owner retain a masonry contractor to make exploratory openings in the masonry where the water infiltration is occurring and install proper flashing.  All cracks in the masonry and other deficiencies

GONRING000245

should be addressed at that time.

• The flashing detail shall be installed in a manner that allows for any infiltration

water to flow out of the building and shall also contain proper end dams.

**12/2017**

Waiting on Quote from D/R Services Unlimited.

Have an appointment on 12/9 with Wickright at 3pm.

GONRING000246