Re: engineer report

john gorr <jgorr1@msn.com>
Fri 12/8/2017 7:33 PM
To:  kelseygonring@gmail.com <kelseygonring@gmail.com>; ngonring@uwmalumni.com <ngonring@uwmalumni.com>; Ryan Brown <brown14702000@yahoo.com>

Ryan - yeah you guys should all really try to be around for the inspectiom tomorrow at 2pm.

In short, the building is letting in water, it just happens to be coming in above my windows because thats where the water pools after its inside the masonry.  Exactly how it's getting in, and how to fix it is the question.

We can have the inspector give his thoughts tomorrow. Then we can continue the discussion.

John


From: Ryan Brown
Sent: Friday, December 8, 1:02 PM                    **EXH 13**
Subject: Re: engineer report
To: john gorr, kelseygonring@gmail.com, ngonring@uwmalumni.com


John,

I have looked at the report and quotes and your suggested request of work along with the HOA bylaws. I have some concerns/questions.

Inspect flashing at windows and doors.  Remove a few bricks at one window and determine if flashing is appropriate.  If not adequate, repair flashing above all 3rd floor windows and doors.  I see no mention of this work on any quote.  Also looking at by-laws and what is considered common element of the HOA along with unit owner responsibility for maintenance and repairs.  This would not fall under the HOA responsibility as these windows and doors are within your unit and not in a common element.  Did Jim send you any information on if they did any window/door flashing work in 2012?  Might be under warranty through the builder.

Tuck-point the split-face block (north, west, and east sides) at 3rd floor level to repair masonry cracks. Determine if more tuck-pointing should be performed anywhere else.  As we all know as an HOA the tuck-pointing needs to be addressed in the next 4 years based on work done during 2012, it doesn't say in any report that this is the cause of your leaks and would address your issue.  Also states on the Erie report that there are no indications of physical damages to the exterior of the building that would cause water intrusion to occur in the areas observed.

Apply a warrantied sealant to the exterior at my level, at least, and potentially just seal the whole building.  If this needs to be done is there any way to go after the builder and the warranty from work conducted in 2012.  Also, applying water sealant alone will not solve the water infiltration issues as it doesn't seem to be the root cause of your leaks which are at your windows and doors.  Again, applying sealant would be in coordination of the building tuck-pointing unless applying the sealant would solve the issues.  I don't see anything in the reports stating the sealant isn't working.  Again, if possible based on Jim's notes on when they did the work that might be something under warranty (has only been 5 years).  Did Jim's provide any warranty information on the tuck-pointing, flashing on capstone, and the sealant?


 (f)  *Common Elements*:  All portions of the Property except the Units, including the Limited Common Elements and the Parcel.  The Common Elements include, without limiting the generality of the foregoing, any of the following items located at the Property: the land, foundations, walls, entrances and exits, hallways, basement, mail boxes, roof, pipes, ducts, flues, shafts, electrical wiring and conduits

(except pipes, ducts, flues, shafts, electrical wiring and conduits situated entirely within a Unit and serving only such Unit), public utility lines, structural pans of the Building, all outside walks and driveways, and all other portions of the property except the individual Units.  Structural columns located within the boundaries of a Unit shall be part of the Common Elements.  Any references to "Common Elements" appearing on the Plat (except references to Limited Common Elements) shall not be limiting in any way, nor shall any such reference define the Common Elements in any way.

**(b)  Unit Owner Responsibility**. Except as otherwise provided in Section (a) above or Section (c) below, each Unit Owner shall furnish and be responsible for, at his own expense:

All of the maintenance, repairs and replacements within his own Unit, all doors and outside windows and frames appurtenant thereto, and all internal installations of such Unit such as refrigerators, ranges, and other kitchen appliances, lighting fixtures and other electrical fixtures and plumbing, and any portion of any other utility service facilities located within the Unit, provided, however, that such maintenance, repairs and replacements as may be required for the bringing of water, gas and electricity to the Units, shall be furnished by the Board as part of the Common Expenses;

I will try and make myself available tomorrow when the contractor comes and I think we all will have to meet again to discuss.  I have to travel for work next week, but should be back and available Thursday and Friday to meet if that would work for everyone.  I will also be around most of the weekend if you want to meet.

