## Fw: Wall Cap Venting System

**john gorr** <jgorr1@msn.com>
Tue 12/12/2017 12:27 PM

**To:** kelseygonring@gmail.com <kelseygonring@gmail.com>; ngonring@uwmalumni.com <ngonring@uwmalumni.com>; brown14702000@yahoo.com <brown14702000@yahoo.com>

📎 1 attachments (1 MB)
Gorr parapet wall cap venting.pdf;

Here's the proposal from the other guy that came out 2 weeks ago. He is another contractor that works on the venting system. This is a pretty pricey system and I think we need to research and discuss a bit more. He stated that "there is a great deal of tuck pointing needed." I think the idea that wickright had of spot-pointing was good, and looking at flashing of the capstones and lintels, and sealing the building. I think the venting system is a great idea if you have a million dollars to spend or if it's absolutely the best option. Their exploratory work to determine the moisture inside the walls, structure, and insulation would help determine this, but the $4000 price is super steep. These guys are salesmen and they're selling an expensive system. I just want to be sure we understand the best options. Let's chat soon.

I'll have Al Christoffer, the referral from the engineering report, come out and take a look. I'll keep you guys posted on that.

---

**From:** Lance Winter <lance@restorethenorthshore.com>
**Sent:** Monday, December 11, 2017 3:00 PM
**To:** 'john gorr'
**Subject:** Wall Cap Venting System

Hello John
Here is the proposal for the parapet wall cap venting system.

Please call or e mail with any comments or questions you may have.
Thank you

Lance Winter CR
Production Manager/Sales Manager
D/R Services Unlimited, Inc.
2031 John's Dr.
Glenview, IL. 60025
847-998-1687

Lance@drsvu.com

EXH 14

Gorr 00184