Case: 1:19-cv-05684 Document #: 208-4 Filed: 06/22/23 Page 1 of 2 PageID #:2578

## Re: 2726 W. Cortez

**john gorr** <jgorr1@msn.com>
Wed 2/14/2018 3:08 PM

**To:** kelseygonring@gmail.com <kelseygonring@gmail.com>; ngonring@uwmalumni.com <ngonring@uwmalumni.com>; brown14702000@yahoo.com <brown14702000@yahoo.com>

I realize I never forwarded his responses. His steps are below. Have you guys given any thought to this?

1. Interior protection and drywall removal.
2. Mobilize pipe scaffolding.
3. Conduct leak test - produce leak - verify penetration - remove masonry above window.

That's a days work for 3 guys - provided we know the issue - we should be able to close up the exterior masonry - demobilize and have this cleaned up - probably the drywall would require patching and painting - so if all goes smoothly it's 2 days - the opposite corner by the bathroom would most likely take slightly longer because of how tight the space is - however if we could eliminate the inspection portion we should be able to start on a Monday and be complete by the earliest Thursday most likely Friday on two areas - this doesn't include any exterior coating application but I would suggest we do that lump sum or by contract.

So they will max out at $5,000 for those 2 windows, this will allow him to provide the remaining scope of repairs which will most likely be grinding/re-pointing around the windows and adding an exterior sealant.

I just spoke to him again on the phone and I feel good about proceeding with this work. I'm against the gun here again with spring rains around the corner. Please get back to me as soon as possible with your thoughts.

Thanks                                                                 EXH 15

---

**From:** john gorr <jgorr1@msn.com>
**Sent:** Monday, February 5, 2018 8:12 PM
**To:** kelseygonring@gmail.com; ngonring@uwmalumni.com; brown14702000@yahoo.com
**Subject:** Fw: 2726 W. Cortez

Here's the quote from Bral Restoration. He based the initial work on a time/materials basis, 48-man hours at $95/hour, capped at $5,000.

He say "it's very straightforward - with scaffolding in place and removal of drywall inside during the inspection - it's very likely we can diagnose and proceed with repairs on the spot. The repairs can then be completed on a time/materials basis or lump sum once diagnosed."

I am following up with more questions to get an idea of how many men he has and how long he anticipates the exploratory work. Also asking for a ballpark estimate once we determine the plan for repairs.

I did like Al more than any contractor I've met over the years, I liked that he did not pretend to know everything about this problem and that he spent the time to sketch out some ideas. I'll let you know as soon as I hear back.

Gorr 00185

**From:** Al Freitag <OfficeManager@bralrestoration.com>
**Sent:** Monday, February 5, 2018 3:33 PM
**To:** jgorr1@msn.com
**Cc:** Al Christoffer
**Subject:** 2726 W. Cortez

Mr. J. Gorr,

Attached is the proposal for 2726 W Cortez

Regards,

# Allan W. Freitag



Allan W Freitag
Office Manager
2356 Hassell Road, Suite G
Hoffman Estates, Illinois 60169
Office: 847-839-1100
Fax: 847-839-1101
officemanager@bralrestoration.com
www.bralrestoration.com