## Masonry Repair History

john gorr <jgorr1@msn.com>
Thu 2/22/2018 2:29 PM

**To:** brown14702000@yahoo.com <brown14702000@yahoo.com>; kelseygonring@gmail.com <kelseygonring@gmail.com>; ngonring@uwmalumni.com <ngonring@uwmalumni.com>

🔗 13 attachments (3 MB)
1.pdf; 2.pdf; 3.pdf; 4.pdf; 5.pdf; 6.pdf; 7.pdf; 8.pdf; 9.pdf; 10.pdf; 11.pdf; 12.pdf; Water Damage History.pdf;

Please review attachments and we can discuss when we meet.

Kelsey/Nick - I understand your position and it's unfortunate that this is all new information. I highly doubt that Matt/Stacy tried to hide any of this information, they probably just thought it was resolved or it slipped their mind. Unfortunately, their responsibility was to disclose knowledge of water damage. Whether or not they realized it, the issue is there. I'm not sure how that plays out or if they share some of the financial responsibility.

We also did not handle as a formal HOA issue due to inexperience. We discussed the problem through conversation and emails. The entire HOA was Ryan, Matt, Stacy, and myself - all copied on the emails. So the HOA was informed, and in my opinion, all were negligent by not acting on the information. I was forced to act on my own. Again, how this plays out to your financial responsibility and whether you were not given all the information, I'm not sure, maybe you're owed money from the seller.

It's not a unit-specific problem, they just have to tear out the drywall in my unit to diagnose. The windows are not leaking, the building is leaking, the wall above my door is leaking, the vent on my ceiling is dripping water. It's most likely due to some of the following:

Capstones on parapet.
Improper flashing above windows and doors.                             EXH 17
Improper flashing between floors.
Tuckpointing cracks.
Lack of cavity wall. Improper weepholes. Water absorbed through split-face block.
Roof damage.

Ryan - I'm really surprised that you are signed on that last email, it appears that you guys are working together to argue against this still? That's very surprising given the 5-year history that you are copied on, what are your thoughts?

The plan that I propose is the following:

We fund the Bral exploratory quote as an HOA (phase 1 not to exceed $5,000). Cost broken down by HOA percentages. Then determine remaining steps to complete full repair.

The fact remains we have a building that is leaking and appears to be getting worse, it leaked this week during the rains. Water is in the structure and probably mold as well, there was mold in the past in unit 1 which you can read in the emails. This issue will only cause more damage to the building the longer we wait so I'm pushing hard to get something to happen here. If you think otherwise, please come with a plan or an alternative proposal or cost structure, not just a denial to move forward. Otherwise, you're basically asking me to pay for this whole repair again. This is what's been asked of me since 2013 because of building inaction. Now I'm asking you all to come together on this to resolve so I'm not forced to go out on my own. If you talk to a contractor they'll tell you its clearly a building issue, I know this because I've talked to many contractors as ive put 99% of the effort into trying to fix this for 5 years. I'm sorry you guys have you pay into a problem that doesn't have obvious evidence in your unit, but that's what we all signed up for. If the basement leaks, I'll be chipping in, that's how this works

I apologize for being blunt on these issues, but as you can see there's a really long history here and it's been incredibly stressful and exhausting. I'm open to discussing the issues and I can get the contractor

on the phone as well if we want to discuss the plan.

I look forward to meeting on Sunday at 3pm.