# BRAL RESTORATION, LLC

## BUILDING RESTORATION SPECIALISTS • CONSULTATION
## BUDGET PREPARATION • TECHNICAL SERVICES

March 6, 2018

Mr. John Gorr
2726 West Cortez Condominium Association
Unit 3
Chicago, IL 60622
Phone: 773-742-0596
Email: jgorr1@msn.com

**Job Address:  2726 West Cortez**
**Chicago, IL 60622**

**Location of work:** Exterior/Interior Inspection

Bral Restoration, LLC agrees to furnish all labor, supervision, materials and equipment; to carry Workman's Compensation, Public Liability and Property Damage Insurance; and to use every reasonable caution to protect the public and any adjacent property during the performance of the following work:

**Scope of Work:** Masonry Inspection at Façade & Interior Units

**Item # 1:** Provide the necessary labor, equipment, materials & permits necessary for the leak investigation, troubleshooting and required repairs to address the façade water leaks at the specified unit as follows:

The work will be completed on a time and material basis as follows at these two locations:

We will provide inspection of masonry at the farthest South window on the West elevation top floor & the top floor door opening at the North elevation.  Time and material costs not to exceed $4,000.  Owner written approval required to exceed $4,000 if needed for further inspection or testing.

Labor will be invoiced at the following rates per hour.          $95.00 per man hour.

Materials will be invoiced at the following rate.          Cost plus 15%

Gorr 00191

Equipment will be invoiced at the following rate.          Cost plus 15%

Permits & Expediting will be invoiced at the following rate          Cost plus 15%

To complete this work Bral may be accessing the façade with suspended swing stage scaffolding and or scaffolding.  This work may require City of Chicago permits and pedestrian canopy protection.  Bral will be completing the work with miscellaneous power tools and equipment on a Monday through Friday basis.  No overtime rates are included with this work unless approved in writing by the condominium association.  Our work hours are Monday through Friday 7:30 am - 5:30 pm.  We will require access to the interior of the condominium units to conduct our water leak penetration investigations and complete repair work as needed.  Interior protection and removal of the furniture and personal belongings is to be completed by the management firm, condominium association or owner.  BRAL will not be responsible for the removal of personal belongings during this work at the interior of units or on the balconies.

Although we have not determined the sources/locations of water that is leaking into the specified unit at this time, our basic plan is to determine the penetration of this water through leak investigation and provide a suggested repair to address the water leak issues.  This will require but not be limited to the following types of work: masonry removal and replacement/resetting, caulking removal and replacement, window sill removal/replacement, flashing installation, waterproofing application, removal of interior walls, carpentry & or electrical.

Bral requires access to previous blue prints, specifications, scopes of work and any information that is pertinent to the leak issues and repairs for any of the specified units.

Upon determination of the water penetration we shall provide a written report explaining our testing and the then provide the suggested repairs at a time and material cost basis.

- The owner is to supply Bral Restoration, LLC with water, electric and clear access to the work area.

- The owner is responsible for any required interior protection, the removal of belongings from interior walls, balconies or any items that may interfere with the repair work.

- The owner is to provide the required access and permission to neighboring properties authorizing Bral Restoration to complete the necessary repairs and install any required equipment.

**TERMS**:     We require a $2,500 deposit and this agreement approved with an authorized signature, prior to our scheduling or proceeding with this project.  We will provide an invoice for work completed every 7 days.  Invoices are due upon receipt. We will cease work without penalty if invoices are not paid as stated.

Gorr 00192

We will return to the project after all monies owed for work completed to date are paid.  This includes any additional cost to demobilize or remobilize the project, any additional permit or rental fees due to ceasing work, attorney's fees, and court costs.  All invoices not paid when due shall bear interest at the rate of 2% per month and all costs of collections, including actual attorney's fee, which shall be paid by Owner/Owner's representative.  We are not bound by the Davis-Bacon Act or any trade union regulations.  All agreements contingent upon strikes, accidents or delays are beyond our control.

If this proposal meets with your approval, please sign and return the original.

I, _____, the condominium board president hereby provide authorization to complete all of the work as specified in this contract.

**AGREED TO BY**: _____     _____

                              (Sign name)                                    (Date)

                    _____     _____

                              (Print name)                                   (Title)

 I, Al Christoffer, General Manager agree to complete all the work as specified in this contract.

**AGREED TO BY**: _____     _____

                              (Sign name)                                    (Date)

                    _____Al Christoffer_____     ___General Manager___

                              (Print name)                                   (Title)

NOTE:  This proposal may be withdrawn if not accepted within 30 days.  This proposal shall remain confidential between the owner/owner's representative and Bral Restoration, LLC

ACTHA
ASSOCIATION OF
CONDOMINIUM
TOWNHOUSE &
HOMEOWNERS
ASSOCIATIONS
**MEMBER**

WWW.BRALRESTORATION.COM

Gorr 00193

## 2726 West Cortez Condominium  Association



# Building Restoration

## Specialists

**Mr. John Gorr**
**2726 W. Cortez Unit #3**
**Chicago, Illinois 60622**



### Leak Inspection.



2356 Hassell Rd., Suite G
Hoffman Estates, IL 60169

Phone: 847-839-1100
Fax:      847-839-1101
Web Site: **WWW.BRALRESTORATION.COM**

Gorr 00194

# Mr. John Gorr

**Areas of Leak Inspection.**





**2726 W. Cortez**
**Chicago, Illinois 60622**

# Mr. John Gorr

**Areas of Leak Inspection.**







**2726 W. Cortez**
**Chicago, Illinois 60622**