Gralak Tuckpointing.Waterproofing and Masonry Sealing.
2502 N.Clark St
Chicago,IL.60614

email:gralak.construction@gmail.com
phone: 773.282.2332

Radoslaw Gralak - Licensed Mason Contractor Certified by the City of Chicago
MC6354 GC23524
Established in 1991

John Gorr. Condominium Building Assocaition
2726 W. Cortez St., #3
Chicago, Illinois

773-742-0596

We would like to thank you for the opportunity to provide a proposal for your Exterior Walls renovation /waterproofing endeavor.

Our skilled tradesmen have over twenty years of construction experience and they are long term Gralak Team members.

They have been trained to pay special attention to the precision ,quality and efficiency to your Waterproofing/Renovation project to be completed quickly ,safely and in full compliance with the City of Chicago Building Codes requirements.

We will supply skilled labor ,effective equipment with safe tools and best quality materials.



# E S T I M A T E

| | |
|---|---|
| **Estimate #** | 0001447 |
| **Estimate Date** | 03/30/2018 |

| Item | Description |
|---|---|
| | |

EXH 20

Gorr 00203

SITE PREPARATION:

*Owners of the house or the building ("Owners" : the customers/clients of the Gralak Construction Co.) are responsible for remo[ving] personal property and vehicles from in and around construction areas including access to constructions site, and construction m[aterials]

*Gralak Team needs an access to the electrical and water outlets.

*Gralak Team needs the convenient setup space for trucks ,equipment and material.

*Gralak Team agrees to maintain a clean job site with appropriate waste containers and daily clean up ,and remove all debris a[nd leave] in broom clean conditions.

*All roof and ground areas around the work site will be protected with canvas tarps prior to the start of work.

*Owners are responsible for posting notes to the tenants and associates of upcoming work.

*Owners are responsible for notify their neighbors about upcoming project and to have their permissions to use neighbor's prop[erty to] complete the project.

• Owner is responsible for the disconnection any utility installations of gas, air conditioning, water and electrical power lines whi[ch may cause] body injuries and property and equipment of Gralak Construction Co. team members and the owners.

*The tenants have to keep windows closed under construction.

*Documentation and Expediting ;any additional requirements by the City of Chicago as :building permits, scaffold permits, cano[py permits,] canopy permits ,architecture drawings, attorneys fees ,expeditor's fees are not included in this estimate and will be cover as ad[ditional]

1. Regular price:$10,975.00

Recommended System:

The two coats ("Wet on wet" application. Second coat must be applied within 2 hours of the first coat) of the BASF MasterProtec Enviroseal BASF PBT ) water repellent on the 3 CMU masonry walls (two side walls and the rear wall).
VOC (Volatile Organic Compound) BASF PBT 118g/L.
Competitors: Chem-Trete 375g/L , Loxon 350g/L.

ENVIROSEAL BASF PBT complies with the standards for residential concrete masonry walls: ASTM C140,ASTM E514.

A patented, high-performance, water-based repellent specifically formulated to provide protection for the most challenging CMU Units).

Duration time: 5 years .

Enviroseal PBT will not inhibit water penetration through unsound or cracked surfaces or surfaces with defective flashing, caulki waterproofing defects
and the warranties will not be guarantee at the parts of the walls affected by any faulty construction or deteriorated mortar.

Warranty will not apply to moisture penetration or damages caused by structural defects, cracks or expansion or contraction of a and mortar products, MISSING or Improperly Installed top and bottom WINDOW and DOOR flashing systems ,MISSING or Imp THRU –WALL flashing systems ,MISSING or Improperly Installed top of the PARAPET WALLS flashing systems ,or any SURF/ MASONRY CRACKS, voids, slits or openings, faulty construction, severely deteriorated stones and severely abraded bricks or Gralak Construction Company has no control.

The most common cause of premature Enviroseal PBT failure on masonry walls is moisture.
Failure is normally due to elevated moisture levels which soften the exterior coatings.


Advantages of PBT:
*Environmentally responsible (breathable).
*Highest degree of water repellency for CMU's
*Prevents moisture intrusion (high resistance to wind –driven rains)
*Superior porous block treatment
*No change in treated surface appearance (colorless) and will not alter texture
*Deep penetration into substrate
*Mildew/fungus resistance
*Freeze-Thaw protection
*Resistance to UV deterioration
*Protection from Acid Rains and waterborne chemicals.
Enviroseal PBT for CMU's will not inhibit water penetration through unsound or cracked surfaces with defective flashing, caulkin waterproofing.

CMU-Concrete Masonry Unit. Commonly known as the cinder block, split block.

