<u>May 7, 2018</u>

**Participants**: John Gorr, Ryan Brown, Nick & Kelsey Gonring

**Items discussed**:

- Tuckpoint and seal the exterior of the building
    - Last sealed: documentation shows 2012
- Arrow Masonry and Exteriors, Inc. quote
    - Scope of Work: Spot grinding, spot tuckpointing, caulking, flashing installation and sealing of the east, west, and north elevations of split face block
    - Total Cost: $16,840.00
- All members of the committee (Unit 1, 2, 3) verbally agreed to committee to Arrow Masonry and Exteriors, Inc. proposed scope of work.
- Arrow Masonry and Exteriors, Inc. contract was signed by Kelsey Gonring.
- All members of the committee (Unit 1, 2, 3) produced financial support based on the HOA's determination of the percentage owed for special assessments
    - Unit 1 – 44%
    - Unit 2 – 26%
    - Unit 3 – 30%

EXH 22