**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | |
| | ) | 1:19-cv-05684 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Robert M. Dow |
| | ) | |
| AMERICAN INTERNATIONAL RELOCATION | ) | |
| SERVICES, LLC, D.B.A. AIRES, AN ILLINOIS | ) | |
| LIMITED LIABILITY CORPORATION, | ) | |
| NICHOLAS GONRING & KELLY GONRING., | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF  STEVE HIER**

I, Steve Hier, being duly sworn on oath, depose and state as follows:

1.    I am over 21 years old, reside in Chicago, Illinois, and am self-employed at Miller-Hier Enterprises, Inc.  I am the President of Miller-Hier and have held this position since 1986.

2.    I have personal knowledge of the facts sworn to herein and would testify to the same if called to do so

3.    I have a BS in Mechanical Engineering from South Dakota School f Mines and Technology.  I also graduated from the US Army Corp of Engineers Officer School. I am also a Certified Moisture Analyst from the school of the Exterior Design Institute.  I am a certified EIFS (Dryvit) Inspector.

4.    I have been a certified home inspector since 1994, and licensed in 2003 after it was mandated by the State of Illinois.  I have been in the construction/ inspection business for over 30 years, building and rehabbing houses.  For the past 20 years, I have done mainly inspections for commercial and residential properties.

EXH 24  1

5.      A finding of by Bral Restoration, LLC that "existing flashing was though wall that allowed water to penetrate right into the back of block" means the flashing was not installed properly to deflect water from the inside.  This is a construction defect.

6.      Arrow Masonry and Exteriors did nothing to address the fact that Bral found that the flashing was deficient.  Arrow's scope of work failed to address the issue of the defective installation of through wall flashing.  To correct what Bral found, they would have to have removed the concrete blocks and install the flashing properly.

7.      Failure to address this problem means that the building was still left with construction defects.

8.      The whole idea of having flashing is for the moisture to drop through the core of the CMUs to be directed to the rope weeps/ wicks to the exterior.  The idea of putting a water repellant is to keep the water from getting in, but allowing moisture to leave through evaporation.  It is not designed to "drain through the split face block."  The repellant is designed to keep water out but it is not fool proof.  This is why there is flashing and wicks.

9.      The ESI report details the lack of proper flashing at doors and windows.  The Arrow Masonry quote does not address these issues.


FURTHER, affiant sayeth naught.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED ON February 16, 2021


By: x___\s\ *Steve Hier*_____
          Steve Hier


2