IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-05684 |
| v. | ) | |
| | ) | Honorable Robert M. Dow, Jr. |
| AMERICAN INTERNATIONAL RELOCATION SERVICES, LLC, d/b/a AIRES, an Illinois limited liability company, NICHOLAS GONRING, and KELSEY GONRING, | ) ) ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. | ) | |
| NICHOLAS GONRING and KELSEY GONRING, | ) ) ) | |
| Third Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| 2726 WEST CORTEZ CONDOMINIUM and JOHN GORR, | ) ) ) | |
| Third Party Defendants. | ) ) | |

## NOTICE OF MOTION

To:     All Counsel of Record

PLEASE TAKE NOTICE that on 25th day of July, 2023 at 9:15 a.m., we shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in Courtroom 2303 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and shall then and there present Nicholas and Kelsey Gonring's Unopposed Motion for Extension of Time to File Response and Cross Motion to Plaintiff's Motion for Summary Judgment, a copy of which is herewith served upon you.

NICHOLAS GONRING and KELSEY GONRING,

By:   /s/ Elizabeth L. Archerd
      One of their attorneys

Jordan A. Finfer (ARDC #6296373)
Elizabeth Archerd (ARDC #6329394)

PFS:008071.0001.3143107.1

Patzik, Frank & Samotny Ltd.
200 S. Wacker Drive, Suite 2700
Chicago, IL  60606
Phone:  312-551-8300
jfinfer@pfs-law.com
earcherd@pfs-law.com

CERTIFICATE OF SERVICE

   The undersigned, a non-attorney, under penalty of perjury, hereby certifies that the foregoing Notice of Motion and Nicholas and Kelsey Gonring's Unopposed Motion for Extension of Time to File Response and Cross Motion to Plaintiff's Motion for Summary Judgment, were electronically filed on July 20, 2023 using the court's CM/ECF system and will then send same to all ECF-registered counsel of record.

*/s/ Melissa Siedlecki*   