# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Melinda Sgariglia, et al.

                                                Plaintiff,

v.                                                     Case No.: 1:19−cv−05684

                                                                    Honorable Robert W. Gettleman

American International Relocation Services, LLC, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 20, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: Nicholas Gonring And Kelsey Gonring's Unopposed Motion For Extension Of Time To File Response And Cross−Motion To Plaintiff's Motion For Summary Judgment [212] is granted. The briefing schedule set on 5/31/2023 [204] is modified as follows: defendants' responses and cross motions for summary judgment due by 7/28/2023; plaintiffs' reply in support of their motion and responses to defendants' cross motions due by 8/18/2023; defendants' replies due 9/7/2023. The court will issue its ruling via CM/ECF. Counsel are reminded that this case has been reassigned to this court and please put the proper judge's name on all future filings. Counsel also should not notice motions for presentment hearings. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.