IN THE UNITED STATES DISRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | 1:19-cv-05684 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Robert Gettleman |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| RELOCATION SERVICES, LLC, D.B.A. | ) | |
| AIRES, AN ILLINOIS LIMITED LIABILITY | ) | |
| CORPORATION, | ) | |
| NICHOLAS GONRING & KELSEY GONRING, | ) | |
| | ) | |
| Defendants. | ) | |
| NICHOLAS GONRING & KELSEY GONRING, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 2726 WEST CORTEZ CONDOMINIUM, AN | ) | |
| ILLINOIS CORPORATION, & JOHN GORR, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**THIRD-PARTY DEFENDANTS' RENEWED
SUMMARY JUDGMENT MOTION AS TO THIRD-PARTY COMPLAINT**

Third-Party Defendants, 2726 WEST CORTEZ CONDOMINIUM and JOHN GORR, by their attorneys, respectfully move this Court for Summary Judgment under Rule 56(a) of the Federal Rules of Civil Procedure. This Motion is based on the Memorandum of Law submitted in support thereof, all other pleadings of record, and such additional evidence or argument that may be presented at a hearing on this matter.

                                                                                     Respectfully submitted,
**2726 WEST CORTEZ CONDOMINIUM and JOHN GORR**
Third-Party Defendants

By:   */s/ Ross M. Good*
        One of Their Attorneys

David Eisenberg, Esq.
Alexander Loftus, Esq.
Ross Good, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark St., Suite 1600
Chicago, Illinois 60601
T: 312.899.6625
david@loftusandeisenberg.com
alex@loftusandeisenberg.com
ross@loftusandeisenberg.com

Dated: July 27, 2023