# Exhibit 1

#71282 1/3

This instrument prepared by:

Zachary P. Rustad, Attorney
2 N. Riverside Plaza, Suite 1420
Chicago, Illinois 60606

After recording mail to:

Steven R. Fetter
8220 W. North
Chicago, IL 60634

Mail tax bills to:

Nicholas and Kelsey Gonring
2726 W. Cortez #1
Chicago, IL 60622



Doc#: 1615429100 Fee: $46.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 06/02/2016 04:35 PM Pg: 1 of 5

This space reserved for Recorder's use only.

## WARRANTY DEED

**THIS WARRANTY DEED** is made the 5th day of May, 2016, by MATTHEW MULLIGAN and STACY MULLIGAN, husband and wife ("Grantor"), of the City of Chicago, Cook County, Illinois, for and in consideration of Ten and No/100 Dollars ($10.00) and other good and valuable consideration in hand paid, by theses presents does **CONVEY AND WARRANT** to NICHOLAS GONRING and KELSEY GONRING, husband and wife, of the City of Chicago, Cook County, Illinois ("Grantee"), FOREVER, AS TENANTS BY THE ENTIRETY, the following described real estate situated in the County of Cook, in the State of Illinois, to wit:

See **Exhibit A** attached hereto and made a part hereof

Property Address:        2726 W. Cortez, Unit 1, Chicago, IL 60622
Permanent Index Number:  16-01-408-055-1001

Subject only to: covenants, conditions and restrictions of record; public and utility easements; acts done or suffered through Grantee; special governmental taxes or assessments confirmed or unconfirmed, if any; the condominium declaration and bylaws; and general real estate taxes for the second installment of 2015 and subsequent years.

Hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois, if any.

S
P
S
SC
INT

AIRES000398

**IN WITNESS WHEREOF**, this Deed has been executed by Grantor under seal on and as of the date first above written

_____
MATTHEW MULLIGAN

_____
STACY MULLIGAN

STATE OF __IL__ ) SS.
COUNTY OF __Cook__ )

I, __Donald J Scrivner__, a Notary Public in and for said County in the State aforesaid, do hereby certify that __Matthew Mulligan__, personally known to me to be the same person(s) whose name(s) is/are subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he/she/they signed and delivered such instrument as his/her/their own free and voluntary acts for the uses and purposes set forth therein.

GIVEN under my hand and notarial seal this __4__ day of __May__, 20__16__.

_____
Notary Public

My Commission expires:
__Dec 7, 2017__

```
OFFICIAL SEAL
DONALD J SCRIVNER
Notary Public - State of Illinois
My Commission Expires Dec 7, 2017
```

STATE OF __MN__ ) SS.
COUNTY OF __Anoka__ )

I, __Thang Vo__, a Notary Public in and for said County in the State aforesaid, do hereby certify that __STACY MULLIGAN__, personally known to me to be the same person(s) whose name(s) is/are subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he/she/they signed and delivered such instrument as his/her/their own free and voluntary acts for the uses and purposes set forth therein.

GIVEN under my hand and notarial seal this __5TH__ day of __MAY__, 20__16__.

_____
Notary Public

My Commission expires:
__01/31/2020__

```
NHAT THANG VO
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1/31/2020
```

# EXHIBIT A

## Legal Description

Property Address: 2726 W. Cortez, Unit 1, Chicago, IL 60622
Permanent Index Number: 16-01-408-055-1001

PARCEL 1: UNIT 1 IN THE 2726 WEST CORTEZ CONDOMINIUM, AS DELINEATED ON A SURVEY OF THE FOLLOWING TRACT OF LAND: LOT 36 IN BLOCK 1 IN WATRISS' SUBDIVISION OF THE SOUTH 1/2 OF THE NORTHWEST 1/4 OF THE SOUTHEAST 1/4 (EXCEPT THE EAST 115 FEET) OF SECTION 01, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS; WHICH PLAT OF SURVEY IS ATTACHED AS AN EXHIBIT TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT NO. 0705115001, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS.

PARCEL 2: EXCLUSIVE USE FOR PARKING PURPOSES IN AND TO PARKING SPACE NUMBER P-1, A LIMITED COMMON ELEMENT ("LCE"), AS DELINEATED ON THE PLAT OF SURVEY, AND THE RIGHTS AND EASEMENTS FOR
THE BENEFIT OF UNIT 1, AS SET FORTH IN THE DECLARATION OF CONOMINIUM, IN COOK COUNTY, ILLINOIS.

AIRES000400