# Exhibit 12



# Sellers Property Disclosure Statement

**Property Address:** 2726 W Cortez, #1 Chicago IL 60622
**Seller:** Nicholas & Kelsey Genning

A seller must disclose to a buyer all known material defects about the Property being sold. This disclosure is designed to assist a Seller in complying with disclosure requirements and to assist a buyer in evaluating the property being considered.

This statement discloses Seller's knowledge of the condition of the property as of the date signed by Seller and is **not a substitute for any inspections or warranties that Buyer may wish to obtain.** This Statement is not a warranty of any kind, by Seller, or a warranty of representation by any listing real estate broker, any selling real estate broker, or their licensees. Buyer is encouraged to address concerns about the conditions of the Property that may not be included in his Statement. This Statement does not relieve the obligation to disclose a material defect that may not be addressed on this form.

A material defect is a problem with the Property, or any portion of it, that would have a significant adverse impact on the value of the residential property or that involves an unreasonable risk to people on the land.

| | Yes | No | Unknown/NA |
|---|---|---|---|
| 1. **SELLER'S EXPERTISE** Seller does not possess expertise in contracting, engineering, architecture, or other areas related to the construction and conditions of the property and its improvements, except as follows: ______ | | | |
| 2. **OCCUPANCY** | | | |
| a) Do you, Seller, currently occupy the property? If "no", when did you last occupy the property? | ☒ | ☐ | ☐ |
| b) Have there been any pets living in the house or other structures during your ownership? If "yes", describe: Two miniature | ☒ | ☐ | ☐ |
| 3. **ROOF** | | | |
| a) Date roof installed: 2008 Documented? construction of building | ☒ | ☐ | ☐ |
| b) Has the roof been replaced or repaired during your ownership? | ☐ | ☒ | ☐ |
| c) If "yes", were the existing shingles removed? | ☐ | ☒ | ☐ |
| d) Has the roof ever leaked during your ownership? | ☐ | ☒ | ☐ |
| e) Do you know of any problems with the roof, gutters or downspouts? Explain any "yes" answers that you give this section: | ☐ | ☒ | ☐ |
| 4. **BASEMENTS AND CRAWL SPACES (Complete only if applicable)** | | | |
| a) Does the property have a sump pump? | ☐ | ☒ | ☐ |
| b) Are you aware of any leakage, accumulation or dampness within the basement or crawl space? If "yes", describe in detail: | ☐ | ☒ | ☐ |
| c) Do you know of any repairs or other attempts to control any water or dampness problems in the basement or crawl space? If "yes", describe the location, extent, date and name of the person who did the repair or control effort: | ☐ | ☒ | ☐ |

NG 06/07/18 7:10AM CDT



This document and any accompanying documents may contain information that is confidential or otherwise protected from disclosure. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender and then delete this message, including any attachments. Any dissemination, distribution or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited.

dotloop signature verification: www.dotloop.com/my/verification/DL-355337728-4-101O
DocuSign Envelope ID: 2B7C22F5-A3A0-45F0-B0AC-52FFE7E3CA41



