# Exhibit 17



# Sarah M Wilkins
### ATTORNEY & COUNSELOR AT LAW

TERRACE EXECUTIVE CENTER  
1 SOUTH 376 SUMMIT AVENUE, COURT D  
OAKBROOK TERRACE, ILLINOIS 60181

TELEPHONE 630.629.3203  
FACSIMILE 630.629.0580

June 18, 2018

**Revised – June 19, 2018**

Via Facsimile: 630-230-1119

Mr. Thomas B. Hawbecker  
Hawbecker & Garver, LLC  
26 Blaine Street  
Hinsdale, IL 60521

Re: Sale of 2726 West Cortez Street Unit 1, Chicago, IL 60622 (the "Property") by American International Relocation Solutions, LLC (the "Seller") to Melinda Sgariglia (the "Buyer")

### Home Inspection Response Letter

Dear Mr. Hawbecker:

As you are aware, my office represents the Seller, American International Relocation Solutions, LLC, with respect to the subject real estate transaction. The Seller has reviewed your letter dated June 14, 2018 concerning contract modifications and has provided the following response:

1. Seller agrees to provide a ~~$1,000.00~~ **$3,000** closing cost credit in lieu of repairing or replacing the items listed on the noted Inspection Summary Page and Potential Safety Hazards Page.
   *$1,000 will not cover the cost to repair the issues noted which will need to be addressed immediately.*

2. Seller reports that the Property's HVAC has never been serviced by the homeowners. *Ok*

3. Seller reports that ComEd has been contacted and a service request was placed to relocate the noted the power lines and to implement "sleeving" until the lines are relocated. The reference number for the request is 04147693, which is to be addressed as early as June 18, 2018. *Thank you*

4. *(Revised).* With respect to the flickering lights issue, as the homeowners report, the flickering of one light in the main living space is not the result of a building issue. The flickering is the results of a dimmer switch installed within the last year. When the dimmer switch is in the maximum position, only the light closest to the front door may flicker. When the dimmer switch is in most other positions, the lights will not flicker. Removing the dimmer switch would therefore prevent the lights from flickering. *Ok*

Should Buyer accept the above closing cost credit of ~~$1,000.00~~ **$3,000**, Buyer will be asked to sign a contract addendum my office will prepare upon receipt of a signed copy of this letter. Additionally, pursuant to the third paragraph of the "Buyer's Duty to Inspect/Test" section of the Aires addendum, Buyer will be asked to sign a hold harmless agreement in conjunction with receiving a concession for home inspection issues. *Please provide the hold harmless agreement for my review.*

Please sign and fax or email a copy of this letter to signify your client's agreement of the foregoing matters.

Very truly yours,

*Sarah M Wilkins*  
Sarah M. Wilkins  
Attorney for Seller

AGREED: *as modified 6-22-18*

_____

DATED:

_____

cc: Amanda Flucker – AIReS  
    Gretchen Lombardi – RRERS  
    Garrett Luehrs – Coldwell Banker (Lincoln Park)  
    Megan Caruso - @ Properties (Bucktown)