# Exhibit 23



Sarah Wilkins <sarah.wilkins@swilklaw.com>

**Re: Fw: Sgariglia Title and Insurance request_UPDATE**

**Thomas Hawbecker** <thomas@hglegal.com>  Thu, Jul 12, 2018 at 12:44 PM
To: Terry Denise Wilkins <terry.wilkins@swilklaw.com>, Annie Gibson <annie.gibson@mutualfederalbank.com>
Cc: Sarah Wilkins <sarah.wilkins@swilklaw.com>, Kirk Langefeld <kirk@hglegal.com>

Hi Annie, just making sure you received the attached.

Sincerely,

**Tom Hawbecker** | Attorney-at-Law
**HAWBECKER & GARVER, LLC**
26 Blaine Street, Hinsdale, IL 60521

Phone: (630) 789-6833 | Fax: (630) 230-1119

thomas@hglegal.com | www.hglegal.com



REAL ESTATE & ESTATE PLANNING

**From:** Terry Denise Wilkins [mailto:terry.wilkins@swilklaw.com]
**Sent:** Wednesday, July 11, 2018 11:10 AM
**To:** Annie Gibson <annie.gibson@mutualfederalbank.com>
**Cc:** Sarah Wilkins <sarah.wilkins@swilklaw.com>; Thomas Hawbecker <thomas@hglegal.com>
**Subject:** Re: Fw: Sgariglia Title and Insurance request_UPDATE

Good Morning Annie,

Thank you for speaking with me this morning.  As I mentioned in our conversation, you will have the title commitment with Aires Seller signer authorizations today, either by end of business, or shortly thereafter.  Also, I have sent the request for the insurance cert to the insurance carrier for you.  Upon receipt, I will forward same.

Thank you for your time.

Terry

**Terry Denise Wilkins**
**Senior Paralegal**
Sarah M. Wilkins, Attorney & Counselor at Law
1 South 376 Summit Avenue, Court D
Oakbrook Terrace, IL 60181
630.629.3203 (main)
630.629.0580 (fax)

terry.wilkins@swilklaw.com

Wire Fraud and Email Phishing Advisory:  Law firms, real estate brokerage offices, and title companies have been targeted by hackers using savvy methods to intercept client communications to commit wire fraud.  If you have a closing transaction with our office and you receive an email offering you wiring instructions, please do not respond to that email.  Immediately call your title company closing officer using a method not contained within the fraudulent email.  Please be advised that our office will never provide wiring instructions through unsecured email.  Our office will also never provide fully executed contracts through unsecured email as well.

On Wed, Jul 11, 2018 at 9:46 AM, Annie Gibson <annie.gibson@mutualfederalbank.com> wrote:

Hi Terry,

After multiple requests I have not received any title or master certificate of insurance requests. Please assist me in this ASAP. We cannot send out the closing disclosure without the title and this needs to be done by tomorrow.

Thank you,

Annie Gibson
Senior Processor



Mutual Federal Bank
1644 N. Honore, Suite 206
Chicago, IL. 60622
Phone: (312) 447-5241
Fax: (847) 728.5777

Annie.Gibson@MutualFederalBank.com

Wilkins Doc Prod 0110