# Exhibit 25



**HAWBECKER & GARVER, LLC**

26 Blaine Street
Hinsdale, IL 60521

Phone: 630.789.6833
Fax: 630.230.1119
www.hglegal.com

Via facsimile 630-629-0580

July 6, 2018

Ms. Sarah Wilkins
Attorney at Law

Re: 2726 W. Cortez Street, Unit 1, Chicago, IL 60622
**Aires to Sgariglia**

Dear Ms. Wilkins,

Purchasers hereby request an extension for obtaining a loan commitment through July 12, 2018.

In the event Seller refuses to grant such an extension, said Purchasers herewith give notice in accordance with the provisions of the Contract that Purchasers are unable to obtain a commitment for a loan as specified in said Contract. Notwithstanding the foregoing, Purchasers reserve the right to withdraw this request and waive the mortgage contingency in the event Seller(s) refuse to grant this extension.

If you are unable to grant the extension requested herein, please notify the undersigned as soon as possible.

If Seller agrees to this, please sign and return a copy of this letter via facsimile.

Sincerely,

*Thomas B. Hawbecker*

Thomas B. Hawbecker

Agreed and accepted:
This __9TH__ day of __July__, 2018

*Sarah Wilk___*
Attorney for Seller

Attorneys: Paul B. Garver, Esq. ~ Thomas B. Hawbecker, Esq.
Lynn Macas Graham, Esq. ~ Melissa A. Grisoni, Esq. ~ Kirk D. Langefeld, Esq. ~ Themis Katris, Esq.

Wilkins Doc Prod 0050