# Exhibit 29

 Gmail

Terry Denise Wilkins <terry.wilkins@swilklaw.com>

## PAL request to SA, 2726 W. Cortez Street, Unit 1 - Aires to Sgariglia

**Kirk Langefeld** <kirk@hglegal.com>
To: john gorr <jgorr1@msn.com>, Arianna Listecki <arianna@hglegal.com>, Terry Denise Wilkins <terry.wilkins@swilklaw.com>
Cc: Sarah Wilkins <sarah.wilkins@swilklaw.com>, "5846@hglegal.actionstep.com" <5846@hglegal.actionstep.com>

Tue, Jul 24, 2018 at 10:13 PM

Thanks John!

Sincerely,

**Kirk D. Langefeld** | Attorney-at-Law

**HAWBECKER & GARVER, LLC**

26 Blaine Street, Hinsdale, IL 60521

Phone: (630) 789-6833 | Fax: (630) 230-1119

kirk@hglegal.com | www.hglegal.com



REAL ESTATE & ESTATE PLANNING

---

**From:** john gorr [mailto:jgorr1@msn.com]
**Sent:** Tuesday, July 24, 2018 8:31 PM
**To:** Arianna Listecki <arianna@hglegal.com>; Terry Denise Wilkins <terry.wilkins@swilklaw.com>; Kirk Langefeld <kirk@hglegal.com>
**Cc:** Sarah Wilkins <sarah.wilkins@swilklaw.com>; 5846@hglegal.actionstep.com
**Subject:** Re: PAL request to SA, 2726 W. Cortez Street, Unit 1 - Aires to Sgariglia

Yes, there is a $0 balance for their unit through that date. I will respond once I know the answer to right of first refusal.

**From:** Arianna Listecki <arianna@hglegal.com>

**Sent:** Tuesday, July 24, 2018 7:33 PM

**To:** Terry Denise Wilkins; Kirk Langefeld; john gorr

**Cc:** Sarah Wilkins; 5846@hglegal.actionstep.com

**Subject:** RE: PAL request to SA, 2726 W. Cortez Street, Unit 1 - Aires to Sgariglia

John,

Do you have a second to answer the below? This is closing tomorrow.

Can you specifically state that the unit has balance of $0 through July 31, 2017?

Can you also confirm that the association does not have a right of first refusal?

Thank you!!

**Arianna Listecki** | Paralegal

**Hawbecker & Garver, LLC**

26 Blaine Street, Hinsdale, IL 60521

Phone: (630) 789-6833 | Fax: (630) 230-1119

Arianna@hglegal.com | www.hglegal.com

Wilkins Doc Prod 0143



Real Estate & Estate Planning

**From:** Terry Denise Wilkins <terry.wilkins@swilklaw.com>

**Sent:** Tuesday, July 24, 2018 2:02 PM

**To:** Kirk Langefeld <kirk@hglegal.com>; john gorr <JGorr1@msn.com>

**Cc:** Arianna Listecki <arianna@hglegal.com>; Sarah Wilkins <sarah.wilkins@swilklaw.com>; 5846@hglegal.actionstep.com

**Subject:** Re: PAL request to SA, 2726 W. Cortez Street, Unit 1 - Aires to Sgariglia

Good Afternoon John,

The buyers' attorney has a request for a little more specific information than previously provided.

Would you take a look at the comments below and advise?

Thank you for your time!

**Terry Denise Wilkins**

**Senior Paralegal**

Sarah M. Wilkins, Attorney & Counselor at Law

1 South 376 Summit Avenue, Court D

Oakbrook Terrace, IL 60181

630.629.3203 (main)

630.629.0580 (fax)

terry.wilkins@swilklaw.com

**Wire Fraud and Email Phishing Advisory:** Law firms, real estate brokerage offices, and title companies have been targeted by hackers using savvy methods to intercept client communications to commit wire fraud. If you have a closing transaction with our office and you receive an email offering you wiring instructions, please do not respond to that email. Immediately call your title company closing officer using a method not contained within the fraudulent email. Please be advised that our office will never provide wiring instructions through unsecured email. Our office will also never provide fully executed contracts through unsecured email as well.

On Tue, Jul 24, 2018 at 1:59 PM, Kirk Langefeld <kirk@hglegal.com> wrote:

Hi Terry,

Is the title company accepting the attached as the PAL for closing? I would like the president to specifically state that the unit has balance of $0 through July 31, 2017.

Can you also confirm that the association does not have a right of first refusal?

Sincerely,

**Kirk D. Langefeld** | Attorney-at-Law

**Hawbecker & Garver, LLC**

26 Blaine Street, Hinsdale, IL 60521

Phone: (630) 789-6833 | Fax: (630) 230-1119

kirk@hglegal.com | www.hglegal.com

Wilkins Doc Prod 0144



Real Estate & Estate Planning

**From:** Terry Denise Wilkins [mailto:terry.wilkins@swiklaw.com]
**Sent:** Monday, July 23, 2018 2:11 PM
**To:** Arianna Listecki <arianna@hglegal.com>
**Cc:** Sarah Wilkins <sarah.wilkins@swiklaw.com>; 5846@hglegal.actionstep.com; Kirk Langefeld <kirk@hglegal.com>
**Subject:** Re: PAL request to SA, 2726 W. Cortez Street, Unit 1 - Aires to Sgariglia

Good Afternoon Arianna,

Here is the statement I was finally able to receive from the association.  It does answer to basic questions.

I hope this helps.

Thank you!

Terry

**Terry Denise Wilkins**
**Senior Paralegal**
Sarah M. Wilkins, Attorney & Counselor at Law
1 South 376 Summit Avenue, Court D
Oakbrook Terrace, IL 60181
630.629.3203 (main)
630.629.0580 (fax)
terry.wilkins@swiklaw.com

**Wire Fraud and Email Phishing Advisory:**  Law firms, real estate brokerage offices, and title companies have been targeted by hackers using savvy methods to intercept client communications to commit wire fraud.  If you have a closing transaction with our office and you receive an email offering you wiring instructions, please do not respond to that email.  Immediately call your title company closing officer using a method not contained within the fraudulent email.  Please be advised that our office will <u>never</u> provide wiring instructions through unsecured email.  Our office will also <u>never</u> provide fully executed contracts through unsecured email as well.

On Mon, Jul 23, 2018 at 2:04 PM, Arianna Listecki <arianna@hglegal.com> wrote:

> Terry,
>
> Any update on the Paid Assessment Letter?
>
> Thank you,
>
> **Arianna Listecki** | Paralegal
> **Hawbecker & Garver, LLC**
> 26 Blaine Street, Hinsdale, IL 60521
> Phone: (630) 789-6833 | Fax: (630) 230-1119
> Arianna@hglegal.com | www.hglegal.com

Wilkins Doc Prod 0145

Case: 1:19-cv-05684 Document #: 218-29 Filed: 07/28/23 Page 5 of 5 PageID #:3655



Real Estate & Estate Planning

Wilkins Doc Prod 0146