# Exhibit 30

## HOLD HARMLESS AGREEMENT

This **Hold Harmless Agreement** ("Agreement"), is dated July 25, 2018, between American International Relocation Solutions, LLC (the "Seller") and Melinda Sgariglia (the "Buyer").

### RECITALS

1. Seller and Buyer entered into a purchase and sale agreement dated June 8, 2018 (the "Contract") for the sale of a residence commonly known as 2726 West Cortez Street, Unit 1, Chicago, IL 60622 (the "Property").

2. On or after June 14, 2018, Buyer served notice on Seller of defects discovered in a home inspection of the Property; most specifically defects pinpointed with the "Inspection Summary Page" and "Potential Safety Hazards Page" of Buyer's home inspection;

3. In lieu of repair or replacement of those certain issues, Seller agreed to provide, and Buyer accepted a closing cost credit in the amount of $3,000.00;

Accordingly, the parties agree to the following:

1. **GRANT OF RELEASE.** Buyer, for herself, her children, heirs, successors, administrators, executors, and assigns, does release, acquit, and forever discharge American International Relocation Solutions, LLC; Nicholas Gonring and Kelsey Gonring; Garrett Luehrs as well as Coldwell Banker of Lincoln Park; and their agents, servants, successors, employers, or assigns, from any and all claims, actions, causes of action, demands, rights, damages, costs, loss of services, expenses, and compensation whatsoever, which she now has or may thereafter accrue on account of or in any way growing out of the agreement made concerning the above-noted credit at closing.

2. **MERGER.** Buyer further declares and represents that no promises, inducements, or agreements not herein expressed, have been made to her as the Buyer of said Property, that this release contains the entire agreement between the parties as no matters shall survive closing, and that the terms of this release are contractual and not a mere recital.

To evidence each party's assent to this Agreement, they have signed and delivered it on the date set forth in the preamble.

**SELLER**

AMERICAN INTERNATIONAL RELOCATION
SOLUTIONS, LLC

By: _____*Sarah M. Wilkins*_____
Sarah M. Wilkins, Its authorized agent

**BUYER**

_____*Melinda S*_____
Melinda Sgariglia

Wilkins Doc Prod 0012