# Exhibit 5



Terry Denise Wilkins <terry.wilkins@swilklaw.com>

## Furniture - 2726 W. Cortez Street, Unit 1 - Aires to Sgariglia

**Sarah Wilkins** <sarah.wilkins@swilklaw.com>  Tue, Jul 24, 2018 at 11:08 AM
To: Kirk Langefeld <kirk@hglegal.com>
Cc: Terry Denise Wilkins <terry.wilkins@swilklaw.com>, "5846@hglegal.actionstep.com" <5846@hglegal.actionstep.com>, "Luehrs, Garrett" <garrett.luehrs@cbexchange.com>, Thomas Hawbecker <thomas@hglegal.com>

> No. Aires was not a party to that separate agreement . . . despite attempts to loop them in. Therefore, my office cannot confirm anything about the furniture because we represent Aires and Aires only. Perhaps the agents can shed more light.
>
> Thank you,
>
> SMW
>
> **Sarah M. Wilkins**
> **Attorney & Counselor at Law**
> 1 South 376 Summit Avenue, Court D
> Oakbrook Terrace, Illinois 60181
> 630.629.3203 (main)
> 630.629.0580 (fax)
> sarah.wilkins@swilklaw.com
>
> <u>Wire Fraud and Email Phishing Advisory:</u> Law firms, real estate brokerage offices, and title companies have been targeted by hackers using savvy methods to intercept client communications to commit wire fraud. If you have a closing transaction with our office and you receive an email offering you wiring instructions, please do not respond to that email. Immediately call your title company closing officer using a method not contained within the fraudulent email. Please be advised that our office will <u>never</u> provide wiring instructions through unsecured email. Our office will also <u>never</u> provide fully executed contracts through unsecured email as well.
>
> On Tue, Jul 24, 2018 at 11:06 AM, Kirk Langefeld <kirk@hglegal.com> wrote:
>> Were you able to confirm that all of the items on the attached were left at the property?
>>
>> Sincerely,
>>
>> **Kirk D. Langefeld** | Attorney-at-Law
>>
>> Hᴀᴡʙᴇᴄᴋᴇʀ & Gᴀʀᴠᴇʀ, LLC
>>
>> 26 Blaine Street, Hinsdale, IL 60521
>>
>> Phone: (630) 789-6833 | Fax: (630) 230-1119
>>
>> kirk@hglegal.com | www.hglegal.com
>>
>> 
>>
>> Rᴇᴀʟ Eꜱᴛᴀᴛᴇ & Eꜱᴛᴀᴛᴇ Pʟᴀɴɴɪɴɢ
>>
>> **From:** Kirk Langefeld
>> **Sent:** Monday, July 23, 2018 4:22 PM
>> **To:** Terry Denise Wilkins <terry.wilkins@swilklaw.com>
>> **Cc:** 5846@hglegal.actionstep.com; Luehrs, Garrett <garrett.luehrs@cbexchange.com>; Sarah Wilkins <sarah.wilkins@swilklaw.com>; Thomas Hawbecker <thomas@hglegal.com>
>> **Subject:** Re: Furniture - 2726 W. Cortez Street, Unit 1 - Aires to Sgariglia
>>
>> Thank you
>>
>> Sincerely,
>>
>> **Kirk D. Langefeld** | Attorney-at-Law
>>
>> Hawbecker & Garver LLC
>>
>> 26 Blaine, Hinsdale Illinois 60521
>>
>> P: 630-789-6833 | F: 630-230-1119
>>
>> Kirk@hglegal.com | www.hglegal.com
>>
>> On Jul 23, 2018, at 4:18 PM, Terry Denise Wilkins <terry.wilkins@swilklaw.com> wrote:
>>
>>> The List has been forwarded on to Aires to be sent to the homeowner. For Aires transactions, our office has no contact with a Transferee.
>>>
>>> Thanks

Wilkins Doc Prod 0260

**Terry Denise Wilkins**

**Senior Paralegal**

Sarah M. Wilkins, Attorney & Counselor at Law

1 South 376 Summit Avenue, Court D

Oakbrook Terrace, IL 60181

630.629.3203 (main)

630.629.0580 (fax)

terry.wilkins@swilklaw.com

Wire Fraud and Email Phishing Advisory: Law firms, real estate brokerage offices, and title companies have been targeted by hackers using savvy methods to intercept client communications to commit wire fraud.  If you have a closing transaction with our office and you receive an email offering you wiring instructions, please do not respond to that email.  Immediately call your title company closing officer using a method not contained within the fraudulent email.  Please be advised that our office will never provide wiring instructions through unsecured email.  Our office will also never provide fully executed contracts through unsecured email as well.

