# EXHIBIT 4

# Association documents to buyer, 2726 W. Cortez Street, Unit 1 - Aires to Sgariglia

|  |  |
|---|---|
| **From:** | Arianna Listecki <arianna@hglegal.com> |
| **Received** | Friday June 29, 2018 01:50 pm |
| **To:** | m.kadunc@comcast.net <m.kadunc@comcast.net> |
| **CC:** | MC@atproperties.com <MC@atproperties.com>, Kirk Langefeld <kirk@hglegal.com>, 5846@hglegal.actionstep.com <5846@hglegal.actionstep.com> |
| **Subject:** | Association documents to buyer, 2726 W. Cortez Street, Unit 1 - Aires to Sgariglia |
| **Attachments:** | image003.jpg, 2726 W. Cortez HOA docs(1).pdf, Special Assessment Meeting Minutes(1).pdf, HOA Bank Statement(1).pdf |
| **Associations:** | Sgariglia, Melinda - Buy [5846] |

9/29/2020     Association documents to buyer, 2726 W. Cortez Street, Unit 1 - Aires to Sgariglia

Attached please find **meeting minutes/rules & regulations/declaration/bylaws** for your new association.

These give you an overview of rules, current events, and issues within the association. Please review these to confirm that you are comfortable proceeding considering any current issues or rules within the association.

You should feel comfortable with their contents and confirm that nothing discussed within them would conflict with your lifestyle. As everyone has different lifestyles, and expectations for an association, we recommend you look at these. Let us know if there are any questions once you have reviewed them and we'll be happy to help you as best we can or try to put you directly in touch with the association if you prefer.

Some of the common issues of concern to purchasers include:
- Number of pets allowed in a unit
- Number of occupants allowed in a unit
- Whether unit can be rented to a non-owner occupant
- Decorations allowed on the exterior of a unit
- Whether grills or patio furniture is/are allowed on balconies or decks

Please let us know within 3 business days if you have any questions or concerns with the contents herein.

Thank you,

**Arianna Listecki** | Paralegal
**Hawbecker & Garver, LLC**
26 Blaine Street, Hinsdale, IL 60521
Phone: (630) 789-6833 | Fax: (630) 230-1119
Arianna@hglegal.com | www.hglegal.com

111598_47970L_JPG
REAL ESTATE & ESTATE PLANNING

May 7, 2018

**Participants**: John Gorr, Ryan Brown, Nick & Kelsey Gonring

**Items discussed**:

- Tuckpoint and seal the exterior of the building
    - Last sealed: documentation shows 2012
- Arrow Masonry and Exteriors, Inc. quote
    - Scope of Work: Spot grinding, spot tuckpointing, caulking, flashing installation and sealing of the east, west, and north elevations of split face block
    - Total Cost: $16,840.00
- All members of the committee (Unit 1, 2, 3) verbally agreed to committee to Arrow Masonry and Exteriors, Inc. proposed scope of work.
- Arrow Masonry and Exteriors, Inc. contract was signed by Kelsey Gonring.
- All members of the committee (Unit 1, 2, 3) produced financial support based on the HOA's determination of the percentage owed for special assessments
    - Unit 1 – 44%
    - Unit 2 – 26%
    - Unit 3 – 30%