# EXHIBIT 4

## Re: Previous 22.1

**john gorr** <jgorr1@msn.com>
Thu 6/14/2018 1:50 PM

**To:** Nicholas Gonring <nick.gonring@gfs.com>; Kelsey Gonring <kelseygonring@gmail.com>

Sending it now. No prob. Figures were all gonna need this done soon!

Please shoot me a copy of what you send him as well. Thanks

---

**From:** Kelsey Gonring <kelseygonring@gmail.com>
**Sent:** Thursday, June 14, 2018 1:37:24 PM
**To:** john gorr; Nicholas Gonring
**Subject:** Re: Previous 22.1

Looks great, thanks so much for completing that.

Probably best if Garrett gets it from you, so if you don't mind quick sending it his way and letting him know that I will provide the minutes, financials, and budget, we should be all set!


On Thu, Jun 14, 2018 at 1:28 PM, john gorr <jgorr1@msn.com> wrote:
> Yeah, that seems right for the minutes, good call. Here's the 22.1 for you to review. Please review and let me know what else you need.
>
> Ryan sent the financials, so that looks good.
>
> ---
>
> **From:** Kelsey Gonring <kelseygonring@gmail.com>
> **Sent:** Thursday, June 14, 2018 1:10 PM
> **To:** john gorr; Nicholas Gonring
> **Subject:** Previous 22.1
>
> Hey John,
>
> Attached is the 22.1 filed out by Ryan when we purchased.
>
> Doesn't seem like there is question pertaining to leaks so there would be no need to go into detail about issues in your unit or the building.
>
> Question 8 asks for board meeting minutes showing approval of special assessments. We can provide minutes for the meeting where we decided on hiring Arrow. No need to go into a detailed history of how and why we came to that conclusion since that is not what they are asking for. I will draft a very brief document stating our decision to hire Arrow following a recommendation to seal the building and the percentage breakdown per unit for that work.
>
> Thoughts?

Gorr 00229

Case: 1:19-cv-05684 Document #: 228-4 Filed: 08/18/23 Page 3 of 3 PageID #:4042

Kelsey

Gorr 00230