# EXHIBIT 6



Maillard Reaction <ngonring@uwmalumni.com>

## 2726 building issues
1 message

**john gorr** <jgorr1@msn.com>                          Fri, Jul 13, 2018 at 6:04 PM
To: "ngonring@uwmalumni.com" <ngonring@uwmalumni.com>, "kelseygonring@gmail.com" <kelseygonring@gmail.com>, "brown14702000@yahoo.com" <brown14702000@yahoo.com>

As President of the HOA, I need to make sure you all are informed of the current status. Moisture was detected in the SW window area after that last hard rain. Due to that, my buyer backed out so I'm back on the market and disclosing the previous water issues ahead of time. After the last inspection, Arrow masonry came back and applied a second layer of sealant at the entire west-facing wall above the 3rd floor windows, and they applied the same elastomeric sealant to the capstones. I have a moisture meter and will be monitoring the moisture levels in the wood over the next few weeks. I'll also be looking at if there are any other areas of water infiltration. I hope the secondary work resolved it for good, the moisture monitoring will help me to determine that.

Regardless, if I'm able to sell I'll be taking a hit on the selling price and will be putting money in escrow to cover any future problems. Being that it has been documented as a building issue, this escrowed money would cover unit #3's portion of future work. I'm not entirely sure how this will work out or how it affects any other units, and would rather resolve the issue and make no concessions. I have not received any responses from anyone so I'm just proceeding as I'm advised. I recommend talking to your realtors and lawyers, or let me know if you have any input.

On request we are giving the potential buyers the background of the issues and how we handled them as best as possible, similar to the italicized wording below.

*We did file a claim with the building insurance. The insurance hired ESI to inspect building. Based on the report, the claim was denied but we utilized their scope of work.*

1. *2014 - Unit 3 used The Building Doctor to seal around windows on west elevation.*
2. *10/20/2017 - ESI Engineering report summarizing the water issues, and steps to resolve.*
3. *11/29/2017 - Erie Insurance letter stating no coverage for issue.*
4. *3/6/2018 - Bral contract to do exploratory work to determine the scope of work for repairs.*
5. *5/3/2018 - Bral conclusion from exploratory work - need to grind/tuckpoint and add elastomeric sealant.*
6. *5/7/2018 - Arrow proposal for grind/tuckpoint and add elastomeric sealant to all sides of building and inside parapet.*
7. *6/4/2018 - Arrow concluded the work.*

**ESI Engineering Report**

GONRING000054

-The report recommends to retain a masonry contractor to make exploratory openings in the masonry to determine cause of the water infiltration.

-The report recommends to retain Bral Restoration.

### Bral Restoration

-As recommended in ESI report, Bral restoration was hired to complete exploratory openings. After exploratory inspection, they concluded that flashing is not the cause of the problem. Their recommendation was to grind/tuckpoint and apply an elastomeric sealant.

### Arrow Masonry

-Arrow masonry was contracted to complete all of the recommendations based on the Bral report. They tuckpointed and applied elastomeric sealant with 5-year warranty.