## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Melinda Sgariglia, et al.

                           Plaintiff,

v.                               Case No.: 1:19−cv−05684

                               Honorable Robert W.
Gettleman

American International Relocation Services,
LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 21, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's unopposed motion for extension of time [225] to reset the briefing schedule is granted. The briefing schedule set on 7/20/2023 [214] is modified as follows: plaintiffs#039; reply in support of their motion and responses to defendants' cross motions due by 9/1/2023; defendants' replies due 9/22/2023. The court will issue its ruling via CM/ECF. The Clerk is directed to correct the docket language for Docket Entry [225] to properly reflect the title of the motion filed at that entry. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.