# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELINDA SGARIGLIA, ) | |
| ) | 1:19-cv-05684 |
| Plaintiff, ) | |
| ) | |
| v. ) | Honorable Judge Robert Gettleman |
| ) | |
| AMERICAN INTERNATIONAL RELOCATION ) | |
| SERVICES, LLC, D.B.A. AIRES, AN ILLINOIS ) | |
| LIMITED LIABILITY CORPORATION, ) | |
| NICHOLAS GONRING & KELLY GONRING., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

To: Counsel of Record

PLEASE TAKE NOTICE that on this September 12, 2023, I electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, the attached Plaintiff Melinda Sgariglia's Response to Defendant Aires Motion for Summary Judgment and Reply in Support of her Motion for Summary Judgment as to Aires Response, a copy of which is hereby served upon you.

_____Carol Oshana_____
Carol Oshana, Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that the foregoing Notice of filing to Extend was electronically filed using the CM/ECF system and was sent as follows: transmitting the document by email on May 31, 2023, to the following email addresses:; jfmfer@pfs-law.com; and earcherd@pfs-law.com; egibbons@walkerwilcox.com; amccolgan@walkerwilcox.com and mcasev@walkerwilcox.com. alex@loftusandeisenberg.com, alexander.nicholas.loftus@gmail.com amccolgan@walkerwilcox.com, docket@walkerwilcox.com, mzaiko@walkerwilcox.com, cmcauliffe@walkerwilcox.com, docket@walkerwilcox.com, vhosek@walkerwilcox.com, david@loftusandeisenberg.com, egibbons@walkerwilcox.com, docket@wwmlawyers.com, jtucker@walkerwilcox.com, jvail@wwmlawyers.com, earcherd@pfs-law.com, msiedlecki@pfs-law.com, Jordan Aaron Finfer jfinfer@pfs-law.com, msiedlecki@pfs-law.com, kkojs@walkerwilcox.com, docket@walkerwilcox.com, lwaschow@walkerwilcox.com, mcasey@walkerwilcox.com, docket@walkerwilcox.com, jtucker@walkerwilcox.com, mccarthy@rhoadesmckee.com,

beckyb@rhoadesmckee.com, ecf@rhoadesmckee.com, ksconnor@rhoadesmckee.com, slfulcher@rhoadesmckee.com, ross@loftusandeisenberg.com

/s/Carol Oshana