IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELINDA SGARIGLIA, ) | |
| ) | 1:19-cv-05684 |
| Plaintiff, ) | |
| ) | |
| v. ) | Honorable Judge Robert M. Dow |
| ) | |
| AMERICAN INTERNATIONAL RELOCATION ) | |
| SERVICES, LLC, D.B.A. AIRES, AN ILLINOIS ) | |
| LIMITED LIABILITY CORPORATION, ) | |
| NICHOLAS GONRING & KELLY GONRING., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

To:  Counsel of Record

PLEASE TAKE NOTICE that on this September 14, 2023, I electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, the attached Plaintiff Melinda Sgariglia's Response to Defendants' Aires' Additional 56.1 Statements of Facts, a copy of which is hereby served upon you.

_____Carol Oshana_____
Carol Oshana, Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that the foregoing Notice of Motion to Extend was electronically filed using the CM/ECF system and was sent as follows: transmitting the document by email on September 14, 2023 by 5:00 p.m. to the email addresses listed within the ECM efiling system.

/s/Carol Oshana

Carol Oshana
OSHANA LAW
20 N. Clark Street, Suite 3000
Chicago, IL 60602
312-404-8390
Oshanalaw@yahoo.com
ARDC No: 6243613