IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | |
| | ) | 1:19-cv-05684 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Gettleman |
| | ) | |
| AMERICAN INTERNATIONAL RELOCATION | ) | |
| SERVICES, LLC, D.B.A. AIRES, AN ILLINOIS | ) | |
| LIMITED LIABILITY CORPORATION, | ) | |
| NICHOLAS GONRING & KELLY GONRING., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:    Counsel of Record

    PLEASE TAKE NOTICE that on _____ at _____ a.m., counsel for Plaintiff, Melinda Sgariglia, shall appear before Judge Gettleman., in Courtroom 2303 usually occupied by him at 219 south Dearborn Street, Chicago, IL 60604, and present her Motion to Extend Time.

Dated: November 30, 2023.                  Respectfully submitted,

                                                                                                     */s/*Carol Oshana _____

Carol Oshana
OSHANA LAW
20 N. Clark Street, Suite 3000
Chicago, IL 60602
312/404-8390
Oshanalaw@yahoo.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certify that the foregoing Notice of Motion to Extend was electronically filed using the CM/ECF system and was sent as follows: transmitting the document by the efile system on August 18, 2023, to the following email addresses:;

Arthur Joseph McColgan , II    amccolgan@walkerwilcox.com, docket@walkerwilcox.com, mzaiko@walkerwilcox.com

David Alan Eisenberg    david@loftusandeisenberg.com

Edward P. Gibbons    egibbons@wwmlawyers.com, docket@wwmlawyers.com, jvail@wwmlawyers.com

Elizabeth Loretta Archerd    earcherd@pfs-law.com, nvizzini@pfs-law.com

Jordan Aaron Finfer    jfinfer@pfs-law.com, msiedlecki@pfs-law.com

Matthew W Casey    mcasey@walkerwilcox.com, docket@walkerwilcox.com, hvickers@walkerwilcox.com

Dated: November 30, 2023

/s/Carol Oshana

**2**