**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | |
| | ) | 1:19-cv-05684 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Robert W. |
| | ) | Gettleman |
| AMERICAN INTERNATIONAL RELOCATION | ) | |
| SERVICES, LLC, D.B.A. AIRES, AN ILLINOIS | ) | |
| LIMITED LIABILITY CORPORATION, | ) | |
| NICHOLAS GONRING & KELLY GONRING., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S AGREED 2nd MOTION FOR EXTENSION OF TIME

NOW COMES the Plaintiff, Melinda Sgariglia, Inc., by and through her attorney, Carol Oshana of Oshana Law, and in support of her 2ND Motion for Extension and to file joint status report on damages, states as follows:

### FACTS

1. On June 20, 2019, Plaintiff Melinda Sgariglia filed her Complaint for a violation of the Residential Real Property Disclosure Act, 765 ILCS 77/35, Fraud and Breach of Contract in the Circuit Court of Cook County, Chancery Division.

2. Defendants moved the matter to the United States District Court for the Northern District of Illinois, Eastern Division.

3. On November 2, 2023, this honorable Court entered an Order requiring the parties to file a joint status report on damages.

4. On December 1, 2023, this honorable court gave an extension through Dec 7, 2023.

5. Plaintiff's counsel misread the email and thought it was due Friday, Dec 8, 2023.

6. Plaintiff prepared her status report on damages and sent it to Attorney Jordan Finfer, as attorney for the Defendant Gonrings.

7. Counsel needs a week to prepare his portion of damages. He has agreed to the extension.

8. Defendant will not be prejudiced by the delay.

WHEREFORE, for the foregoing reasons, Plaintiff, by and through her attorney, Oshana Law, respectfully requests that this Honorable Court grant the parties an extension of 7 days to file her Joint Status Report on Damages, to Friday, December 15, 2023.

        Respectfully submitted,
        MELINDA SGARIGLIA,

        By: _/s/ Carol Oshana_____
        One of her attorneys

Carol Billie Oshana
OSHANA LAW
20 North Clark Street, Suite 3000
Chicago, IL 60602
(312) 404-8390
ARDC: 6243613

December 8, 2023