# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Melinda Sgariglia, et al.

                          Plaintiff,

v.                                                       Case No.: 1:19–cv–05684
                                                                  Honorable Robert W. Gettleman

Nicholas Gonring, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 11, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's Agreed 2nd Motion For Extension Of Time [248] is granted. The remaining parties' Joint Status Report on Damages due by 12/15/2023. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.