**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Melinda Sgariglia, et al.
                      Plaintiff,

v.                                               Case No.: 1:19–cv–05684
                                                        Honorable Robert W. Gettleman

Nicholas Gonring, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 18, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: In court hearing held on 1/18/2024. For the reasons stated on the record, Defendant withdraws its jury demand. Plaintiff's motion for summary judgment on damages due 3/15/2024; defendant's response and cross motion due by 5/15/2024; plaintiff's reply due 5/29/2024; defendant's reply due 6/12/2024. Telephonic hearing on the motion set for 6/27/2024 at 9:30 a.m. on the Webex platform. Parties will not be asked to start their video. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.