**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | |
| | ) | 1:19-cv-05684 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Robert W. |
| | ) | Gettleman |
| AMERICAN INTERNATIONAL RELOCATION | ) | |
| SERVICES, LLC, D.B.A. AIRES, AN ILLINOIS | ) | |
| LIMITED LIABILITY CORPORATION, | ) | |
| NICHOLAS GONRING & KELLY GONRING., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME**

NOW COMES the Plaintiff, Melinda Sgariglia, Inc., by and through her attorney, Carol Oshana of Oshana Law, and in support of her Motion for Extension and to file Motion for Summary Judgment on damages, states as follows:

**FACTS**

1. On June 20, 2019, Plaintiff Melinda Sgariglia filed her Complaint for a violation of the Residential Real Property Disclosure Act, 765 ILCS 77/35, Fraud and Breach of Contract in the Circuit Court of Cook County, Chancery Division.

2. Defendants moved the matter to the United States District Court for the Northern District of Illinois, Eastern Division.

3. On January 18, 2024, this honorable Court entered an Order requiring the parties to file her motion for summary judgment on damages only on March 15, 2024.

4. Plaintiff is working on the matter but needs an additional 30 days to file.

5.  Plaintiff's counsel requests that the briefing schedule be adjusted by 30 days for all responses and replied.

6.  Defendant will not be prejudiced by the delay.

WHEREFORE, for the foregoing reasons, Plaintiff, by and through her attorney, Oshana Law, respectfully requests that this Honorable Court grant the parties an extension of 30 days to file her Motion for Summary Judgment on Monday, April 15, 2024.

> Respectfully submitted,
> MELINDA SGARIGLIA,
>
> By: _/s/ Carol Oshana_____
> One of her attorneys

Carol Billie Oshana
OSHANA LAW
20 North Clark Street, Suite 3000
Chicago, IL 60602
(312) 404-8390
ARDC: 6243613

March 16, 2024