# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | |
| | ) | 1:19-cv-05684 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Robert Gettleman |
| | ) | |
| AMERICAN INTERNATIONAL RELOCATION SERVICES, LLC, D.B.A. AIRES, AN ILLINOIS LIMITED LIABILITY CORPORATION, NICHOLAS GONRING & KELLY GONRING., | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To: Counsel of Record

PLEASE TAKE NOTICE that on this March 16, 2024, I electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, the attached Plaintiff Melinda Sgariglia's Response to Defendants' Unopposed Motion for Extension of Time, a copy of which is hereby served upon you.

_____Carol Oshana_____
Carol Oshana, Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that the foregoing Notice of filing to Extend was electronically filed using the CM/ECF system and was sent as follows: transmitting the document by email on May 31, 2023, to the following email addresses:; jfmfer@pfs-law.com; and earcherd@pfs-law.com; jvail@wwmlawyers.com, earcherd@pfs-law.com, msiedlecki@pfs-law.com, Jordan Aaron Finfer    jfinfer@pfs-law.com

/s/Carol Oshana