IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | |
| | ) | 1:19-cv-05684 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Robert W. |
| | ) | Gettleman |
| AMERICAN INTERNATIONAL RELOCATION | ) | |
| SERVICES, LLC, D.B.A. AIRES, AN ILLINOIS | ) | |
| LIMITED LIABILITY CORPORATION, | ) | |
| NICHOLAS GONRING & KELLY GONRING., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S FINAL MOTION FOR EXTENSION OF TIME**

NOW COMES the Plaintiff, Melinda Sgariglia, Inc., by and through her attorney, Carol Oshana of Oshana Law, and in support of her Fourth and Final Motion for Extension to file Motion for Summary Judgment on damages, states as follows:

**FACTS**

1. On June 20, 2019, Plaintiff Melinda Sgariglia filed her Complaint for a violation of the Residential Real Property Disclosure Act, 765 ILCS 77/35, Fraud and Breach of Contract in the Circuit Court of Cook County, Chancery Division.

2. Defendants moved the matter to the United States District Court for the Northern District of Illinois, Eastern Division.

3. On January 18, 2024, this honorable Court entered an Order requiring the Plaintiff to file a Motion for Summary Judgment.

4. On March 18 2024, this honorable court gave an extension through April 15, 2024 for Plaintiff to file her Motion for Summary Judgment on damages.

5. On April 19, 2024, this honorable Court permitted Plaintiff to file her damages summary on May 17, 2024.

6. Plaintiff's counsel has worked diligently on the Motion for Summary Judgment and is near completion. However, Ms. Oshana has learned that the Association has done additional repairs. The expert witness Steve Hier's last site visit will be this Monday, May 20, 20234.

7. Ms. Oshana needs a few more days to finalize the Motion and talk to Mr. Hier.

8. Defendant will not be prejudiced by the delay and had previously indicated his agreement to extensions.

9. Plaintiff's counsel left an email and voicemail and email to counsel but has not heard back about whether he objects or not. (See attached email).

WHEREFORE, for the foregoing reasons, Plaintiff, by and through her attorney, Oshana Law, respectfully requests that this Honorable Court grant the parties an extension of 30 days to file her Motion for Summary Judgment, to Thursday, May 23, 2024. In addition, Plaintiff asks that the Defendants be afforded an additional 60 days thereafter to file their response, and for Plaintiff to be given 14 days to file her Reply.

    Respectfully submitted,
    MELINDA SGARIGLIA,

    By: _/s/ Carol Oshana_____
    One of her attorneys

Carol Billie Oshana
OSHANA LAW
20 North Clark Street, Suite 3000
Chicago, IL 60602
(312) 404-8390
ARDC: 6243613
May 17, 2024

# Re: Joint Status Report on Damages Sgariglia v. AIRES / Gonrings

From: oshanalaw@yahoo.com (oshanalaw@yahoo.com)

To: jfinfer@pfs-law.com

Date: Friday, May 17, 2024 at 10:19 AM CDT

Hi Jordan,

I left you vm. I'm almost done with my MSJ.  I need one more week, I plan to file it Thursday.  Please advise if I can extend all dates.

Carol Oshana, Esquire
Oshana Law
20 North Clark, Suite 3000
Chicago, IL 60602
312-404-8390

**DISCOVERY NOTICE:  OSHANA LAW DOES NOT ACCEPT REQUESTS FOR ADMISSION UNDER IL SUPREME COURT RULE 216 BY ELECTRONIC MAIL.**

**Confidentiality Notice**
This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and permanently delete this message.
We inform you than any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Friday, March 15, 2024 at 06:35:42 PM CDT, Jordan A. Finfer <jfinfer@pfs-law.com> wrote:

Hi - I don't have an objection to that.

Jordan



**Jordan A. Finfer**
**Direct.** (312) 205.4462
**Mobile.** (847) 899.2688
**email.** jfinfer@pfs-law.com

**PATZIK, FRANK & SAMOTNY LTD.**
200 South Wacker Drive - Suite 2700
Chicago, Illinois 60606
Tel. (312) 551.8300 Fax. (312) 551.1101
www.pfs-law.com

**CONFIDENTIAL AND PRIVILEGED:** This email message (including any attachments hereto) contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in the message. If you have received this message in error, please advise the sender by reply email and delete this message.

On Mar 15, 2024, at 6:30 PM, Oshana Law <oshanalaw@yahoo.com> wrote:

Hi Jordan do you object to a motion to extend? I need another 30 days. I'll extend all dates of course.

*PLEASE NOTE OUR NEW ADDRESS!*

Carol Billie Oshana
20 N. Clark Street, Suite 3000
Chicago, IL 60602
312/404-8390 (Direct)

The information contained in this email communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and/or reply email.

On Friday, December 8, 2023 at 10:46:37 PM GMT+2, oshanalaw@yahoo.com <oshanalaw@yahoo.com> wrote:

Please see attached. I will file another Motion for Extension, how much time do you need?

Carol Oshana, Esquire
Oshana Law
20 North Clark, Suite 3000
Chicago, IL 60602
312-404-8390

**DISCOVERY NOTICE: OSHANA LAW DOES NOT ACCEPT REQUESTS FOR ADMISSION UNDER IL SUPREME COURT RULE 216 BY ELECTRONIC MAIL.**

**Confidentiality Notice**
This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and permanently delete this message.
We inform you than any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.