UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Melinda Sgariglia, et al.
　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:19–cv–05684
　　　　　　　　　　　　　　　　　　　　　Honorable Robert W. Gettleman

Nicholas Gonring, et al.
　　　　　　　　　Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2024:

　　　MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's Final Motion for Extension Of Time [259] is granted. The briefing schedule set on 4/19/2024 [258] is modified as follows: Plaintiff's motion for summary judgment on damages due 5/23/2024; defendant's response and cross motion due 7/29/2024; plaintiff's reply due 8/12/2024; defendant's reply due 8/26/2024. The court will set a hearing date if necessary after all briefs are filed. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.