

MILLER-HIER ENTERPRISES, INC.

*A Home Inspection Company*

September 14, 2018

2726 W Cortez HOA
2726 W Cortez
Chicago, ILL

Moisture Evaluation on 9-14-2018

The condo building is brick on the front and concrete block on the sides.

The building has recently had a paint like material painted on the block. The rope wicks have been painted rendering them useless as far as letting the moisture out of the block. The paint should be removed from these weeps.
*Many window and door lintels have been caulked. This again traps the moisture inside and should be removed.*
The stone parapet caps have no weeps. These caps should be pulled and the flashing should be evaluated.

Multiple window steel lintels are rusted and should be evaluated.

The 3rd floor unit floors were evaluated where flooring and trim have been removed. The wood floors are cupped in several areas
The rear bedroom NE wall OSB sheathing is deteriorated at the wall and the open trusses show signs of wood rot at end where they are supported by the masonry wall. A structural engineer should evaluate all open floor trusses for possible replacement.

The NW hall way floor and trim have been removed and the sheathing shows signs of water damage.

Possible mold was noted at these areas. A mold inspector should evaluate.

Pictures are enclosed.

Steve Hier
Miller-Hier, Enterprises
Il 450-000166



3060 W. Palmer Square • Chicago, IL 60647 • 773/342-4722 • 773/342-6090 Fax     Established in 1986



September 14, 2018

2726 W Cortez HOA
2726 W Cortez
Chicago, ILL

Moisture Evaluation on 9-14-2018

The condo building is brick on the front and concrete block on the sides.

The building has recently had a paint like material painted on the block. The rope
wicks have been painted rendering them useless as far as letting the moisture out o
the block. The paint should be removed from these weeps.
*Many window and door lintels have been caulked. This again traps the moisture*
inside and should be removed.
The stone parapet caps have no weeps. These caps should be pulled and the
flashing should be evaluated.

Multiple window steel lintels are rusted and should be evaluated.

The 3rd floor unit floors were evaluated where flooring and trim have been removed
The wood floors are cupped in several areas
The rear bedroom NE wall OSB sheathing is deteriorated at the wall and the open
trusses show signs of wood rot at end where they are supported by the masonry
wall. A structural engineer should evaluate all open floor trusses for possible
*replacement.*

The NW hall way floor and trim have been removed and the sheathing shows signs
of water damage.

Possible mold was noted at these areas. A mold inspector should evaluate.

Pictures are enclosed.

Steve Hier
Miller-Hier, Enterprises
Il 450-000166

*Paid in full from M. Yong $1850.00*