

**MILLER-HIER ENTERPRISES, INC.**
*A Home Inspection Company*

# CONSULTING SERVICE AGREEMENT

TO: Miller-Hier Enterprises INC

FROM: 2726 W Cortez HOA
Chicago, IL 60622

RE: CONSTRUCTION CONSULTING/INSPECTIONS

I hereby acknowledge that I have contracted with Miller-Hier Enterprises INC for the services of Steve Hier.
Fees will be paid as follows.

    Fees for inspections and consultations $250/hour

    Fees for expert witness testimony     $250/hour, minimum four hours

I agree to limit Miller-Hier Enterprises INC'S liability to the fee paid.

Signature: [signed]    Date 9/13/18

3080 W. Palmer Square ▪ Chicago, IL 60647 ▪ 773/342-4722 ▪ 773/342-6090 Fax    Established in 1986

ASHI MEMBER