On May 23, 2019, at 11:02 AM, steve <millerhier@aol.com> wrote:

Consulting hours as of 5-23-19

2-8-19  meeting and consult  1 1/4 hours
5-18-19  inspect after drywall removal 1/2 hour
5-21-19  meet Scott, engineer
did not show                                      1 hour
5-22-19  Consult with M. HOA        1/4  hour

total 3 hours  @$250              $750

Steve Hier
Miller-Hier Enterprises, INC
3080 Palmer
Chicago 60647

Reply    Reply all    Forward