

**MILLER-HIER ENTERPRISES, INC.**
*A Home Inspection Company*

November 14, 2019

2726 W Cortez HOA
2726 W Cortez
Chicago, IL

RE: Inspection of on going masonry work at above address on 11-4-19

A picture of a CMU Concrete Masonry Unit which is part of the east wall is enclosed. The pictures shows multiple pin holes in the PITFLEX coating. This is not up to the standards set by the manufacturer PPG.

This picture is consistent with other exterior wall areas.

PPG should have a rep to verify installation of there product using company standards. It is my understanding that 2 coats should be installed and final product verified by PPG for a warranty.

Did the installer follow PPG guidelines ?

Steve Hier
Miller-Hier Entreprises

Please refer to 9-14-18 report



3080 W. Palmer Square ▪ Chicago, IL 60647 ▪ 773/342-4722 ▪ 773/342-6090 Fax    Established in 1986



2726 w Cortez   11-4-19

Picture taken on east side 6 foot height.  Picture similar to all painted block.