

**BRIAN ALLENDORFER CO., INC.**
1240 North Central Park Ave.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

March 20, 2019

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE: Interior & Exterior Restoration Work
3-story residential building.
2726 West Cortez Street - Unit 3
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

We look forward to working with you and are pleased to quote the following:

### Masonry Repair Work – East, North & West Elevations:

1. Remove the existing CMU (concrete masonry unit) above each door and window lintel, and set the CMU aside for re-use.
2. Mechanically clean each exposed door and window lintel to remove corrosion.
3. Replace the outer L angle of the lintel (supports outer wythe of masonry), if required.
4. Furnish and apply Sherwin Williams Kem Bond HS Universal Metal Primer over each exposed lintel.
5. Furnish and apply Sherwin Williams DTM 100% acrylic topcoat over each primed lintel; finish color to match existing.
6. Furnish and install self-adhering membrane flashing with end dams over each painted lintel.
7. Furnish and install stainless steel drip edge flashing with a hemmed outer edge and cell vents at the bottom edge of each lintel.
8. Caulk the underside of the stainless steel drip edge with BASF Masterseal TX1 one-part polyurethane sealant, fully tooled into place.
9. Furnish and install self-adhering membrane flashing over the interior edge of each stainless steel drip edge flashing.
10. Re-install the CMU above each door and window lintel, set in pre-hydrated type N mortar.
11. Remove the existing limestone parapet wall coping, and set aside for re-use.
12. Furnish and install self-adhering membrane flashing over the top of each parapet wall.
13. Furnish and install stainless steel drip edge flashing with a hemmed outer edge over the top of each parapet wall; interior and exterior sides.
14. Caulk the underside of the stainless steel drip edge with BASF Masterseal TX1 one-part polyurethane sealant, fully tooled into place.
15. Furnish and install self-adhering membrane flashing over the interior edge of each stainless steel drip edge flashing.
16. Re-install the limestone parapet wall coping, over a bed of pre-hydrated type N mortar; rake out the top ½" of mortar from all butt joints.
17. Caulk the limestone parapet wall coping but joints full and flush with BASF Masterseal TX1 one-part polyurethane sealant; fully tooled into place.
18. Inspect all windows, doors, vents, control joints and misc. utility holes for damaged or deteriorated caulking; re-caulk where required with BASF Masterseal TX1 one-part polyurethane sealant, fully tooled into place.
19. Cover all windows with plastic as required for protection.
20. Furnish and apply two (2) coats (or until surface is pinhole free – applied dry thickness of not less than 5.4 mils) of PPG Paints; 4-110XI Perma-Crete Pitt-Flex Elastomeric Coating over the existing primer coat on all concrete block surfaces; finish color to match existing

  

**GENERAL CONTRACTORS**
BUILD ● REMODEL ● REPAIR ● MAINTAIN

  



**BRIAN ALLENDORFER CO., INC.**
1240 North Central Park Ave.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

2726 West Cortez Condominium Association                 Page 2

### Masonry Repair Work – East, North & West Elevations (cont.):
21. Treat all limestone sills and limestone parapet wall coping with Prosoco Blok-Guard clear penetrating masonry water repellant.
22. Remove all debris resulting from our operation from the premises in a neat, workmanlike manner.

