

**B. ALLENDORFER**
CONSTRUCTION SERVICES

*Paid in full*

**BRIAN ALLENDORFER CO., INC.**
1240 North Central Park Ave.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

April 25, 2019

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE: Structural Engineering & Repairs
3-story Residential Building
2726 West Cortez Street
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

We look forward to working with you and are pleased to quote the following:

**Demolition Services:**
1. Remove the existing drywall ceiling in unit 3 to expose truss and truss pockets.
    Includes 2' cut along both the East & West walls, front to back.
2. Remove the existing drywall ceiling and walls in unit 2 to expose truss and truss pockets
    Includes 2' cut on ceiling and 1' on walls, areas TBD.
3. Remove all debris resulting from our operation from the premises in a neat, workmanlike manner.

**Inspection & Structural Engineering Services:**
1. Perform visual inspection of all exposed roof trusses.
2. Perform structural evaluation and load analysis.
3. Furnish stamped engineering drawings detailing repair method.

Price: Ten Thousand Five Hundred Thirty Dollars.....................................................$10,530.00

*Paid in full*

Terms: 50% down on acceptance of proposal; balance due on completion of work.

Workman's Compensation and Public Liability Insurance are carried for your protection.

Conditions page of this document shall be integrated into this contract.

Accepted: _____    BRIAN ALLENDORFER COMPANY, INC.
                                                                                 www.ballendorfer.com

Date: _____    by: _____
                                                                                 Brian L. Allendorfer, Jr.

**PLEASE RETURN ONE SIGNED COPY.**




*General Contractors Since 1885*
BUILD • REMODEL • REPAIR • MAINTAIN



