

**ROOFING BY B. ALLENDORFER**
A FAMILY TRADITION FOR FIVE GENERATIONS

**BRIAN ALLENDORFER CO., INC.**
1240 North Central Park Ave.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

June 5, 2019

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE: Re-Roofing Work
3-story Residential Building
2726 West Cortez Street
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

We look forward to working with you and are pleased to quote the following:

<u>Main Roof & Stairway Penthouse Roof Areas:</u>

1. Remove the existing rooftop patio deck.
2. Remove all existing roofing down to the plywood roof sheathing.
3. Remove all existing plywood roof sheathing at the following locations:
    a. 48" along the east parapet wall, to facilitate joist end repairs.
    b. 48" along the west parapet wall, to facilitate joist end repairs.
    c. Approx. 100 square feet at the south end of the roof area, to facilitate joist replacement.
4. Furnish and install 5/8" CDX grade plywood sheathing over the repair areas.
5. Furnish and install .5" DensDeck Prime Roof Board over the entire roof deck, and secure to the roof deck with insulation screws and plates.
6. Furnish and install one (1) ply of CertainTeed Black Diamond Self-Adhering SBS modified bitumen membrane base sheet over the roof board.
7. Furnish and install one (1) ply of CertainTeed Flintlastic GTA APP mineral surfaced modified bitumen membrane over the base sheet, fully heat-fused in place; mineral surface color to be Reflective White.
8. Furnish and install one (1) ply of CertainTeed Flintlastic GTA APP mineral surfaced modified bitumen membrane over all vertical transitions (walls and curbs), fully heat-fused in place; mineral surface color to be Reflective White.
9. Furnish and install a 2.5 lb. sheet lead flashing sleeve on each plumbing vent stack, set the roof flanges in mastic.
10. Furnish and install four (4) 6.5" spun aluminum, insulated roof vents.
11. Furnish and install a 26-gauge galvanized steel cone flashing and storm collar on each gas exhaust stack.
12. Furnish and install one (1) ply of CertainTeed Flintlastic GTA APP mineral surfaced modified bitumen membrane over all flashing details, fully heat-fused in place; mineral surface color to be Reflective White.
13. Fabricate and install pre-finished (Kynar 500 coated) 24-gauge galvanized steel counter flashing at the top edge of the wall flashing, fasten at 12" intervals and caulk the top edge with terpolymer rubber sealant; finish color to be White.
14. Remove all debris resulting from our operation from the premises in a neat, workmanlike manner.

Price: Twenty Seven Thousand Five Hundred Dollars.............................$27,500.00

*Roofers Since 1885*

      



**ROOFING BY B. ALLENDORFER**
A FAMILY TRADITION FOR FIVE GENERATIONS

**BRIAN ALLENDORFER CO., INC.**
1240 North Central Park Ave.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

2726 West Cortez Condominium Association     Page 2

There will be an additional charge of $5.00 per square foot of wood roof sheathing that must be replaced; not to exceed a total cost of $4,000.00 if all wood roof sheathing shall need replacement.

The above roof will receive a 10-year labor warranty from Brian Allendorfer Company, Inc., and a 15-year material warranty from CertainTeed Corporation.

After project has begun, work ordered but not mentioned in this contract shall be performed at the additional cost of $105.00 per man hour, plus 20% above cost of materials and or equipment.

Terms: 50% down on acceptance of proposal; balance due on completion of work. Warranty, if applicable, shall be issued upon receipt of full payment.

Workman's Compensation and Public Liability Insurance are carried for your protection.

Conditions page of this document shall be integrated into this contract.

**Accepted:** _____     **BRIAN ALLENDORFER COMPANY, INC.**
www.ballendorfer.com

**Date:** _____     **by:** _____
Brian L. Allendorfer, Jr.
Illinois State License #104-015740

**PLEASE RETURN ONE SIGNED COPY**

𝕽𝖔𝖔𝖋𝖊𝖗𝖘 𝕾𝖎𝖓𝖈𝖊 1885

