

**BRIAN ALLENDORFER CO., INC.**
1240 North Central Park Ave.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

June 6, 2019

| | |
|---|---|
| 2726 West Cortez Condominium Association | RE: Structural Engineering & Repairs |
| 2726 West Cortez Street | 3-story Residential Building |
| Chicago, Illinois 60622-3419 | 2726 West Cortez Street |
| Attention: Melinda Young | Chicago, Illinois 60622-3419 |

**Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.**

**We look forward to working with you and are pleased to quote the following:**

**Rooftop Truss Repairs:**
1. Remove approximately 100 SF of additional drywall ceiling on the south end of unit 3.
2. Dismantle parapet wall on East side of building to access truss pockets.
3. Remove and replace eight (8) severely damaged trusses on South end of building, per structural engineer's specifications.
4. Rebuild parapet wall to pre-existing conditions.
5. Furnish all labor and material to reinforce fifty-two (52) damaged truss ends, per structural engineer's specifications.
6. Furnish and install custom fabricated 6x4x5/16" steel "L" brackets along the underside of trusses, east and west sides of building, per structural engineer's specifications.
7. Furnish and apply mold treatment to all exposed trusses.
8. Remove all debris resulting from our operation from the premises in a neat, workmanlike manner.

**Price: Sixty Four Thousand Six Hundred Ninety Dollars.............................................................$64,690.00**

**Terms: 50% down on acceptance of proposal; balance due on completion of work.**

Workman's Compensation and Public Liability Insurance are carried for your protection.
Conditions page of this document shall be integrated into this contract.

**Accepted: _____**     BRIAN ALLENDORFER COMPANY, INC.
www.ballendorfer.com

**Date: _____**     by: _____
Brian L. Allendorfer, Jr.

**PLEASE RETURN ONE SIGNED COPY.**




*General Contractors Since 1885*
BUILD • REMODEL • REPAIR • MAINTAIN







**BRIAN ALLENDORFER CO., INC.**
1240 North Central Park Ave.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

CONDITIONS

This proposal is subject to change unless acceptance is made within 30 days of date hereof.

All materials to be as specified and labor to be skilled and workmanlike according to standard practices.

Purchaser authorizes Brian Allendorfer Company, Inc. to obtain any permits as may be necessary for work to be performed at the purchaser's expense. All city and state licenses are maintained by Brian Allendorfer Company, Inc.

We reserve the right to cancel or terminate this contract by reason of fires, strikes, accidents, floods, acts of God or for any unforeseen or latent condition that may prevent the satisfactory performance or completion of this undertaking.

In the event payment is not made when due, buyer agrees to pay interest at 2% per month or the maximum legal rate including any attorney fees and all other costs for collection.

Moisture that has entered into the building prior to our installation or repair of the building may result in mold growth. We disclaim any and all responsibility for damages to persons or property arising from or relating to the presence of mold in the building. By executing the contract to which this notice is affixed, Owner (1) releases us from any and all claims by Owner and Owner's (a) family members, (b) employees, (c) tenants or (d) any other building occupants may have as a result of such mold growth, and (2) agrees to defend, indemnify and hold us harmless from any and all penalties, actions, liabilities, costs, expenses, and damages arising from or relating to the presence of mold in Owner's Building.

This contract assumes that Brian Allendorfer Company, Inc. will be able to complete the project in one continuous phase without work stoppages due to other trades. Stoppages due to other trades or circumstances beyond our control are subject to down time and re-mobilization charges of up to $1,500.00 per occurrence.

Lien waivers will be supplied upon request after payment is received.

Brian Allendorfer Company, Inc. shall be reimbursed at cost plus 15% for any out of pocket expenses incurred. Such expenses include but are not limited to building materials delivery and rubbish removal (dumpster) service fuel surcharges.

 

*General Contractors Since 1885*
BUILD ● REMODEL ● REPAIR ● MAINTAIN

