

**B. ALLENDORFER**
A FAMILY TRADITION FOR FIVE GENERATIONS

BRIAN ALLENDORFER CO, INC.
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

May 14, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE: Material Change
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

## CHANGE ORDER NO. 1:

1. Furnish and apply two (2) coats of BASF MasterProtect HB 400 smooth water- based, high build, 100% acrylic coating in lieu of PPG 4-110XI.   $7,500.00

    a. Color: _Dark almond_

    b. Each coat of HB 400 to be applied per manufacturer recommendations.
        i. 70-80 SF per gallon

    c. Upon completion of second application, BASF will issue 10-year warranty _for_
        i. See attached sample. _Labor + Material per attached document from BASF_

Total Change Order Amount: $7,500.00

Previous Contract Total: $120,000.00
Revised Contract Total: $127,500.00

50% ($3,750.00) payment due upon acceptance of change order.

Accepted By: _Melinda Young_

Date: _5/15/20_

BRIAN ALLENDORFER COMPANY, INC.
www.ballendorfer.com

by: _____
Scott Wolfe - Project Manager, Brian Allendorfer Co.

     

Contractors Since 1885
BUILD • REMODEL • REPAIR • MAINTAIN

**BASF Corporation Construction Systems**

**Limited Warranty - Sample**

**MasterProtect® HB 400 (Thorocoat CR)**

**Coverage: Material and Labor**

**Duration: 10 Years**



| Project Site | |
|---|---|
| Name: | Sample |
| Address: | Sample |
| City: | Sample |
| State: | Sample |
| Date of Application: | May 14, 2020 |
| Applicator Name: | Sample |
| Purchaser Name: | Sample |

This Is To certify that the above named product has been applied To the area described In the Project Site above. This warranty makes no allowance For deviations Or omissions From the information provided In the on-line application. Any misrepresentation Or fraudulent statement In the application For Limited Warranty renders the Limited Warranty void.

BASF Corporation (hereinafter BASF) Construction Systems, 889 Valley Park Drive, Shakopee, MN 55379, hereby warrants that, subject to the provisions hereof, the MasterProtect® HB 400 (Thorocoat CR) (the "Product") as manufactured satisfies the product performance criteria under the terms specified in the current MasterProtect® HB 400 (Thorocoat CR) product data sheet. The current product data sheet can be obtained at www.master-builders-solutions.basf.us. Any claims brought against BASF relative to the referenced product and project shall constitute full acceptance of all terms and conditions contained herein. The remedies of this warranty shall be considered only when EACH of the following FIVE conditions exists: (i) BASF must have been notified of the unsatisfactory condition during the covered period following the date of application and this notification to BASF shall be in writing within 30 days of the occurrence; (ii) BASF is afforded the opportunity to inspect any such areas, at such time, as may be reasonably requested; (iii) The BASF supplied product has been proven not to satisfy the published product performance criteria; (iv) This product discrepancy must have directly contributed to the unsatisfactory condition in question; and (v) Full payment has been received by BASF for the BASF materials supplied to the referenced project.

EXCLUSIONS:

This warranty does not apply, and BASF makes no warranty and disclaims all liability, where any unsatisfactory condition resulting from misuse or abnormal use or conditions such as, but not limited to: structural cracks or defects, faulty construction, design, non BASF materials, settlement or expansion of the structure, accident, fire or other casualty, lack of suitable vapor barrier or excessive wear. This warranty does not cover claims for color-fastness, appearance or offensive or unpleasant odor; disintegration of the substrate; mechanical damage caused by individuals, tools, or other outside agents; or any change in the appearance of the product from accumulated dirt or other contaminants. This warranty does not apply, and BASF makes no warranty and disclaims all liability when an unsatisfactory condition has occurred due to lack of adherence to all applicable care and maintenance recommendations or cautions contained or referenced in the product data sheet. If the owner shall make or permit, without prior written consent of BASF, repairs, alterations, or additions to the structure which affect the product or change the use, function or purpose of the structure, this warranty shall become immediately null and void and of no further force and effect. BASF will respond promptly to any written request for consent to repairs, alterations, or additions. Product performance properties are limited to the material as supplied to the project.

REMEDIES:

The holder's sole and exclusive remedy and BASF's liability shall be limited to:

Providing MasterProtect® HB 400 (Thorocoat CR) in sufficient quantity and compensation for the labor to replace solely those areas of the installed product proven to meet the terms of the aforementioned warranty. A suitable replacement product may be employed at the sole discretion of BASF. All other costs associated with the replacement of the product are the sole responsibility of the holder. BASF's liability is limited to the original amount to install the BASF product supplied.

Holder and BASF specifically agree that any controversy or claim arising out of this warranty shall be settled by arbitration in the

state of Ohio, or in the state or province in which the project is located, administered by the American Arbitration Association under its Commercial Arbitration Rules, and judgment on any award rendered by the arbitrators may be entered in any court having jurisdiction thereof.

If any part of this Warranty shall be determined to be invalid, then such portion shall be deemed severed from this Warranty and the remaining terms, exclusions and limitations shall apply.

GENERAL LIMITATIONS

This information and all further technical advice are based on BASF's present knowledge and experience. However, BASF assumes no liability for providing such information and advice including the extent to which such information and advice may relate to existing third party intellectual property rights, especially patent rights. In particular, BASF disclaims all CONDITIONS AND WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE OR MERCHANTABILITY OR CLAIMS RELATED TO MOLD, MILDEW, AND FUNGI OR ANY AIR QUALITY PROBLEMS. BASF SHALL NOT BE RESPONSIBLE FOR CONSEQUENTIAL, INDIRECT OR INCIDENTAL DAMAGES (INCLUDING LOSS OF PROFITS) OF ANY KIND. BASF does not warrant or guarantee the quality of labor used to prepare the surface and to apply or install the products covered by this limited warranty. BASF reserves the right to make any changes according to technological progress or further developments. It is the holder's responsibility and obligation to carefully inspect and test any incoming goods. Performance of the product(s) described herein should be verified by testing and carried out only by qualified experts. It is the sole responsibility of the holder to carry out and arrange for any such testing. Reference to trade names used by other companies is neither a recommendation, nor an endorsement of any product and does not imply that similar products could not be used.

This warranty supersedes any other warranties, guarantees or representations, written or oral, heretofore made with respect to the above referenced product or project.