

**B. ALLENDORFER**
A FAMILY TRADITION FOR FIVE GENERATIONS

BRIAN ALLENDORFER CO, INC.
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

May 26, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE: South Elevation Tuck-Pointing
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

**CHANGE ORDER NO. 2:**

1. Perform spot tuck-pointing, as needed to all south elevation face brick.    $2,400.00
    a. Includes face brick on Southern portions of East and West elevations.

Total Change Order Amount: $2,400.00

Previous Contract Total: $127,500.00
**Revised Contract Total:** $129,900.00

*Payment due upon completion of change order.*

Accepted By: _Melinda Young_

Date: 5/27/20

BRIAN ALLENDORFER COMPANY, INC.
www.ballendorfer.com

by: _____
Scott Wolfe - Project Manager, Brian Allendorfer Co.

---

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 5/27/20

PAY TO THE ORDER OF _Allendorfer_  $ 2400.00

_twenty-four hundred + 00/100_ DOLLARS

**usbank**

FOR _South elevation tuckpointing_

_Melinda Young, treasurer_

⑈001025⑈ ⑆071904779⑆ 1993777402⑈

P000636