

**B. ALLENDORFER**
A FAMILY TRADITION FOR FIVE GENERATIONS

BRIAN ALLENDORFER CO., INC.
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

July 8, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE: South Elevation Tuck-Pointing
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

## CHANGE ORDER NO. 3:

1. Perform mortar and sealant maintenance to all glass block openings.    $2,125.00
2. Front stoop to be constructed with lower wing walls and steel railings.    $3,000.00
   a. Will be constructed similarly to this example.



Total Change Order Amount:   $5,125.00

Previous Contract Total:   $129,900.00
Revised Contract Total:    $135,025.00

50% payment due upon acceptance of change order, balance at completion.

Accepted By: _____    BRIAN ALLENDORFER COMPANY, INC.
                                        www.ballendorfer.com

Date: ____07/09/20____    by: _____
                          Scott Wolfe - Project Manager, Brian Allendorfer Co.

PLEASE RETURN ONE SIGNED COPY.




Contractors Since 1885
BUILD • REMODEL • REPAIR • MAINTAIN


