

**B. ALLENDORFER**
A FAMILY TRADITION FOR FIVE GENERATIONS

**BRIAN ALLENDORFER CO., INC.**
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

<u>**INVOICE – FINAL R1**</u>

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE: Roofing Work
3-story Residential Building
2726 West Cortez Street
Chicago, Illinois 60622-3419

07/10/2020

Invoice No. 20200513002 R1

**Amount Due: $2,250.00**

| | |
|---|---:|
| Current Contract: | $27,500.00 |
| Additional Charges – 256 SF of deteriorated plywood decking: | $1,280.00 |
| Change Order # 1 – Penthouse Siding | $2,250.00 |
| Payments received to date: Chk # 1011 | -13,750.00 |
| Chk # 1021 | -15,030.00 |
| This Invoice – Roofing Final Payment | -2,250.00 |
| **Remaining project balance after this payment:** | **$0.00** |

**PLEASE REMIT PAYMENT TO:**
Brian Allendorfer Company, Inc.
448 Eton Drive
North Barrington, Illinois 60010-2114

   **Contractors Since 1885**
BUILD ◊ REMODEL ◊ REPAIR ◊ MAINTAIN