**From:** scott.wolfe@ballendorfer.com
**Subject:** 2726 W Cortez - Unit 1
**Date:** April 2, 2021 at 7:11 AM
**To:** Melinda Young mekadunc@gmail.com
**Cc:** Brian L. Allendorfer Jr. brian.allendorfer@ballendorfer.com



Good morning Melinda!
The attached units by Lincoln could be installed for $19,750.00. They're reconfigured differently from what you have now but provide you with three operable units on the lower portion, as requested. These are Bronze clad on the exterior and white on the interior.
If you'd like to go with Pella Lifestyle Series windows in lieu of Lincoln, it will cost an additional $600.00.
Please let me know if you have any questions. If you're interested in moving forward with this project, I will create a formal proposal for you.
Regards,
Scott

**Scott Wolfe**
BRIAN ALLENDORFER COMPANY, INC.
1240 North Central Park Avenue
Chicago, Illinois 60651-2213
224-436-4347 (c)
ballendorfer.com



***CONTRACTORS SINCE 1885…A FAMILY TRADITION FOR 5 GENERATIONS***



