Gmail  Melinda Young <mekadunc@gmail.com>

## 12/16/19: cortez condo assoc consulting
2 messages

**2726WCortez HOA** <2726wcortezhoa@gmail.com>  Mon, Sep 27, 2021 at 8:10 AM
To: Melinda Young <mekadunc@gmail.com>

Begin forwarded message:

**From:** Melinda Young <m.kadunc@comcast.net>
**Date:** November 20, 2019 at 11:49:05 AM CST
**To:** 2726WCortez HOA <2726wcortezhoa@gmail.com>
**Subject: Fwd: cortez condo assoc consulting**

Sent from my iPhone

Begin forwarded message:

**From:** steve <millerhier@aol.com>
**Date:** November 20, 2019 at 7:36:32 AM CST
**To:** m.kadunc@comcast.net
**Subject: cortez condo assoc consulting**

Consulting hours as of 11-20-19

6-13-19 . site visit and followup calls . 1 hour
8-13-19   site visit                                  1/2
10-4-19 . site visit                                 1
11-8-19 . site visit with masons .       1
11-9-19   calls Melenda Scot, Brian .   1/2
11-12-19 . call Melinda                        1/8
11-13-19 . calls Brian-2                         1/8
11-14-19 . conference call                   1

Total hours                              5 1/4 @ $250
                                $1312

**Melinda Young** <mekadunc@gmail.com>  Thu, May 16, 2024 at 7:02 PM
To: Melinda Young <mekadunc@gmail.com>

Begin forwarded message:

**From:** 2726WCortez HOA <2726wcortezhoa@gmail.com>
**Date:** September 27, 2021 at 8:10:35 AM PDT
**To:** Melinda Young <mekadunc@gmail.com>

**Subject: 12/16/19: cortez condo assoc consulting**

[Quoted text hidden]



Sent from my iPhone

On May 23, 2019, at 11:02 AM, steve <millerhier@aol.com> wrote:

Consulting hours as of 5-23-19

2-8-19  meeting and consult  1 1/4 hours
5-18-19  inspect after drywall removal 1/2 hour
5-21-19  meet Scott, engineer
did not show                                              1 hour
5-22-19  Consult with M. HOA      1/4  hour

total 3 hours  @$250              $750

Steve Hier
Miller-Hier Enterprises, INC
3080 Palmer
Chicago 60647

Melinda Young <mekadunc@gmail.com>                              7:02 P
to me

Begin forwarded message:

 Gmail                        Melinda Young <mekadunc@gmail.com>

## Fwd: 2726 cortez HOA cosulting
2 messages

**Melinda Young** <m.kadunc@comcast.net>  Mon, Sep 27, 2021 at 7:32 AM
To: Melinda Young <mekadunc@gmail.com>

> Begin forwarded message:
>
>> **From:** Melinda Young <m.kadunc@comcast.net>
>> **Date:** January 26, 2019 at 12:04:23 PM CST
>> **To:** steve <millerhier@aol.com>
>> **Subject: Re: 2726 cortez HOA cosulting**
>>
>> Thanks Steve, do you accept Quickpay, PayPal or Venmo? Or do I need to mail a check?
>> M
>>
>> Sent from my iPhone
>>
>> On Jan 26, 2019, at 10:36 AM, steve <millerhier@aol.com> wrote:
>>
>>> Consulting hours as of 1-26-2019
>>>
>>> 11-27-2018  review bids    1h
>>> and consult
>>> 5 phone consults with HOA
>>> members                        1hr
>>>
>>> Total 2 hr @ $250/hr  $500
>>>
>>> Steve Hier
>>> MillerHier Ent INC

**Melinda Young** <mekadunc@gmail.com>  Thu, May 16, 2024 at 6:59 PM
To: Melinda Young <mekadunc@gmail.com>

> Begin forwarded message:
>
>> **From:** Melinda Young <m.kadunc@comcast.net>
>> **Date:** September 27, 2021 at 7:32:05 AM PDT
>> **To:** Melinda Young <mekadunc@gmail.com>
>> **Subject: Fwd: 2726 cortez HOA cosulting**

   Melinda Young <mekadunc@gmail.com>

## 3/30/21: cortez HOA consult
2 messages

**Melinda Young** <mekadunc@gmail.com>  Mon, Sep 27, 2021 at 8:11 AM
To: Melinda Young <mekadunc@gmail.com>

Begin forwarded message:

**From:** steve <millerhier@aol.com>
**Date:** March 4, 2021 at 10:47:08 AM CST
**To:** m.kadunc@comcast.net
**Subject: cortez HOA consult**
**Reply-To:** steve <millerhier@aol.com>

| | | |
|---|---|---|
| 6-21-20. | site visit | 1hr |
| 7-6-20 | calls | 1/4 |
| 7-30-20 | calls Scott and Melinda | 1/2 |
| 8-4-20 | site visit | 1 |
| 10-6-20 | calls | 1/4 |
| 10-14-20 | steps | 1 |
| 10-27-20. | calls Scott | 1/4 |
| 3-4-21 | HOA Conference call. | 3/4 |
| | TOTAL. | 5hours @ $250 |
| | | $1250 |

**Melinda Young** <mekadunc@gmail.com>  Thu, May 16, 2024 at 7:01 PM
To: Melinda Young <mekadunc@gmail.com>

Begin forwarded message:

**From:** Melinda Young <mekadunc@gmail.com>
**Date:** September 27, 2021 at 8:11:20AM PDT
**To:** Melinda Young <mekadunc@gmail.com>
**Subject: 3/30/21: cortez HOA consult**

[Quoted text hidden]

 Gmail                                          Melinda Young <mekadunc@gmail.com>

## 3/4/21: Melinda Sgariglia     lawsuit
2 messages

**Melinda Young** <mekadunc@gmail.com>                        Mon, Sep 27, 2021 at 8:10 AM
To: Melinda Young <mekadunc@gmail.com>


Begin forwarded message:

**From:** steve <millerhier@aol.com>
**Date:** March 4, 2021 at 12:06:40 PM CST
**To:** mekadunc@gmail.com
**Subject: Melinda Sgariglia     lawsuit**
**Reply-To:** steve <millerhier@aol.com>


| | | |
|---|---|---|
| 10-29-20. | Review documents and calls lawyer. | 1 1/2hr |
| 1-20-21 | Calls lawyer | 1/4 |
| 2-17-21. | Affidavit and calls.lawyer | 2 |
| 2-23-21. | Calls Melinda | 1/4 |
| | TOTAL | 4hr@$250 |
| | | $1000 |


Miller-Hier Ent INC
Steve Hier


**Melinda Young** <mekadunc@gmail.com>                        Thu, May 16, 2024 at 7:01 PM
To: Melinda Young <mekadunc@gmail.com>


Begin forwarded message:

**From:** Melinda Young <mekadunc@gmail.com>
**Date:** September 27, 2021 at 8:10:55 AM PDT
**To:** Melinda Young <mekadunc@gmail.com>
**Subject: 3/4/21: Melinda Sgariglia     lawsuit**

[Quoted text hidden]