

**Mold Solutions of Chicago**
966 Lambrecht Road
Frankfort, IL 60423

INSPECT | REMEDIATE | PREVENT

# Invoice

| Date | Invoice # |
|---|---|
| 10/15/2018 | 8812 |

Bill To
Melinda Young
2726 W. Cortez #3
Chicago, IL 60622

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
| | | EM | |

---

**Check 1001**

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 10/19/18

PAY TO THE ORDER OF: Mold Solutions

Eight hundred eight & 14/100 — $808.14 DOLLARS

usbank

FOR: fenal invoice #8812

⑂⑂001001⑂⑂ ⑂071904779⑂: 199377721⑂

---

**Check 1072**

MELINDA SGARIGLIA 11-15
1012 N CALIFORNIA AVE, UNIT 3
CHICAGO, IL 60622

DATE 10/19/18

PAY TO THE ORDER OF: Mold Solutions — $5926.36

Fifty nine hundred twenty six & 36/100 DOLLARS

ally BANK.

Invoice 8812
MEMO

⑂124003116⑂: 10449868321⑂ 1072

---

| | |
|---|---|
| | 3,469.00 |
| Remit to: | ...,734.50 |
| P | |
| | **Balance Due** $6,734.50 |



**Mold Solutions of Chicago**
**966 Lambrecht Road**
**Frankfort, IL 60423**

INSPECT | REMEDIATE | PREVENT

# Invoice

| Bill To | | Date | Invoice # |
|---|---|---|---|
| Melinda Young<br>2726 W. Cortez #3<br>Chicago, IL 60622 | | 10/15/2018 | 8812 |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
| | | EM | |

| Description | Rate | Amount |
|---|---|---|
| Master Bedroom:<br>Removed and discarded all the drywall, insulation, trim and 2ft of hardwood flooring off the North and East walls. | 13,469.00 | 13,469.00 |
| Guest Bedroom/closet:<br>Removed and discarded all of the drywall, insulation, trim, and 2ft hardwood flooring of the east wall | | |
| Living Room:<br>Removed and discarded starting at the kitchen c... discarded all the drywa... fireplace and going up t... 2ft off the west and east | | |
| Hallway:<br>Removed and discarded starting at the stairs hea... flooring 2ft off the west | | |
| Sanitized all exposed w... Proprietary Sanitizing s... exposed surfaces.<br>Cleaned the supply and... and A/C coil compartme... | | |

Check overlay:
2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST UNIT 1
CHICAGO IL 60622-3419
97
10/11/18
PAY TO THE ORDER OF: Mold Solutions of Chicago $ 6734.50
Sixty seven hundred thirty four dollars 450/100
usbank
Memo #8812
Melinda Y
⑆071904779⑆ 1993777740 21⑆0097
00

| | Total | |
|---|---|---|
| Remit to: 966 Lambrecht Road, Frankfort, IL 60423 | Payments/Credits | |
| P 815-277-5216 F 815-277-5217 | Balance Due | |



**Mold Solutions of Chicago**
**966 Lambrecht Road**
**Frankfort, IL 60423**

# Invoice

| Bill To |
|---|
| Melinda Young<br>2726 W. Cortez #3<br>Chicago, IL 60622 |

| Date | Invoice # |
|---|---|
| 10/15/2018 | 8812 |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
|  |  | EM |  |

| Description | Rate | Amount |
|---|---|---|
| Master Bedroom:<br>Removed and discarded all the drywall, insulation, trim and 2ft of hardwood flooring off the North and East walls.<br><br>Guest Bedroom/closet:<br>Removed and discarded all of the drywall, insulation, trim, and 2ft hardwood flooring of the east wall.<br><br>Living Room:<br>Removed and discarded all the drywall, insulation and trim from the east wall starting at the kitchen cabinets and going up to the south wall. Removed and discarded all the drywall, insulation and trim from the west all starting at the fireplace and going up the stairs. Removed and discarded the hardwood flooring 2ft off the west and east walls.<br><br>Hallway:<br>Removed and discarded all the drywall, insulation and trim from the west wall starting at the stairs heading to the back door. Removed and discarded hardwood flooring 2ft off the west wall.<br><br>Sanitized all exposed wall framing and concrete foundation walls by applying our Proprietary Sanitizing solution following with an antimicrobial treatment to all exposed surfaces. | 13,469.00 | 13,469.00 |
| Cleaned the supply and return vent covers and ductwork, the blower compartment, and A/C coil compartment with an antimicrobial sanitizer. | 0.00 | 0.00 |

| | | |
|---|---|---|
| | **Total** | |
| **Remit to: 966 Lambrecht Road, Frankfort, IL 60423** | **Payments/Credits** | |
| P 815-277-5216  F 815-277-5217 | **Balance Due** | |



**Mold Solutions of Chicago**
**966 Lambrecht Road**
**Frankfort, IL 60423**

# Invoice

| Bill To |
|---|
| Melinda Young |
| 2726 W. Cortez #3 |
| Chicago, IL 60622 |

| Date | Invoice # |
|---|---|
| 10/15/2018 | 8812 |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
|  |  | EM |  |

| Description | Rate | Amount |
|---|---|---|
| Hired Quality Environmental to perform post air testing - 3 samples:<br>1 - master bedroom<br>1 - living room<br>1 - outdoor control |  | 0.00 |

| | Total | $13,469.00 |
|---|---|---|
| **Remit to: 966 Lambrecht Road, Frankfort, IL 60423** | **Payments/Credits** | $0.00 |
| P 815-277-5216   F 815-277-5217 | **Balance Due** | $13,469.00 |