

**Huntington**

P.O. BOX 1558
COLUMBUS, OH 43216

RETURN SERVICE REQUESTED

**PERSONAL CREDIT LINE**

**Contact Us**

| | |
|---|---|
| Customer Service | 1-800-992-2053 |
| Automated Service Hours | 1-800-992-2053 |
| Fax Payoff Service | 1-800-992-2053 |

**Send inquires to:**
PCL DEPT.
P.O. BOX 1558
GW4W61
COLUMBUS, OH 43216

www.huntington.com

4-740-17990-0010143-001-001-000-000-000

MELINDA SGARIGLIA
2726 W CORTEZ ST UNIT 1
CHICAGO IL 60622-3419

## Account Summary

| | |
|---|---|
| Account Number | 5010659174 |
| Credit Line | $102,000.00 |
| Available Credit | $29,068.00 |
| Days in Billing Cycle | 31 |
| Statement Closing Date | 11/21/2019 |
| Payment Due Date | 12/15/2019 |
| Total Minimum Payment Due | $517.42 |

## Account Overview

| | |
|---|---|
| Total Previous Balance | $83,829.20 |
| Payments | $15,000.00- |
| Credits | $0.00 |
| Special Promotions | $0.00 |
| Regular Transactions | $3,584.60 |
| Debits | $0.00 |
| Fees | $60.00 |
| Interest Charge | $457.42 |
| Total New Balance | $72,931.22 |

## Transaction Activity Since Last Statement

| **Revolving Line** | Daily Periodic Rate (1) | Annual Percentage Rate(1) | Balance Subject To Interest Rate | Interest Charge | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|---|
| Purchases | (2) 0.0184384% | 6.73% | $9,727.75 | $55.61 | $9,783.36 | $55.61 |
| Cash Advances | (2) 0.0184384% | 6.73% | $70,297.26 | $401.81 | $63,147.86 | $461.81 |
| Revolving Line Totals | | | | $457.42 | $72,931.22 | $517.42 |

(1) The Daily Periodic Rate(s) and Annual Percentage Rates
(2) Promotional Cash Advances and Purchases (if any) are shown below and are not included in the Revolving Line Section above.
(3) To determine the Interest Charge for each balance category, multiply the Daily Periodic Rate by the Balance Subject To Interest Rate and then Multiply the result by the Days in Billing Cycle.

| **Promotional Features** | Promotional Expiration Date | Daily Periodic Rate (1) | Annual Percentage Rate(1) | Balance Subject To Interest Rate | Interest Charge | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| SPECIAL RATE | 11/15/19 | 0.0136712% | 4.99% | $0.00 | $0.00 | $0.00 | $0.00 |

### DID YOU KNOW?

**The economic landscape's improving. It's time to improve yours as well. Your Huntington Home Equity Personal Credit Line is a convenient way to pay for those home improvements at your current low rate.**

**Mortgage rates so low, you'll want to buy another house. Check out your options for new mortgages and refinancing. See a Huntington mortgage loan officer or call us at 800-562-6871 for details.**

### IMPORTANT ACCOUNT MESSAGE

*SEE REVERSE SIDE FOR ADDITIONAL IMPORTANT INFORMATION — DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT*



MELINDA SGARIGLIA
2726 W CORTEZ ST UNIT 1
CHICAGO IL 60622-3419

Make check payable to:

HUNTINGTON NATIONAL BANK GW1W18
PO BOX 182387
COLUMBUS OH 43218-2387

| Account Number | Past Due Amount | Total New Balance |
|---|---|---|
| 5010659174 | $0.00 | $72,931.22 |

| Total Minimum Payment Due | Payment Due Date |
|---|---|
| $517.42 | 12/15/2019 |

Payment Amount Enclosed $ _____

P000717



INTERNET REPRINT