

**BRIAN ALLENDORFER CO., INC.**
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

May 26, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE:     South Elevation Tuck-Pointing
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

**Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.**

### CHANGE ORDER NO. 2:

1. Perform spot tuck-pointing, as needed to all south elevation face brick.          **$2,400.00**
   a. Includes face brick on Southern portions of East and West elevations.

   **Total Change Order Amount: $2,400.00**

   Previous Contract Total:     $127,500.00
   **Revised Contract Total:     $129,900.00**

*Payment due upon completion of change order.*

Accepted By: *Melinda Young*

Date: 5/27/20

**BRIAN ALLENDORFER COMPANY, INC.**
www.ballendorfer.com

by: _____
Scott Wolfe - Project Manager, Brian Allendorfer Co.

Pl

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 5/27/20          70-47

PAY TO THE ORDER OF *Allendorfer*          | $ 2400.0

*twenty-four hundred + 00/100* _____ DOLLARS

**usbank.**

FOR *South elevation tuckpointing*          *Melinda Young treasurer*

⑆00 1025⑆ ⑆07 1904 779⑆ 1993 7777 402 1⑆



**BRIAN ALLENDORFER CO., INC.**
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

**B. ALLENDORFER**
A FAMILY TRADITION FOR FIVE GENERATIONS

May 26, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE:   South Elevation Tuck-Pointing
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

## CHANGE ORDER NO. 2:

1.   Perform spot tuck-pointing, as needed to all south elevation face brick.            **$2,400.00**
       a.   Includes face brick on Southern portions of East and West elevations.

                                                    **Total Change Order Amount:  $2,400.00**

                                                    Previous Contract Total:       $127,500.00
                                                    **Revised Contract Total:       $129,900.00**

*Payment due upon completion of change order.*

Accepted By: *Melinda Young*

Date: 5/27/20

**BRIAN ALLENDORFER COMPANY, INC.**
www.ballendorfer.com

by: _____
Scott Wolfe - Project Manager, Brian Allendorfer Co.

PLEASE RETURN O[...]



MELINDA SGARIGLIA  11-15
2726 W CORTEZ STREET
UNIT 1
CHICAGO, IL 60622

97-311/1240                    1119

DATE 5/27/20

PAY TO THE ORDER OF  2726 W Cortez HOA          $ 1056.00

One thousand fifty six +09/100 DOLLARS

**ally** BANK.

MEMO  A order 2 - South wall tuckpoint        *Melinda S*

⑈124003116⑈ 1044986832⑈      1119

P000637



**B. ALLENDORFER**
*A FAMILY TRADITION FOR FIVE GENERATIONS*

**BRIAN ALLENDORFER CO., INC.**
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

May 14, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE: Material Change
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

## CHANGE ORDER NO. 1:

1. Furnish and apply two (2) coats of BASF MasterProtect HB 400 smooth water-based, high build, 100% acrylic coating in lieu of PPG 4-110XI. **$7,500.00**

   a. Color: _Dark almond_

   b. Each coat of HB 400 to be applied per manufacturer recommendations.
      i. 70-80 SF per gallon

   c. Upon completion of second application, BASF will issue 10-year warranty _for_
      i. See attached sample.

   _Labor + Material per attached document from BASF_

   **Total Change Order Amount: $7,500.00**

   Previous Contract Total: $120,000.00
   **Revised Contract Total: $127,500.00**

*50% ($3,750.00) payment due upon acceptance of change order.*

Accepted By: _Melinda Young_

Date: _5/15/20_

**BRIAN ALLENDORFER COMPANY, INC.**
www.ballendorfer.com

by: _____
Scott Wolfe, Project Manager, Brian Allendorfer Co.

---

**2726 WEST CORTEZ CONDOMINIUM ASSOC**
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

1024

70-477/719

DATE _5/20/20_

PAY TO THE ORDER OF _Allendorfer_                    $ 3750.00

_Thirty seven fifty & 00/100_ ————————————————— DOLLARS

**usbank.**

FOR _Change Order Masonry BASF sealant_     _Melinda Young_
                                            Treasurer

⑈"001024"⑈ ⑈071904779⑈ 199377774021"



**BRIAN ALLENDORFER CO., INC.**
448 Elon Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

May 14, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE: Material Change
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

## CHANGE ORDER NO. 1:

1. Furnish and apply two (2) coats of BASF MasterProtect HB 400 smooth water-        **$7,500.00**
   based, high build, 100% acrylic coating in lieu of PPG 4-110XI.

   a. Color: _Dark almond_

   b. Each coat of HB 400 to be applied per manufacturer recommendations.
      i. 70-80 SF per gallon

   c. Upon completion of second application, BASF will issue 10-year warranty ~~for~~
      i. See attached sample.

