

```
                    USbank

03/27/19   20:49   SUS27450
03/28/19      POSTING DATE
US BANK RIVERFRT PLZ
CHICAGO IL

CARD              ************4803
AID               A0000000980840
US DEBIT
RECORD NO.                   729
NET DEPOSIT           $26,400.00
TO CHECKING
************4021
ACCOUNT BALANCE       $46,208.15
AVAILABLE BALANCE     $20,008.15

CHECK DEPOSIT DETAILS:
   167996             $26,400.00



Total:                $26,400.00

FIND MORE THAN 28000 SURCHARGE-FREE
MONEYPASS ATMS AT MONEYPASS.COM

            usbank.com
EQUAL HOUSING  All transactions are subject to final
LENDER         proof and verification  Member FDIC
```

P000674