# US bank

05/06/19   09:42   SUS27665
05/06/19           POSTING DATE
US BANK WEST TOWN
CHICAGO IL

CARD                  ***************4803
AID                   A0000000980840
US DEBIT
RECORD NO.                        848
NET DEPOSIT              $26,400.00
TO CHECKING
*************4021
ACCOUNT BALANCE          $34,217.47
AVAILABLE BALANCE         $8,017.47

CHECK DEPOSIT DETAILS:
   168145                $26,400.00
Total:                   $26,400.00

FIND MORE THAN 28000 SURCHARGE-FREE
MONEYPASS ATMS AT MONEYPASS.COM



usbank.com

All transactions are subject to final
proof and verification. Member FDI

EQUAL HOUSING LENDER

P000675