**Account**
Checking - 4021

**Check Number**
1004

**Date Processed**
4/12/2019

**Amount**
$60,000.00

Review Back | Print | Save

1004

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 4/9/19

70-477/719

PAY TO THE ORDER OF B. Allendorfer $ 60,000.00

Sixty thousand & 00/100 DOLLARS

usbank.

FOR 2726 W Cortez Exterior Repairs

Melinda S

⑈001004⑈ ⑆071904779⑆ 199377774021⑈

**Account**
Checking - 4021

**Check Number**
1002

**Date Processed**
2/20/2019

**Amount**
$500.00

Review Back | Print | Save

1002

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 1/31/19

70-477/719

PAY TO THE ORDER OF Steve Hier $ 500.00

five hundred & 00/100 DOLLARS

usbank.

FOR 2 hrs consulting Fall 2018

MS

⑈001002⑈ ⑆071904779⑆ 199377774021⑈

**Account**
Checking - 4021

**Check Number**
1011

**Date Processed**
7/1/2019

**Amount**
$13,750.00

Review Back | Print | Save

1011

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 6/26/19 70-477/719

PAY TO THE ORDER OF Allendorfer $ 13,750.00

thirteen thousand seven hundred fifty & 00/100 DOLLARS

usbank.

FOR Re-roofing work / 507 Melinda S

⑈001011⑈ ⑆071904779⑆ 199377774021⑈

**Account**
Checking - 4021

**Check Number**
1006

**Date Processed**
5/8/2019

**Amount**
$5,265.00

Review Back | Print | Save

1006

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 5/6/19 70-477/719

PAY TO THE ORDER OF Bruan Allendorfer Co., Inc. $ 5265.00

fifty two sixty five & 00/100 DOLLARS

usbank.

FOR 507 dep. Str. Engrd Repairs Melinda S

⑈001006⑈ ⑆071904779⑆ 199377774021⑈

## View Image

**Account**
Checking - 4021

**Check Number**
1010

**Date Processed**
7/9/2019

**Amount**
$5,265.00

Review Back | Print | Save

1010

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 7/1/19 70-477/719

PAY TO THE ORDER OF Allendorfer $ 5265.00

five thousand two sixty five 00/100 DOLLARS

usbank.

FOR # 201906 28001 exploratory work final payment

⑈001010⑈ ⑆071904779⑆ 199377774021⑈

**Account**
Checking - 4021

**Check Number**
1012

**Date Processed**
7/1/2019

**Amount**
$32,345.00

Review Back | Print | Save

1012

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 6/28/19 70-477/719

PAY TO THE ORDER OF Allendorfer $ 32345.00

thirty two thousand three hundred forty five 00/100 DOLLARS

usbank.

FOR Roof top truss repairs

⑈001012⑈ ⑆071904779⑆ 199377774021⑈

## View Image

**Account**
Checking - 4021

**Check Number**
1013

**Date Processed**
10/25/2019

**Amount**
$21,694.50

Review Back | Print | Save

1013

**2726 WEST CORTEZ CONDOMINIUM ASSOC**
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 10/18/19

70-477/719

PAY TO THE ORDER OF B Allendorfer Company, Inc $ 21694.50

Twenty one six ninety four + 50/100 DOLLARS

usbank.

FOR Structural Engineering + Repairs

Melinda Young
2724 W Cortez HOA
Treasurer

⑈001013⑈ ⑆071904779⑆ 199377774021⑈

D

## View Image

**Account**
Checking - 4021

**Check Number**
1017

**Date Processed**
1/7/2020

**Amount**
$19,800.00

Review Back | Print | Save

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER [illegible] LOCK DISAPPEARS WHEN HEATED

1017

**2726 WEST CORTEZ CONDOMINIUM ASSOC**
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 12/23/19

70-477/719

PAY TO THE ORDER OF Allendorfer $ 19,800.00

nineteen thousand eight hundred + 00/100 DOLLARS

usbank.

FOR Masonry Repairs payment #2

2726 HOA W Cortez

⑈001017⑈ ⑆071904779⑆ 1993777774021⑈


Close
ENDORSE HERE
PAY TO THE ORDER OF
WINTRUST BANK CHICAGO
CHICAGO IL 60647
071925444
FOR DEPOSIT ONLY
MILLER NIER ENTERPRISES INC
3806785012
Front Side
Print
Close


1020
2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419
DATE May 14, 2020
70-477/719
PAY TO THE ORDER OF Allendorfer
$ 10,650.50
Ten thousand six fifty + 50/100
DOLLARS
usbank.
FOR Invoice 202005 13003
Melinda S Treasurer
⑈001020⑈ ⑆071904779⑆ 199377774021⑈
Back Side
Print
Close

1021

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE May 14, 2020 70-477/719

PAY TO THE ORDER OF Allendorfer $ 5030.00

fifteen thousand thirty dollars 00/100 DOLLARS

usbank.

FOR Roofing work inv 20200513002

Melinda S. treasurer

⑈001021⑈ ⑆071904779⑆ 1993777740 21⑈

Back Side Print Close

20200520 7526005307 E009628 4
FTCH023 02447 153206569 1710
5/3 Bank >042000314<

Front Side Print Close

20200520 7526005307 E009628 4
FTCH023 02447 153206569 1710
5/3 Bank >042000314<

Front Side Print Close


1022

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE May 14, 2020 70-477/719

PAY TO THE ORDER OF Allendorfer $ 9450.00

nine thousand four hundred fifty 400/100 DOLLARS

usbank.

