## KLEIN, DADAY, ARETOS & O'DONOGHUE, LLC

PLEASE NOTE OUR NEW ADDRESS:
1051 Perimeter Drive, Suite 300
Schaumburg, IL 60173
(847) 590-8700
https://secure.lawpay.com/pages/kdaolaw/operating

2726 W. Cortez Condo Association
2726 W. Cortez Street
Unit 2
Chicago, IL 60622

### Invoice

| | |
|---|---|
| Invoice Number | 4277 |
| Invoice Date | 08/19/2020 |
| Payment Due On | 09/18/2020 |
| Amount Due | $2,000.30 |

Pay Now

# 2726 W. Cortez Condo Association v. Erie Ins. Group (Litigation)

20190630-Trust on Account - 2726 W. Cortez Condo Association - General Litigation

## Fees

| Date | Subject | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 06/26/2020 | Email sent/reviewed regarding 2726 West Cortez v. Erie Ins Co (19-CH-10902) | SGD | $400.00 | 0.10 | $40.00 |
| 06/30/2020 | Email sent/reviewed regarding 2726 West Cortez Condominium Assoc. v. Erie Insurance Group A00000529765 EIG.19309: 2726 West Cortez v. Erie Ins Co (19-CH-10902) | RKK | $300.00 | 0.20 | $60.00 |
| 07/01/2020 | Emails sent/reviewed regarding 2726 W. Cortez Condo Association v. Erie Insurance Group Cook County Case No. 19 CH 10902 | RKK | | 0.20 | $0.00 |
| 07/02/2020 | Emails sent/reviewed regarding 2726 West Cortez v. Erie Ins Co (19-CH-10902) - Instructions for Remote Proceeding | RKK | $300.00 | 0.30 | $90.00 |

Invoice No.: 4277

Page 1/4

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/2020 | Email sent/reviewed regarding 2726 West Cortez v. Erie Ins Co (19-CH-10902) - Instructions for Remote Proceeding | SGD | $400.00 | 0.20 | $80.00 |
| 07/06/2020 | Emails sent/reviewed regarding 2726 West Cortez v. Erie Ins Co (19-CH-10902) - Instructions for Remote Proceeding | ES | $90.00 | 0.20 | $18.00 |
| 07/07/2020 | Email sent/reviewed regarding 2726 West Cortez v. Erie Ins Co (19-CH-10902) - Instructions for Remote Proceeding | RKK | | 0.20 | $0.00 |
| 07/07/2020 | Reviewed file; prepared notes for court hearing | RKK | $300.00 | 0.60 | $180.00 |
| 07/08/2020 | Complaint for 2726WC - filed 9-20-19 reviewed | SGD | $400.00 | 0.30 | $120.00 |
| 07/08/2020 | Counterclaim (excerpt from Answer) reviewed | SGD | $400.00 | 0.10 | $40.00 |
| 07/08/2020 | Email sent/reviewed regarding 2726 W. Cortez Condo Association v. Erie Insurance Group Cook County Case No. 19 CH 10902 | SGD | $400.00 | 0.20 | $80.00 |
| 07/08/2020 | Erie Amended Answer and Affirmative Defenses to Cortez Complaint reviewed | SGD | $400.00 | 0.20 | $80.00 |
| 07/08/2020 | Metropolitan Builders reviewed | SGD | $400.00 | 0.10 | $40.00 |
| 07/08/2020 | P's Answer to Amended Affirmative Defenses & Counterclaim - filed 5-12-20 reviewed | SGD | $400.00 | 0.10 | $40.00 |
| 07/09/2020 | Emails sent/reviewed regarding 2726 West Cortez Condominium Assoc. v. Erie Insurance Group A00000529765 EIG.19309: Proposed Order | SGD | $400.00 | 0.10 | $40.00 |
| 07/09/2020 | Status 2726 W. Cortez attended | SGD | $400.00 | 0.50 | $200.00 |
| 07/09/2020 | TC w/ client | SGD | $400.00 | 0.30 | $120.00 |
| 07/13/2020 | Emails sent/reviewed regarding 2726 W. Cortez Condo Association v. Erie Insurance Group Cook County Case No. 19 CH 10902 | SGD | $400.00 | 0.10 | $40.00 |
| 07/24/2020 | Motion for Judgment on the Pleadings created | RKK | $300.00 | 0.10 | $30.00 |
| 08/17/2020 | Email sent/reviewed regarding Cortez | SGD | $400.00 | 0.10 | $40.00 |
| | | | | | $1,338.00 |

| | |
|---|---:|
| Subtotal | $1,338.00 |
| Total | $1,338.00 |
| Prior Balances | $662.30 |
| **Total Balance Due** | $2,000.30 |

