Review Back

| Print | Save

Cancel

1008

**2726 WEST CORTEZ CONDOMINIUM ASSOC**
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 5/29/19

70-477/719

PAY TO THE ORDER OF Steve Hier $ 750.00

seven hundred fifty & 00/100 DOLLARS

usbank.

FOR Consulting 2726 W Cortez

⑈001008⑈ ⑆071904779⑆ 1993777402 1⑈

## View Image

**Account**
Checking - 4021

**Check Number**
1015

**Date Processed**
1/3/2020

**Amount**
$1,312.00

Review Back | Print | Save

1015

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 12/6/19

70-477/719

PAY TO THE ORDER OF Miller Hier $ 1312.00

thirteen twelve & 00/100 DOLLARS

usbank.

FOR Consulting hours 6/13 – 11/14/19

Melinda S
Treasurer

⑈001015⑈ ⑆071904779⑆ 1993777402 1⑈

| | | | |
|---|---|---|---|
| 10/15/2019 | Atm Deposit 10/12 card 4803<br>Us Bank Riverfrtchicago Ilus1 | $9,545.58 | $10,779.90 |
| 03/28/2019 | Atm Deposit 03/27 card 4803<br>Us Bank Riverfrtchicago Ilus1 | $26,400.00 | $61,808.15 |
| 12/24/2019 | Atm Deposit 12/24 card 4803<br>Us Bank Lincoln Chicago Ilus1 | $15,122.44 | $16,419.21 |
| 05/18/2020 | Atm Deposit 05/16 card 4803<br>Usb South Wackerchicago Ilus1 | $27,121.20 | $28,168.99 |

* Deposit on 5/18/20 -- THIS WAS TWO CHECKS (ONE FROM GORR AND ONE FROM SGARIGLIA)

| | | | |
|---|---|---|---|
| 05/06/2019 | Atm Deposit 05/06 card 4803<br>Us Bank West Towchicago Ilus1 | $26,400.00 | $31,479.67 |


1026

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 5/31/20

70-477/719

PAY TO THE ORDER OF Miller Hier home inspection $ 1187.00

Eleven hundred eighty seven & 00/100 DOLLARS

usbank.

FOR April/may consulting 2726 w Cortez

Melinda Young
treasurer

⑈001026⑈ ⑆071904779⑆ 199377774021⑈

Back Side Print Close

## Find Past Check or Deposit Slip Images

### View Image

**Account**
Checking - 4021

**Check Number**
1041

**Date Processed**
6/10/2021

**Amount**
$1,250.00

Review Back | Print | Save

1041

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 3/29/21 70-477/719

PAY TO THE ORDER OF Miller Ther Home Inspection $ 1250.00

twelve hundred fifty & 00/100 DOLLARS

usbank.

FOR Consult to HOA
6/20 - 3/21

⑈001041⑈ ⑆071904779⑆ 1993777740 21⑈

Cancel