

# U.S. Bank

03/27/19  20:49  SUS27450
03/28/19  POSTING DATE
US BANK RIVERFRT PLZ
CHICAGO IL

| | |
|---|---|
| CARD | *************4803 |
| AID | A0000000980840 |
| US DEBIT | |
| RECORD NO. | 729 |
| NET DEPOSIT | $26,400.00 |
| TO CHECKING *************4021 | |
| ACCOUNT BALANCE | $46,208.15 |
| AVAILABLE BALANCE | $20,008.15 |

CHECK DEPOSIT DETAILS:
167996                $26,400.00

*[Image of check from Huntington National Bank, Columbus, Ohio 43215, Pay to the order of US Bank, Twenty Six Thousand four hundred dollars, $26,400.00]*

Total:                 $26,400.00

FIND MORE THAN 28000 SURCHARGE-FREE
MONEYPASS ATMS AT MONEYPASS.COM

usbank.com

EQUAL HOUSING LENDER  All transactions are subject to final proof and verification. Member FDIC

# U.S. bank

```
05/06/19    09:42   SUS27665
05/06/19            POSTING DATE
US BANK WEST TOWN
CHICAGO IL

CARD              ************4803
AID               A0000000980840
US DEBIT
RECORD NO.                    848
NET DEPOSIT            $26,400.00
TO CHECKING
*************4021
ACCOUNT BALANCE        $34,217.47
AVAILABLE BALANCE       $8,017.47

CHECK DEPOSIT DETAILS:
   168145               $26,400.00
Total:                  $26,400.00

FIND MORE THAN 28000 SURCHARGE-FREE
MONEYPASS ATMS AT MONEYPASS.COM
```



usbank.com

EQUAL HOUSING LENDER

All transactions are subject to final proof and verification. Member FDI





**B. ALLENDORFER**
*A FAMILY TRADITION FOR FIVE GENERATIONS*

**BRIAN ALLENDORFER CO., INC.**
448 Eton Drive
North Barrington, Illinois 60010-2214
Telephone 773-292-0600
Fax 773-292-0606
ballendorfer.com

**INVOICE – FINAL R1**

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419
Attention: Melinda Young

RE: Roofing Work
3-story Residential Building
2726 West Cortez Street
Chicago, Illinois 60622-3419

07/10/2020

Invoice No. 20200513002 R1

**Amount Due: $2,250.00**

| | |
|---|---:|
| Current Contract: | $27,500.00 |
| Additional Charges – 256 SF of deteriorated plywood decking: | $1,280.00 |
| Change Order # 1 – Penthouse Siding | $2,250.00 |
| Payments received to date: Chk # 1011 | -13,750.00 |
| Chk # 1021 | -15,030.00 |
| This Invoice – Roofing Final Payment | -2,250.00 |
| **Remaining project balance after this payment:** | **$0.00** |

**PLEASE REMIT PAYMENT TO:**
Brian Allendorfer Company, Inc.
448 Eton Drive
North Barrington, Illinois 60010-2114





**MELINDA SGARIGLIA**
2726 W CORTEZ ST UNIT 1
CHICAGO, IL 60622-3419

Personal Line of Credit  1017
25-2/440

Date 7/10/20

Pay to the Order of  2726 W Cortez HOA    $ 990.22

Dollars

**Huntington**

Memo  invoice 2020513002 R1

Melinda S

⑈:044000024⑈: 5010659174⑈ 101754