# EXH 34 BLANK