**MELINDA SGARIGLIA**
2726 W CORTEZ ST UNIT 1
CHICAGO, IL 60622-3419

Personal Line of Credit        1041
                               25 2/440

Date 3/4/21

Pay to the Order of  Miller Hier home Inspection   $ 1,000

One thousand & 00/100                    Dollars

🏛 **Huntington**

Invoice via 3/4/21 for legal
email work 2724 W Cortez     M W
10/29/20 - 3/4/21

⑈044000024⑈ 5010659174⑈ 1041 54

PAY TO THE ORDER OF
WINTRUST BANK CHICAGO
CHICAGO IL 60647
071925444
FOR DEPOSIT ONLY
MILLER HIER ENTERPRISES
INC
3805785012

Date: 2021/03/31   CID: 0776-06MAY21   DIN: 513125045
Acct#: 5010659174   Ck#: 0   Amt: $ 1000.00