🔒 onlinebanking.huntington.com

# MY ACCOUNTS | Detail

 Print Page

## Account Information

Personal Credit Line ...9174 ▼

| | |
|---|---|
| Today's Beginning Balance | $46,020.03 |
| Available Credit | $55,979.97 |
| Total Minimum Payment Due | $0.00 |
| Payment Due Date | 4/15/2021 |

| | |
|---|---|
| Nickname | Personal Credit Line |
| Account Number | ......9174 Show |
| Credit Limit | $102,000.00 |
| Primary Line APR | 5.23 % |
| YTD Interest Paid | $1,076.42 |
| Last Payment Amount | $168.15 |
| Last Payment Date | 4/13/2021 |

**Make a Payment**

Expanded Account Information

Account Services >>>>>>   Special Rate Features   Order Checks   Online Statements

## Transaction History

From 03/01/2021  To 04/20/2021  **Go**  Advanced Search

⬇ Download

| Date | Number | Type | Payee/Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|
| 04/13/2021 | 73898217 | Payment | PAYMENT - THANK YOU | | $168.15 | $46,020.03 |
| 04/01/2021 | 73736950 | Charge | PCL CHECK | -$1,000.00 | | $46,188.18 |
| 03/31/2021 | 73720803 | Charge | PCL CHECK | -$550.00 | | $45,188.18 |
| 03/26/2021 | 73686615 | Charge | PCL CHECK | -$50.00 | | $44,638.18 |
| 03/23/2021 | 73654475 | Charge | PCL CHECK | -$2,508.00 | | $44,588.18 |
| 03/19/2021 | 73608925 | Miscellaneous | TOTAL INTEREST CHARGE | -$168.15 | | $42,080.18 |
| 03/11/2021 | 73488416 | Payment | PAYMENT - THANK YOU | | $173.15 | $41,912.03 |

For questions, please contact Personal Credit Line Customer Service at 1-800-992-2053.

Internet transfers to/from Credit Cards or Credit Lines will be displayed on the next business day.

▲ back to top