MELINDA SGARIGLIA
2728 W CORTEZ ST UNIT 1
CHICAGO, IL 60622-3419

Personal Line of Credit       1028
                              75-2/440

Date 8/6/20

Pay to the Order of: 2724 W Cortez HOA     $ 110.00

One hundred ten +00/100 _____ Dollars

Huntington

Memo: Da day for Arrao demand letter

Milinda S

⑆044000024⑆ 5010659174⑈ 1028 54

[back of check]
2724 W Cortez HOA
for Deposit only

Date: 2020/08/07   CID: 1227-27SEP21   DIN: 535028817
Acct#: 5010659174   Ck#: 0   Amt: $ 110.00