

**ROOFING BY B. ALLENDORFER**
A FAMILY TRADITION FOR FIVE GENERATIONS

BRIAN ALLENDORFER CO., INC.
1240 North Central Park Ave.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

March 16, 2021

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419

RE: Roof Replacement – Unit 2
3-story Residential Building
2726 West Cortez Street
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

We look forward to working with you and are pleased to quote the following project:

Terrace Roof Replacement – Units 1 & 2:
1. Remove and dispose of the existing decking.
2. Remove all existing roofing down to the plywood roof sheathing.
3. Furnish and install .5" DensDeck Prime Roof Board over the plywood roof sheathing, secured with insulation screws and plates.
4. Furnish and install 4" fiber cant strip at the base of all parapet and transition walls, set in mastic.
5. Furnish and install one (1) ply of CertainTeed Black Diamond Self-Adhering SBS modified bitumen membrane base sheet over the roof board.
6. Furnish and install one (1) ply of CertainTeed Flintlastic GTA APP mineral surfaced modified bitumen membrane over the base sheet, fully heat-fused in place; mineral surface color to be selected.
7. Furnish and install prefinished galvanized steel counter flashing, where needed.
8. Remove all debris resulting from our operation from the premises in a neat, workmanlike manner.

Price: Five Thousand Seven Hundred Dollars..........................................................$5,700.00

After project has begun, work ordered but not mentioned in this contract shall be performed at the additional cost of $105.00 per man hour, plus 20% above cost of materials and or equipment.

Terms: 50% down on acceptance of proposal; balance due on completion of work.
Workman's Compensation and Public Liability Insurance are carried for your protection.
Conditions page of this document shall be integrated into this contract.

Accepted: _Melinda Young_    BRIAN ALLENDORFER COMPANY, INC.
                             www.ballendorfer.com
Date: _3/23/21_              by: _____
                             Brian L. Allendorfer Jr.
                             Illinois State License #104-015740

PLEASE RETURN ONE SIGNED COPY

---

MELINDA SGARIGLIA
2726 W CORTEZ ST UNIT 1
CHICAGO, IL 60622-3419

Personal Line of Credit   1043
                          25-2/440

Date 3/22/21

Pay to the Order of _2726 W Cortez HOA_   $ 2508.00
_twenty five eight & 00/100_   Dollars

Huntington

Memo: _Assessment - 3rd fl. roof balcony replacement_   _My_

⑈044000024⑈ 5010659174⑈ 1043



# ROOFING BY B. ALLENDORFER
A FAMILY TRADITION FOR FIVE GENERATIONS

BRIAN ALLENDORFER CO., INC.
1240 North Central Park Ave.
Chicago, Illinois 60651-2213
Telephone 773-292-0600
Fax 773-292-0606
www.ballendorfer.com

March 16, 2021

2726 West Cortez Condominium Association
2726 West Cortez Street
Chicago, Illinois 60622-3419

RE: Roof Replacement – Unit 2
3-story Residential Building
2726 West Cortez Street
Chicago, Illinois 60622-3419

Thank you for your interest in Brian Allendorfer Company, Inc., and considering us for your project. We appreciate the trust you have placed in us. We're extremely proud to say that we have been contractors since 1885 - It has been our family tradition for 5 generations! In addition, we have been a consistently "A" rated company with the Better Business Bureau.

We look forward to working with you and are pleased to quote the following project:

**Terrace Roof Replacement – Units 1 & 2:**
1. Remove and dispose of the existing decking.
2. Remove all existing roofing down to the plywood roof sheathing.
3. Furnish and install .5" DensDeck Prime Roof Board over the plywood roof sheathing, secured with insulation screws and plates.
4. Furnish and install 4" fiber cant strip at the base of all parapet and transition walls, set in mastic.
5. Furnish and install one (1) ply of CertainTeed Black Diamond Self-Adhering SBS modified bitumen membrane base sheet over the roof board.
6. Furnish and install one (1) ply of CertainTeed Flintlastic GTA APP mineral surfaced modified bitumen membrane over the base sheet, fully heat-fused in place; mineral surface color to be selected.
7. Furnish and install prefinished galvanized steel counter flashing, where needed.
8. Remove all debris resulting from our operation from the premises in a neat, workmanlike manner.

Price: Five Thousand Seven Hundred Dollars..................................................................$5,700.00

After project has begun, work ordered but not mentioned in this contract shall be performed at the additional cost of $105.00 per man hour, plus 20% above cost of materials and or equipment.

Terms: 50% down on acceptance of proposal; balance due on completion of work.
Workman's Compensation and Public Liability Insurance are carried for your protection.
Conditions page of this document shall be integrated into this contract.

Accepted: _Milinda Young_  BRIAN ALLENDORFER COMPANY, INC.
www.ballendorfer.com
Date: _3/23/21_  by: _____



1039
2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 3/29/21       70-477/719

PAY TO THE ORDER OF _Allendorfer_   $ 2850.00

_twenty eight fifty + 00/100_   DOLLARS

usbank

FOR _Unit 1+2 Terrace Roof Replacement_    _MY_

⑈001039⑈ ⑆071904779⑆ 1993??????021⑈





# Unit 2 and 3 Balcony Reroofing

## Unit 2 and 3 Balcony Reroofing

HELOC 1043 $2508
HELOC 1045 $323.40

HOA 1039 $2850
HOA 1043 $3585

USBank Deposit Image

