

Erie Insurance Exchange
Member • Erie Insurance Group
100 Erie Ins. Pl. • Erie, PA 16530

Erie Insurance Exchange

## Ultrapack Plus Policy Declarations
### Renewal Certificate

**Mailing Name and Address for Insured:**
2726 W CORTEZ CONDOMINIUM ASSOCIATION
2726 W CORTEZ ST UNIT 2
CHICAGO IL 60622-3419

**Other Interest:**



MM1205

**Named Insured's Full Name:**
2726 W. Cortez Condominium Association

**Agent:**
MM1205   WOODMAN CISON & ASSOCIATES LLC

**Policy Period:** 07/20/2017 to 07/20/2018

**Policy Number:** Q970203667

**Agent Address and Phone**
WOODMAN CISON & ASSOCIATES LLC
1301 S WOLF RD STE 403
PROSPECT HEIGHTS IL 60070-1717
847-941-9041

Policy begins at 12:01 A.M. standard time on the effective date and ends at 12:01 A.M. standard time on the expiration date. Standard time is determined at the stated address of the named insured.

The insurance applies to those premises described below. This is subject to all applicable terms of the policy and attached forms and endorsements.

## Premium Summary

**Total Annual Policy Premium:**                                                                $2,602.00
(This is not a bill. Your invoice will follow in a separate mailing.)

**Property Protection - As Per Attached Supplemental Declarations**
**Deductible (Property Protection Only) $1,000**

## Policy-Level Coverages

| Liability Protection | Limits of Insurance |
|---|---|
| **Commercial General Liability Limits of Insurance** | |
| Each Occurrence Limit | $1,000,000 |
|    Damage to Premises Rented to You | $1,000,000 Any One Premises |
|    Medical Expense limit | $10,000 Any One Person |
| Personal & Advertising Injury Limit | $1,000,000 Any One Person or Organization |
| General Aggregate Limit | $2,000,000 |
| Products/Completed Operations Aggregate Limit | $2,000,000 |

Processed On: 04/26/2017  (See Reverse Side)

| Insured Name: | 2726 W. Cortez Condominium Association | |
|---|---|---|
| Policy Number: | Q970203667 | |
| Policy Period: | 07/20/2017 to 07/20/2018 | Page 2 of 4 |

| Optional Coverages | Deductible | Amount of Insurance |
|---|---|---|

**Policy-Level Optional Coverages:**

**Property and Inland Marine - Optional Coverages:**

| | | |
|---|---|---|
| Terrorism | | Included |

**General Liability - Optional Coverages:**

Directors and Officers-Condominiums
    Retroactive Date-07/20/12                                                                 $1,000,000 Each Claim/
    Self-Insured Retention-$1,000                                              $2,000,000 Aggregate
    3 Units

| | |
|---|---|
| Insured Name: | 2726 W. Cortez Condominium Association |
| Policy Number: | Q970203667 |
| Policy Period: | 07/20/2017 to 07/20/2018    Page 3 of 4 |

## Supplemental Declarations

### Location 1 / Building 1

**Address:**
2726 W CORTEZ ST
CHICAGO IL  60622-3419
County:   Cook

**Occupancy/Operations:**
Habitational Condominiums - Lessor Risk

**Interest of Named Insured in Such Premises:**  Condo Association

| Coverage | Deductible | Amount of Insurance |
|---|---|---|
| **Property Protection** | | |
| 1. Buildings | | Guaranteed Replacement Cost* |
| 2. Business Personal Property and Personal Property of Others | | NIL |
| 3. Income Protection & Extra Expense | | Actual Loss Sustained 12 Months |

*The amount of Insurance applying to the Building is the Replacement Cost at the time of the loss, subject to policy conditions and requirements. The estimated Replacement Cost of the Building is $1,027,000

Automatic Adjustment of Building Coverage - 1%

**Property and Inland Marine - Optional Coverages:**

| | | |
|---|---|---|
| Building Ordinance or Law Coverage - Increased Coverage & Income Protection | | |
|    10% of Limit | | $102,700 |
| Sewer and Drain Backup | $500 | $25,000 |

## Schedule of Static Forms

| Form Number | Edition Date | Description |
|---|---|---|
| UPP | 01/10 | ULTRAPACK PLUS  POLICY |
| PK0001 | 02/17 * | ULTRAPACK PLUS COMMERCIAL PROPERTY COVERAGE PART |
| PKAH | 01/12 | BUILDING ORDINANCE OR LAW - INCREASED COVERAGE AND INCOME PROTECTION COVERAGE |
| PKAX | 01/10 | PRODUCTION OR PROCESS MACHINERY - DEDUCTIBLE |
| PKAY | 12/14 | SEWER AND DRAIN BACK-UP COVERAGE |
| PKBH | 01/12 | GUARANTEED REPLACEMENT COST COVERAGE |
| PKUA | 01/10 | CONDOMINIUM ASSOCIATION COVERAGE |
| CL0201 | 05/12 * | IMPORTANT NOTICE TO ILLINOIS POLICYHOLDERS REGARDING CONSUMER COMPLAINT/CIVIL UNION NOTIFICATIONS |
| CL0209 | 11/10 | IMPORTANT NOTICE - LEAD LIABILITY EXCLUSION |
| CL0212 | 11/10 * | IMPORTANT NOTICE - POLICY SERVICE FEES |
| CL0217 | 11/10 * | IMPORTANT NOTICE - NO FLOOD COVERAGE |
| CL0227 | 07/11 * | IMPORTANT NOTICE TO ILLINOIS POLICYHOLDERS MINE SUBSIDENCE INSURANCE AVAILABLE |
| PKGP | 01/10 | AMENDMENT OF MOBILE EQUIPMENT DEFINITION |
| PKRA | 06/10 | ILLINOIS AMENDATORY ENDORSEMENT |
| PK0005 | 07/16 | ULTRAPACK PLUS EXTRA LIABILITY COVERAGES  ILLINOIS |
| CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0099 | 11/85 | CHANGES IN GENERAL LIABILITY FORMS FOR COMMERCIAL PACKAGE POLICIES |

