

Billing Number: 0004769787
Policy Number: AM 9384396 00

**COMMON POLICY DECLARATIONS**

# COUNTRY Mutual Insurance Company
1701 Towanda Ave., P.O. Box 2100, Bloomington Illinois 61702-2100

**Item 1.** Named Insured and Mailing Address
2726 WEST CORTEZ CONDOMINIUM %
YOUNG MELINDA
4839 N WINCHESTER AVE
CHICAGO IL 60640-4006

Agent Name and Address
BASILE MICHAEL
5757 N LINCOLN AVE
STE 27
CHICAGO IL 60659-0000

Agent No. 18560
Agent Phone No.: (773) 728-2957

**Item 2.** Policy Period    From: 03-01-2024 To: 03-01-2025
at 12:01 A.M., Standard Time at your mailing address shown above.

**Item 3.** Business Description: CONDO APARTMENT
Form of Business:    CORPORATION

**Item 4.** In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

| | Premium |
|---|---|
| BUSINESSOWNERS | $ 2,939.00 |

TAX OR SURCHARGE
Total Policy Premium / Total Advance Premium $   2,939.00
Standard Payment Plan Charges
Policy Grand Total $   2,939.00
Payment Plan Annual

**Item 5.** Forms and Endorsements
Form(s) and Endorsement(s) made a part of this policy at time of issue:
    **See Schedule of Forms and Endorsements**

Countersigned:

Date:   02-14-24

By: _____
Authorized Representative

**TO REPORT A CLAIM ANY TIME DAY OR NIGHT, CALL 1-866-COUNTRY.**

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

**AIL DS 01 03 20**                    Insured Copy



| | | | **Policy Number** |
|---|---|---|---|
| | | | AM 9384396 00 |

### SCHEDULE OF LOCATIONS

## COUNTRY Mutual Insurance Company

| Named Insured | 2726 WEST CORTEZ CONDOMINIUM % | Effective Date: | 03-01-24 |
|---|---|---|---|
| | | | 12:01 A.M., Standard Time |
| Agent Name | BASILE MICHAEL | Agent No. | 18560 |

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, Zip Code) | Occupancy |
|---|---|---|---|
| 001 | 001 | 2726 W CORTEZ ST, CHICAGO, IL 60622-6131 | CONDO APARTMENT |

**LOC-SCHED (01/ 97)**

Insured Copy



| | | | **Billing Number:** 0004769787 |
| | | | **Policy Number:** AM 9384396 00 |

## BUSINESSOWNERS POLICY DECLARATIONS
## COUNTRY Mutual Insurance Company

Policy Period From: 03-01-2024  To: 03-01-2025  12:01 A.M. Standard Time

Named Insured: 2726 WEST CORTEZ CONDOMINIUM %
Date: 03-01-2024

Effective

12:01 A.M., Standard Time

Representative Name: BASILE MICHAEL

Representative No.: 18560

| **DESCRIBED PREMISES:** | | | See Schedule of Locations | | |
|---|---|---|---|---|---|
| Coverage is applicable only if an "X" is shown in the boxes below and / or a limit of insurance is shown. | | | | | |

### POLICY COVERAGES:  Limits of Insurance

| Loc. No. | Bldg. No. | Coverage | | Blanket # , if applicable | Limits of Insurance |
|---|---|---|---|---|---|
| 001 | 001 | Building | | | $   1,846,440 |
| | | Replacement Cost | Y | | |
| | | Actual Cash Value - Building Option | N | | |
| | | Automatic Increase - Building Limit | 4   % | | |
| | | Business Personal Property | | | |

| **MORTGAGE HOLDER NAME AND ADDRESS:** | See Schedule of Mortgagees |
|---|---|

| **DEDUCTIBLES (Apply Per Location, Per Occurrence):** | |
|---|---|
| Property Ded: $   5,000 | Optional Coverage Ded: $      500 |
| Property Damage Liab Ded: | Earthquake:           % |

