**Huntington**
5555 Cleveland Ave - GW1N09
Columbus, OH 43231

**REPRESENTATION OF PRINT** — **IMPORTANT TAX RETURN INFORMATION BELOW**

1-740-19674-0000002-001-001-000-000-000

MELINDA SGARIGLIA
2726 W CORTEZ ST UNIT 1
CHICAGO IL 60622-3419

ACCOUNT NUMBER: 5010659174
FOR INFORMATION CALL: 1-800-992-2053
CUSTOMER SERVICE HOURS: M-F 8AM-7PM ET and
Saturday 8AM-2PM ET

---

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380 **2019** Form **1098** | **Mortgage Interest Statement** |
|---|---|---|---|

Huntington National Bank
5555 Cleveland Ave - GW1N09
Columbus, OH 43231
Phone No: 1-800-992-2053

**1** Mortgage interest received from payer(s)/borrower(s)*
$ 5,305.87

**Copy B**
**For Payer/ Borrower**

The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item.

| PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | **2** Outstanding mortgage principal $ 49,174.84 | **3** Mortgage origination date 11/06/2018 |
|---|---|---|

MELINDA SGARIGLIA
2726 W CORTEZ ST UNIT 1
CHICAGO IL 60622-3419

| **4** Refund of overpaid interest $ 0.00 | **5** Mortgage insurance premiums $ |
|---|---|

| **6** Points paid on purchase of principal residence $ 0.00 | **7** If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. ☐ |
|---|---|

**8** Address or description of property securing mortgage (see instructions)
2726 W CORTEZ ST UNIT 1
CHICAGO IL 606223419

| **9** Number of properties securing the mortgage | **10** Other Taxes Paid $0.00 |
|---|---|

**11** Mortgage acquisition date

Account number (see instructions)
5010659174

| RECIPIENT'S/LENDER'S TIN 30-0537225 | PAYER'S/BORROWER'S TIN ***-**-5750 |
|---|---|

Form **1098**        (Keep for your records)        www.irs.gov/Form1098        Department of the Treasury - Internal Revenue Service

---

Make a statement. Go paperless
Enroll in E-statements to view your account statements online. It's simple, safe and secure. And we'll email you when they're ready so you won't miss anything - except more paper.

Going paperless is easy. Log into your account at huntington.com and:
- Click Document Center at the top
- Click Statement Delivery Options
- Select E-Statements for each account and click Update
- Click on Go Green

Not enrolled in online banking? Sign up at huntington.com/OnlineBanking

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 4.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a mortgage, home equity loan, or line of credit. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** *If you prepaid interest in 2019 that accrued in full by January 15, 2020, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2019 even though it may be included in box 1.* If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity loan, or line of credit secured by a qualified residence, you can only deduct the interest paid on acquisition indebtedness, and you may be subject to a deduction limitation.

**Box 2.** Shows the outstanding principal on the mortgage as of January 1, 2019. If the mortgage originated in 2019, shows the mortgage principal as of the date of origination. If the recipient/lender acquired the loan in 2019, shows the mortgage principal as of the date of acquisition.

**Box 3.** Shows the date of the mortgage origination.

**Box 4. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 4 amount on the "Other income" line of your 2019 Schedule 1 (Form 1040). No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525.

**Box 5.** If an amount is reported in this box, it may qualify to be treated as deductible mortgage interest. See the 2019 Schedule A (Form 1040) instructions and Pub. 936.

**Box 6.** Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 7.** If the address of the property securing the mortgage is the same as the payer's/borrower's, either the box has been checked, or box 8 has been completed.

**Box 8.** This is the address or description of the property securing the mortgage.

**Box 9.** If more than one property secures the loan, shows the number of properties securing the mortgage. If only one property secures the loan, this box may be blank.

**Box 10.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

**Box 11.** If the recipient/lender acquired the mortgage in 2019, shows the date of acquisition.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1098*.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

The amount shown may not be fully deductible by you on your Federal Income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

## Remember to file for Homestead (or Homeowner's) Exemption, if you are eligible.

**If you have Private Mortgage Insurance (PMI) on your loan, and if certain conditions are satisfied, you may be able to cancel the PMI coverage. Please contact us for additional information concerning your cancellation rights, if any.**

**If your home is located in California: Additional accountings may be requested by the mortgagor, trustor, or vendee pursuant to Civil Code 2954.**

Case: 1:19-cv-05684 Document #: 262-44 Filed: 05/23/24 Page 3 of 10 PageID #:10461

