**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



Bill To: Carol Oshana
Oshana Law
20 N Clark St
Suite 3000
Chicago, IL, 60602

| | |
|---|---:|
| Invoice #: | 6656556 |
| Invoice Date: | 6/23/2023 |
| Balance Due: | $829.10 |

**Case: Sgariglia, Melinda v. American Bankers Insurance (1:19cv05684)** — **Proceeding Type: Depositions**

Job #: 5760610 | Job Date: 2/23/2023 | Delivery: Normal

Location: Chicago, IL
Billing Atty: Carol Oshana
Scheduling Atty: Matthew W. Casey | Walker Wilcox Matousek LLP

| Witness: Thomas Hawbecker | Amount |
|---|---:|
| Transcript Services | $703.10 |
| Logistics, Processing & Electronics Files | $126.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $829.10 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $829.10 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6656556
**Invoice Date:** 6/23/2023
**Balance Due:** $829.10

Pay by Credit Card: www.veritext.com

159528

**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | Carol Oshana<br>Oshana Law<br>20 N Clark St<br>Suite 3000<br>Chicago, IL, 60602 | | **Invoice #:** | **6655450** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **6/21/2023** |
| | | | **Balance Due:** | **$1,066.20** |

**Case: Sgariglia, Melinda v. American Internation Relocation Services, LLC, Et Al (1:19cv05684)**     **Proceeding Type: Depositions**

Job #: 5706285  |  Job Date: 2/13/2023  |  Delivery: Normal

Location:           Chicago, IL
Billing Atty:       Carol Oshana
Scheduling Atty:    Matthew W. Casey | Walker Wilcox Matousek LLP

| **Witness: Melinda Sgariglia** | **Amount** |
|---|---:|
| Transcript Services | $916.40 |
| Exhibits | $23.80 |
| Logistics, Processing & Electronics Files | $126.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$1,066.20** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,066.20** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6655450
**Invoice Date:** 6/21/2023
**Balance Due:** $1,066.20

Pay by Credit Card: www.veritext.com

159528