

# CLASSIC RESTORATION

4929 WEST GRAND AVENUE
CHICAGO, ILLINOIS 60639
773-282-4400    773-282-4404 FAX

MS. Melinda Young  Tuesday, March 26, 2024
2726 Cortez Condo Assoc.
2726 W. Cortez
Chicago, IL  60622
W: F: M: 773-551-7900 H: mekadunc@gmail.com

**Re: Masonry Restoration**

We agree to furnish all labor, supervision, materials, and scaffold equipment, to carry Worker's Compensation, Public Liability, and Property Damage Insurance, and to use every reasonable precaution to protect the public and any adjacent property during the performance of the following work.

**Extent of Work:**

**ITEM # 1**: Remove the limestone copings on all elevations of the garage and store on site for re-use. Install HB Textroflash 40mil through-wall flashing membrane with stainless steel drip-edges. Reset the copings stones in a full bed of mortar and seal the joints with Sonneborn NP-1 urethane sealant. One stone is damaged and will be replaced.

**COST OF WORK............................................$ 3,800**

**ITEM # 2**: Grind out all the mortar joints on the inside of the garage parapet and the upper four feet of the exterior side of the parapet, and repoint with high-lime, type-N mortar. The remaining areas of the walls on the North and South Elevations will be inspected and all cracked joints and holes will be repointed, where needed.

**COST OF WORK............................................$ 5,800**

**ITEM # 3**: Remove the masonry over the passage door on the South Elevation and the Overhead door on the North Elevation. Clean the steel lintels and paint with epoxy. Install new flashings formed with end dams, stainless steel drip edges, and cell vent weeps. Reset the masonry back to the original design. Replace 2 or 3 damaged block where the new joist was installed.

**COST OF WORK............................................$ 3,900**

**ITEM # 4:** Apply Chem-Trete PB100 to all accessible exterior concrete block surfaces per the manufacturer's recommended coverage rate. PB100 is a clear, breathable, 100% silane, penetrating, water-repellant sealer designed especially for porous concrete block. See Attached.

**COST OF WORK............................................$ 3,900**

**ITEM # 5:** Install a sheet metal gutter on the Exterior East and West Elevations of the garage that will be installed into reglets and slope down to cover the gap between the garage and its neighbors. See Drawing

**COST OF WORK............................................$ 1,600**

**TERMS:** We Require A 20% Deposit And Signed Proposal Prior To Our Scheduling Or Proceeding With Your Project. The Balance Will Be Due Upon Completion.

I hope that this proposal meets with your approval and that we may have the opportunity of performing this work for you. If you have any questions regarding this matter or would like to schedule this work please call me at my office or at my cell phone, **773-592-4402.**

Sincerely,

*James Mahoney*
James Mahoney

**Agreed To By:**_____**Date:**_____

**Title:** _____

# QUOTATION

**renner & renner, inc.**

renner & renner, inc.
CONSTRUCTION COMPANY
5951 N. Elston Avenue • Chicago, IL 60646

773-631-9874
FAX # 774-631-9875

Mason Lic. 4839
Business Lic. 19085
City of Chicago
Lic. # TGC041133D

| SUBMITTED TO | JOB NAME |
|---|---|
| Melinda Young | SAME |
| **STREET** | **JOB LOCATION** |
| 2726 W. Cortez Street | SAME |
| **CITY, STATE AND ZIP CODE** | **ARCHITECT** |
| Chicago, Illinois 60622 | |
| **TELEPHONE NO:** 773-551-7900 | **DATE** October 16, 2023 | **PLAN DATE** |

We Propose to furnish and **DELIVER ERECT** material as listed below, for the sum of:

Nien Thousand Four Hundred and 00/100-------------------- DOLLARS ($ 9,400.00 )

Our price includes:

**Estimate for Garage Roof:**

Thre Roofer will remove the existing Decking and remove the existing Roofing.
The Carpenters will remove the last three (3) feet on the West Wall of the Garage and remove the rotted pylwood.
We will also install three (3) new TJI Joists to replace three (3) damaged 2x4 Joists.
The Fourth existing 2x4 Joist we will nail on plywood for extra strenght on the edge.
We will need to break the Decorative Blocks to remove and install our new Joists.
Your Briklayer will have to re-brick the wall that we removed.

This work will be done in November:

PRICE: $9,400.00-----------------------------------------------------------

*Miss Young: the roofer called me and said he may not be able to start be spring do the to the weather John*

We have **NOT** included:

Payment to be made as follows: 20% Initila Depoist - Balance as agreed. Per Statement.

Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Our workers are fully covered by Workmen's Compensation Insurance.

