```
52 Surfsong LLC                                            004
2726 W Cortez Street #1
Chicago, IL 60622
                                    5/16/24
PAY TO THE  Renner & Renner                $ 1962.00
ORDER OF
  Nineteen hundred sixty two 00/100  DOLLARS

  2726 W Cortez
  207. deposit roofdeck       M Y
FOR

⑆125109019⑆   8751051601751⑈0004
```

Endorsement (back of check):

```
040224   1165   8175000022944G>0719254

RENNER & RENNER INC.
0001536540
FOR DEPOSIT ONLY
WINTRUST CHICAGO
PAY TO THE ORDER OF
```

```
                                                                    005
                                                                 98-901/1251
52 Surfsong LLC
2726 W Cortez Street #1                    3/16/24 20
Chicago, IL 60622

PAY TO THE   Renner & Renner              | $ 7848.00
ORDER OF
   Seventy eyht-forty eyht 400/100    DOLLARS

2726 W Cortez
balance garage roofdeck              [signature]
FOR

⑆ 125109019 ⑆   8751051601 75 ⑈ 0005
MONARCH
```

Back of check:

```
040224   1165   8175000229439>071925

RENNER & RENNER INC.
0001536540
FOR DEPOSIT ONLY
WINTRUST CHICAGO
PAY TO THE ORDER OF
```

**52 Surfsong LLC**
2726 W Cortez Street #1
Chicago, IL 60622

007

3/14 20 24

PAY TO THE ORDER OF 2724 W Cortez HOA  $ 8404.00

eight thousand four hundred four dollars 00/100 DOLLARS

Unit 1 44%
masonry garage

⑂125109019⑂ 875105160175⏉0007

[endorsement:] 2724 W Cortez HOA
For deposit only

[bank stamp:] 9876rb129rbJSB >091000022<
03162024 12:48 PM·CDT

**52 Surfsong LLC**
2726 W Cortez Street #1
Chicago, IL 60622

003
98-901/1251

Date: 2/4/2024

PAY TO THE ORDER OF: 2726 W Cortez HOA    $ 4136.00

Forty one thirty six & 00/100 DOLLARS

FOR: garage roof repair

⑈125109019⑈ 875105160175⑈0803

[Back of check:]

9876 1122 USB >091000022<
02052024 01:40 PM CST

PAY TO THE ORDER OF
U.S. BANK
CHICAGO IL 60622
0718047794
FOR DEPOSIT ONLY
2726 W CORTEZ CONDO
(19077774021)