**2726 W Cortez Street Unit 1 Damages as of 05/22/2024**

| Date | Repair | Notes | Unit 1 Responsibility | Total Building Costs |
|---|---|---|---|---|
| 10/17/2018 | Mold Solutions | paid in full | $5,926.36 | $13,469.00 |
| 3/26/2019 | Masonry work | paid in full | $61,919.00 | $140,725.00 |
| 4/27/2019 | Structural exploratory, and structural engineer Steel beams to rebuilt ceiling / roofing floor of Unit 3 | paid in full | $4,628.80 | $10,520.00 |
| 6/26/2019 | Truss Work + Roof Replacement (minus $2250) | paid in full | $42,116.80 | $95,720.00 |
| 1/21/2021 | South Facing Terrace Roof Replacement - Unit 2 and Unit 3 | paid in full | $2,831.40 | $6,435.00 |
| 7/20/2019 | Attorney Fees | HOA lawsuit v Erie Insurance AND Arrow Demand Letter | paid in full | $2,530.00 | $5,500.00 |
| 12/18-03/15/24 | Accrued Interest - HELOC 12/18 -3/15/24 | accrues monthly | $17,794.76 | - |
| 09/17/19-06/30/21 | 401K Loan (Interest) Accrued Interest 9/17/19-3/30/21 5 year term, 4% variable | paid in full | $2,105.43 | $36,000.00 |
| | Unit 1 Front Window Replacement (south facing) | to be completed | $19,750.00 | |
| | Steve Hier Consulting Payments | paid in full as of 2/7/23 | $2,574.10 | $5,849.00 |
| 2/5/19 | Bob Kelly (release of Wickright proposal for building repairs) | paid in full | $66.00 | $150.00 |
| 6/30/20 | 401K Withdrawal ($100K) 06/30/20 | taxes owed; paid in full | $33,333.00 | - |
| | Miller Hier Home Inspection - Sgariglia v Gonrings Lawsuit Deposition, affadavit, calls with attorneys, Melinda, etc. | paid in full 2/7/23 | $1,000.00 | - |
| | Replace Basement Storage Area & Basement Entry Area Door frames | to be completed | $1,364.00 | $3,100.00 |
| as of 3/15/24 | HOA Insurance Premium Increase due to HOA Lawsuits (since July 2021) Unit 1 share | $2646.16/year increase over old HOA Unit 1 assessment amount since 2021 | $7,276.83 | $8,000.00 |
| 9/3/23 | Sgariglia Deposition | paid in full 9/3/23 | $1,066.20 | - |
| 6/26/23 | Hawbecker Deposition | paid in full 6/26/23 | $829.10 | - |
| 5/24/24 | Steve Hier Consulting Payments - Affadavit | | $1,500.00 | |
| 5/24/24 | Steve Hier Consulting Payments - Garage | Paid in full | $330.00 | |
| 04/24 | Garage roof | Paid in full | $4,136.00 | $9,400.00 |
| 04/24 | Garage roofdeck | Paid in full | $9,400.00 | $0.00 |
| 5/24/24 | Masonry | Paid in full | $8,404.00 | $19,100.00 |
| | | **TOTAL** | **$230,881.78** | **$325,468.00** |