IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | |
| | ) | 1:19-cv-05684 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Robert M. Dow |
| | ) | |
| AMERICAN INTERNATIONAL RELOCATION | ) | |
| SERVICES, LLC, D.B.A. AIRES, AN ILLINOIS | ) | |
| LIMITED LIABILITY CORPORATION, | ) | |
| NICHOLAS GONRING & KELSEY GONRING., | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF BRIAN ALLENDORFER

I, Brian Allendorfer, being duly sworn on oath, depose and state as follows:

1. I am 59 years old, reside in Milwaukee, Wisconsin. I am the President of Brian Allendorfer Company, Inc. and have held this position since 2002. My company is an Illinois Corporation since 2002.

2. I have personal knowledge of the facts sworn to herein and would testify to the same if called to do so

3. I have an associate's degree from UIC, my major in business. I graduated in 1987.

4. I was in the Illinois Air National Guard from Oct 1982 through Jan 2003. I was Air Force crew chief and air refueling specialist, also known as a boom operator.

5. I was raised in the masonry industry, and am a 5th generation mason and roofer. I have worked in the masonry and roofing business since I was a child. My family's business started in 1885, and it was called P. Allendorfer and Company. It eventually became Allendorfer Company and I worked there part time from 1978 until I went full time in 1983. From 1978 to about 1986, I was out in the field working on roof

1

and masonry and I started an apprentice. I became a journeyman and foreman in 1986 until the mid-90s, when I started a managerial position.

6. My duties involved masonry restoration. I did tuck pointing, parapet wall rebuilding, chimney rebuilding, cornice repairs, lintel replacement, masonry façade cleaning and waterproofing, structural repairs. During my 45 year tenure, I have worked over a thousand homes, apartment and condo buildings, and commercial spaces. I have managed over a thousand masonry projects as well.

7. I have been a member of the National Roofing Contractor's Association, a worldwide association, for about 45 years. My education track for roofing was the same as for masonry, as my family did both projects.

8. My duties for roofing include roof replacement, roof repairs, and architectural sheet metal. We do steep roofs, flat roof, asphalt roofs, modified bitumen, TPO roof membrane, EPDM roofs, cedar shakes, clay tile, architectural sheet metal and more. I also worked on the AON roof replacement project.

9. I have worked on and overseen over a thousand roof projects for residential and commercial properties of all kinds.

10. My company had up to 40 employees at one point, and we currently have 12.

11. From time to time, I have acted as a consultant for condo associations to perform evaluations on masonry or roofing projects. About 15 years ago, I testified in the past as an expert in Circuit Court of Cook County on a roofing project.

12. As to concrete block masonry, I have worked on hundreds of concrete block structures. This type of material started to become popular in Chicago in the late 1990s. It was called Split Face Block. In the 1960s and 1970s, it was called cinder block. Prior to the 1990s, concrete block was used, however brick was the veneer. Eventually that changed and the concrete block remained exposed. Also the product

        known as split face block was formed, which was more pleasing in appearance. Split face block has a textured appearance, whereas concrete block is flat.

13. I have worked on hundreds of properties that have had problems with split face block. It is a newer problem that has surfaced in the last 15 years. My company has done structural and heavy duty repairs. At this point, we are tearing apart properties built with split face block and rebuilding them.

14. I have a City of Chicago GC license for projects up to $5 million. For the State of IL, we have a roofer's license. We also have a City of Chicago masonry license. The State of IL does not require a masonry license.

15. In addition, I have seen hundreds of quotes for masonry work in the Chicagoland area from competitors large and small. The same is true of roofing contractors. Our pricing is competitive and commensurate with reputable Chicagoland roofing and masonry contractors of similar expertise and quality.

16. For the last 40 years, I have also observed prices for materials from commercial suppliers for both masonry and roofing. I am familiar with the competitive pricing for materials and our prices are competitive and commensurate with reputable Chicagoland roofing and masonry contractors of similar expertise and quality.

17. I was retained by 2726 Cortez HOA through Melinda Young on or about September 2018. She contacted me and sought an analysis on her building's health.

18. I went to the property located at 2726 N. Cortez, Chicago, IL (hereinafter "Property") sometime early 2019. I went there with my estimator and project manager Scott Wolfe, along with Steve Hier. We could not see the extent of the problem at the time because the problem areas were covered with drywall, but we saw the leakage, which was showing up in the top ceilings and all around the building. It was around where

the ceilings met the walls, around the perimeter of the walls. There was evidence of water penetration around the windows, which was evidence of leakage from lintels.

19. We provided a quote on March 20, 2019 on what we could see. (See Exhibit 6). We negotiated the price to $120,000. All of the work in this invoice was corrective and restoration work, to correct construction defects from when it was built. There was no flashing or improperly installed flashing throughout. We were addressing the visible defects. This was entirely paid by the Association.

20. However, on April 25, 2019, when we proposed to open the ceilings and walls on the top floor, and we were approved to do so, we discovered the structural deterioration was much worse than we had suspected. (See Exh. 7). The work described in this proposal was to open up walls and ceilings where roof trusses intersected masonry perimeter walls. We discovered there were defects within the roof structure that caused us to believe there was hidden deterioration. Mr. Hier was insisting on opening this area and the owner of unit 3 was resistant. However, the Association eventually approved the project.

