IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELINDA SGARIGLIA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:19-cv-05684 |
| v. ) | |
| ) | Honorable Robert W. Gettleman |
| AMERICAN INTERNATIONAL ) | |
| RELOCATION SERVICES, LLC, d/b/a ) | Magistrate Judge Gabriel A. Fuentes |
| AIRES, an Illinois limited liability ) | |
| company, NICHOLAS GONRING, and ) | Jury Demanded |
| KELSEY GONRING, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT NICHOLAS AND KELSEY GONRING'S CROSS-MOTION FOR SUMMARY JUDGMENT ON DAMAGES AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR DAMAGES**

Defendants Nicholas and Kelsey Gonring (together, the **"Gonrings"**), by their attorneys Jordan A. Finfer and Elizabeth L. Archerd of the law firm of Patzik, Frank & Samotny Ltd. and pursuant to Federal Rule of Civil Procedure 56(a), respectfully request that this Court grant summary judgment in favor of the Gonrings and against plaintiff Melinda Sgariglia (**"Plaintiff"**) on the issue of damages. In support of their Cross-Motion, the Gonrings state as follows:

1. As set forth in the Gonring's Memorandum of Law in Support of their Motion, which has been simultaneously filed with this Motion, summary judgment should be granted in favor of the Gonrings and against Plaintiff on the issue of damages.

2. The background, authorities and arguments in support of this Motion are fully set forth in the contemporaneously filed Local Rule 56.1 Statement of Additional Undisputed Material Facts, Memorandum of Law in Support of their Motion, and Response to Plaintiff's Statement of Undisputed Material Facts,

**WHEREFORE**, Defendants Nicholas Gonring and Kelsey Gonring respectfully request that the Court grant summary judgment in their favor and against Plaintiff Melinda Sgariglia on the issue of damages, and for such other relief as this Court deems equitable and just.

Dated: July 29, 2024             NICHOLAS GONRING and KELSEY GONRING

By: /s/ Jordan A. Finfer
       One of their attorneys

Jordan A. Finfer (ARDC #6296373)
Elizabeth Archerd (ARDC #6329394)
Patzik, Frank & Samotny Ltd.
200 S. Wacker Drive, Suite 2700
Chicago, IL 60606
Phone: 312-551-8300
jfinfer@pfs-law.com
earcherd@pfs-law.com

PFS:008071.0001.3337879.1

## **CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, under penalty of perjury, hereby certifies that DEFENDANT NICHOLAS AND KELSEY GONRING'S CROSS-MOTION FOR SUMMARY JUDGMENT ON DAMAGES AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR DAMAGES was electronically filed on July 29, 2024 using the court's CM/ECF system and will then send same to all ECF-registered counsel of record.

*/s/ Melissa Siedlecki*