# EXHIBIT E

# BRAL RESTORATION, LLC

### BUILDING RESTORATION SPECIALISTS • CONSULTATION
### BUDGET PREPARATION • TECHNICAL SERVICES

May 3, 2018

Mr. John Gorr
2726 West Cortez Condominium Association
Unit 3
Chicago, IL 60622
Phone: 773-742-0596
Email: jgorr1@msn.com

Water Leak Investigation Results:
We arrived on site at approximately 8am on May 2, 2018. A 3-man crew provided protection to the surrounding areas inside the 3rd floor. We removed the drapery and drywall as needed to inspect the back side at interior of wall during the water leak investigation. We accessed the west wall with built up pipe scaffolding. We conducted the water leak test with standard water pressure from the building.

We completed similar protection and opening above the North door of 3rd floor.

At both locations we were able to produce water leakage within 10 minutes of spraying water. We complete the test 2 x's with same results.

The removal of drywall allowed BRAL to confirm there is not a cavity wall system to be repaired and or reviewed. The existing flashing was through wall that allowed water to penetrate right into the back of block.

It was decided to not continue with reviewing any further window or door openings besides these two. It was explained that installing a cavity wall system over just the masonry openings and allowing a proper through wall flashing system to be installed would not prevent water from penetrating at locations in between the openings.

A previous proposal including as needed repointing and application of 2 coats of Modac was modified to include the application of 1 coat of Chem-Trete as an alternative.

The photo documentation, revised proposal, time & material sheet and credit invoice is herein included.

Please call with any questions. Thank you.

Regards,

*AL Christoffer*

Al Christoffer
Bral Restoration, LLC
847-456-5172

PHONE: 847-839-1100 • FAX: 847-839-1101
2356 HASSELL RD. • SUITE G • HOFFMAN ESTATES, IL 60195 • WWW.BRALRESTORATION.COM

# Credit Memo

Bral Restoration, LLC
2356 Hassell Road, Suite G
Hoffman Estates, IL  60195
Ph:  847-839-1100   Fax:

| Date | Credit No. |
|---|---|
| 5/2/2018 | 2740 |

Customer

2726 W Cortez Condominium Assoc.
C/o John Gorr
Unit #3
2726 W. Cortez
Chicago, IL 60622

| | P.O. No. | Project |
|---|---|---|
| | | B1814 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Leak Inspection Work:- Completed  See attached Spread sheet for cost details  See attached proposal report. | | -1,770.25 | 1,770.25 |
| Deposit Paid 4-2-18 | | 2,500.00 | -2,500.00 |

Your deposit has been applied to this invoice.

| | |
|---|---|
| **Total** | -$729.75 |
| **Invoices** | $0.00 |
| **Balance Credit** | -$729.75 |



2356 Hassell Rd., Suite G
Hoffman Estates, IL 60169
847-839-1100  Fax: 847-839-1101
**www.bralrestoration.com**

# TIME & MATERIAL WORKSHEET

| | | | | |
|---|---|---|---|---|
| Contact: | Mr. John Gorr | | | |
| Address | 2726 W. Cortez | JOB: | B1814 | |
| Customer: | Mr. J. Gorr | | | |
| Contact: | | Description: | Leak Investigation | |
| Rates: | Labor =$95.00 per man hour | | | |

### INVOICE SUMMARY

| | | | |
|---|---|---|---|
| Labor | | | $1,615.00 |
| Materials | | | $60.00 |
| Materials Markup | 15% | | $9.00 |
| Equipment | | | $75.00 |
| Equipment Markup | 15% | | $11.25 |
| Delivery Truck | Hours | 0 | $0.00 |
| Supplies & Misc | | 0 | |
| **PAY THIS AMOUNT:** | Total Amount Due | | $1,770.25 |

| | LABOR: Week Summary | | | Materials | | | Equipment | | |
|---|---|---|---|---|---|---|---|---|---|
| Position | | Rate | Man Hours | Total | Company Name | Materials | Cost | Company Name | Equipment | Total |
| PM | AL Christoffer | $100.00 | 2 | N/C | | | | | | |
| Mechanic | Peter | $95.00 | 4 | $380.00 | | | | | | |
| Mechanic | Jarek | $95.00 | 6.5 | $617.50 | | | | | | |
| Mechanic | Robert | $95.00 | 6.5 | $617.50 | | | | | | |
| Mechanic | | | 0 | $0.00 | | | | | | |
| Mechanic | | | 0 | $0.00 | | | | | | |
| Mechanic | | | 0 | $0.00 | | | | | | |
| Laborer | | | | | | | | | | |
| Totals | | | 19 | $1,615.00 | | | $0.00 | | | $0.00 |

| Date | | | | | Describiton of Work | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/2/2018 | Al C. | 2 | | | Leak Testing Inspection Time. | | | | | |
| " | Peter | 4 | | | | | | | | |
| " | Jarek | 6.5 | | | | | | | | |
| " | Robert | 6.5 | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Total Hours | | 0 | 19 | 0 | 0 | 0 | | | | |