Thanks,

Ryan

On Thursday, December 7, 2017 10:00 PM, john gorr <jgorr1@msn.com> wrote:

Kelsey - thanks for reaching out about the issue.  Here's a summary of the estimates and work that was performed over the years.  I also attached the proposals received to date.  I have a quote coming in from D/R soon and I have a meeting with Wickright on Saturday at 2pm.  You guys should join for that, they appear to understand the split-face block issue very well.

Please review the Condo bylaws and let me know what you're thinking.  Section 9 (a) leads me to believe that this is a common element.  This last year was rough with the water damage so I'm looking to get another few quotes and decide the best plan of action.  Would like to secure a contractor by February and line up the work for early Spring so I don't get bombarded with spring rains and go through another summer living with towels under my windows.

It's been pretty stressful dealing with this problem and I'm hoping you guys can sympathize with my situation.  Let me know if you want to discuss anything.

thanks
John

**From:** john gorr <jgorr1@msn.com>
**Sent:** Monday, December 4, 2017 8:51 PM

Gorr 00181

**To:** brown14702000@yahoo.com; kelseygonring@gmail.com; ngonring@uwmalumni.com
**Subject:** Fw: engineer report

Hey guys, just wanted to forward the results of the inspection from the building insurance claim I put in for the water damage at my unit.  The conclusion that the engineer came to was that the water damage is due to improper flashing at my windows and doors.  They recommend "exploratory openings in the masonry where the water infiltration is occurring and install proper flashing. All cracks in the masonry and other deficiencies should be addressed at that time."

Most of the water issues at my place are above windows and doors, which is where the water would collect and leak into my unit.  There were also some cracks above my back door that caused significant damage above my back door.

I have a quote coming in any day from a masonry guy that specializes in this area and deals with alot of split-face block issues.  Also I'm having another contractor come inspect on Saturday to give a quote, you guys should come up and see what he says.  After 5 years of being unable to solve this with minor fixes, I believe we have to move forward with the large repair.  Based on everything I've learned so far, my thought is the following:

1.  Inspect flashing at windows and doors.  Remove a few bricks at one window and determine if flashing is appropriate.  If not adequate, repair flashing above all 3rd floor windows and doors.

2. Tuck-point the split-face block (north, west, and east sides) at 3rd floor level to repair masonry cracks.  Determine if more tuck-pointing should be performed anywhere else.

3. Apply a warrantied sealant to the exterior at my level, at least, and potentially just seal the whole building.

Now, this could change based on the next few quotes.  It's just what I believe is the best course of action right now.

I've done everything I can over the years to repair on my own and it's just getting worse every year.  At this point I believe it needs to become a building issue.  To the best of my knowledge, it appears to me that the Condo documents would include this as a common element repair and would be paid for by the association.  This also means it breaks down by unit percentage.  (44% Unit 1, 26% Unit 2, 30% Unit 3)

I understand that this is a big thing to drop on you guys and I'd like for everyone to weigh in on it.  If I could pay for it myself I would love to, but it's a bit out of my hands at this point.  Let me know what you think.

John


**From:** Ehlers, Michael A. <Michael.Ehlers@ERieInsurance.com>
**Sent:** Wednesday, November 29, 2017 4:23 PM
**To:** john gorr
**Subject:** engineer report

Mr. Gorr,

I have been authorized to send out the report finalized by Engineering Systems, Inc.  Unfortunately based on this report there  is no coverage under the policy for the repairs to the building.  Our denial letter will be send out under separate cover.

Regards,

**Mike Ehlers, AIC**
Property Adjuster II
P.O. Box 2410
East Peoria, IL. 61611-0410

Gorr 00182

708/465-0235-cell
888/339-3743-fax
Michael.ehlers@erieinsurance.com





**Disclaimer**
This message (and any attachments) is confidential and is intended only for the addressee(s). This message may contain information that is protected by one or more legally recognized privileges. If the reader of this message is not the intended recipient, I did not intend to waive, and I do not waive, any legal privilege or the confidentiality of the message. If you receive this message in error, please notify me immediately by return e-mail and delete this message from your computer and network without saving it in any manner. The unauthorized use, dissemination, distribution, or reproduction of this message, including attachments, is prohibited and may be unlawful.

Gorr 00183