"The greenest and the safest water repellent on the market"



Coating specification:

*see attachments

*Time of completion : weather permitting

*Application conditions :Temperature :45 F minimum 90 F maximum
*Humidity :85% maximum

Gorr 00205

*Application method: low-pressure electrical pump sprayer or brush and roller, according to the surface and recommendation by coating manufacturer.

NOTE: Due to the extremely porous nature of the existing Split Face Blocks (CMU) GRALAK CONSTRUCTION CO. makes no guarantee (written or implied) as to the effectiveness chemical sealing against continuing water infiltration.

GRALAK CONSTRUCTION CO. will provide all necessary reasonable protection for the containment of over-spray.

2. Application/ Installation/ installment/ positioning/
Only with the sealing of the Concrete Masonry Units

-Application of a new caulking/sealant on the large masonry cracks (size-larger than 1/16 inch)
-Application of a new caulking/sealant on gaps and missing/loosed mortar
-Application of a new caulking/sealant on vents
-Application of a new caulking/sealant on utility pipes

Install new caulking sealant (VULKEM 116 or NP1 BASF) to 100% of the doors ,windows, scones at the sealing parts of the bui
necessary.

Procedure as follows:
*remove any old caulking as necessary
*clean all joints of any remaining debris
*install new closed cell backer rod as necessary
*prime the joints as necessary

NOTE: Caulking application over hair line cracks mortar joints is not effective repair.
The only appropriate repair is to grind out and tuck pointing the deficient joints.
See: "Masonry Rehabilitation".

Out of scope for the project:
-Tuck-pointing on the hair line cracks.
Please see "Our Recommendations" section for additional masonry/waterproofing work that might be needed for your building.

3. Installation at the inner parapet wall counter flashing to protect termination bar.

4. Installation elastomeric flashing system underneath 3 sides of the parapet wall coping stones with stainless steel drip edges.
The front wall is excluded.

Gorr 00207

5. Masonry Rehabilitation.

Tuck pointing of 3 sides of the parapet wall,inner wall 4 blocks down, outside 10 down from the top of the wall.

Total areas not exceed 1500 SQ FT

A. Rake out (grinding-out ) and re-tuck pointing joints to the following extent:
a) joints where mortar is missing or where they contain cracks or holes
b)joints where they are deteriorated to point that mortar can be easily removed by hand without tools
c) joints where they have been filled substances other than mortar

B. Brush ,vacuum ,or flush joints to remove dirt and loosed mortar.

C. Pointing with mortar color matching to existing .

NOTE :"Matching new mortar with old mortar".

Even with the best efforts at matching the existing mortar color, texture and materials, there will usually be a visible difference b work.
This is generally because the new mortar has not weathered.
A slight color difference is acceptable.

6. Replacement one broken piece of the glass block at the 3rd floor west wall window opening. Free of charge with Estimate#0(

7.OUR RECOMMENDATIONS. –NOT INCLUDED IN THIS QUOTE

The services listed and priced in the quote are confined and agreed upon at the initiation of the project. Additional masonry/ wat be required to guarantee the warranties of water repellent application and duration time.
Please find additional recommendations for your masonry /waterproofing project below.

Our recommendations include:

A. Masonry Rehabilitation: Complete tuck-pointing work that includes grinding-out and tuck-pointing all deteriorated joints and h entire wall or partial sections of the wall.

B. Installing the flashing systems (top and bottom) at the top lintel beam areas of windows and door openings, bottom windows and underneath the parapet walls coping stones.

C. Installing a new thru –wall flashing system at all building floor levels.

D. Applying a new caulking on all windows, doors and metal frames.

E. Grounding out and replacing the existing cement mortar joints with the appropriate backer rod and ASTM approved caulking.

Gorr 00208

dissimilar elements on the exterior walls of the home/building such as brick to stone, brick to concrete block, concrete block to glass block, etc. This should be joined by sealing against moisture through the use of a backer rod and urethane caulk, or equivalent material.

F. Installation a new counter flashing systems at the parapet wall.

Additional tuck pointing work-not included in this quote –may be necessary to complete in the sections of the walls not reachable during the time of our inspection, especially at the higher elevations.
As requested by the Homeowners a new quote for deteriorated sections of the walls will be prepared by GRALAK CONSTRUCTION CO.

All additional recommendations are not included in this quote.

Gorr 00209

All work is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices.

All prices subject to change when the listed services will be done in different configurations and times of the season.

ONE Year Labor Warranty.
No Warranty on concrete and masonry cracks Repair.

FIVE Years Materials Warranty, excluding cement/concrete/mortar products.

GRALAK CONSTRUCTION CO. guarantees the highest quality workmanship.