Sellers Property Disclosure Statement

| | Yes | No | Unknown/NA |
|---|---|---|---|
| **5. TERMITES/WOOD-DESTROYING INSECTS, DRYROT, PESTS** | | | |
| a) Are you aware of any termite/wood-destroying insects, dry rot, or pests affecting the property? | ☐ | ☒ | ☐ |
| b) Are you aware of any damage to the property caused by termite/wood-destroying insects, dry rot, or pests? | ☐ | ☒ | ☐ |
| c) Is your property currently under contract by a licensed pest control company? | ☐ | ☒ | ☐ |
| d) Are you aware of any termite/pest control reports or treatments for the property in the last five years? | ☐ | ☒ | ☐ |
| e) Explain any "yes" answers that you give in this section, including the name of any service/treatment provider, if applicable | | | |
| **6. STRUCTURAL ITEMS** | | | |
| a) Are you aware of any past or present water leakage in the house or other structures? Unit 3 had leaks on west facing windows → HOA sealed building to resolve Unit 3 leak. | ☒ | ☐ | ☐ |
| b) Are you aware of any past or present movement, shifting, deterioration or other problems with walls, foundations or other structural components? | ☐ | ☒ | ☐ |
| c) Are you aware of any past or present problems with driveways, walkways, patios or retaining walls on the property? | ☐ | ☒ | ☐ |
| d) Is your property constructed with an Exterior Insulating Finishing System (EIFS), such as Dryvit or synthetic stucco or any type of masonry veneer? If "yes", describe any known problems: | ☐ | ☒ | ☐ |
| e) Is your property constructed with Chinese Drywall? If "yes", describe any known problems: | ☐ | ☒ | ☐ |
| f) Are there any defects in flooring, including stains? If "yes", explain: | ☐ | ☒ | ☐ |
| Explain *any* "yes" answers that you gave in this section. When explaining reports to control or repair, please describe the location and extent of the problem, and date and person by whom the work was done, if know: | | | |
| **7. ADDITIONS/REMODELS (interior or exterior)** | | | |
| Have you made any additions, structural changes or other alternations to the property? If "yes", describe: | ☐ | ☒ | ☐ |
| Have you obtained the necessary permits or certificates of occupancy or approvals required for these items? NOTE: If answered unknown, Aires will order a permit/C of O search. You will be responsible for obtaining the necessary permits and Certificate of Occupancy prior to Aires purchasing your home. | ☐ | ☒ | ☐ |
| **8. WATER AND SEWAGE** | | | |
| a) What is the source of your drinking water? ☒ Public Water ☐ On-site Water (Well on Property) ☐ Community Water ☐ None ☐ Other (explain): | | | |
| b) If your drinking water source is not public: When was your water last tested? What were the test results? Is the pumping system in working order? If "no", explain: | ☒ | ☐ | ☐ |

NB
06/07/18
7:10AM CDT



This document and any accompanying documents may contain information that is confidential or otherwise protected from disclosure. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender and then delete this message, including any attachments. Any dissemination, distribution or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited.

dotloop signature verification: www.dotloop.com/my/verification/DL-355357728-4-101C
DocuSign Envelope ID: 2B7C22F5-A3A0-45F0-B0AC-52FFE7E3CA41



Sellers Property Disclosure Statement

| | | Yes | No | Unknown/NA |
|---|---|---|---|---|
| c) | Do you have a softener, filter or other purification system? If "yes", is the system: ☐Leased ☐Owned | ☐ | ☒ | ☐ |
| d) | What is the type of sewage system? ☒Public Sewer ☐Individual On-Lot Sewage Disposal ☐Individual On-Lot Sewage Disposal System in Proximity to Well ☐Community Sewage Disposal System ☐Ten Acres Permit Exception ☐Holding Tank ☐None ☐None Available/Permit Limitations in Effect If Individual On-Log, what type? ☐Cesspool ☐Drain field ☐Unknown ☐Other (specify): | | | |
| | Is there a septic tank on the Property? If "yes", what is the type of tank? ☐Metal/steel ☐Cement/concrete ☐Fiberglass ☐Unknown ☐Other (specify): Other type of sewage system (explain): | ☐ | ☒ | ☐ |
| e) | When was the on-site sewage disposal system last serviced? | | | / |
| f) | Is there a sewage pump? | ☐ | ☒ | ☐ |
| | If "yes", is it in working order? | ☒ | ☐ | ☐ |
| g) | Is either the water or sewage system shared? If "yes", explain: Shared by HOA | ☐ | ☒ | ☐ |
| h) | Are you aware of any leaks, backups, or other problems relating to any of the plumbing, water and sewage related items? If "yes", explain: | ☐ | ☒ | ☐ |

9. **PLUMBING SYSTEM**

| | | Yes | No | Unknown/NA |
|---|---|---|---|---|
| a) | Type of plumbing: ☐Copper ☐Galvanized ☐Lead ☐PVC/PBX ☐Unknown ☐Other (explain): | | | |
| b) | Are you aware of any problems with any of your plumbing fixtures (e.g. including, but not limited to: kitchen, laundry or bathroom fixtures; wet bars; hot water heater; etc.)? If "yes", explain: | ☐ | ☒ | ☐ |