On Mon, Jul 23, 2018 at 4:13 PM, Kirk Langefeld <kirk@hglegal.com> wrote:

> Thank you. I believe they are moving now and need this list so they know what to leave.
>
> Sincerely,
>
> Kirk D. Langefeld | Attorney-at-Law
>
> Hawbecker & Garver LLC
>
> 26 Blaine, Hinsdale Illinois 60521
>
> P: 630-789-6833 | F: 630-230-1119
>
> Kirk@hglegal.com | www.hglegal.com
>
> On Jul 23, 2018, at 4:12 PM, Terry Denise Wilkins <terry.wilkins@swilklaw.com> wrote:
>
>> Our office would not have contact with the homeowners.  BUT, we will forward the List to AIRES to have them forward same.
>>
>> TDW
>>
>> **Terry Denise Wilkins**
>>
>> **Senior Paralegal**
>>
>> Sarah M. Wilkins, Attorney & Counselor at Law
>>
>> 1 South 376 Summit Avenue, Court D
>>
>> Oakbrook Terrace, IL 60181
>>
>> 630.629.3203 (main)
>>
>> 630.629.0580 (fax)
>>
>> terry.wilkins@swilklaw.com
>>
>> Wire Fraud and Email Phishing Advisory: Law firms, real estate brokerage offices, and title companies have been targeted by hackers using savvy methods to intercept client communications to commit wire fraud.  If you have a closing transaction with our office and you receive an email offering you wiring instructions, please do not respond to that email.  Immediately call your title company closing officer using a method not contained within the fraudulent email.  Please be advised that our office will never provide wiring instructions through unsecured email.  Our office will also never provide fully executed contracts through unsecured email as well.
>>
>> On Mon, Jul 23, 2018 at 4:02 PM, Kirk Langefeld <kirk@hglegal.com> wrote:
>>
>>> Yes, slightly. Please forward to the owners.
>>>
>>> Sincerely,
>>>
>>> Kirk D. Langefeld | Attorney-at-Law

Wilkins Doc Prod 0261

Hawbecker & Garver LLC

26 Blaine, Hinsdale Illinois 60521

P: 630-789-6833 | F: 630-230-1119

Kirk@hglegal.com | www.hglegal.com

On Jul 23, 2018, at 4:00 PM, Terry Denise Wilkins <terry.wilkins@swilklaw.com> wrote:

> Hello,
>
> Is this a different list from Mid July?
>
> TDW
>
>
> **Terry Denise Wilkins**
>
> **Senior Paralegal**
>
> Sarah M. Wilkins, Attorney & Counselor at Law
>
> 1 South 376 Summit Avenue, Court D
>
> Oakbrook Terrace, IL 60181
>
> 630.629.3203 (main)
>
> 630.629.0580 (fax)
>
> terry.wilkins@swilklaw.com
>
>
> **Wire Fraud and Email Phishing Advisory:**  Law firms, real estate brokerage offices, and title companies have been targeted by hackers using savvy methods to intercept client communications to commit wire fraud.  If you have a closing transaction with our office and you receive an email offering you wiring instructions, please do not respond to that email.  Immediately call your title company closing officer using a method not contained within the fraudulent email.  Please be advised that our office will <u>never</u> provide wiring instructions through unsecured email.  Our office will also <u>never</u> provide fully executed contracts through unsecured email as well.
>
>
> On Mon, Jul 23, 2018 at 3:57 PM, Kirk Langefeld <kirk@hglegal.com> wrote:
>> My understanding is that there is still some confusion on the personal property to be left. The buyers list is attached.