### Masonry Repair Work – South Elevation:
1. Remove the existing face brick above each door and window lintel, and set the brick aside for re-use.
2. Mechanically clean each exposed door and window lintel to remove corrosion.
3. Replace the outer L angle of the lintel (supports outer wythe of masonry), if required.
4. Furnish and apply Sherwin Williams Kem Bond HS Universal Metal Primer over each exposed lintel.
5. Furnish and apply Sherwin Williams DTM 100% acrylic topcoat over each primed lintel; finish color to match existing.
6. Furnish and install self-adhering membrane flashing with end dams over each painted lintel.
7. Furnish and install stainless steel drip edge flashing with a hemmed outer edge and cell vents at the bottom edge of each lintel.
8. Caulk the underside of the stainless steel drip edge with BASF Masterseal TX1 one-part polyurethane sealant, fully tooled into place.
9. Furnish and install self-adhering membrane flashing over the interior edge of each stainless steel drip edge flashing.
10. Re-install the face brick above each door and window lintel, set in pre-hydrated type N mortar.
11. Remove the existing limestone parapet wall coping, and set aside for re-use.
12. Furnish and install self-adhering membrane flashing over the top of each parapet wall.
13. Furnish and install stainless steel drip edge flashing with a hemmed outer edge over the top of each parapet wall; interior and exterior sides.
14. Caulk the underside of the stainless steel drip edge with BASF Masterseal TX1 one-part polyurethane sealant, fully tooled into place.
15. Furnish and install self-adhering membrane flashing over the interior edge of each stainless steel drip edge flashing.
16. Re-install the limestone parapet wall coping, over a bed of pre-hydrated type N mortar; rake out the top ½" of mortar from all butt joints.
17. Caulk the limestone parapet wall coping but joints full and flush with BASF Masterseal TX1 one-part polyurethane sealant; fully tooled into place.
18. Inspect all windows, doors, vents, control joints and misc. utility holes for damaged or deteriorated caulking; re-caulk where required with BASF Masterseal TX1 one-part polyurethane sealant, fully tooled into place.
19. Cover all windows with plastic as required for protection.
20. Treat all brick surfaces, limestone sills, limestone banding and limestone parapet wall coping with Prosoco Blok-Guard clear penetrating masonry water repellant.
21. Remove all debris resulting from our operation from the premises in a neat, workmanlike manner.

### Masonry Repair & Concrete Work - South Elevation Stoop:
1. Dismantle the knee walls on both sides of the front stoop.
2. Remove the existing limestone knee wall coping, and set aside for re-use.
3. Dismantle the concrete stoop and sidewalk section from public sidewalk to stoop.
4. Form and pour a new concrete stoop/stairs and sidewalk with 4" rebar, 5" gravel base and 5" concrete base (4000 psi).

   

**GENERAL CONTRACTORS**
**BUILD ● REMODEL ● REPAIR ● MAINTAIN**

  



**BRIAN ALLENDORFER CO., INC.**
1240 North Central Park Ave.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

2726 West Cortez Condominium Association                    Page 3

**Masonry Repair & Concrete Work - South Elevation Stoop (cont.):**

5. Rebuild the knee walls to the original height using new closely matching hard face brick, set in pre-hydrated type N mortar.
6. Furnish and install self-adhering membrane flashing over the top of the knee walls.
7. Furnish and install stainless steel drip edge flashing with a hemmed outer edge over the top of each knee wall; interior and exterior sides.
8. Caulk the underside of the stainless steel drip edge with BASF Masterseal TX1 one-part polyurethane sealant, fully tooled into place.
9. Furnish and install self-adhering membrane flashing over the interior edge of each stainless steel drip edge flashing.
10. Re-install the limestone knee wall coping, over a bed of pre-hydrated type N mortar; rake out the top ½" of mortar from all butt joints.
11. Caulk the limestone knee wall coping but joints full and flush with BASF Masterseal TX1 one-part polyurethane sealant; fully tooled into place.
12. Treat all limestone knee wall coping with Prosoco Blok-Guard clear penetrating masonry water repellant.
13. Remove all debris resulting from our operation from the premises in a neat, workmanlike manner.

TOTAL PRICE: One Hundred Twenty Six Thousand Nine Hundred Dollars................$126,900.00

*$120,000* (handwritten)

Terms: 1/2 payment down on acceptance of proposal and progress payments to be billed in conjunction with completion percentage.

Workman's Compensation and Public Liability Insurance are carried for your protection.

Conditions page of this document shall be integrated into this contract.

Accepted: *Melinda Spaugha* (signature)     BRIAN ALLENDORFER COMPANY, INC.
                                            www.ballendorfer.com
Date: 3/27/19                               by: _____
                                                Brian L. Allendorfer Jr.

PLEASE RETURN ONE SIGNED COPY.

  

**GENERAL CONTRACTORS**
BUILD ◆ REMODEL ◆ REPAIR ◆ MAINTAIN