   _Labor + Material per attached document from BASF_    **Total Change Order Amount: $7,500.00**

   Previous Contract Total:        $120,000.00
   **Revised Contract Total:        $127,500.00**

_50% ($3,750.00) payment due upon acceptance of change order._

Accepted By: _Melinda Young_          **BRIAN ALLENDORFER COMPANY, INC.**
                                      www.ballendorfer.com

Date: _5/15/20_                       by: _____
                                      Scott Wolfe - Project Manager, Brian Allendorfer Co.

---

MELINDA SGARIGLIA  11-15                                97-311/1240        **1113**
2726 W CORTEZ STREET
UNIT 1
CHICAGO, IL  60622                            DATE _5/20/20_

PAY TO THE
ORDER OF _2726 W Cortez HOA_                          $ _1650.00_

_Sixteen fifty + 00/100_ _____ DOLLARS

**ally** BANK.

MEMO _507 Allender BASF Invoice_          _M Young_

⑈124003116⑈ 104498683 2⑈            ⑈1113



**B. ALLENDORFER**
*A FAMILY TRADITION FOR FIVE GENERATIONS*

**BRIAN ALLENDORFER CO., INC.**
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

May 20, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE:   Re-Roofing Work
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

<u>CHANGE ORDER NO. 1 – Penthouse Siding Replacement:</u>

1. Remove and dispose of existing vinyl siding                            **$2,250.00**
2. Remove and dispose of existing gutters and downspout.
3. Furnish and install Grace Vycor EnV-S water resistant barrier.
4. Furnish and install new vinyl siding.
5. Furnish and install new gutter flashing on south eave.
6. Furnish and install new 5" seamless aluminum gutter.
7. Furnish and install 2x3" aluminum downspout.

    a. Siding & Gutter colors to be closest available match.

**Total Change Order Amount: $2,250.00**

Previous Contract Total:  $27,500.00
**Revised Contract Total:  $29,750.00**

*Full payment due upon completion.*

Accepted By: _Melinda Y_____

Date: _5/20/20_____

**BRIAN ALLENDORFER COMPANY, INC.**
www.ballendorfer.com

by: _____
Scott Wolfe - Project Manager, Brian Allendorfer Co.

   → *Contractors Since 1885* ←   
**BUILD ▪ REMODEL ▪ REPAIR ▪ MAINTAIN**

---

**2726 WEST CORTEZ CONDOMINIUM ASSOC**
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

1024

70-477/719

DATE _5/20/20_

PAY TO THE ORDER OF _Allendorfer_____ | $ _3750.00_

_thirty seven fifty_ _& 00/100_____ DOLLARS

**US bank**

FOR _order Masonry Base sealant_

_Melinda Young_
_Treasurer_

⑈0010 24⑈ ⑆07 1904 779⑆ 1993777 7402 1⑈



**B. ALLENDORFER**
A FAMILY TRADITION FOR FIVE GENERATIONS

**BRIAN ALLENDORFER CO, INC.**
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

May 20, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE:    Re-Roofing Work
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

**Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.**

CHANGE ORDER NO. 1 – Penthouse Siding Replacement:

1. Remove and dispose of existing vinyl siding                    **$2,250.00**
2. Remove and dispose of existing gutters and downspout.
3. Furnish and install Grace Vycor EnV-S water resistant barrier.
4. Furnish and install new vinyl siding.
5. Furnish and install new gutter flashing on south eave.
6. Furnish and install new 5" seamless aluminum gutter.
7. Furnish and install 2x3" aluminum downspout.

   a. Siding & Gutter colors to be closest available match.

**Total Change Order Amount: $2,250.00**

Previous Contract Total:        $27,500.00
**Revised Contract Total:        $29,750.00**

*Full payment due upon completion.*

Accepted By: _Melinda Y_                    **BRIAN ALLENDORFER COMPANY, INC.**
                                              www.ballendorfer.com

Date: _5/20/20_                              by: _____
                                              Scott Wolfe - Project Manager, Brian Allendorfer Co.