FOR INV. 20200513001

Melinda [signature] treasurer

⑈001022⑈ ⑆071904779⑆ 1993777740 21⑈

Back Side Print Close




BRIAN ALLENDORFER CO, INC.
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

May 14, 2020

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE: Material Change
3-story residential building.
2726 West Cortez Street
Chicago, Illinois 60622-3419

**Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.**

**CHANGE ORDER NO. 1:**

1. Furnish and apply two (2) coats of BASF MasterProtect HB 400 smooth water-based, high build, 100% acrylic coating in lieu of PPG 4-110XI. **$7,500.00**
   a. Color: Dark almond
   b. Each coat of HB 400 to be applied per manufacturer recommendations.
      i. 70-80 SF per gallon
   c. Upon completion of second application, BASF will issue 10-year warranty for
      i. See attached sample.
      Labor + Material per attached document from BASF

MY
SW

**Total Change Order Amount: $7,500.00**

Previous Contract Total: $120,000.00
**Revised Contract Total: $127,500.00**

***50% ($3,750.00) payment due upon acceptance of change order.***

**Accepted By:** Melinda Young

**Date:** 5/15/20

**BRIAN ALLENDORFER COMPANY, INC.**
www.ballendorfer.com

**by:** ______________________
Scott Wolfe - Project Manager, Brian Allendorfer Co.

1024

**2726 WEST CORTEZ CONDOMINIUM ASSOC**
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 5/20/20

70-477/719

PAY TO THE ORDER OF Allendorfer $ 3750.00

Thirty seven fifty & 00/100 DOLLARS

usbank.

FOR Δ order Masonry BASF sealant

Melinda Young
treasurer

⑈001024⑈ ⑆071904779⑆ 199377774021⑈

1025

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 5/27/20 70-477/719

PAY TO THE ORDER OF Allendorfer $ 2400.00

twenty-four hundred + 00/100 DOLLARS

usbank.

FOR South elevation tuckpointing

Melinda Young
treasurer

⑈001025⑈ ⑆071904779⑆ 199377774021⑈

Back Side Print Close





2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

1028

70-477/719

DATE 7/11/20

PAY TO THE ORDER OF Braun Allendorfer Company, Inc $ 2250.00

Twenty two hundred + fifty + 00/100 DOLLARS

usbank

FOR Invoice 2020051302 R1

Melinda Y treasurer

⑈001028⑈ ⑆071904779⑆ 1993777402 1⑈

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

Details on back

Security Features


1030
2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419
DATE 5/14/20
70-477/719
PAY TO THE ORDER OF Brian Allendorfer Co
$ 3750.00
Thirty seven fifty + 00/100 DOLLARS
usbank.
FOR Δ order 1 | BASF applicant
Melinda C treasurer
⑈001030⑈ ⑆071904779⑆ 199377774021⑈
1029
2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419
DATE 9/12/20
70-477/719
PAY TO THE ORDER OF B Allendorfer + Co
$ 2652.50
twenty six fifty two + fifty cents DOLLARS
usbank.
FOR Δ order 3 South elevation tuckpointing
M C treasurer
⑈001029⑈ ⑆071904779⑆ 199377774021⑈



Return

# Find Past Check or Deposit Slip Images

## View Image

**Account**
Checking - 4021

**Check Number**
1031

**Date Processed**
8/17/2020

**Amount**
$15,575.00

Review Back | Print | Save

1031

**2726 WEST CORTEZ CONDOMINIUM ASSOC**
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 8/6/20 70-477/719

PAY TO THE ORDER OF Brian Allendorfer Co., Inc. $ 15,575.00

fifteen thousand five seventy five + 00/100 DOLLARS

usbank.

FOR Invoice 20200806001 progress payment masonry

Melinda Young treasurer

⑈001031⑈ ⑆071904779⑆ 199377774021⑈

Done

:35 AM Mon Apr 5 70%





AA onlinebanking.usbank.com

Log Off TIAA | onlinebanking.usbank.com/CCAP/af(uUdHFRKDfCRo0GSz3rK3)/FindPastCheckOrDepositSlipImages/I...



Return

# Find Past Check or Deposit Slip Images

## View Image

**Account**
Checking - 4021

**Check Number**
1034

**Date Processed**
10/20/2020

**Amount**
$5,000.00

Review Back | Print | Save

1034

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 10/16/20 70-477/719

PAY TO THE ORDER OF Allendorfer Company, Inc. $ 5,000

five thousand + 00/100 DOLLARS

usbank.

FOR Invoice 20201013001 progress payment - Masonry

treasurer

⑈001034⑈ ⑆071904779⑆ 1993777?4021⑈

Done


7:11
Front
1043
2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419
DATE 4/20/21
70-477/719
PAY TO THE ORDER OF Allendorfer
$ 3585.00
& 00/100 DOLLARS
usbank.
FOR Unit 243 terrace roof replacement Inv. # 20070050
Treasurer
Details on back
Security Features
TAGS




1036

**2726 WEST CORTEZ CONDOMINIUM ASSOC**
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

70-477/719

DATE 11/23/20

PAY TO THE ORDER OF Buan Allendorfer Co., Inc. $ 22,097.50

twenty two thousand ninety seven dollars + 50/100 DOLLARS

usbank.

FOR Final Masonry Inv. 20201117601

treasurer

⑈001036⑈ ⑆071904779⑆ 1993777740021⑈

## Find Past Check or Deposit Slip Images

### View Image

AccountChecking - 4021
Check Number1020
Date Processed5/20/2020
Amount$10,650.50