**Klein, Daday, Aretos & O'Donoghue, LLC**
2550 West Golf Road, Suite 250
Rolling Meadows, IL 60008
Telephone: 847-590-8700

November 14, 2019
Invoice No. 34560

2726 W. Cortez Condo Association
John Gorr
2726 W. Cortez Street
Unit 2
Chicago, IL 60622

Client Number: 19483 2726 W. Cortez Condo Association
Matter Number: 20190630 2726 W. Cortez Condo Association v. Erie Ins. Group
For Services Rendered Through 11/14/2019.

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/17/2019 | SGD | Email regarding 2726 W Cortez - Water damage | 0.20 | $80.00 |
| 7/30/2019 | RKK | Reviewed file | 0.20 | $60.00 |
| 8/18/2019 | RKK | Research re: Erie Insurance domicile and status | 0.20 | $60.00 |
| 8/18/2019 | RKK | Drafted complaint | 0.80 | $240.00 |
| 8/19/2019 | RKK | Continued drafting complaint | 0.50 | $150.00 |
| 8/19/2019 | RKK | Email to SGD re: draft complaint | 0.20 | $0.00 N/C |
| 9/3/2019 | SGD | Review of complaint. | 0.25 | $100.00 |
| 9/18/2019 | RKK | Email with SGD re: complaint | 0.10 | $0.00 N/C |
| 9/18/2019 | RKK | Email to SGD re: finalizing complaint | 0.30 | $0.00 N/C |
| 9/18/2019 | RKK | Prepared exhibits for complaint | 0.20 | $60.00 |
| 9/20/2019 | RKK | Email to client re: complaint filed | 0.10 | $30.00 |
| 9/20/2019 | RKK | Finalized complaint and prepared for filing | 0.10 | $30.00 |
| 9/20/2019 | RKK | Prepared Summons and service list | 0.30 | $90.00 |
| 9/20/2019 | RKK | Filed complaint and summons with clerk via court's online filing system; noted file | 0.20 | $0.00 N/C |
| 9/23/2019 | RKK | Email to CI re: filing fee | 0.10 | $0.00 N/C |
| 9/23/2019 | RKK | Reviewed court's online filing system re: filed case; downloaded and saved copies of file-stamped Summons and Complaint; noted file re: fee | 0.10 | $0.00 N/C |
| 9/23/2019 | RKK | Email with client re: status | 0.10 | $30.00 |

Continued On Next Page

| Client Number: | 19483 | | | | 11/14/2019 |
|---|---|---|---|---|---|
| Matter Number: | 20190630 | | | | Page: 2 |

| Date | Timekeeper | Description | Hours | Fees |
|---|---|---|---|---|
| 9/23/2019 | RKK | Email to SGD re: serving defendant | 0.10 | $0.00 N/C |
| 9/23/2019 | RKK | Email to SGD re: sending docs to Sonne | 0.10 | $30.00 |
| 9/23/2019 | RKK | Email to YB re: sending docs to process server | 0.10 | $0.00 N/C |
| 10/9/2019 | RKK | Reviewed process server's online records status of service; noted file re: still pending | 0.10 | $30.00 |
| 10/14/2019 | SGD | REview correspondence; email to client; Email regarding RE: 2726 W Cortez - Signed Retainer at 10:43a. | 0.20 | $80.00 |
| 10/14/2019 | SGD | Email to oc; Email regarding RE: 2726 West Cortez Condominium Assoc. v. Erie In at 10:41a. | 0.20 | $80.00 |
| 10/14/2019 | RKK | Reviewed process server's online records status of service; noted file re: still pending | 0.10 | $30.00 |
| 10/14/2019 | RKK | Email to process server re: status of service | 0.10 | $30.00 |
| 10/14/2019 | RKK | Reviewed email from process server re: service; reviewed and saved copy of Affidavit of Service; noted file re: served | 0.10 | $30.00 |
| 10/14/2019 | RKK | Email to SGD re: service | 0.10 | $0.00 N/C |
| 10/14/2019 | RKK | Email with SGD re: docketing date | 0.10 | $0.00 N/C |
| 10/26/2019 | RKK | Reviewed email from Clerk re: appearance; downloaded and saved copy of appearance filed by defendant's attorney; calendared court date; noted file re: OC's contact info | 0.20 | $60.00 |
| 10/31/2019 | RKK | Email to OC re: copy of complaint with exhibits | 0.10 | $30.00 |
| 11/8/2019 | SGD | review motion for extension. | 0.25 | $100.00 |
| 11/10/2019 | RKK | Reviewed notices from court's online filing system re: motion and notice of motion filed; downloaded and saved copies; reviewed NOM and routine motion for extension of time to file responsive pleadings; noted file | 0.20 | $60.00 |
| 11/10/2019 | RKK | Email with client re: status | 0.30 | $90.00 |
| | | **Billable Hours / Fees:** | **4.90** | **$1,580.00** |

### Timekeeper Summary

Timekeeper RKK worked 3.80 hours at $300.00 per hour, totaling $1,140.00.