Processed On: 04/26/2017  (See Reverse Side)

| | |
|---|---|
| Insured Name: | 2726 W. Cortez Condominium Association |
| Policy Number: | Q970203667 |
| Policy Period: | 07/20/2017 to 07/20/2018 — Page 4 of 4 |

## Schedule of Static Forms - *(continued)*

| Form Number | Edition Date | Description |
|---|---|---|
| CG0165 | 08/05 | ILLINOIS CHANGES - CONDOMINIUMS |
| CG0200 | 12/07 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| CG2004 | 11/85 | ADDITIONAL INSURED - CONDOMINIUM UNIT OWNERS |
| CG2147 | 12/07 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG2167 | 12/04 | FUNGI OR BACTERIA EXCLUSION |
| UFB213 | 11/12 * | SUBSCRIBER'S AGREEMENT |
| CG2170 | 01/15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG2196 | 03/05 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| PKGM | 12/14 | PUNITIVE DAMAGES COVERAGE ILLINOIS |
| CL0396 | 10/15 | IMPORTANT NOTICE - DATA BREACH RESPONSE EXPENSES COVERAGE |
| CG2106 | 05/14 | EXCL-ACCESS OR DISCLOSURE OF CONFIDENT OR PERS INFO AND DATA-RELATED LIAB - WITH LIMIT BOD INJ EXCEP |
| PKKEIL | 07/16 | DIRECTORS AND OFFICERS LIABILITY COVERAGE - CONDOMINIUMS ILLINOIS |
| PKUD | 01/10 | CONDOMINIUMS - LIABILITY COVERAGE |
| CG2109 | 06/15 | EXCLUSION - UNMANNED AIRCRAFT |
| IL0017 | 11/98 | COMMON POLICY CONDITIONS |
| IL0021 | 09/08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL0147 | 09/11 | ILLINOIS CHANGES - CIVIL UNION |
| IL0162 | 10/13 | ILLINOIS CHANGES - DEFENSE COSTS |
| IL0952 | 01/15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL985F | 01/15 * | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT |
| PKMJ | 01/10 | EXCLUSION - LEAD LIABILITY |
| PKMD | 01/10 | EXCLUSION - ASBESTOS |
| PKMQ | 12/14 | EXCLUSION - PROFESSIONAL LIABILITY |
| PKRO | 01/10 | AMENDMENT OF POLICY - TWO OR MORE COVERAGE PARTS |

Processed On: 04/26/2017



Erie Insurance Exchange
Member · Erie Insurance Group
100 Erie Ins. Pl. · Erie, PA 16530

Erie Insurance Exchange

## Ultrapack Plus Policy Declarations
### Renewal Certificate

**Mailing Name and Address for Insured:**
2726 W CORTEZ CONDOMINIUM
C/O MELINDA SGARIGLIA
2726 W CORTEZ ST UNIT 1
CHICAGO IL 60622-3419

**Other Interest:**



223196163
MM1205

**Named Insured's Full Name:**
2726 W. Cortez Condominium Association

**Agent:**
MM1205    WOODMAN CISON & ASSOCIATES LLC

**Policy Period:**
07/20/2019 to 07/20/2020

**Policy Number:**
Q970203667

**Agent Address and Phone**
WOODMAN CISON & ASSOCIATES LLC
1301 S WOLF RD STE 403
PROSPECT HEIGHTS IL 60070-1717
847-941-9041

Policy begins at 12:01 A.M. standard time on the effective date and ends at 12:01 A.M. standard time on the expiration date. Standard time is determined at the stated address of the named insured.

The insurance applies to those premises described below. This is subject to all applicable terms of the policy and attached forms and endorsements.

### Premium Summary

| | |
|---|---|
| **Total Annual Policy Premium:** | $2,779.00 |

(This is not a bill. Your invoice will follow in a separate mailing.)