### OPTIONAL COVERAGES:  Limits of Insurance

| | | |
|---|---|---|
| Employee Dishonesty | | Per occurrence |
| Outdoor Signs | | Per occurrence |
| Burglary and Robbery | | Inside the Premises |
| (Named Perils only) | | Outside the Premises |
| Money and Securities | | Inside the Premises |
| | | Outside the Premises |
| Coverage Extensions - Optional Higher Limits | | |
| Accounts Receivable | | |
| Valuable Papers and Records | | |
| Additional Coverages - Optional Higher Limits | | |
| Forgery and Alteration | | |
| Business Income From Dependent Properties | | |
| Business Income - Extended Number of Days for Ordinary | | Extended No. of Days |
| Payroll Expenses | | |
| Extended Business Income - Extended Number of Days | | Extended No. of Days |
| Other (specify) - See Businessowners Optional Coverages Schedule | | |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

**ABP DS 02 02 21**          Copyright, Insurance Services Office, Inc., 2010

Insured Copy



| | Billing Number: | 0004769787 |
| | Policy Number: | AM 9384396 00 |

**BUSINESSOWNERS POLICY DECLARATIONS**
## COUNTRY Mutual Insurance Company
1701 Towanda Ave., P.O. Box 2100, Bloomington Illinois 61702-2100
Policy Period From: 03-01-2024  To: 03-01-2025  12:01 A.M. Standard Time

Effective Date: 03-01-2024
12:01A.M. Standard Time

Insured Name and Address
2726 WEST CORTEZ CONDOMINIUM %

Agent Name BASILE MICHAEL                  Agent Number: 18560

**OPTIONAL COVERAGES - OTHER**

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance |
|---|---|---|---|
| | | DIRECTORS & OFFICERS | $1,000,000 |

This document is part of your policy.  Please keep it with your other documents.

**ABP DS 04  06 06**

Insured Copy

**LIABILITY AND MEDICAL PAYMENTS**

Except For Damage To Premises Rented To You, each paid claim for the following liability coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to Paragraph D.4 of the Businessowners Liability Coverage Form or Section II-Liability in the Businessowners Coverage Form and any attached endorsements.

| | Limits of Insurance | |
|---|---|---|
| Liability and Medical Expenses / General Aggregate | $ 1,000,000/ | $ 2,000,000 |
| Medical Expenses | $ 5,000 | Per person |
| Products / Completed Operations / Aggregate | $ 2,000,000 | |
| Damage To Premises Rented To You | $ 50,000 | Any one fire or explosion |
| Tenants Liability | | |
| Damage To Premises Rented To You (In Excess of $50,000) | | |
| Self-storage Facilities | | |
|     Customer Goods Legal Liability | | Per occurrence |
|     Sale and Disposal Liability | | |
| Motels | | |
|     Liability For Guests' Property (Subject to Base Property Deductible) | | Per guest |
| | | Per occurrence |
|     Liability For Guests' Property in Safe Deposit Boxes | | Per occurrence |

**ANNUAL PREMIUM AUDITS**

| | | |
|---|---|---|
| Policy Subject to Premium Audit: YES    Liability Exposure Base: | | (Sales or Payroll) |
| Subcontracted Work: | | (Cost) |

**FORMS AND ENDORSEMENTS**    See Schedule of Forms and Endorsements

**BLANKET INSURANCE:**

| Blanket # | Type of Property | Limit of Insurance |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| Minimum Premium: | $400.00 |

| | |
|---|---|
| **Total BOP Premium / Total BOP Advance Premium** | $2,939.00 |

ABP DS 02 02 21

Insured Copy



**Melinda Young <mekadunc@gmail.com>**

---

**Thanks For Your Payment**
2 messages

---

**COUNTRY Financial** <Billing.Notifications@countryfinancial.com>          Fri, Mar 8, 2024 at 12:45 PM
Reply-To: COUNTRY Financial <Billing.Notifications@countryfinancial.com>
To: mekadunc@gmail.com

                    Log in

# Thanks for your payment!

### Commercial Policy

### Billing Account no: xxxxxx9787

Received

# $2,981.00

Important Note: Do not reply to this email. It was automatically generated from a mailbox that is not monitored for responses.

If you don't want to receive this email, or if you prefer text notifications, please:

· Log in or register on [COUNTRYFinancial.com](COUNTRYFinancial.com),

· Contact your representative

Thank you for being a part of the COUNTRY Financial® family!