REPRESENTATION OF PRINT

**Huntington**
5555 Cleveland Ave - GW1N09
Columbus, OH 43231

IMPORTANT TAX RETURN
INFORMATION BELOW

4-740-31591-0029314-003-000-000-000-000

MELINDA SGARIGLIA
2726 W CORTEZ ST UNIT 1
CHICAGO IL 60622-3419

ACCOUNT NUMBER: 5010659174
FOR INFORMATION CALL: 1-800-992-2053
CUSTOMER SERVICE HOURS: M-F 8AM-7PM ET and
Saturday 8AM-2PM ET

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Huntington National Bank<br>5555 Cleveland Ave - GW1N09<br>Columbus, OH 43231<br>Phone No: 1-800-992-2053 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380<br><br>20**20**<br><br>Form **1098** | **Mortgage Interest Statement** |
|---|---|---|---|
| | **1** Mortgage interest received from payer(s)/borrower(s)*<br>$          4,171.84 | | **Copy B For Payer/ Borrower** |
| PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>MELINDA SGARIGLIA<br>2726 W CORTEZ ST UNIT 1<br>CHICAGO IL 60622-3419 | **2** Outstanding mortgage principal<br>$          85,268.33 | **3** Mortgage origination date<br><br>11/06/2018 | The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
| | **4** Refund of overpaid interest<br>$          0.00 | **5** Mortgage insurance premiums<br>$ | |
| | **6** Points paid on purchase of principal residence<br><br>$          0.00 | **7** If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8.    ☐ | |
| | **8** Address or description of property securing mortgage (see instructions)<br>2726 W CORTEZ ST UNIT 1<br>CHICAGO IL 606223419 | | |
| | **9** Number of properties securing the mortgage | **10** Other<br>Taxes Paid          $0.00 | |
| | **11** Mortgage acquisition date | Account number (see instructions)<br>5010659174 | |
| | RECIPIENT'S/LENDER'S TIN<br>30-0537225 | PAYER'S/BORROWER'S TIN<br>***-**-5750 | |

Form **1098**          (Keep for your records)          www.irs.gov/Form1098          Department of the Treasury - Internal Revenue Service

Make a statement. Go paperless
Enroll in E-statements to view your account statements online.  It's simple, safe and secure.  And we'll email you when they're ready so you won't miss anything - except more paper.

Going paperless is easy.  Log into your account at huntington.com and:
- Click on Service Center
- Select Paperless Settings
Not enrolled in online banking? Sign up at huntington.com/OnlineBanking

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 4.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Schedule A, C, or E (Form 1040 or 1040-SR) for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a mortgage, home equity loan, or line of credit. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances.

 *If you prepaid interest in 2020 that accrued in full by January 15, 2021, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2020 even though it may be included in box 1.*

If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity loan, or line of credit secured by a qualified residence, you can only deduct the interest paid on acquisition indebtedness, and you may be subject to a deduction limitation.

**Box 2.** Shows the outstanding principal on the mortgage as of January 1, 2020. If the mortgage originated in 2020, shows the mortgage principal as of the date of origination. If the recipient/lender acquired the loan in 2020, shows the mortgage principal as of the date of acquisition.

**Box 3.** Shows the date of the mortgage origination.

**Box 4. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 4 amount on the "Other income" line of your 2020 Schedule 1 (Form 1040 or 1040-SR). No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525.

**Box 5.** If an amount is reported in this box, it may qualify to be treated as deductible mortgage interest. See the 2020 Schedule A (Form 1040 or 1040-SR) instructions and Pub. 936.

**Box 6.** Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 7.** If the address of the property securing the mortgage is the same as the payer's/borrower's, either the box has been checked, or box 8 has been completed.

**Box 8.** This is the address or description of the property securing the mortgage.

**Box 9.** If more than one property secures the loan, shows the number of properties securing the mortgage. If only one property secures the loan, this box may be blank.

**Box 10.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

**Box 11.** If the recipient/lender acquired the mortgage in 2020, shows the date of acquisition.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1098*.