RENNER & RENNER CONSTRUCTION CO.
Authorized Signature _John Renner_
Note: This proposal may be withdrawn by us if not accepted within 15 days

**ACCEPTANCE of PROPOSAL** - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date of Acceptance: 10/16/23

Signature
Signature

# QUOTATION

**renner & renner, inc.**

renner & renner, inc.
CONSTRUCTION COMPANY
5951 N. Elston Avenue • Chicago, IL 60646

Mason Lic. 4839
Business Lic. 19085
City of Chicago
Lic. # TGC041133D

**SUBMITTED TO:** Melinda Young
**STREET:** 2726 W. Cortez St
**CITY, STATE AND ZIP CODE:** Chic. IL 60622
**TELEPHONE NO:** 773-551-7900
**DATE:** 10-31-2023

**JOB NAME:**
**JOB LOCATION:**
**ARCHITECT:**
**PLAN DATE:**

We Propose to furnish and DELIVER ERECT material as listed below, for the sum of:

**DOLLARS ($ 9,810.00)**

Our price includes:

Garage Roof deck.
Built new wooden deck on existing garage Roof. All Lumber is treated.

We have **NOT** included:

Payment to be made as follows:

Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Our workers are fully covered by Workmen's Compensation Insurance.

**RENNER & RENNER CONSTRUCTION CO.**

Authorized Signature: John Renner

Note: This proposal may be withdrawn by us if not accepted within ___ days

**ACCEPTANCE of PROPOSAL** - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date of Acceptance: 11/4/23

Signature: MY
Signature: Melinda Young

Try December - check paid for $1880

**Check 1092:**
- 2726 WEST CORTEZ CONDOMINIUM ASSOC, 2726 W CORTEZ ST, CHICAGO, IL 60622-3419
- Date: 3/27/24
- Pay to the order of: Classic Restoration
- $3480.00
- Thirty four eighty & 00/100
- US Bank
- For: 20% garage masonry work

**Back of check:** For Deposit Only, Bellwood Currency Exchange, All Prior Endorsements Guaranteed. Classic Restoration Mynor (?)

**Check 1093:**
- 2726 WEST CORTEZ CONDOMINIUM ASSOC, 2726 W CORTEZ ST, CHICAGO, IL 60622-3419
- Date: 4/15/24
- Pay to the order of: Classic Restoration
- $13,920.00
- Thirteen thousand nine hundred twenty & 00/100
- US Bank
- For: remaining balance garage masonry

**Check 1086**

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 10/4/23

PAY TO THE ORDER OF: Renner & Renner — $1880.00

Eighteen hundred eighty & 00/100 DOLLARS

usbank.

FOR: garage roof

⑈001086⑈ ⑆071904779⑆ 1993777740 2⑈

---

**Check back**

122723  1375  8175000207802>071925444< WIN

PAY TO THE ORDER
WINTRUST CHICAGO
FOR DEPOSIT ONLY
RENNER & RENNER, INC.
0001536540

---

**Check 1091**

2726 WEST CORTEZ CONDOMINIUM ASSOC
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

DATE 3/16/24

PAY TO THE ORDER OF: Renner & Renner — $7520.00

Seventy five twenty & 00/100 DOLLARS

usbank.

FOR: balance garage roof 2726 W Cortez replacement

⑈001091⑈ ⑆071904779⑆ 1993777740 21⑈



5/22/24, 8:39 AM — Gmail - 2726 Cortez HOA Garage inspections

 Gmail

Melinda Young <mekadunc@gmail.com>

## 2726 Cortez HOA Garage inspections
1 message

**steve hier** <millerhier@icloud.com>  Wed, May 22, 2024 at 6:39 AM
To: Melinda Young <m.kadunc@comcast.net>

Review Renner garage repair trusses and deck in progress   1 hr

Review classic restoration parapet flashing and repaired of two holes in south and north walls made by new truss installation.   1 hr

Review classic restoration application of water repellent on garage 1 hr

3 hr @ $250 $750

Steve Hier

3080 W. Palmer Square, Chicago

Sent from my iPhone

*[handwritten: Paid from HOA reserves. Unit 1 responsibility 44% = $330]*

---

**2726 WEST CORTEZ CONDOMINIUM ASSOC**
2726 W CORTEZ ST
CHICAGO, IL 60622-3419

Check # 1094

DATE 5/22/24

PAY TO THE ORDER OF: Steve Hier     $750.00

Seven hundred fifty & 00/100 DOLLARS

US bank

FOR: Garage Inspections

⑆001094⑆ ⑉071904779⑉ 1993777740 21⑆