21. When we opened the walls and ceilings on the 3rd floor sometime after giving the proposal, we realized we had a opened a can of worms. We saw massive deterioration where the roof trusses intersected the masonry perimeter walls. It looked as though the building could collapse. The ends of the trusses were so deteriorated that they had no structural integrity. I noted that it was a miracle that it was standing. It was only a matter of time for the top floor roof structure to break free and implode. It could have collapsed the entire building, harming anyone inside. Also if people were on the roof deck, it would have been a disaster.

22. The price as quoted on our proposal to open the roof and ceilings was entirely paid by the Association. Our price is commensurate with other reputable masonry contractors

4

in the Chicagoland area and I am familiar with such pricing for similar projects. (See Exh 7).

23. On June 5, 2019, we had to remove enough of the roof and sheathing membrane to perform the structural repair work and gave a proposal to that effect. (See Exh. 8). Then we had to replace all of the plywood, roof sheathing. We replaced the roof because we had cut it for the structural work. We removed all of the roof membrane and replaced it. Patching it was not recommended because we by cutting the membrane out completely, it destroyed the integrity of the entire roof system. The only way to replace it is to replace entirely, otherwise patching would be giving the Association less than what they had before. The roof would have been unreliable if we only patched it. The work was necessary to prevent the collapse of the roof. This proposal was fully paid by the Association. Our price is commensurate with other reputable roofing contractors in the Chicagoland area and I am familiar with such pricing for similar projects..

24. On June 6, 2019, we submitted proposal to repair the trusses. (See Exh. 9). This work repaired the ends of the trusses where they intersected with the masonry perimeter walls. There were 52 deteriorated truss ends, of the 26 trusses both ends were deteriorated. For some trusses were fabricated steel brackets because it was difficult to access the truss pockets due to the building configuration. Again, this work was necessary to prevent the roof from collapsing. The Association fully paid the amount in the proposal. Our price is commensurate with other reputable roofing contractors in the Chicagoland area and I am familiar with such pricing for similar projects.

25. On May 14, 2020, we did an upcharge because part of our scope of work we understand that someone had applied a masonry waterproof coating over the concrete

block. (See Exh. 10). We were asked to include in our quote another coat of that same product. Based on our visual inspection, I observed pinholes within the previously applied coating, and that raised red flags because we knew the condition was compromised. We brought in our consultant from BASF, the coating product company, and they did a test and determined that another coat of the PPT product was not advisable because of that was not enough protection. So we did 2 quotes per their recommendation and to offer a warranty. The coating was to keep the block from wicking moisture into the building. This necessary for the structural integrity and stops the deterioration process. The Association fully paid this proposal. Our price is commensurate with other reputable masonry contractors in the Chicagoland area and I am familiar with such pricing for similar projects.

26. On May 26, 2020, we provided a proposal because the front of the building had some deficiencies that we did not notice initially. (See Exh. 11). We saw mortar missing in certain areas when we were on scaffolds. We were reporting more problems as we found them. This was done to protect the structural integrity of the building and keep water out. The Association fully paid this proposal. Our price is commensurate with other reputable masonry contractors in the Chicagoland area and I am familiar with such pricing for similar projects.

27. On July 8, 2020, we provided a proposal for the glass block windows because they were leaking. (See Exh. 12). All the mortar joints were compromised due to poor workmanship. We also rebuilt the stoop under paragraph 2 of the proposal because it was poorly constructed. The footings were incorrectly done and the soil was not compacted, leaving the stairs to be detached from the building. Water was being channeled in the cavity between the stairs and the building. This proposal was to remedy the further the main building and the stairs because both were deteriorating

        due to the water. The Association fully paid this proposal. Our price is commensurate with other reputable masonry contractors in the Chicagoland area and I am familiar with such pricing for similar projects.

28. On July 10, 2020, we submitted an invoice for extra siding. (See Exh. 13). This was to replace the siding on the penthouse to accommodate the roof replacement. The fully Association fully paid for this proposal. Our price is commensurate with other reputable roofing contractors in the Chicagoland area and I am familiar with such pricing for similar projects.

29. On March 16, 2021, for unit 2 the terrace roofs, we discovered the terrace roofs were leaking. Ultimately we had to do all of them. This was because they were poorly installed originally. There were issues with the flashing detail where the roof intersected masonry. There was no way to patch this; it had to be completely replaced to prevent water infiltration inside the building. We submitted a proposal for this work and it was fully paid. (Exh 14). Our price is commensurate with other reputable roofing contractors in the Chicagoland area and I am familiar with such pricing for similar projects.

30. On April 2, 2021, my company submitted a proposal to Melinda Sgariglia as to her front facing windows. (See Exh. 15). Sometime before April 2, 2021, Scott from office went to Unit number 1 and met with Melinda. He reported leakage through her window assemblies. He saw staining and rotting of the wood frame of the windows themselves. The window units were deteriorating. This proposal was to prevent water infiltration into Unit number 1. The pricing on this has increased. Window materials have increased in price, and at this point the proposal would be more in range of $24,000 to $25,000. Melinda indicated that she could not afford this repair

at this that time. Our price is commensurate with other reputable masonry contractors in the Chicagoland area and I am familiar with such pricing for similar projects

FURTHER, affiant sayeth naught.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED ON May 21, 2024

By: x_____
Brian Allendorfer