# BRAL RESTORATION, LLC

### BUILDING RESTORATION SPECIALISTS • CONSULTATION
### BUDGET PREPARATION • TECHNICAL SERVICES

May 3, 2018

Mr. John Gorr
2726 West Cortez Condominium Association
Unit 3
Chicago, IL 60622
Phone: 773-742-0596
Email: jgorr1@msn.com

**Job Address:  2726 West Cortez**
                **Chicago, IL 60622**


**Location of work:**   West, North & East Elevations

Bral Restoration, LLC agrees to furnish all labor, supervision, materials and equipment; to carry Workman's Compensation, Public Liability and Property Damage Insurance; and to use every reasonable caution to protect the public and any adjacent property during the performance of the following work:

**Scope of Work:** CMU Tuckpointing & Modac Application


**Item # 1:** Provide as needed tuck-pointing at the West, North and East elevation CMU mortar joints with type n mortar as follows:

- Grind out and repoint mortar joints that are 1/16" or greater back to a depth equal to the width of the mortar joint but not less than 5/8".
- Remove all debris and wash down any dust with compressed water from a standard garden hose.
- Re-point the properly prepared joints with new type n mortar.
- Tool these joints to a concave style joint.
- Remove any excess mortar from the wall and prepare this wall for a final wash down.


**Item # 2:** Provide the proper power washing of the West, North & East elevations of wall for the application of Modac coating as follows:

PHONE: 847-839-1100 • FAX: 847-839-1101
2356 HASSELL RD. • SUITE G • HOFFMAN ESTATES, IL 60195 • WWW.BRALRESTORATION.COM

- Provide two (2) coats of Modac coating utilizing a standard color.
- Complete all work per the manufacturers specifications (see attached).
- Take care to protect the surrounding windows, frames, doors, roofing and neighboring properties during the application of this work.

**COST OF WORK FOR ITEMS # 1 & 2        $49,821.00**

**Option A:** Complete work as stated in Item #1 and apply Chem-Trete as specified in the attached specification sheet.

**COST OF WORK OPTION A:            $38,700.00**

- The owner is to supply Bral Restoration, LLC with water, electric and clear access to the work area.

- All permits and expediting fees are in addition to this contract and shall be provided at our cost plus a 10% handling and management fee.

- The owner is responsible for any required interior protection, the removal of belongings from interior walls, balconies or any items that may interfere with the repair work.

- The owner is to provide the required access and permission to neighboring properties authorizing Bral Restoration to complete the necessary repairs and install any required equipment.

**TERMS**:    We require a 50% deposit and this agreement approved with an authorized signature, prior to our scheduling or proceeding with this project. We will provide an invoice for work completed every 7 days. Invoices are due upon receipt. We will cease work without penalty if invoices are not paid as stated. We will return to the project after all monies owed for work completed to date are paid. This includes any additional cost to demobilize or remobilize the project, any additional permit or rental fees due to ceasing work, attorney's fees, and court costs. All invoices not paid when due shall bear interest at the rate of 2% per month and all costs of collections, including actual attorney's fee, which shall be paid by Owner/Owner's representative. We are not bound by the Davis-Bacon Act or any trade union regulations. All agreements contingent upon strikes, accidents or delays are beyond our control.

If this proposal meets with your approval, please sign and return the original.



*Page 2 of 3*

I, _____, the condominium board president hereby provide authorization to complete all of the work as specified in this contract.


**AGREED TO BY**: _____     _____
                                         (Sign name)                                       (Date)

                         _____     _____
                                         (Print name)                                      (Title)


I, Al Christoffer, General Manager agree to complete all the work as specified in this contract.


**AGREED TO BY**: _____     _____
                                         (Sign name)                                       (Date)

                         _____Al Christoffer_____     _____General Manager_____
                                         (Print name)                                      (Title)


NOTE:  This proposal may be withdrawn if not accepted within 30 days. This proposal shall remain confidential between the owner/owner's representative and Bral Restoration, LLC

ACTHA
Association of Condominium Townhouse & Homeowners Associations
MEMBER



# Protectosil® CHEM-TRETE® PB 100
WATER REPELLENT
Product Data and Test Information



### PRODUCT DESCRIPTION
A clear, penetrating, breathable water repellent for use on exterior above-grade concrete masonry units, brick masonry and most natural stones. Provides resistance against water, alkali attack, acid rain and waterborne staining. Penetrates into the substrate and chemically bonds with silica to form a permanent attachment of the water repellent molecule. **Protectosil CHEM-TRETE PB 100** is especially suited for making porous substrates such as split-face block water repellent. This water repellent effect stands up against wind-driven rain.