GRALAK CONSTRUCTION CO. only certifies that materials will meet manufacturer's specifications. GRALAK CONSTRUCTIO
implied warranty of fitness for any particular purpose. Repair work is never warranted.
Warranty will not apply to moisture penetration or damages caused by structural defects, cracks or expansion or contraction of 
products, MISSING top and bottom WINDOW and DOOR flashing systems ,MISSING THRU –WALL flashing systems ,MISSIN
top of the PARAPET WALLS flashing systems ,or any other surface cracks, voids, slits or openings, faulty construction, severel
and severely abraded bricks or other causes which Gralak Construction Company has no control.

GRALAK CONSTRUCTION CO. due to climate is not responsible for cracking, peeling or pitting and /or discoloration or scaling
and damages appeared on the surface after excessive usage the salts during the Winter period.
Gralak Construction Company is not responsible for water leak problems, which are generated after pouring concrete surfaces;
flooding /leaking due to poorly maintained or damaged drain pipes, downspouts, gutters, any flashings, catch basins, and dama
chimneys, etc.

Locating leaks in the entire wall system is a major task and is not included in the quote.

Gralak Construction Company does not locate all leaks in the entire masonry wall system during waterproofing project and does
four BASIC methods (tests) of measuring water penetration in masonry: the ASTM E514 test, the permeability test and the low 
(RILEM test) or a Patch test to assess coating compatibility.

In the event where moisture has entered into the building prior to Gralak Construction Co. installation or repair of the masonry w
and may result in mold growth. GCC disclaim any and all responsibility for damages to persons or property arising from or relati
mold in the building. By executing the contract, Owner(s)1. releases Gralak Construction Co. from any and all claims Owner an
members,(b) employees,(c) tenants of (d)any other building occupants that may have as a result of such mold growth and 2.agr
,indemnify and hold Gralak Construction Co. harmless from any and all penalties, actions ,liabilities ,costs ,expenses and dama
relating to the presence of mold on Owner's building.

Silane / Siloxane Water Repellents or Acrylic/Silicone/Elastomeric paints will not prevent the water penetration through unsoun
(THE HAIR LINES CRACKS) or structures with existing defective masonry walls, faulty and missing drainage wall/window syste
flashing, cap stones, metal ,clay flashing, etc.
Finish waterproofing paints and water repellents are not for use on walls with active water leaks.

The sealers and paints will not inhibit water penetration through defective or missing flashing ,caulking or structural waterproofi
warranties (labor and material) at the poorly established buildings will be voided.

Customer/Owner assumes all responsibility and liability for and releases Contractor(GRALAK CONSTRUCTION CO.) from any
damage to improvements that are interfering with Contractor's performance.
Customer/Owner will provide access to the Contractor including a right of way for all heavy equipment ,machinery and vehicles.
a duty to disclose any pre-existing conditions as to property including latent or unforeseen conditions that may possibly be a saf
Contractor or its employees.

Limitations of Contractor's liability: Contractor (GRALAK CONSTRUCTION CO.)disclaims any and all liability except as specific
these Terms and Conditions. Contractor's Limited Liability for any and all damages or claims for any cause or by any person wh
regardless of the form of action, whether in contract, statute, express or implied warranty or for negligence ,excepting only claim

Gorr 00210

,SHALL be limited exclusively to Contractor's contract price and in no event SHALL Contractor be liable for any greater

Gorr 00211

amount .Contractor shall not in any event or for any reason whatsoever be liable to Customer, any other party for any lost profits, or expenses or any other special ,indirect ,secondary or consequential damages, loss or expenses ,even if contractor has been of or should have known of the possibility of any such loss, expense, or damage or for any claim against Customer by any other parties based on the use of contractors materials.

All claims and disputes arising under or relating to this Estimate/Agreement are to be settled by binding mandatory arbitration in the State of Illinois.
=========================================================

NOTES: PAYMENT TERMS: To SCHEDULE the START DAY of the job the 50 % DOWN –PAYMENT is required with the SIGNED
Outstanding balance, including all extras necessary to complete the job, due on DATE of COMPLETION.

NOTE: The prices above do not include the municipalities (Cities or Villages ) permits fees , architectural and expediting fees which
not up-charge any fees necessary to complete this project.

Our company is A+ Rated. Licensed Mason Contractors. Bonded and insured. BBB Member since 1997. Cost of the permits, archite
additional charge upon owner's request. Money owed over 15 days after work completion will cause an interest rate of 2% per month
90 days. The 5% additional fee will be added with Visa ,MC and Discovery cards transactions. The 3% is extra cost for using the Pa

Your assurance of quality is our established reputation.
We look forward to being of service to you!

Gorr 00213