10. **HEATING AND AIR CONDITIONING**

| | | Yes | No | Unknown/NA |
|---|---|---|---|---|
| a) | Type of air conditioning. ☐Central Electric ☒Central Gas ☐Wall ☐None Number of window units included in sale: Location: | | | |
| b) | List any areas of the house that are not air-conditioned: | | | |
| c) | Type of heating: ☐Electric ☐Fuel Oil ☒Natural Gas ☐Propane (On-Site) | | | |
| | Are there any fireplaces? If "yes", how many? | ☐ | ☒ | ☐ |
| | Are the fireplaces working? | ☐ | ☐ | ☒ |
| | Other type of heating systems (explain): | | | |
| d) | Are there chimneys? | ☐ | ☒ | ☐ |
| | If "yes", how many? Are they working? | ☐ | ☐ | ☒ |
| | When were they last cleaned? | | | |
| e) | List any areas of the house that are not heated: | | | |
| f) | Type of water heating: ☐Electric ☒Gas ☐Solar ☐Other: | | | |
| g) | Are you aware of any underground fuel tanks on the property? If "yes", describe: If tanks are not owned, explain: | ☐ | ☒ | ☐ |
| | Are you aware of any problems with any item in this section? If "yes", explain: | ☐ | ☒ | ☐ |

NB 06/07/18 7:10AM CDT



This document and any accompanying documents may contain information that is confidential or otherwise protected from disclosure. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender and then delete this message, including any attachments. Any dissemination, distribution or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited.

MAY-30-2018 11:05 From:12 Page:7/12

dotloop signature verification: www.dotloop.com/my/verification/DL-355337728-4-1010
DocuSign Envelope ID: 2B7C22F5-A3A0-45F0-B0AC-52FFE7E3CA41



# Sellers Property Disclosure Statement

| | Yes | No | Unknown/NA |
|---|---|---|---|
| **11. ELECTRICAL SYSTEM**<br>Are you aware of any problems or repairs needed in the electrical system?<br>If "yes", explain: | ☐ | ☒ | ☐ |

**12. OTHER EQUIPMENT AND APPLIANCES INCLUDED IN SALE (Complete only if applicable)**

Equipment and appliances ultimately included in the sale will be determined by negotiations an according to the terms of the Agreement of Sale.

a) ☒Electric Garage Door Opener No. of Transmitters 1
b) ☐Smoke Detectors How many? Location:
c) ☐Security Alarm System ☐Owned ☐Leased
Lease information (if applicable):
d) ☐Lawn Sprinkler No. of ☐Automatic Timer
e) ☐Swimming Pool ☐Pool Heater ☐Spa/Hot Tub
Pool/Spa Equipment (list):
f) ☒Refrigerator ☒Range ☒Microwave Oven ☒Dishwasher
☐Trash Compactor ☒Garbage Disposal
g) ☒Washer ☒Dryer
h) ☐Intercom
i) ☐Ceiling fans No. of Location:
j) ☐Any leased equipment (i.e. propane or natural gas tanks, etc.), if so what?
k) ☐Other:

| | Yes | No | Unknown/NA |
|---|---|---|---|
| Are any items in this section in need of repair or replacement?<br>If "yes", explain: | ☐ | ☒ | ☐ |

**13. LAND (SOILS, DRAINAGE AND BOUNDARIES)**

| | Yes | No | Unknown/NA |
|---|---|---|---|
| a) Are you aware of any fill or expansive soil on the property? | ☐ | ☒ | ☐ |
| b) Are you aware of any sliding, settling, earth movement, upheaval, subsidence, or earth stability problems that have occurred on or affect the property? | ☐ | ☒ | ☐ |

***Note to Buyer:*** *The property may be subject to mine subsidence damage. Maps of the counties and mines where mind subsidence damage may occur and mine subsidence insurance are available through:* Department of Environmental Protection, Mine Subsidence Insurance Fund, 3913 Washington Road, McMurray, PA 15317 (800) 922-1678 (within Pennsylvania) or (724) 941-7100 (outside of Pennsylvania).

| | Yes | No | Unknown/NA |
|---|---|---|---|
| c) Are you aware of any existing or proposed mining, strip mining. Or any other excavations that might affect this property? | ☐ | ☒ | ☐ |
| d) To your knowledge, is this property, or part of it, located in a flood zone or wetlands area? | ☐ | ☒ | ☐ |
| e) Do you know of any past or present drainage or flooding problems affecting the property? | ☐ | ☒ | ☐ |
| f) Do you know of any encroachments, boundary line disputes, or easements? | ☐ | ☒ | ☐ |

***Note to Buyer:*** *Most properties have easements running across them for utility services and other reasons. In many cases, the easements do not restrict the ordinary use of the property, and Seller may not be readily aware of them. Buyers may wish to determine the existence of easements and restrictions by examining the property and ordering an Abstract of Title or searching the records in the Office of the Recorder of Deeds for the county before entering into an Agreement of Sale.*

g) [initials] 06/07/18 7:10AM CDT



This document and any accompanying documents may contain information that is confidential or otherwise protected from disclosure. If you are not the intended recipient of this message, or if this message has been delivered to you in error, please immediately alert the sender and then delete this message, including any attachments. Any dissemination, distribution or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited.