MELINDA SGARIGLIA   11-15
2726 W CORTEZ STREET
UNIT 1
CHICAGO, IL 60622

97-311/1240                    1113

DATE _5/20/20_

PAY TO THE
ORDER OF _2726 W Cortez HOA_                    | $ _1650.00_

_Sixteen fifty + 00/100_                        DOLLARS

**ally** BANK.

MEMO _507 Adorder BASF Invoice_                 _M Young_

⑈124003116⑈ :1044986832⑈    1113







**B. ALLENDORFER**
CONSTRUCTION SERVICES

*Paid in full*

**BRIAN ALLENDORFER CO., INC.**
1240 North Central Park Ave.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

April 25, 2019

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE:  Structural Engineering & Repairs
3-story Residential Building
2726 West Cortez Street
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

We look forward to working with you and are pleased to quote the following:

**Demolition Services:**
1. Remove the existing drywall ceiling in unit 3 to expose truss and truss pockets.
   *Includes 2' cut along both the East & West walls, front to back.*
2. Remove the existing drywall ceiling and walls in unit 2 to expose truss and truss pockets
   *Includes 2' cut on ceiling and 1' on walls, areas TBD.*
3. Remove all debris resulting from our operation from the premises in a neat, workmanlike manner.

**Inspection & Structural Engineering Services:**
1. Perform visual inspection of all exposed roof trusses.
2. Perform structural evaluation and load analysis.
3. Furnish stamped engineering drawings detailing repair method.

**Price: Ten Thousand Five Hundred Thirty Dollars**..............................................................$10,530.00

**Terms: 50% down on acceptance of proposal; balance due on completion of work.**

*Paid in full*

Workman's Compensation and Public Liability Insurance are carried for your protection.

Conditions page of this document shall be integrated into this contract.

Accepted: _____     **BRIAN ALLENDORFER COMPANY, INC.**
                                                                                    **www.ballendorfer.com**

Date: _____     by: _____
                                                                            Brian L. Allendorfer, Jr.

**PLEASE RETURN ONE SIGNED COPY.**




*General Contractors Since 1885*
**BUILD • REMODEL • REPAIR • MAINTAIN**







# B. ALLENDORFER
A FAMILY TRADITION FOR FIVE GENERATIONS

**BRIAN ALLENDORFER CO., INC.**
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

**FINAL INVOICE**

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419

RE: Structural Engineering & Repairs
3-story Residential Building
2726 West Cortez Street
Chicago, Illinois 60622-3419

06/28/2019

Invoice No. 20190628001

**Payment due: $5,265.00**

*paid in full*

| | | |
|---|---|---|
| Current Contract | | $10,530.00 |
| Payments received to date: | Check # 1006 | -5,265.00 |
| This Invoice: Project Final-Payment | | -5,265.00 |
| **Remaining balance after this progress payment** | | **$0.00** |

---

**PLEASE REMIT PAYMENT TO:**
**Brian Allendorfer Company, Inc.**
**448 Eton Drive**
**North Barrington, Illinois 60010-2114**

---

   *Contractors Since 1885*
BUILD ⏹ REMODEL ⏹ REPAIR ⏹ MAINTAIN   



**BRIAN ALLENDORFER CO., INC.**
1240 North Central Park Ave.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

June 5, 2019

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE:  Re-Roofing Work
3-story Residential Building
2726 West Cortez Street
Chicago, Illinois 60622-3419

**Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.**

**We look forward to working with you and are pleased to quote the following:**

**Main Roof & Stairway Penthouse Roof Areas:**

1. Remove the existing rooftop patio deck.
2. Remove all existing roofing down to the plywood roof sheathing.
3. Remove all existing plywood roof sheathing at the following locations:
   a. 48" along the east parapet wall, to facilitate joist end repairs.
   b. 48" along the west parapet wall, to facilitate joist end repairs.
   c. Approx. 100 square feet at the south end of the roof area, to facilitate joist replacement.
4. Furnish and install 5/8" CDX grade plywood sheathing over the repair areas.
5. Furnish and install .5" DensDeck Prime Roof Board over the entire roof deck, and secure to the roof deck with insulation screws and plates.
6. Furnish and install one (1) ply of CertainTeed Black Diamond Self-Adhering SBS modified bitumen membrane base sheet over the roof board.
7. Furnish and install one (1) ply of CertainTeed Flintlastic GTA APP mineral surfaced modified bitumen membrane over the base sheet, fully heat-fused in place; mineral surface color to be Reflective White.
8. Furnish and install one (1) ply of CertainTeed Flintlastic GTA APP mineral surfaced modified bitumen membrane over all vertical transitions (walls and curbs), fully heat-fused in place; mineral surface color to be Reflective White.
9. Furnish and install a 2.5 lb. sheet lead flashing sleeve on each plumbing vent stack, set the roof flanges in mastic.
10. Furnish and install four (4) 6.5" spun aluminum, insulated roof vents.
11. Furnish and install a 26-gauge galvanized steel cone flashing and storm collar on each gas exhaust stack.
12. Furnish and install one (1) ply of CertainTeed Flintlastic GTA APP mineral surfaced modified bitumen membrane over all flashing details, fully heat-fused in place; mineral surface color to be Reflective White.
13. Fabricate and install pre-finished (Kynar 500 coated) 24-gauge galvanized steel counter flashing at the top edge of the wall flashing, fasten at 12" intervals and caulk the top edge with terpolymer rubber sealant; finish color to be White.
14. Remove all debris resulting from our operation from the premises in a neat, workmanlike manner.