Timekeeper RKK worked 1.40 hours at no charge.

Timekeeper SGD worked 1.10 hours at $400.00 per hour, totaling $440.00.

Continued On Next Page

Client Number:   19483                                                                                           11/14/2019
Matter Number:  20190630                                                                                          Page:   3

## Cost Detail

| Date | Description | Amount |
|---|---|---|
| 9/20/2019 | Clerk of Court: Filing fee | $399.21 |
| | Total Costs | $399.21 |

## Payment Detail

| Date | Description | Amount |
|---|---|---|
| 7/20/2019 | Credit Card Payment | ($5,500.00) |
| | Total Payments Received: | ($5,500.00) |

## Current Invoice Summary

| | | |
|---|---|---|
| Prior Balance: | $0.00 | |
| Payments Received: | ($5,500.00) | Last Payment: 7/20/2019 |
| Unpaid Prior Balance: | ($5,500.00) | |
| Current Fees: | $1,580.00 | |
| Advanced Costs: | $399.21 | |
| **CREDIT BALANCE, DO NOT PAY:** | ($3,520.79) | |

For Credit Card Payments log into either of our sites below:
LawPay: https://secure.lawpay.com/pages/kdaolaw/operating
Firm Website: www.kdaolaw.com

WE APPRECIATE YOUR BUSINESS.



Joseph J. Klein
Stephen G. Daday
Michael G. Aretos
Timothy J. O'Donoghue
———
Kristopher M. Briggs*
Robyn K. Kish
Nathan Buikema
Daniel J. Lee
Julie A. Repple

**KLEIN, DADAY, ARETOS & O'DONOGHUE**
**ATTORNEYS AT LAW**

*Attorneys and Counselors*
1051 PERIMETER DRIVE, SUITE 300
SCHAUMBURG, IL 60173
(847) 590-8700
FAX (847) 590-9825
www.kdaolaw.com

Of Counsel
Carrissa M. Alvers
———
Chicago Loop Office
161 N. Clark St.
Suite 1600
Chicago, IL 60601
(312) 450-6639 Ph.
(312) 523-2001 Fax

*-Licensed in Illinois & Wisconsin*

March 17, 2021

Mike Galasinski
Arrow Masonry & Exteriors, Inc.
515 S. Vermont St., Suite A
Palatine, IL 60067

Re: **Contract with 2726 W. Cortez Condo Association; Our File No. 2020-0523**

Dear Mr. Galasinski:

Please be advised that we are the attorneys for the 2726 W. Cortez Condominium Association. We've been retained by the Association in regards to the contract with your company, Arrow Masonry & Exteriors, Inc., dated May 7, 2018. A copy of the contact is enclosed herewith. Pursuant to the contract, Arrow was supposed to do spot grinding, spot tuckpointing, caulking, flashing installation, and sealing. Arrow claimed it completed the work under the contract and my client paid Arrow in full under the contract, in the amount of $16,840.

The Association has since had Arrow's work inspected and corrected by another company. According to the inspection, Arrow's work was not performed pursuant to the terms of the contract. Arrow failed to apply the PITFLEX sealant according to the manufacturer's recommendations, voiding any manufacturer's warranty. The manufacturer's recommendations require two (2) coats to be applied but Arrow only applied one (1) coat. The sealant was applied so poorly that it left multiple pin holes in the coating that continued to let water seep into the building. Further, Arrow did not do any tuckpointing as provided in the contract. Arrow also caulked rope wicks, weeps, and window and door lintels, all of which trapped moisture further damaging the building.

Due to Arrow's failure to perform the work in the contract and the sub-standard work that was done, the Association hereby demands that Arrow reimburse it for the full amount under the contract in the amount of $16,840 within the next fourteen (14) days. Should you fail to do so, the Association will consider further legal action under the contract. Should you have any questions or if you wish to discuss this matter further, please contact me.

Yours truly,

*/s/ Robyn K. Kish*

Robyn K. Kish
Enclosure