**Property Protection - As Per Attached Supplemental Declarations**
**Deductible (Property Protection Only) $1,000**

### Policy-Level Coverages

| Liability Protection | Limits of Insurance |
|---|---|
| **Commercial General Liability Limits of Insurance** | |
| Each Occurrence Limit | $1,000,000 |
|     Damage to Premises Rented to You | $1,000,000 Any One Premises |
|     Medical Expense limit | $10,000 Any One Person |
| Personal & Advertising Injury Limit | $1,000,000 Any One Person or Organization |
| General Aggregate Limit | $2,000,000 |
| Products/Completed Operations Aggregate Limit | $2,000,000 |

Processed On: 04/26/2019  (See Reverse Side)

| Insured Name: | 2726 W. Cortez Condominium Association |
|---|---|
| Policy Number: | Q970203667 |
| Policy Period: | 07/20/2019 to 07/20/2020 |

Page 2 of 48

| Optional Coverages | Deductible | Amount of Insurance |
|---|---|---|
| **Policy-Level Optional Coverages:** | | |
| **Property and Inland Marine - Optional Coverages:** | | |
| Terrorism | | Included |
| **General Liability - Optional Coverages:** | | |
| Directors and Officers-Condominium or Homeowner Associations | | $1,000,000 Each Claim/ |
|     Retroactive Date-07/20/12 | | $2,000,000 Aggregate |
|     Self-Insured Retention-$1,000 | | |
|     3 Units | | |

Processed On: 04/26/2019         CONTINUED ON NEXT PAGE

Insured Name: 2726 W. Cortez Condominium Association
Policy Number: Q970203667
Policy Period: 07/20/2019 to 07/20/2020
Page 3 of 48

## plemental Declarations

### tion 1 / Building 1

**ress:**
 W CORTEZ ST
CAGO IL 60622-3419
 nty: Cook

**Occupancy/Operations:**
Habitational Condominiums or Homeowners Association - Lessor Risk

**erest of Named Insured In Such Premises:** Condominium or Homeowner Associations

| verage | Deductible | Amount of Insurance |
|---|---|---|
| **operty Protection** | | |
| Buildings | | Guaranteed Replacement Cost* |
| Business Personal Property and Personal Property of Others | | NIL |
| Income Protection & Extra Expense | | Actual Loss Sustained 12 Months |

The amount of insurance applying to the Building is the Replacement Cost at the time of the loss, subject to policy conditions and equirements. The estimated Replacement Cost of the Building is $1,100,500

Automatic Adjustment of Building Coverage - 4%

**Property and Inland Marine - Optional Coverages:**

| | | |
|---|---|---|
| Building Ordinance or Law Coverage - Increased Coverage & Income Protection | | |
| 10% of Limit | | $110,050 |
| Sewer and Drain Backup | $500 | $25,000 |

### Schedule of Static Forms

| Form Number | Edition Date | Description |
|---|---|---|
| UPP | 01/10 | ULTRAPACK PLUS POLICY |
| PK0001 | 09/18 * | ULTRAPACK PLUS COMMERCIAL PROPERTY COVERAGE PART |
| PKAH | 01/12 | BUILDING ORDINANCE OR LAW - INCREASED COVERAGE AND INCOME PROTECTION COVERAGE |
| PKAX | 01/10 | PRODUCTION OR PROCESS MACHINERY - DEDUCTIBLE |
| PKAY | 12/14 | SEWER AND DRAIN BACK-UP COVERAGE |
| PKBH | 01/12 | GUARANTEED REPLACEMENT COST COVERAGE |
| PKUA | 01/10 | CONDOMINIUM ASSOCIATION COVERAGE |
| CL0201 | 05/12 * | IMPORTANT NOTICE TO ILLINOIS POLICYHOLDERS REGARDING CONSUMER COMPLAINT/CIVIL UNION NOTIFICATIONS |
| CL0209 | 11/10 | IMPORTANT NOTICE - LEAD LIABILITY EXCLUSION |
| CL0212 | 11/10 * | IMPORTANT NOTICE - POLICY SERVICE FEES |
| CL0217 | 11/10 * | IMPORTANT NOTICE - NO FLOOD COVERAGE |
| CL0227 | 07/11 * | IMPORTANT NOTICE TO ILLINOIS POLICYHOLDERS MINE SUBSIDENCE INSURANCE AVAILABLE |
| PKGP | 01/10 | AMENDMENT OF MOBILE EQUIPMENT DEFINITION |
| PKRA | 06/10 | ILLINOIS AMENDATORY ENDORSEMENT |
| PK0005 | 07/16 | ULTRAPACK PLUS EXTRA LIABILITY COVERAGES ILLINOIS |
| CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0099 | 11/85 | CHANGES IN GENERAL LIABILITY FORMS FOR COMMERCIAL PACKAGE POLICIES |

Processed On: 04/26/2019 (See Reverse Side)

Insured Name: 2726 W. Cortez Condominium Association
Policy Number: Q970203667
Policy Period: 07/20/2019 to 07/20/2020

Page 3 of 48

## upplemental Declarations

### cation 1 / Building 1

**ddress:**
726 W CORTEZ ST
HICAGO IL  60622-3419
ounty:   Cook

**Occupancy/Operations:**
Habitational Condominiums or Homeowners
Association - Lessor Risk

**nterest of Named Insured In Such Premises:** Condominium or Homeowner Associations

| Coverage | Deductible | Amount of Insurance |
|---|---|---|
| **Property Protection** | | |
| 1. Buildings | | Guaranteed Replacement Cost* |
| 2. Business Personal Property and Personal Property of Others | | NIL |
| 3. Income Protection & Extra Expense | | Actual Loss Sustained 12 Months |

*The amount of insurance applying to the Building is the Replacement Cost at the time of the loss, subject to policy conditions and requirements. The estimated Replacement Cost of the Building is $1,100,500.