You received this email because you requested information from COUNTRY Financial. If this request is in error, please Contact Us.

COUNTRY Financial | 1701 Towanda Ave. Bloomington IL 61701 |866-COUNTRY (866-268-6879) | Privacy Policy | Terms and Conditions.

THIS EMAIL AND ANY ATTACHED FILES ARE CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM THEY ARE ADDRESSED. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is prohibited. Any inadvertent receipt by you shall not constitute a waiver of confidentiality. If you have received this email in error, please return immediately to the sender and delete this copy. The sender disclaims liability for error or omissions in the

Case: 1:19-cv-05684 Document #: 262-43 Filed: 05/23/24 Page 8 of 12 PageID #:4454

content of this message that arise as a result of
email transmission. Thank you for your
cooperation.

---

**Melinda Young** <mekadunc@gmail.com>                              Fri, May 17, 2024 at 3:07 PM
To: Melinda Young <mekadunc@gmail.com>


Begin forwarded message:


**From:** COUNTRY Financial <Billing.Notifications@countryfinancial.com>
**Date:** March 8, 2024 at 12:45:30 PM CST
**To:** mekadunc@gmail.com
**Subject: Thanks For Your Payment**
**Reply-To:** COUNTRY Financial <Billing.Notifications@countryfinancial.com>


[Quoted text hidden]

![U.S. Bank]

**Business Statement**

Account Number:
1 993 7777 4021
Statement Period:
Apr 1, 2024
through
Apr 30, 2024

Page 1 of 3

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4361       TRN            S          Y        ST01

106481026052370 EB



2726 WEST CORTEZ CONDOMINIUM ASSOC
4839 N WINCHESTER AVE
CHICAGO IL  60640-4006

☎                                           *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                              800-673-3555

**U.S. Bank accepts Relay Calls**
*Internet:*                               usbank.com

## INFORMATION YOU SHOULD KNOW

Effective May 13, 2024, we would like to inform you of the upcoming changes to the *Business Pricing Information* and the *U.S. Bank Business Essentials® Pricing Information* documents that may impact your account. To obtain a current copy of the *Business Pricing Information* and *U.S. Bank Business Essentials® Pricing Information* disclosures, visit your local branch.

**Primary updates in your revised *Business Pricing Information* disclosure**

- Effective January 2024, the following fees are no longer being charged. The references to these fees were removed or changed to "no charge" throughout the document:
  - ο Mini and Full Statement Fee at a U.S. Bank ATM
  - ο Safe Deposit Box Paper Invoice
  - ο Tracer Fee
  - ο Foreign Draft Purchases
- Checks on Select Countries/Banks (non-collection) name is changed to Foreign Currency Check Deposit - Select Countries
- Domestic Internal Wire Transfer Fee clarification is being added for the following:
  - ο Internal Wire - outgoing - $11.00
- The footnote for Business Overdraft Protection was updated to refer to the *Your Deposit Account Agreement* document in the section titled "Overdraft Protection Plans," under "Business Banking Overdraft Protection" for additional information.

Beginning May 13, 2024, a copy of the *Business Pricing Information* and the *U.S. Bank Business Essentials® Pricing Information* documents will be available by calling 800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

_____

Effective May 13, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning April 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under the **Overdraft Protection Plans** section, **Business Banking Overdraft Protection** sub-section, updated the language to state that when a checking account has a linked Business Reserve Line of Credit, the system will automatically draw from that account first, which may incur a fee. If a checking account has a deposit product and credit product linked as overdraft protection, the order of eligible accounts is updated to always draw from the deposit product first, which will not incur a fee, unless the checking account has a linked Business Reserve Line of Credit. If the deposit product has insufficient funds available to transfer, funds will draw from the credit product.