---

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

The amount shown may not be fully deductible by you on your Federal Income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

## Remember to file for Homestead (or Homeowner's) Exemption, if you are eligible.

**If you have Private Mortgage Insurance (PMI) on your loan, and if certain conditions are satisfied, you may be able to cancel the PMI coverage. Please contact us for additional information concerning your cancellation rights, if any.**

**If your home is located in California: Additional accountings may be requested by the mortgagor, trustor, or vendee pursuant to Civil Code 2954.**

Case: 1:19-cv-05684 Document #: 262-44 Filed: 05/23/25 Page 5 of 10 PageID #:9463
REPRESENTATION OF PRINT
IMPORTANT TAX RETURN

**Huntington**
5555 Cleveland Ave - GW1N09
Columbus, OH 43231

**IMPORTANT TAX RETURN**
**INFORMATION BELOW**

6-740-46354-0021945-003-000-000-000-000

MELINDA SGARIGLIA
2726 W CORTEZ ST UNIT 1
CHICAGO IL 60622-3419

ACCOUNT NUMBER: 5010659174
FOR INFORMATION CALL: 1-800-992-2053
CUSTOMER SERVICE HOURS: M-F 8AM-7PM ET and
Saturday 8AM-2PM ET

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380 **2021** Form **1098** | **Mortgage Interest Statement** |
|---|---|---|---|

The Huntington National Bank
5555 Cleveland Ave - GW1N09
Columbus, OH 43231
Phone 1: 1-800-992-2053

**1** Mortgage interest received from payer(s)/borrower(s)*
$ 2,758.73

**Copy B For Payer/ Borrower**

The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item.

PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

MELINDA SGARIGLIA
2726 W CORTEZ ST UNIT 1
CHICAGO IL 60622-3419

| **2** Outstanding mortgage principal $ 90,146.37 | **3** Mortgage origination date 11/06/2018 |
|---|---|
| **4** Refund of overpaid interest $ 0.00 | **5** Mortgage insurance premiums $ |
| **6** Points paid on purchase of principal residence $ 0.00 | **7** If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. ☐ |

**8** Address or description of property securing mortgage
2726 W CORTEZ ST UNIT 1
CHICAGO IL 606223419

| **9** Number of properties securing the mortgage | **10** Other Taxes Paid $0.00 |
|---|---|
| **11** Mortgage acquisition date | Account number (see instructions) 5010659174 |
| RECIPIENT'S/LENDER'S TIN 30-0537225 | PAYER'S/BORROWER'S TIN ***-**-5750 |

Form **1098**          (keep for your records)          www.irs.gov/Form1098          Department of the Treasury - Internal Revenue Service

Make a statement. Go paperless
Enroll in E-statements to view your account statements online.  It's simple, safe and secure.  And we'll email you when they're ready so you won't miss anything - except more paper.

Going paperless is easy.  Log into your account at huntington.com and:
- Click on Service Center
- Select Paperless Settings
Not enrolled in online banking? Sign up at huntington.com/OnlineBanking

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 4.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Schedule A, C, or E (Form 1040) for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a mortgage, home equity loan, or line of credit. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances.



*If you prepaid interest in 2021 that accrued in full by January 15, 2022, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2021 even though it may be included in box 1.*

If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity loan, or line of credit secured by a qualified residence, you can only deduct the interest paid on acquisition indebtedness, and you may be subject to a deduction limitation.

**Box 2.** Shows the outstanding principal on the mortgage as of January 1, 2021. If the mortgage originated in 2021, shows the mortgage principal as of the date of origination. If the recipient/lender acquired the loan in 2021, shows the mortgage principal as of the date of acquisition.

**Box 3.** Shows the date of the mortgage origination.

**Box 4. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 4 amount on the "Other income" line of your 2021 Schedule 1 (Form 1040). No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525.

**Box 5.** If an amount is reported in this box, it may qualify to be treated as deductible mortgage interest. See the 2021 Schedule A (Form 1040) instructions and Pub. 936.

**Box 6.** Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 7.** If the address of the property securing the mortgage is the same as the payer's/borrower's, either the box has been checked, or box 8 has been completed.

**Box 8.** Shows the address or description of the property securing the mortgage.

**Box 9.** If more than one property secures the loan, shows the number of properties securing the mortgage. If only one property secures the loan, this box may be blank.

**Box 10.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

**Box 11.** If the recipient/lender acquired the mortgage in 2021, shows the date of acquisition.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1098.*

**FreeFile.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

The amount shown may not be fully deductible by you on your Federal Income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

## Remember to file for Homestead (or Homeowner's) Exemption, if you are eligible.

**If you have Private Mortgage Insurance (PMI) on your loan, and if certain conditions are satisfied, you may be able to cancel the PMI coverage. Please contact us for additional information concerning your cancellation rights, if any.**

**If your home is located in California: Additional accountings may be requested by the mortgagor, trustor, or vendee pursuant to Civil Code 2954.**