By preventing water and waterborne contaminants from entering the substrate, **Protectosil CHEM-TRETE PB 100** reduces problems such as efflorescence, leaching, acid rain deterioration, scaling, dirt buildup, staining, corrosion of reinforcing steel and mildew. **Protectosil CHEM-TRETE PB 100** will not cause adverse surface appearance of the substrate. Treated surfaces are fully breathable because the natural moisture vapor transmission is not affected. This will eliminate problems caused by entrapped moisture, including blushing of the sealer and freeze-thaw damage to the masonry.

### APPROPRIATE APPLICATIONS
Materials such as concrete masonry units (split-face, fluted or ground-faced blocks) can be protected from the ingress of wind-driven rain.
Brick masonry, especially single wythe wall construction, can be treated to prevent moisture from entering and damaging interior walls.
Keeps masonry cleaner by reducing the amount of dirt and other pollutants that may absorb into the concrete.

Other substrates that can be protected include sandstone, terra-cotta, Saint Joe brick, hand-molded bricks and most natural stones.

### ADVANTAGES
**Protectosil CHEM-TRETE PB 100** is a proprietary mixture of alkyltrialkoxysilanes. The **Protectosil CHEM-TRETE PB 100** is designed to provide a high level of surface beading with penetration, to protect against wind-driven rain. The silane components are unique because they chemically bond to the silica in the substrate and set up a hydrophobic layer of protection. Because of the silane's unique chemistry, a long service life is possible. By incorporating **Protectosil CHEM-TRETE PB 100** into your integrated design, you can earn vital Leadership in Energy & Environmental Design (LEED) credits for both new and existing construction projects.

The main benefits of the product are:
- High resistance to wind-driven rain
- Excellent resistance to chloride ion ingress
- Reduced efflorescence
- Breathable system
- Deep penetration into substrate
- High resistance to alkali attack
- Long service life
- Substrates already treated with **Protectosil CHEM-TRETE PB 100** can be painted over
- Keeps substrates cleaner

### LIMITATIONS
Not intended for below-grade waterproofing. Will leave a residue on nonporous materials such as glass, metal and painted surfaces. Asphalt-based materials such as roofing materials or plastic products, shrubbery, and plant life should be protected from overspray.

Should not be applied if the surface temperature is below 20°F (-7°C) or above 100°F (40°C), if rain is expected within 4 hours following application, or if high winds or other conditions prevent proper application. If rain has preceded the application, the surface should be allowed to dry for at least 24 hours.

### TECHNICAL DATA
**Protectosil CHEM-TRETE PB 100** is a clear, colorless liquid containing pure alkyltrialkoxysilanes with activator.

| | |
|---|---|
| Color | clear |
| Active Substance | pure silanes |
| Active Content | 100% by weight |
| Solvent | None |
| Flash Point | 122°F |
| Density | 7.3 lb/gal |
| VOC | 375 g/l |

### TEST DATA
**ASTM C 140 "Sampling and Testing Concrete Masonry Units, Absorption"**
24-hour submersion test–99.7% effective in reducing water intrusion

**ASTM C 67 "Sampling and Testing Brick and Structural Clay Tile, Part 7 Absorption"**
24-hour submersion test–99.6% effective in reducing moisture intrusion

**ASTM C 642 "Specific Gravity, Absorption and Voids in Hardened Concrete"**
24-hour immersion–97.5% effective     (Continued)

**ASTM E514 "Water Permeance of Masonry"**
Concrete Masonry Unit Wall
Untreated leakage 1.00 l/hr
Treated leakage 0.0 l/hr
Reduction in leakage 100%

**ASTM D 1653 "Water Vapor Transmission"**
72.5 g/ft$^2$/24 hours, 100% breathable

## INSTALLATION

Concrete masonry must be allowed to cure for a minimum of 28 days. All repointing must be completed and allowed to cure for at least 3 days. Concrete repair and replacement must be completed prior to application of **Protectosil CHEM-TRETE PB 100**. Patching materials, caulking and sealing materials must be fully cured before applying **Protectosil CHEM-TRETE PB 100.**

All surfaces must be cleaned to remove all traces of dirt, dust, efflorescence, mold, salt, grease, oil, asphalt, laitance, curing compounds, paint, coatings and other foreign materials. Acceptable surface cleaning methods include sandblasting, waterblasting and using chemical cleaners. Check with your local representative to verify that surface preparation is adequate.