MAY-30-2018 11:06 From:12 Page:8/12



Sellers Property Disclosure Statement

| | Yes | No | Unknown/NA |
|---|---|---|---|
| h) Are you aware of any shared or common areas (i.e. driveways, bridges, docks, walls, etc.) or maintenance agreements? | ☒ | ☐ | ☐ |

Explain any "yes" answers that you give in this section: Tuckpointing & sealing of Building exterior

14. **HAZARDOUS SUBSTANCES**

| | Yes | No | Unknown/NA |
|---|---|---|---|
| a) Are you aware of any underground tanks (other than fuel tanks) or hazardous substances present on the property (structure or soil) such as, but not limited to, asbestos, Polychlorinated biphenyls (PCB's), Urea Formaldehyde Foam Insulation (UFFI), etc.? | ☐ | ☒ | ☐ |
| b) To your knowledge, has the property been tested for any hazardous substances? | ☐ | ☒ | ☐ |
| c) Do you know of any other environmental concerns that might impact upon the property? | ☐ | ☒ | ☐ |

Explain any "yes" answers that you give in this section:

| | Yes | No | Unknown/NA |
|---|---|---|---|
| d) Do you know of any tests for radon gas that have been performed in any buildings on the property? | ☐ | ☒ | ☐ |

If "yes", list date, type, and results of all tests below:

| Date | Type of Test | Results (picocuries/liter or working levels) | Name of Testing Service |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | Yes | No | Unknown/NA |
|---|---|---|---|
| e) Are you aware of any radon removal systems on the property? | ☐ | ☒ | ☐ |

If "yes", list date installed and type of system, and whether it is in working order below:

| Date Installed | Type of System | Provider | Working Order |
|---|---|---|---|
| | | | ☐Yes ☐No |
| | | | ☐Yes ☐No |
| | | | ☐Yes ☐No |

| | Yes | No | Unknown/NA |
|---|---|---|---|
| f) If property was constructed, or if construction began before 1978, you must disclose any knowledge of lead-based paint on the property. Are you aware of any lead-based paint or lead-based paint hazards on the property? | ☐ | ☒ | ☐ |

If "yes", explain how you know it, where it is and the condition of any lead-based paint surface(s):

| | Yes | No | Unknown/NA |
|---|---|---|---|
| g) If property was constructed, or if construction began before 1978, you must disclose any reports or records of lead-based paint or lead-based paint hazards on the property. Are you aware of any reports or records regarding lead-based paint or lead-based paint hazards on the property? | ☐ | ☒ | ☐ |

If "yes", list all available reports and records:

15. **CONDOMINIUMS AND OTHER HOMEOWNER ASSOCIATIONS**
**(Complete only if applicable)**
Type: ☒Condominium ☐Cooperative ☐Homeowner Association or Planned Community ☐Other: ____________

***Notice regarding Condominiums, Cooperatives, and Planned Communities:*** *According to Section 3407 of the Uniform Condominium Act [68 Pa. C.S. &3407(relating to resale of units) and 68 Pa. C.S. &4409 (relating to resale of cooperative interests) and Section 5407 of the Uniform Planned Community Act [68 Pa. C.S. &5407 (relating to resale of units), a buyer of a resale unit in a condominium, cooperative, or planned community must receive a copy of the declaration (other than the plats*

MS 06/07/18 7:10AM CDT



This document and any accompanying documents may contain information that is confidential or otherwise protected from disclosure. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender and then delete this message, including any attachments. Any dissemination, distribution or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited.