**Price: Twenty Seven Thousand Five Hundred Dollars…………………………$27,500.00**

*Roofers Since 1885*

      



**ROOFING BY**
# B. ALLENDORFER
*A FAMILY TRADITION FOR FIVE GENERATIONS*

**BRIAN ALLENDORFER CO., INC.**
*1240 North Central Park Ave.*
*Chicago, Illinois 60651-2213*
*Telephone 773-292-0600*
*Fax 773-292-0606*
*www.ballendorfer.com*

2726 West Cortez Condominium Association            Page 2

There will be an additional charge of $5.00 per square foot of wood roof sheathing that must be replaced; not to exceed a total cost of $4,000.00 if all wood roof sheathing shall need replacement.

The above roof will receive a 10-year labor warranty from Brian Allendorfer Company, Inc., and a 15-year material warranty from CertainTeed Corporation.

**After project has begun, work ordered but not mentioned in this contract shall be performed at the additional cost of $105.00 per man hour, plus 20% above cost of materials and or equipment.**

**Terms: 50% down on acceptance of proposal; balance due on completion of work. Warranty, if applicable, shall be issued upon receipt of full payment.**

Workman's Compensation and Public Liability Insurance are carried for your protection.

Conditions page of this document shall be integrated into this contract.

Accepted: _____

Date: _____

**BRIAN ALLENDORFER COMPANY, INC.**
**www.ballendorfer.com**

by: _____
           Brian L. Allendorfer, Jr.
           Illinois State License #104-015740

**PLEASE RETURN ONE SIGNED COPY**

*Roofers Since 1885*

      



**BRIAN ALLENDORFER CO., INC.**
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

July 8, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE:    South Elevation Tuck-Pointing
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

**Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.**

## CHANGE ORDER NO. 3:

1.  Perform mortar and sealant maintenance to all glass block openings.          **$2,125.00**
2.  Front stoop to be constructed with lower wing walls and steel railings.       **$3,000.00**
    a.  Will be constructed similarly to this example.



**Total Change Order Amount: $5,125.00**

Previous Contract Total:      $129,900.00
**Revised Contract Total:      $135,025.00**

*50% payment due upon acceptance of change order, balance at completion.*

Accepted By: _____          **BRIAN ALLENDORFER COMPANY, INC.**
                                                              **www.ballendorfer.com**

Date: _____07/09/20_____          by: _____
                                                          Scott Wolfe - Project Manager, Brian Allendorfer Co.

**PLEASE RETURN ONE SIGNED COPY.**

   — *Contractors Since 1885* —   

**BUILD ✦ REMODEL ✦ REPAIR ✦ MAINTAIN**



**B. ALLENDORFER**
*A FAMILY TRADITION FOR FIVE GENERATIONS*

**BRIAN ALLENDORFER CO, INC.**
*448 Eton Drive*
*North Barrington, Illinois 60010-2214*
*Telephone 773-292-0600*
*Fax 773-292-0606*
*ballendorfer.com*

<u>INVOICE – FINAL R1</u>

2726 West Cortez Condominium Association    RE:    Roofing Work
2726 West Cortez Street                             3-story Residential Building
Chicago, Illinois 60622-3419                     2726 West Cortez Street
Attention: Melinda Young                         Chicago, Illinois 60622-3419

**07/10/2020**                                      **Invoice No. 20200513002 R1**

**Amount Due:  $2,250.00**

| | | |
|---|---|---:|
| Current Contract: | | $27,500.00 |
| Additional Charges – 256 SF of deteriorated plywood decking: | | $1,280.00 |
| Change Order # 1 – Penthouse Siding | | $2,250.00 |
| Payments received to date: | Chk # 1011 | -13,750.00 |
| | Chk # 1021 | -15,030.00 |
| This Invoice – Roofing Final Payment | | -2,250.00 |
| **Remaining project balance after this payment:** | | **$0.00** |