Automatic Adjustment of Building Coverage - 4%

**Property and Inland Marine - Optional Coverages:**

| | | |
|---|---|---|
| Building Ordinance or Law Coverage - Increased Coverage & Income Protection | | |
| 10% of Limit | | $110,050 |
| Sewer and Drain Backup | $500 | $25,000 |

## Schedule of Static Forms

| Form Number | Edition Date | Description |
|---|---|---|
| UPP | 01/10 | ULTRAPACK PLUS  POLICY |
| PK0001 | 09/18 * | ULTRAPACK PLUS COMMERCIAL PROPERTY COVERAGE PART |
| PKAH | 01/12 | BUILDING ORDINANCE OR LAW - INCREASED COVERAGE AND INCOME PROTECTION COVERAGE |
| PKAX | 01/10 | PRODUCTION OR PROCESS MACHINERY - DEDUCTIBLE |
| PKAY | 12/14 | SEWER AND DRAIN BACK-UP COVERAGE |
| PKBH | 01/12 | GUARANTEED REPLACEMENT COST COVERAGE |
| PKUA | 01/10 | CONDOMINIUM ASSOCIATION COVERAGE |
| CL0201 | 05/12 * | IMPORTANT NOTICE TO ILLINOIS POLICYHOLDERS REGARDING CONSUMER COMPLAINT/CIVIL UNION NOTIFICATIONS |
| CL0209 | 11/10 | IMPORTANT NOTICE - LEAD LIABILITY EXCLUSION |
| CL0212 | 11/10 * | IMPORTANT NOTICE - POLICY SERVICE FEES |
| CL0217 | 11/10 * | IMPORTANT NOTICE - NO FLOOD COVERAGE |
| CL0227 | 07/11 * | IMPORTANT NOTICE TO ILLINOIS POLICYHOLDERS MINE SUBSIDENCE INSURANCE AVAILABLE |
| PKGP | 01/10 | AMENDMENT OF MOBILE EQUIPMENT DEFINITION |
| PKRA | 06/10 | ILLINOIS AMENDATORY ENDORSEMENT |
| PK0005 | 07/16 | ULTRAPACK PLUS EXTRA LIABILITY COVERAGES  ILLINOIS |
| CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0099 | 11/85 | CHANGES IN GENERAL LIABILITY FORMS FOR COMMERCIAL PACKAGE POLICIES |

Processed On: 04/26/2019  (See Reverse Side)

Insured Name: 2726 W. Cortez Condominium Association
Policy Number: Q970203667
Policy Period: 07/20/2019 to 07/20/2020
Page 3 of 48

## Supplemental Declarations

### Location 1 / Building 1

**Address:**
2726 W CORTEZ ST
CHICAGO IL 60622-3419
**County:** Cook

**Occupancy/Operations:**
Habitational Condominiums or Homeowners
Association - Lessor Risk

**Interest of Named Insured In Such Premises:** Condominium or Homeowner Associations

| Coverage | Deductible | Amount of Insurance |
|---|---|---|
| **Property Protection** | | |
| 1. Buildings | | Guaranteed Replacement Cost* |
| 2. Business Personal Property and Personal Property of Others | | NIL |
| 3. Income Protection & Extra Expense | | Actual Loss Sustained 12 Months |

*The amount of insurance applying to the Building is the Replacement Cost at the time of the loss, subject to policy conditions and requirements. The estimated Replacement Cost of the Building is $1,100,500

Automatic Adjustment of Building Coverage - 4%

**Property and Inland Marine - Optional Coverages:**

| | | |
|---|---|---|
| Building Ordinance or Law Coverage - Increased Coverage & Income Protection | | |
| 10% of Limit | | $110,050 |
| Sewer and Drain Backup | $500 | $25,000 |

## Schedule of Static Forms

| Form Number | Edition Date | Description |
|---|---|---|
| UPP | 01/10 | ULTRAPACK PLUS POLICY |
| PK0001 | 09/18 * | ULTRAPACK PLUS COMMERCIAL PROPERTY COVERAGE PART |
| PKAH | 01/12 | BUILDING ORDINANCE OR LAW - INCREASED COVERAGE AND INCOME PROTECTION COVERAGE |
| PKAX | 01/10 | PRODUCTION OR PROCESS MACHINERY - DEDUCTIBLE |
| PKAY | 12/14 | SEWER AND DRAIN BACK-UP COVERAGE |
| PKBH | 01/12 | GUARANTEED REPLACEMENT COST COVERAGE |
| PKUA | 01/10 | CONDOMINIUM ASSOCIATION COVERAGE |
| CL0201 | 05/12 * | IMPORTANT NOTICE TO ILLINOIS POLICYHOLDERS REGARDING CONSUMER COMPLAINT/CIVIL UNION NOTIFICATIONS |
| CL0209 | 11/10 | IMPORTANT NOTICE - LEAD LIABILITY EXCLUSION |
| CL0212 | 11/10 * | IMPORTANT NOTICE - POLICY SERVICE FEES |
| CL0217 | 11/10 * | IMPORTANT NOTICE - NO FLOOD COVERAGE |
| CL0227 | 07/11 * | IMPORTANT NOTICE TO ILLINOIS POLICYHOLDERS MINE SUBSIDENCE INSURANCE AVAILABLE |
| PKGP | 01/10 | AMENDMENT OF MOBILE EQUIPMENT DEFINITION |
| PKRA | 06/10 | ILLINOIS AMENDATORY ENDORSEMENT |
| PK0005 | 07/16 | ULTRAPACK PLUS EXTRA LIABILITY COVERAGES ILLINOIS |
| CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0099 | 11/85 | CHANGES IN GENERAL LIABILITY FORMS FOR COMMERCIAL PACKAGE POLICIES |