- Under the **Closing Your Account** section, added a paragraph for **How the account closure works** that says, for consumer checking, savings and money market accounts, when you request an account closure, your account will be placed in a 'pending closure' status for a period of 10 business days. During this 10 business day 'pending closure' period, we will allow pending deposits to be cleared and/or post to your account and we will allow pending debit card

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5. Total lines 3 and 4.    $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5. This is your balance.    $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC


EQUAL HOUSING LENDER

**U.S. bank**  2726 WEST CORTEZ CONDOMINIUM ASSOC
4839 N WINCHESTER AVE
CHICAGO IL  60640-4006

**Business Statement**

Account Number:
1 993 7777 4021
Statement Period:
Apr 1, 2024
through
Apr 30, 2024

Page 2 of 3

## INFORMATION YOU SHOULD KNOW                                   (CONTINUED)

transactions that you authorized prior to initiating closure to be cleared and/or post to your account. Your debit card will be declined and transactions will no longer be approved when the account is in 'pending closure' status. Once your account is fully closed, transactions will not be allowed to post to the account except under limited circumstances. For example, transactions may be processed after closure if necessary for fraud investigations, transaction dispute claims, merchant credits, or deposit adjustments due to errors.

If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

## SILVER BUSINESS CHECKING                                        *Member FDIC*
U.S. Bank National Association                            **Account Number 1-993-7777-4021**

### Account Summary
| | # Items | | |
|---|---|---|---|
| Beginning Balance on Apr 1 | | $ | 30,924.18 |
| Other Deposits | 4 | | 639.49 |
| Other Withdrawals | 3 | | 525.48- |
| Checks Paid | 1 | | 7,520.00- |
| **Ending Balance on  Apr 30, 2024** | | **$** | **23,518.19** |

### Other Deposits
| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr  2 | Electronic Deposit | From KRISTIN KEEN | | $ | 182.00 |
| | REF=240920226184800N00 | T941687665SENDER | | | |
| Apr 11 | Electronic Deposit | From Bluevine | | | 87.49 |
| | REF=241010176868730N00 | 2330165191Bluevine | | | |
| Apr 12 | Electronic Deposit | From VENMO | | | 160.00 |
| | REF=241020115874520N00 | 5264681992CASHOUT  1033710468698 | | | |
| Apr 30 | Electronic Deposit | From VENMO | | | 210.00 |
| | REF=241200209024660N00 | 5264681992CASHOUT  1034078191647 | | | |
| | | **Total Other Deposits** | | **$** | **639.49** |

### Other Withdrawals
| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr  3 | Electronic Withdrawal | To ComEd | | $ | 23.78- |
| | REF=240930106048130N00 | 2360938600PAYMENTS  0160034000 | | | |
| Apr 12 | Analysis Service Charge | | 1200000000 | | 16.00- |
| Apr 25 | Electronic Withdrawal | To CITY OF CHICAGO | | | 485.70- |
| | REF=241150088176020N00 | 1366005820WATER BILL844956-620029 | | | |
| | | **Total Other Withdrawals** | | **$** | **525.48-** |

### Checks Presented Conventionally
| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 1091 | Apr  3 | 8611396525 | 7,520.00 |
| | | **Conventional Checks Paid (1)** | **$         7,520.00-** |

### Balance Summary
| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr  2 | 31,106.18 | Apr 11 | 23,649.89 | Apr 25 | 23,308.19 |
| Apr  3 | 23,562.40 | Apr 12 | 23,793.89 | Apr 30 | 23,518.19 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: March 2024

| | | | |
|---|---|---|---|
| Account Number: | 1-993-7777-4021 | $ | 16.00 |
| Analysis Service Charge assessed to | 1-993-7777-4021 | $ | 16.00 |



2726 WEST CORTEZ CONDOMINIUM ASSOC
4839 N WINCHESTER AVE
CHICAGO IL  60640-4006

**Business Statement**

Account Number:
1 993 7777 4021
Statement Period:
Apr 1, 2024
through
Apr 30, 2024

Page 3 of 3

## ANALYSIS SERVICE CHARGE DETAIL                              (CONTINUED)

[1] Financial institutions are required by the State of Iowa to charge sales taxes on certain service charges related to checking accounts. Any assessed tax has been itemized on your statement.

### Service Activity Detail for Account Number 1-993-7777-4021

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 15 | | No Charge |
| Returned Deposited Items | 1 | 16.00000 | 16.00 |
| Subtotal: Depository Services | | | 16.00 |
| Fee Based Service Charges for Account Number 1-993-7777-4021 | | $ | 16.00 |