REPRESENTATION OF PRINT

**Huntington**
5555 Cleveland Ave - GW1N09
Columbus, OH 43231

**IMPORTANT TAX RETURN INFORMATION BELOW**

0-740-61310-0019107-002-000-000-000-000

MELINDA SGARIGLIA
2726 W CORTEZ ST APT 1
CHICAGO IL 60622-6131

ACCOUNT NUMBER: 5010659174
FOR INFORMATION CALL: 1-800-992-2053
CUSTOMER SERVICE HOURS: M-F 8AM-7PM ET and
Saturday 8AM-2PM ET

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>The Huntington National Bank<br>5555 Cleveland Ave - GW1N09<br>Columbus, OH 43231<br>Phone No: 1-800-992-2053 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380<br><br>Form **1098**<br>(Rev. January 2022)<br>For calendar year<br>2022 | **Mortgage Interest Statement** |
|---|---|---|---|
| | 1 Mortgage interest received from payer(s)/borrower(s)*<br>$ 3,640.54 | | **Copy B**<br>**For Payer/Borrower** |
| PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>MELINDA SGARIGLIA<br>2726 W CORTEZ ST APT 1<br>CHICAGO IL 60622-6131 | 2 Outstanding mortgage principal<br>$ 53,457.48 | 3 Mortgage origination date<br>11/06/2018 | The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
| | 4 Refund of overpaid interest<br>$ 0.00 | 5 Mortgage insurance premiums<br>$ | |
| | 6 Points paid on purchase of principal residence<br>$ 0.00 | 7 If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. ☐ | |
| | 8 Address or description of property securing mortgage<br>2726 W CORTEZ ST UNIT 1<br>CHICAGO IL 606223419 | | |
| | 9 Number of properties securing the mortgage | 10 Other<br>Taxes Paid  $0.00 | |
| | 11 Mortgage acquisition date | Account number (see instructions)<br>5010659174 | |
| | RECIPIENT'S/LENDER'S TIN<br>30-0537225 | PAYER'S/BORROWER'S TIN<br>***-**-5750 | |

Form **1098** (Rev. 1-2022)  (Keep for your records)  www.irs.gov/Form1098  Department of the Treasury - Internal Revenue Service

---

Make a statement. Go paperless
Enroll in E-statements to view your account statements online.  It's simple, safe and secure.  And we'll email you when they're ready so you won't miss anything - except more paper.

Going paperless is easy.  Log into your account at huntington.com and:
- Click on Service Center
- Select Paperless Settings
Not enrolled in online banking? Sign up at huntington.com/OnlineBanking

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount each borrower paid and points paid by the seller that represent each borrower's share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 4.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Schedule A, C, or E (Form 1040) for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a mortgage, home equity loan, or line of credit. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances.

 *If you prepaid interest in the calendar year that accrued in full by January 15, of the subsequent year, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in the calendar year even though it may be included in box 1.*

If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity loan, or line of credit secured by a qualified residence, you can only deduct the interest paid on acquisition indebtedness, and you may be subject to a deduction limitation.

**Box 2.** Shows the outstanding principal on the mortgage as of January 1 of the calendar year. If the mortgage originated in the calendar year, shows the mortgage principal as of the date of origination. If the recipient/lender acquired the loan in the calendar year, shows the mortgage principal as of the date of acquisition.

**Box 3.** Shows the date of the mortgage origination.

**Box 4. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 4 amount on the "Other income" line of your calendar year Schedule 1 (Form 1040). No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525.

**Box 5.** If an amount is reported in this box, it may qualify to be treated as deductible mortgage interest. See the calendar year Schedule A (Form 1040) instructions and Pub. 936.

**Box 6.** Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 7.** If the address of the property securing the mortgage is the same as the payer's/borrower's, either the box has been checked, or box 8 has been completed.

**Box 8.** Shows the address or description of the property securing the mortgage.

**Box 9.** If more than one property secures the loan, shows the number of properties securing the mortgage. If only one property secures the loan, this box may be blank.

**Box 10.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

**Box 11.** If the recipient/lender acquired the mortgage in the calendar year, shows the date of acquisition.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1098*.