**Protectosil CHEM-TRETE PB 100** should be applied using low-pressure (15 to 25 psi) pumping equipment with a wet fan type spray nozzle. Alternate methods include using either a power roller with a 1" nap or a brush. Do not alter or dilute the material. A test patch should be applied to the substrate to verify coverage rate, desired results and application conditions.

On vertical surfaces, apply **Protectosil CHEM-TRETE PB 100** in a flooding application from the bottom up, so the material runs down 6 to 8 inches below the spray pattern. Using this method, coverage rates on vertical surfaces will depend on the type of material to be treated. Application rates are typically from 50 to 125 ft$^2$/gal. Your Protectosil representative can give an exact coverage rate for your particular project.

Protect glass, metal, plastic and other nonporous substrates from overspray. **Protectosil CHEM-TRETE PB 100** will not etch glass but will leave a residue on nonporous surfaces. Check that pump equipment is clean and has no water in lines, nozzles or pump. Please refer to the "**Protectosil CHEM-TRETE PB 100** Application Instructions" for more detailed information.

**Precautions: Protectosil CHEM-TRETE PB 100** is a combustible liquid and should be kept away from heat, sparks, open flame and other sources of ignition. **Protectosil CHEM-TRETE PB 100** containers should be kept closed when not in use and should be stored at temperatures between 0°F (-18°C) and 120°F (50°C), away from rain and standing water. When working in an enclosed area, an air respirator should be used. Please refer to the material safety data sheet for more detailed information.

## AVAILABILITY

**Protectosil CHEM-TRETE PB 100** is available in 5-gallon pails and 55-gallon drums. Shipped F.O.B. throughout the United States and Canada. Contact your local Protectosil representative or your regional manager for specific cost
information. You can obtain their contact information on our website, www.protectosil.com, or by calling us at 1 (800) 828-0919.

## TECHNICAL SERVICE

Technical service engineers and scientists are available to answer questions about product performance, application methods and compatibility with other building materials. You can speak to one of our engineers or scientists directly by calling our toll-free number, 1 (800) 828-0919, and selecting option 1.

## MANUFACTURER

Evonik Corporation
299 Jefferson Road
Parsippany, NJ 07054-0677
1 (800) 828-0919
info.protectosil@evonik.com
www.protectosil.com

PROTECTOSIL PRODUCTS ARE MANUFACTURED AT THE EVONIK CORPORATION THEODORE, ALABAMA PLANT UNDER A QUALITY SYSTEM CERTIFIED TO ISO-9001 AND ISO-14001 REQUIREMENTS.

For more information, MSDS and the most updated product information, and to find your local representative, go to www.protectosil.com

Protectosil® , CHEM-TRETE®= registered trademarks of Evonik Industries

This information and all technical and other advice are based on Evonik Corporation's ("Evonik") present knowledge and experience. However, Evonik assumes no liability for such information or advice, including the extent to which such information or advice may relate to third party intellectual property rights. Evonik reserves the right to make any changes to information or advice at any time, without prior or subsequent notice. EVONIK DISCLAIMS ALL REPRESENTATIONS AND WARRANTIES, WHETHER EXPRESS OR IMPLIED, AND SHALL HAVE NO LIABILITY FOR MERCHANT ABILITY OF THE PRODUCT OR ITS FITNESS FOR A PARTICULAR PURPOSE (EVEN IF EVONIK IS AWARE OF SUCH PURPOSE), OR OTHERWISE. EVONIK SHALL NOT BE RESPONSIBLE FOR CONSEQUENTIAL, INDIRECT OR INCIDENTAL DAMAGES (INCLUDING LOSS OF PROFITS) OF ANY KIND. It is the customer's sole responsibility and obligation to arrange for inspection and testing of all products by qualified experts. Reference to trade names used by other companies is neither a recommendation nor an endorsement of the corresponding product, and does not imply that similar products could not be used.

# 2726 West Cortez Condominium Association



# Building Restoration
## Specialists

**Mr. John Gorr**
**2726 W. Cortez Unit #3**
**Chicago, Illinois 60622**



**Leak Inspection Report.**



2356 Hassell Rd., Suite G
Hoffman Estates, IL 60169

Phone: 847-839-1100
Fax:     847-839-1101
Web Site: **WWW.BRALRESTORATION.COM**

# Mr. John Gorr

**Location of Interior Water Leak
3rd Floor Window Head.**





**3rd Floor Window Leak Testing.**



**2726 W. Cortez
Chicago, Illinois 60622**

Page 2

# Mr. John Gorr

**3rd Floor Leak Location Testing.**





**3rd Floor Leak Location.**



**2726 W. Cortez
Chicago, Illinois 60622**

Page 3

# Mr. John Gorr

**North Door Leak Testing.**





**Leak Location North Door.**



**2726 W. Cortez
Chicago, Illinois 60622**

Page 4