Sellers Property Disclosure Statement

| | Yes | No | Unknown/NA |
|---|---|---|---|
| *and plans), the by-laws, the rules or regulations, and a certificate of resale issued by the association in the condominium, cooperative, or planned community. The buyer will have the option of canceling the agreement, with return of all deposit monies, until the certificate has been provided to the buyer and for five days thereafter, or until conveyance, whichever occurs first.* | | | |
| 16. **MISCELLANEOUS** | | | |
| a) Are you aware of any historic preservation restriction or ordinance or archeological designation associated with the property? | ☐ | ☒ | ☐ |
| b) Are you aware of any existing or threatened legal action affecting the property? | ☐ | ☒ | ☐ |
| c) Do you know of any violations of federal, state or local laws or regulations relating to this property? | ☐ | ☒ | ☐ |
| d) Are you aware of any public improvement, condominium or homeowner association assessments against the property that remain unpaid or of any violations of zoning, housing, building, safety, or fire ordinances that remain uncorrected? | ☐ | ☒ | ☐ |
| e) Are you aware of any judgment, encumbrance, lien (for example, co-maker or equity loan), overdue payment on a support obligation, or other debt against this property that cannot be satisfied by the proceeds of this sale? | ☐ | ☒ | ☐ |
| f) Are you aware of any reason, including a defect in title, that would prevent you from giving a warranty deed or conveying title to the property? | ☐ | ☒ | ☐ |
| g) Are you aware of any material defects to the property, dwelling or fixtures which are not disclosed elsewhere on this form? | ☐ | ☒ | ☐ |
| A material defect is a problem with the property or any portion of it that would have a significant adverse impact on the value of the residential real property or that involves an unreasonable risk to people on the land? | ☐ | ☒ | ☐ |
| Explain any "yes" answers that you give in this section: | | | |
| Was your home built or remodeled since 2001? ☒ Yes, complete remaining questions ☐ No, skip remaining questions | ☒ | ☐ | ☐ |
| a) Are you or other occupants aware that the home or certain room(s) have either a sulfur-like odor or other unusual odors now or in the past? NO | | | |
| b) Have there been repeated failures of the A/C evaporator coils (located in the air handler unit)? | ☐ | ☒ | ☐ |
| c) Are you or other occupants aware of visual evidence of dark or black corrosion of copper Freon lines in the home? | ☐ | ☒ | ☐ |
| d) Are you or other occupants aware of other metallic surfaces (silverware, mirrors, chrome fixtures, accessible plumbing lines, exposed plumbing fixtures, brass components, electrical wiring, metal door hinges and electrical components, etc.) showing signs of corrosion in the home? | ☐ | ☒ | ☐ |
| | ☐ | ☒ | ☐ |
| f) Are you aware of the presence of Corrosive Imported drywall in your home? | ☐ | ☒ | ☐ |

MS
06/07/18
7:10AM CDT



This document and any accompanying documents may contain information that is confidential or otherwise protected from disclosure. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender and then delete this message, including any attachments. Any dissemination, distribution or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited.

dotloop signature verification: www.dotloop.com/my/verification/DL-255537728-4-1GTC
DocuSign Envelope ID: 2B7C22F5-A3A0-45F0-B0AC-52FFE7E3CA41



# Sellers Property Disclosure Statement

**The undersigned Seller represents that the information set forth in this disclosure statement is accurate and complete to the best of Seller's knowledge. Seller hereby authorizes the Listing Broker to provide this information to prospective buyers of the property and to other real estate licensees. SELLER ALONE IS RESPONSIBLE FOR THE ACCURACY OF THE INFORMATION CONTAINED IN THIS STATEMENT. Seller shall cause Buyer to be notified, in writing, of any information supplied on this form which is rendered inaccurate by a change in the condition of the property following completion of this form.**

**SELLER** [signature] **DATE** 5-29-18
**SELLER** Nicholas [signature] **DATE** 5-30-18
**SELLER** ______ **DATE** ______

**BUYER: AIRES, LLC**
Amanda [signature] 6/6/18
**As a representative of Aires** **Date**

As an agent for American International Relocation Solutions, LLC

Buyer *Melinda Sgariglia* dotloop verified 06/07/18 7:10AM CDT 0RMK-3C8V-WH5G-BKI4

Aires
6 Penn Center West, Pittsburgh, PA 15276
412-788-0461



This document and any accompanying documents may contain information that is confidential or otherwise protected from disclosure. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender and then delete this message, including any attachments. Any dissemination, distribution or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited.

MAY-30-2018 11:07 From:12 Page:11/12