**PLEASE REMIT PAYMENT TO:**
**Brian Allendorfer Company, Inc.**
**448 Eton Drive**
**North Barrington, Illinois 60010-2114**

   **Contractors Since 1885**   

**BUILD ⚒ REMODEL ⚒ REPAIR ⚒ MAINTAIN**



**B. ALLENDORFER**
*A FAMILY TRADITION FOR FIVE GENERATIONS*

**BRIAN ALLENDORFER CO., INC.**
*448 Eton Drive*
*North Barrington, Illinois 60010-2214*
*Telephone 773-292-0600*
*Fax 773-292-0606*
*ballendorfer.com*

May 20, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE:    Re-Roofing Work
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

**Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.**

**CHANGE ORDER NO. 1 – Penthouse Siding Replacement:**

1.  Remove and dispose of existing vinyl siding                                    **$2,250.00**
2.  Remove and dispose of existing gutters and downspout.
3.  Furnish and install Grace Vycor EnV-S water resistant barrier.
4.  Furnish and install new vinyl siding.
5.  Furnish and install new gutter flashing on south eave.
6.  Furnish and install new 5" seamless aluminum gutter.
7.  Furnish and install 2x3" aluminum downspout.

    a.  Siding & Gutter colors to be closest available match.

                                        **Total Change Order Amount: $2,250.00**

                                        Previous Contract Total:    $27,500.00
                                        **Revised Contract Total:    $29,750.00**

*Full payment due upon completion.*

Accepted By: _____

**BRIAN ALLENDORFER COMPANY, INC.**
**www.ballendorfer.com**

Date: _____

by: _____
Scott Wolfe - Project Manager, Brian Allendorfer Co.

   *Contractors Since 1885*
**BUILD ▪ REMODEL ▪ REPAIR ▪ MAINTAIN**   



**BRIAN ALLENDORFER CO, INC.**
*448 Eton Drive*
*North Barrington, Illinois 60010-2214*
*Telephone 773-292-0600*
*Fax 773-292-0606*
*ballendorfer.com*

**INVOICE - PROGRESS**

2726 West Cortez Condominium Association     RE:    Masonry Repairs
2726 West Cortez Street                                  3-story Residential Building
Chicago, Illinois 60622-3419                    2726 West Cortez Street
Attention: Melinda Young                         Chicago, Illinois 60622-3419

**05/13/2020**                                          **Invoice No. 20200513001**

| | |
|---|---|
| **Progress Invoice:** | **$10,500.00** |
| **Less 10% retainage** | **(1,050.00)** |
| **Amount Due:** | **$9,450.00** |

| | | |
|---|---|---|
| Current Contract: | | $120,000.00 |
| Payments received to date: | Chk # 1003 | -60,000.00 |
| | Chk # 1017 | -19,800.00 |
| This Invoice: Masonry Progress-Payment | | -9,450.00 |
| **Remaining project balance after this progress payment:** | | **$30,750.00** |

**PLEASE REMIT PAYMENT TO:**
**Brian Allendorfer Company, Inc.**
**448 Eton Drive**
**North Barrington, Illinois 60010-2114**

      



**B. ALLENDORFER**
A FAMILY TRADITION FOR FIVE GENERATIONS

**BRIAN ALLENDORFER CO, INC.**
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

May 26, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE:   South Elevation Tuck-Pointing
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

**Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.**

## CHANGE ORDER NO. 2:

| | | |
|---|---|---|
| 1. | Perform spot tuck-pointing, as needed to all south elevation face brick. | **$2,400.00** |
| | a.  Includes face brick on Southern portions of East and West elevations. | |

| | |
|---|---|
| **Total Change Order Amount:** | **$2,400.00** |
| Previous Contract Total: | $127,500.00 |
| **Revised Contract Total:** | **$129,900.00** |

*Payment due upon completion of change order.*

Accepted By: _____

Date: _____

**BRIAN ALLENDORFER COMPANY, INC.**
**www.ballendorfer.com**

by: _____
Scott Wolfe - Project Manager, Brian Allendorfer Co.

**PLEASE RETURN ONE SIGNED COPY.**


COMMUNITY ASSOCIATION INSTITUTE ILLINOIS CHAPTER


Rebuilding Together.