Processed On: 04/26/2019 (See Reverse Side)



Insured Name: 2726 W. Cortez Condominium Association
Policy Number: Q970203667
Policy Period: 07/20/2019 to 07/20/2020

Page 4 of 48

## Schedule of Static Forms - *(continued)*

| Form Number | Edition Date | Description |
|---|---|---|
| CG0165 | 08/05 | ILLINOIS CHANGES - CONDOMINIUMS |
| CG0200 | 01/18 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| CG2004 | 11/85 | ADDITIONAL INSURED - CONDOMINIUM UNIT OWNERS |
| CG2147 | 12/07 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG2167 | 12/04 | FUNGI OR BACTERIA EXCLUSION |
| UFB213 | 11/12 * | SUBSCRIBER'S AGREEMENT |
| CG2170 | 01/15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG2196 | 03/05 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| PKGM | 12/14 | PUNITIVE DAMAGES COVERAGE ILLINOIS |
| CL0396 | 01/17 | IMPORTANT NOTICE - DATA BREACH RESPONSE EXPENSES COVERAGE |
| CG2106 | 05/14 | EXCL-ACCESS OR DISCLOSURE OF CONFIDENT OR PERS INFO AND DATA-RELATED LIAB - WITH LIMIT BOD INJ EXCEP |
| PKKEIL | 09/17 | DIRECTORS AND OFFICERS LIABILITY COVERAGE - CONDOMINIUM OR HOMEOWNERS ASSOCIATION   ILLINOIS |
| PKUD | 01/10 | CONDOMINIUMS - LIABILITY COVERAGE |
| CG2109 | 06/15 | EXCLUSION - UNMANNED AIRCRAFT |
| IL0017 | 11/98 | COMMON POLICY CONDITIONS |
| IL0021 | 09/08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL0147 | 09/11 | ILLINOIS CHANGES - CIVIL UNION |
| IL0162 | 10/13 | ILLINOIS CHANGES - DEFENSE COSTS |
| IL0952 | 01/15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL985F | 01/15 * | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT |
| PKMJ | 01/10 | EXCLUSION - LEAD LIABILITY |
| PKMD | 01/10 | EXCLUSION - ASBESTOS |
| PKMQ | 12/14 | EXCLUSION - PROFESSIONAL LIABILITY |
| PKRO | 01/10 | AMENDMENT OF POLICY - TWO OR MORE COVERAGE PARTS |

Processed On: 04/26/2019

Erie Insurance Exchange



Member • Erie Insurance Group
100 Erie Ins. Pl. • Erie, PA 16530

## Ultrapack Plus Policy Declarations
### Renewal Certificate

**Mailing Name and Address for Insured:**

2726 W CORTEZ CONDOMINIUM
C/O MELINDA SGARIGLIA
2726 W CORTEZ ST UNIT 1
CHICAGO IL  60622-3419

**Other Interest:**



256467518
MM1205

**Named Insured's Full Name:**
2726 W. Cortez Condominium Association

**Agent:**

MM1205    WOODMAN CISON & ASSOCIATES LLC

**Policy Period:**
07/20/2020 to 07/20/2021

**Policy Number:**
Q970203667

**Agent Address and Phone**

WOODMAN CISON & ASSOCIATES LLC
1400 S WOLF RD STE 201
WHEELING IL  60090-6573
847-941-9041

Policy begins at 12:01 A.M. standard time on the effective date and ends at 12:01 A.M. standard time on the expiration date. Standard time is determined at the stated address of the named insured.

The insurance applies to those premises described below. This is subject to all applicable terms of the policy and attached forms and endorsements.