**Free File.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

The amount shown may not be fully deductible by you on your Federal Income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

## Remember to file for Homestead (or Homeowner's) Exemption, if you are eligible.

**If you have Private Mortgage Insurance (PMI) on your loan, and if certain conditions are satisfied, you may be able to cancel the PMI coverage. Please contact us for additional information concerning your cancellation rights, if any.**

**If your home is located in California: Additional accountings may be requested by the mortgagor, trustor, or vendee pursuant to Civil Code 2954.**

Case: 1:19-cv-05684 Document #: 262-44 Filed: 05/23/24 Page 9 of 10 PageID #:9467

**Huntington**
5555 Cleveland Ave - GW1N09
Columbus, OH 43231

**IMPORTANT TAX RETURN INFORMATION BELOW**

0-740-75285-0016623-002-000-000-000-000

MELINDA SGARIGLIA
4839 N WINCHESTER AVE
CHICAGO IL 60640-4006

ACCOUNT NUMBER: 5010659174
FOR INFORMATION CALL: 1-800-992-2053
CUSTOMER SERVICE HOURS: M-F 8AM-8PM ET and
Saturday 8AM-2PM ET

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380 Form **1098** (Rev. January 2022) For calendar year 2023 | **Mortgage Interest Statement** |
|---|---|---|---|

The Huntington National Bank
5555 Cleveland Ave - GW1N09
Columbus, OH 43231
Phone No. 1-800-992-2053

| **1** Mortgage interest received from payer(s)/borrower(s)* $ 4,763.39 | **Copy B** For Payer/ Borrower |
|---|---|

PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

MELINDA SGARIGLIA
4839 N WINCHESTER AVE
CHICAGO IL 60640-4006

The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item.

| **2** Outstanding mortgage principal $ 59,635.11 | **3** Mortgage origination date 11/06/2018 |
|---|---|
| **4** Refund of overpaid interest $ 0.00 | **5** Mortgage insurance premiums $ |
| **6** Points paid on purchase of principal residence $ 0.00 | **7** If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. ☐ |
| **8** Address or description of property securing mortgage 2726 W CORTEZ ST UNIT 1 CHICAGO IL 606223419 | |
| **9** Number of properties securing the mortgage | **10** Other Taxes Paid $0.00 |
| **11** Mortgage acquisition date | Account number (see instructions) 5010659174 |
| RECIPIENT'S/LENDER'S TIN 31-0966785 | PAYER'S/BORROWER'S TIN ***-**-5750 |

Form **1098** (Rev. 1-2022)    VTB    (Keep for your records)    www.irs.gov/Form1098    Department of the Treasury - Internal Revenue Service

Make a statement. Go paperless
Enroll in E-statements to view your account statements online. It's simple, safe and secure. And we'll email you when they're ready so you won't miss anything - except more paper.

Going paperless is easy. Log into your account at huntington.com and:
- Click on Service Center
- Select Paperless Settings
Not enrolled in online banking? Sign up at huntington.com/OnlineBanking

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount each borrower paid and points paid by the seller that represent each borrower's share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 4.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Schedule A, C, or E (Form 1040) for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a mortgage, home equity loan, or line of credit. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances.

 *If you prepaid interest in the calendar year that accrued in full by January 15, of the subsequent year, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in the calendar year even though it may be included in box 1.*

If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity loan, or line of credit secured by a qualified residence, you can only deduct the interest paid on acquisition indebtedness, and you may be subject to a deduction limitation.

**Box 2.** Shows the outstanding principal on the mortgage as of January 1 of the calendar year. If the mortgage originated in the calendar year, shows the mortgage principal as of the date of origination. If the recipient/lender acquired the loan in the calendar year, shows the mortgage principal as of the date of acquisition.

**Box 3.** Shows the date of the mortgage origination.

**Box 4. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 4 amount on the "Other income" line of your calendar year Schedule 1 (Form 1040). No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525.

**Box 5.** If an amount is reported in this box, it may qualify to be treated as deductible mortgage interest. See the calendar year Schedule A (Form 1040) instructions and Pub. 936.

**Box 6.** Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 7.** If the address of the property securing the mortgage is the same as the payer's/borrower's, either the box has been checked, or box 8 has been completed.

**Box 8.** Shows the address or description of the property securing the mortgage.

**Box 9.** If more than one property secures the loan, shows the number of properties securing the mortgage. If only one property secures the loan, this box may be blank.

**Box 10.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

**Box 11.** If the recipient/lender acquired the mortgage in the calendar year, shows the date of acquisition.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1098.*

**Free File.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

The amount shown may not be fully deductible by you on your Federal Income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

### Remember to file for Homestead (or Homeowner's) Exemption, if you are eligible.

**If you have Private Mortgage Insurance (PMI) on your loan, and if certain conditions are satisfied, you may be able to cancel the PMI coverage. Please contact us for additional information concerning your cancellation rights, if any.**

**If your home is located in California: Additional accountings may be requested by the mortgagor, trustor, or vendee pursuant to Civil Code 2954.**