ACTHA ASSOCIATION OF CONDOMINIUM TOWNHOUSE & HOMEOWNERS ASSOCIATIONS

*Contractors Since 1885*
**BUILD ⬥ REMODEL ⬥ REPAIR ⬥ MAINTAIN**




VOSB


BBB. ACCREDITED BUSINESS





**B. ALLENDORFER**
A FAMILY TRADITION FOR FIVE GENERATIONS

*BRIAN ALLENDORFER CO., INC.*
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

May 14, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE:    Material Change
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

**CHANGE ORDER NO. 1:**

1. Furnish and apply two (2) coats of BASF MasterProtect HB 400 smooth water-based, high build, 100% acrylic coating in lieu of PPG 4-110XI.    **$7,500.00**

   a. Color:   *Dark almond*

   b. Each coat of HB 400 to be applied per manufacturer recommendations.
      i. 70-80 SF per gallon

   c. Upon completion of second application, BASF will issue 10-year warranty *for*
      i. See attached sample.
         *Labor + Material per attached document from BASF*

   **Total Change Order Amount: $7,500.00**

   Previous Contract Total:    $120,000.00
   **Revised Contract Total:**    $127,500.00

*50% ($3,750.00) payment due upon acceptance of change order.*

Accepted By: *Melinda Young*

Date: __5/15/20__

BRIAN ALLENDORFER COMPANY, INC.
www.ballendorfer.com

by: _____
Scott Wolfe - Project Manager, Brian Allendorfer Co.

   — **Contractors Since 1885** —   

**BUILD ▪ REMODEL ▪ REPAIR ▪ MAINTAIN**



**B. ALLENDORFER**
*A FAMILY TRADITION FOR FIVE GENERATIONS*

**BRIAN ALLENDORFER CO, INC.**
*448 Eton Drive*
*North Barrington, Illinois 60010-2214*
*Telephone 773-292-0600*
*Fax 773-292-0606*
*ballendorfer.com*

**INVOICE - FINAL**

2726 West Cortez Condominium Association      RE:   Structural Engineering & Repairs
2726 West Cortez Street                                     3-story Residential Building
Chicago, Illinois 60622-3419                              2726 West Cortez Street
Attention: Melinda Young                                   Chicago, Illinois 60622-3419

05/13/2020                                                        **Invoice No. 20200513003**

**Amount Due:**          **$10,650.50**

| | | |
|---|---|---|
| Current Contract: | | $64,690.00 |
| Payments received to date: | Chk # 1012 | -32,345.00 |
| | Chk # 1013 | -21,694.50 |
| This Invoice: Final-Payment | | -10,650.50 |
| **Remaining project balance after this progress payment:** | | **$0.00** |

**PLEASE REMIT PAYMENT TO:**
**Brian Allendorfer Company, Inc.**
**448 Eton Drive**
**North Barrington, Illinois 60010-2114**

   **Contractors Since 1885**

**BUILD ▪ REMODEL ▪ REPAIR ▪ MAINTAIN**   

P000656



# B. ALLENDORFER
### A FAMILY TRADITION FOR FIVE GENERATIONS

**BRIAN ALLENDORFER CO., INC.**
*448 Eton Drive*
*North Barrington, Illinois 60010-2214*
*Telephone 773-292-0600*
*Fax 773-292-0606*
*ballendorfer.com*

**INVOICE - PROGRESS**

2726 West Cortez Condominium Association     RE:    Structural Engineering & Repairs
2726 West Cortez Street                                    3-story Residential Building
Chicago, Illinois 60622-3419                            2726 West Cortez Street
Attention: Melinda Young                              Chicago, Illinois 60622-3419

**10/10/2019**                                       **Invoice No. 20191010001**

| | |
|---|---|
| **Progress Invoice:** | **$24,105.00** |
| **10% Retainage:** | **(2,410.50)** |
| **Amount Due:** | **$21,694.50** |

| | | |
|---|---|---|
| Current Contract: | | $64,690.00 |
| Payments received to date: | Chk # 1012 | -32,345.00 |
| This Invoice: Progress-Payment (less 10% retainage): | | -21,694.50 |
| **Remaining project balance after this progress payment:** | | **$10,650.50** |

**PLEASE REMIT PAYMENT TO:**
**Brian Allendorfer Company, Inc.**
**448 Eton Drive**
**North Barrington, Illinois 60010-2114**

   • 𝓒𝓸𝓷𝓽𝓻𝓪𝓬𝓽𝓸𝓻𝓼 𝓢𝓲𝓷𝓬𝓮 1885 •   

BUILD ❦ REMODEL ❦ REPAIR ❦ MAINTAIN



**B. ALLENDORFER**
*A FAMILY TRADITION FOR FIVE GENERATIONS*

**BRIAN ALLENDORFER CO., INC.**
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

**INVOICE - PROGRESS**

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE:  Masonry Repairs
3-story Residential Building
2726 West Cortez Street
Chicago, Illinois 60622-3419