### Premium Summary

| | |
|---|---:|
| **Total Annual Policy Premium:**<br>(This is not a bill. Your invoice will follow in a separate mailing.) | $2,420.00 |

**Property Protection - As Per Attached Supplemental Declarations**
Deductible (Property Protection Only) $1,000

### Policy-Level Coverages

| Liability Protection | Limits of Insurance |
|---|---|
| **Commercial General Liability Limits of Insurance** | |
| Each Occurrence Limit | $1,000,000 |
|     Damage to Premises Rented to You | $1,000,000 Any One Premises |
|     Medical Expense limit | $10,000 Any One Person |
| Personal & Advertising Injury Limit | $1,000,000 Any One Person or Organization |
| General Aggregate Limit | $2,000,000 |
| Products/Completed Operations Aggregate Limit | $2,000,000 |

Processed On: 04/26/2020  (See Reverse Side)

| Insured Name: | 2726 W. Cortez Condominium Association |
|---|---|
| Policy Number: | Q970203667 |
| Policy Period: | 07/20/2020 to 07/20/2021 |

Page 2 of 53

| **Optional Coverages** | **Deductible** | **Amount of Insurance** |
|---|---|---|

**Policy-Level Optional Coverages:**

**Property and Inland Marine - Optional Coverages:**
Terrorism　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Included

**General Liability - Optional Coverages:**

Directors and Officers-Condominium or Homeowner Associations
    Retroactive Date-07/20/12　　　　　　　　　　　　　　　　　　　　$1,000,000 Each Claim/
    Self-Insured Retention-$1,000　　　　　　　　　　　　　　　　　　$2,000,000 Aggregate
    3 Units

| | |
|---|---|
| Insured Name: | 2726 W. Cortez Condominium Association |
| Policy Number: | Q970203667 |
| Policy Period: | 07/20/2020 to 07/20/2021 |

Page 3 of 53

## Supplemental Declarations

### Location 1 / Building 1

**Address:**
2726 W CORTEZ ST
CHICAGO IL 60622-3419
**County:** Cook

**Occupancy/Operations:**
Habitational Condominiums or Homeowners
Association - Lessor Risk

**Interest of Named Insured In Such Premises:** Condominium or Homeowner Associations

| Coverage | Deductible | Amount of Insurance |
|---|---|---|
| **Property Protection** | | |
| 1. Buildings | | Guaranteed Replacement Cost* |
| 2. Business Personal Property and Personal Property of Others | | NIL |
| 3. Income Protection & Extra Expense | | Actual Loss Sustained 12 Months |

*The amount of insurance applying to the Building is the Replacement Cost at the time of the loss, subject to policy conditions and requirements. The estimated Replacement Cost of the Building is $1,112,000

Automatic Adjustment of Building Coverage - 1%

**Property and Inland Marine - Optional Coverages:**

| | | |
|---|---|---|
| Building Ordinance or Law Coverage - Increased Coverage & Income Protection | | |
| 10% of Limit | | $111,200 |
| Sewer and Drain Backup | $500 | $25,000 |

### Schedule of Static Forms

| Form Number | Edition Date | Description |
|---|---|---|
| UPP | 01/10 | ULTRAPACK PLUS POLICY |
| PK0001 | 05/20 * | ULTRAPACK PLUS COMMERCIAL PROPERTY COVERAGE PART |
| PKAH | 01/12 | BUILDING ORDINANCE OR LAW - INCREASED COVERAGE AND INCOME PROTECTION COVERAGE |
| PKAX | 01/10 | PRODUCTION OR PROCESS MACHINERY - DEDUCTIBLE |
| PKAY | 12/14 | SEWER AND DRAIN BACK-UP COVERAGE |
| PKBH | 01/12 | GUARANTEED REPLACEMENT COST COVERAGE |
| PKUA | 01/10 | CONDOMINIUM ASSOCIATION COVERAGE |
| CL0201 | 05/12 * | IMPORTANT NOTICE TO ILLINOIS POLICYHOLDERS REGARDING CONSUMER COMPLAINT/CIVIL UNION NOTIFICATIONS |
| CL0209 | 11/10 | IMPORTANT NOTICE - LEAD LIABILITY EXCLUSION |
| CL0212 | 11/10 * | IMPORTANT NOTICE - POLICY SERVICE FEES |
| CL0217 | 11/10 * | IMPORTANT NOTICE - NO FLOOD COVERAGE |
| CL0227 | 07/11 * | IMPORTANT NOTICE TO ILLINOIS POLICYHOLDERS MINE SUBSIDENCE INSURANCE AVAILABLE |
| PKGP | 01/10 | AMENDMENT OF MOBILE EQUIPMENT DEFINITION |
| PKRA | 06/10 | ILLINOIS AMENDATORY ENDORSEMENT |
| CL0495 | 05/20 * | IMPORTANT NOTICE TO POLICYHOLDERS - ULTRAPACK PLUS PROGRAM |
| PK0005 | 05/20 * | ULTRAPACK PLUS EXTRA LIABILITY COVERAGES ILLINOIS |
| CG0001 | 04/13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |

Processed On: 04/26/2020 (See Reverse Side)