**12/20/2019**

**Invoice No. 20191220001**

| | |
|---|---|
| **Progress Invoice:** | **$22,000.00** |
| **Less 10% retainage** | **(2,200.00)** |
| **Amount Due:** | **$19,800.00** |

| | |
|---|---|
| Current Contract: | $120,000.00 |
| Payments received to date: | -60,000.00 |
| This Invoice: Masonry Progress-Payment | -19,800.00 |
| **Remaining project balance after this progress payment:** | **$40,200.00** |

**PLEASE REMIT PAYMENT TO:**
**Brian Allendorfer Company, Inc.**
**448 Eton Drive**
**North Barrington, Illinois 60010-2114**

   **Contractors Since 1885**
**BUILD ▪ REMODEL ▪ REPAIR ▪ MAINTAIN**   



## B. ALLENDORFER
### A FAMILY TRADITION FOR FIVE GENERATIONS

**BRIAN ALLENDORFER CO., INC.**
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

**FINAL INVOICE**

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419

RE: Structural Engineering & Repairs
3-story Residential Building
2726 West Cortez Street
Chicago, Illinois 60622-3419

06/28/2019

Invoice No. 20190628001

**Payment due: $5,265.00**

| | |
|---|---:|
| Current Contract | $10,530.00 |
| Payments received to date:      Check # 1006 | -5,265.00 |
| This Invoice: Project Final-Payment | -5,265.00 |
| **Remaining balance after this progress payment** | **$0.00** |

---

**PLEASE REMIT PAYMENT TO:**
**Brian Allendorfer Company, Inc.**
**448 Eton Drive**
**North Barrington, Illinois 60010-2114**

---

   Contractors Since 1885

BUILD ◉ REMODEL ◉ REPAIR ◉ MAINTAIN   



**BRIAN ALLENDORFER CO., INC.**
1240 North Central Park Ave.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

September 12, 2019

2726 West Cortez Condominium Association
2726 West Cortez Street - Unit 3
Chicago, Illinois 60622-3419

RE: Interior Restoration Work
3-story residential building.
2726 West Cortez Street - Unit 3
Chicago, Illinois 60622-3419

**Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.**

**We look forward to working with you and are pleased to quote the following:**

**Kitchen & Great Room:**
1. Furnish and install new 1.5", R7.5 rigid wall insulation, where removed.
2. Furnish and install new R38 ceiling insulation, where removed.
3. Furnish and install new drywall of equal thickness where removed on walls, secured with drywall adhesive and screws.
4. Furnish and install drywall seam tape over all new drywall seams and set in a solid bed of Durabond drywall joint compound.
5. Furnish and apply a minimum of two (2) coats of Durabond drywall joint compound over the taped seams.
6. Sand the drywall repair areas smooth and flush.
7. Furnish and install new 3-1/4" Red Oak flooring, tied into existing, where removed.
8. Sand, stain and finish hardwood flooring, entire room.
   *Color & Sheen to be approved by owner.*
9. Furnish and install new pre-primed matching crown molding around perimeter of room, where removed.
10. Furnish and install new pre-primed matching baseboard, shoe molding and window casing, where removed.
11. Furnish and apply one (1) coat of 100% acrylic primer over the drywall repair areas.
12. Furnish and apply two (2) coats of 100% acrylic paint on all effected wall and ceiling surface areas.
    *Color & Sheen to match existing.*
13. Furnish and install two (2) coats of 100% acrylic paint on all crown molding, baseboards and casings.
14. Reinstall electrical receptacle plates.
15. Remove all debris resulting from our operation from the premises in a neat, workmanlike manner.

**Bedroom 2:**
1. Furnish and install new 1.5", R7.5 rigid wall insulation, where removed.
2. Furnish and install new R38 ceiling insulation, where removed.
3. Furnish and install new drywall of equal thickness where removed on walls, secured with drywall adhesive and screws.
4. Furnish and install drywall seam tape over all new drywall seams and set in a solid bed of Durabond drywall joint compound.
5. Furnish and apply a minimum of two (2) coats of Durabond drywall joint compound over the taped seams.
6. Sand the drywall repair areas smooth and flush.
7. Furnish and install new 3-1/4" Red Oak flooring, tied into existing, where removed.
8. Sand, stain and finish hardwood flooring, entire room.
   *Color & Sheen to be approved by owner.*
9. Furnish and install new pre-primed matching baseboard, shoe molding and window casing, where removed.