## Schedule of Static Forms - *(continued)*

| Form Number | Edition Date | Description |
|---|---|---|
| CG0099 | 11/85 | CHANGES IN GENERAL LIABILITY FORMS FOR COMMERCIAL PACKAGE POLICIES |
| CG0165 | 08/05 | ILLINOIS CHANGES - CONDOMINIUMS |
| CG0200 | 01/18 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| CG2004 | 11/85 | ADDITIONAL INSURED - CONDOMINIUM UNIT OWNERS |
| CG2147 | 12/07 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG2167 | 12/04 | FUNGI OR BACTERIA EXCLUSION |
| UFB213 | 11/12 * | SUBSCRIBER'S AGREEMENT |
| CG2170 | 01/15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG2196 | 03/05 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| PKGM | 12/14 | PUNITIVE DAMAGES COVERAGE ILLINOIS |
| CL0396 | 01/17 | IMPORTANT NOTICE - DATA BREACH RESPONSE EXPENSES COVERAGE |
| CG2106 | 05/14 | EXCL-ACCESS OR DISCLOSURE OF CONFIDENT OR PERS INFO AND DATA-RELATED LIAB - WITH LIMIT BOD INJ EXCEP |
| PKKEIL | 09/17 | DIRECTORS AND OFFICERS LIABILITY COVERAGE - CONDOMINIUM OR HOMEOWNERS ASSOCIATION ILLINOIS |
| PKUD | 01/10 | CONDOMINIUMS - LIABILITY COVERAGE |
| CG2109 | 06/15 | EXCLUSION - UNMANNED AIRCRAFT |
| IL0017 | 11/98 | COMMON POLICY CONDITIONS |
| IL0021 | 09/08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL0147 | 09/11 | ILLINOIS CHANGES - CIVIL UNION |
| IL0162 | 10/13 | ILLINOIS CHANGES - DEFENSE COSTS |
| IL0952 | 01/15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL985F | 01/15 * | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT |
| PKMJ | 01/10 | EXCLUSION - LEAD LIABILITY |
| PKMD | 01/10 | EXCLUSION - ASBESTOS |
| PKMQ | 12/14 | EXCLUSION - PROFESSIONAL LIABILITY |
| PKRO | 01/10 | AMENDMENT OF POLICY - TWO OR MORE COVERAGE PARTS |

# ERIE INSURANCE GROUP

**POLICY LOSS RUN SUMMARY**

05/13/2021

**POLICY TYPE: ULTRAPACK PLUS**

**Named Insured:** 2726 W. CORTEZ CONDOMINIUM
& SEE DEC
2726 W CORTEZ ST UNIT 1
CHICAGO IL 60622

**Policy Number:** Q97-0203667 08
**For The Period Of:** 07/20/2016 TO 07/20/2021
**Agent Number:** MM1205
**Agent Name:** WOODMAN CISON & ASSOCIATES LLC

| Policy Period | No. of Claims | Total Paid | Total Outstanding Reserve | Experience Modification |
|---|---|---|---|---|
| 07/20/2016 TO 07/20/2017 | 0 | 0.00 | 0.00 | N/A |
| 07/20/2017 TO 07/20/2018 | 1 | 8,794.13 | 0.00 | N/A |
| 07/20/2018 TO 07/20/2019 | 1 | 4,451.23 | 0.00 | N/A |
| 07/20/2019 TO 07/20/2020 | 1 | 13,808.50 | 10,000.00 | N/A |
| 07/20/2020 TO 07/20/2021 | 0 | 0.00 | 0.00 | N/A |

PLRS

# ERIE INSURANCE GROUP

## POLICY LOSS RUN

05/13/2021

**POLICY TYPE:** ULTRAPACK PLUS

**Named Insured:** 2726 W. CORTEZ CONDOMINIUM
& SEE DEC
2726 W CORTEZ ST UNIT 1
CHICAGO IL 60622

**Policy Number:** Q97-0203667 08
**For The Period Of:** 07/20/2012 TO 07/20/2021
**Agent Number:** MM1205
**Agent Name:** WOODMAN CISON & ASSOCIATES LLC

### 07/20/2017 TO 07/20/2018

**Claim Number:** A00000529765  **Date Occurred:** 10/09/2017  **Claimant:** 2726 W. CORTEZ CONDOMINIUM ASS
**Status:** CLOSED  **Sal/Sub:** N  **Loss Description:** WEATHER INFILTRATING CONDO

|  | Property | Liability | Expense | Total |
|---|---|---|---|---|
| Paid |  |  | 8,794.13 | 8,794.13 |
| Reserve |  |  |  |  |

### ***POLICY YEAR LOSS TOTALS***
### 07/20/2017 TO 07/20/2018

**Total Number of Claims** 1      **Number of Open Claims** 0

|  | Property | Liability | Expense | Total |
|---|---|---|---|---|
| Paid |  |  | 8,794.13 | 8,794.13 |
| Reserve |  |  |  |  |
| TOTAL |  |  | 8,794.13 | 8,794.13 |

POLICY LOSS RUN

Policy Number: Q97-0203667 08
Policy Type: Ultrapack Plus

07/20/2018 TO 07/20/2019

| Claim Number: A00001765410 | Date Occurred: 04/21/2019 | Claimant: | 2726 W. CORTEZ CONDOMINIUM |
| Status: CLOSED | Sal/Sub: N | Loss Description: | PIPE BURST CAUSING WATER DAMAGE |

|  | Property | Liability | Expense | Total |
|---|---|---|---|---|
| Paid | 4,451.23 |  |  | 4,451.23 |
| Reserve |  |  |  |  |

***POLICY YEAR LOSS TOTALS***
07/20/2018 TO 07/20/2019

Total Number of Claims 1        Number of Open Claims 0

|  | Property | Liability | Expense | Total |
|---|---|---|---|---|
| Paid | 4,451.23 |  |  | 4,451.23 |
| Reserve |  |  |  |  |
| TOTAL | 4,451.23 |  |  | 4,451.23 |