  

**GENERAL CONTRACTORS**
**BUILD ❦ REMODEL ❦ REPAIR ❦ MAINTAIN**

  



**B. ALLENDORFER**
**CONSTRUCTION SERVICES**

**BRIAN ALLENDORFER CO.**
1240 North Central Park Av.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

2726 West Cortez Condominium Association                                Page 2

**Bedroom 2 (cont.):**
10. Furnish and apply one (1) coat of 100% acrylic primer over the drywall repair areas.
11. Furnish and apply two (2) coats of 100% acrylic paint on all effected wall and ceiling surface areas.
      *Color & Sheen to match existing.*
12. Furnish and install two (2) coats of 100% acrylic paint on all baseboards and casings.
13. Reinstall electrical receptacle plates.
14. Remove all debris resulting from our operation from the premises in a neat, workmanlike manner.

**Hallway:**
1. Furnish and install new 1.5", R7.5 rigid wall insulation, where removed.
2. Furnish and install new R38 ceiling insulation, where removed.
3. Furnish and install new drywall of equal thickness where removed on walls, secured with drywall adhesive and screws.
4. Furnish and install drywall seam tape over all new drywall seams and set in a solid bed of Durabond drywall joint compound.
5. Furnish and apply a minimum of two (2) coats of Durabond drywall joint compound over the taped seams.
6. Sand the drywall repair areas smooth and flush.
7. Furnish and install new 3-1/4" Red Oak flooring, tied into existing, where removed.
8. Sand, stain and finish hardwood flooring, entire room.
      *Color & Sheen to be approved by owner.*
9. Furnish and install new pre-primed matching crown molding around perimeter of room, where removed.
10. Furnish and install new pre-primed matching baseboard, shoe molding and window casing, where removed.
11. Furnish and apply one (1) coat of 100% acrylic primer over the drywall repair areas.
12. Furnish and apply two (2) coats of 100% acrylic paint on all effected wall and ceiling surface areas.
      *Color & Sheen to match existing.*
13. Furnish and install two (2) coats of 100% acrylic paint on all crown molding, baseboards and casings.
14. Reinstall electrical receptacle plates.
15. Remove all debris resulting from our operation from the premises in a neat, workmanlike manner.

**Master Bedroom:**
1. Remove subfloor in northeast corner of room.
2. Sister damaged floor joists, as needed.
3. Furnish and install new subfloor of equal thickness, where removed.
4. Furnish and install new 1.5", R7.5 rigid wall insulation, where removed.
5. Furnish and install new R38 ceiling insulation, where removed.
6. Furnish and install new drywall of equal thickness where removed on walls, secured with drywall adhesive and screws.
7. Furnish and install drywall seam tape over all new drywall seams and set in a solid bed of Durabond drywall joint compound.
8. Furnish and apply a minimum of two (2) coats of Durabond drywall joint compound over the taped seams.
9. Sand the drywall repair areas smooth and flush.
10. Furnish and install new 3-1/4" Red Oak flooring, tied into existing, where removed.
11. Sand, stain and finish hardwood flooring, entire room.
      *Color & Sheen to be approved by owner.*
12. Furnish and install new pre-primed matching baseboard, shoe molding and window casing, where removed.





**GENERAL CONTRACTORS**
**BUILD ▪ REMODEL ▪ REPAIR ▪ MAINTAIN**







**BRIAN ALLENDORFER CO., INC.**
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

**INVOICE - FINAL**

2726 West Cortez Condominium Association          RE:   Roofing Work
2726 West Cortez Street                                          3-story Residential Building
Chicago, Illinois 60622-3419                                   2726 West Cortez Street
Attention: Melinda Young                                         Chicago, Illinois 60622-3419

**05/13/2020**                                                        **Invoice No. 20200513002**

**Amount Due:**          **$15,030.00**

| | |
|---|---:|
| Current Contract: | $27,500.00 |
| Additional Charges – 256 SF of deteriorated plywood decking: | $1,280.00 |
| Payments received to date:          Chk # 1011 | -13,750.00 |
| This Invoice: Masonry Progress-Payment | -15,030.00 |
| **Remaining project balance after this payment:** | **$0.00** |

**PLEASE REMIT PAYMENT TO:**
**Brian Allendorfer Company, Inc.**
**448 Eton Drive**
**North Barrington, Illinois 60010-2114**





*Contractors Since 1885*

BUILD ⚒ REMODEL ⚒ REPAIR ⚒ MAINTAIN