Page 2

PLR-UPP

POLICY LOSS RUN

07/20/2019 TO 07/20/2020

Policy Number: Q97-0203667 08
Policy Type: Ultrapack Plus

| Claim Number: A00002664951 | Date Occurred: 06/16/2020 | Claimant: MELINDA SGARIGLIA | | |
|---|---|---|---|---|
| Status: OPEN | Sal/Sub: N | Loss Description: LAW SUITE FROM FORMER CONDOMINIUM OWNER | | |
| | Property | Liability | Expense | Total |
| Paid | | | 13,808.50 | 13,808.50 |
| Reserve | | 10,000.00 | | 10,000.00 |

***POLICY YEAR LOSS TOTALS***
07/20/2019 TO 07/20/2020

Total Number of Claims 1                    Number of Open Claims 1

| | Property | Liability | Expense | Total |
|---|---|---|---|---|
| Paid | | | 13,808.50 | 13,808.50 |
| Reserve | | 10,000.00 | | 10,000.00 |
| TOTAL | | 10,000.00 | 13,808.50 | 23,808.50 |



**Erie Insurance Exchange**
100 Erie Insurance Place • Erie, Pennsylvania 16530 • 814.870.2000
Toll Free 1.800.458.0811 • Fax 814.870.3126 • www.erieinsurance.com

## NOTICE OF NON-RENEWAL

| DATE OF NOTICE | 03/24/2021 |
|---|---|

Policyholder    SLR-030

2726 W CORTEZ CONDOMINIUM
C/O MELINDA SGARIGLIA
2726 W CORTEZ ST UNIT 1
CHICAGO, IL 60622-3419

| NONRENEWAL EFFECTIVE | POLICY NUMBER | TYPE OF POLICY | CHARGE FOR TIME POLICY WAS IN EFFECT (Cancellation Only) | AGENT AND NUMBER |
|---|---|---|---|---|
| 12:01 A.M. STANDARD TIME  07/20/2021 | Q970203667 | Ultrapack Plus | | WOODMAN CISON & ASSOCIATES LLC MM1205 |

### DEAR POLICYHOLDER:

### AFTER CAREFUL CONSIDERATION WE HAVE DECIDED NOT TO RENEW YOUR COMMERCIAL POLICY AS OF THE EFFECTIVE TIME AND DATE SHOWN ABOVE. YOU HAVE, THEREFORE, AT LEAST 60 DAYS TO OBTAIN NEW COVERAGE IF YOU SO DESIRE TO DO SO.

The law of your state requires that you be given information regarding your rights relating to this action. The Notice of Rights information is on the other side of this form.
**READ IT CAREFULLY AND KNOW YOUR RIGHTS**
If this is a Casualty policy, the reason(s) for this action is: (Not shown on Other Interest(s) copy)

Your Ultrapack Plus Policy is not being renewed because of poor claims experience. Since writing your policy on 07/20/2012, we made loss payments and incurred claims expenses in the amount of $25,703.86, and established reserves for continuation of loss payments for losses you reported to us.

cc: Agent:
MM1205 WOODMAN CISON & ASSOCIATES

Sincerely,

*Timothy S. NeCastro*

President and Chief Executive Officer

**Enclosures:** SEE ATTACHED CLAIMS HISTORY

EIG2395IL 0318        (See Page 2 For **NOTICE OF RIGHTS**.)        Page 1 of 2

```
10:05:49 Wednesday, March 24, 2021


   PUUR   Q97 0203667 2726 W. CORTEZ CONDOMINIUM      AGENT MM1205  STARTING 07-20-12
          PAID LOSSES - SAL/SUB      4,451.23       * PREMIUM PAID        21,420
          OUTSTANDING RESERVES      10,000.00         PD IN/OUT LOSS RATIO  20.8 %
    * ENDR PREM BEFOR 8-15-94 NOT IN PREM PAID
    ----------------------------       SECTION I - CLAIMS    ----------------------------
    A: CL# A00002664951 DATE 06-16-20 MOD 07   LOS               RES       10,000.00
       LAW SUITE FROM FORMER CONDOMINIUM OWNER  EXP   12,458.50  S/S
                                                                 SSR
    B: CL# A00001765410 DATE 04-21-19 MOD 06   LOS    4,451.23  RES
       PIPE BURST CAUSING WATER DAMAGE          EXP              S/S
                                                                 SSR
    C: CL# A00000529765 DATE 10-09-17 MOD 05   LOS               RES
       WEATHER INFILTRATING CONDO               EXP    8,794.13  S/S
                                                                 SSR




     _  <=== FOR DETAILS OF CLAIM, ENTER LETTER ID AND HIT ENTER
    ------------------------->>>  END OF CLAIM SUMMARY  <<<--- 3 OF 3
      RETURN | SET DFT | H COPY |   END   | NON-PAY | COMMENT |  5 YR  | HELP
      ENTER  |   PF1   |  PF2   |   PF3   |   PF5   |   PF6   |  PF7   |  ?
```