# EXHIBIT I

**Young, Melinda**

From: Melinda Young <m.kadunc@comcast.net>
Sent: Thursday, October 25, 2018 1:13 PM
To: Young, Melinda
Subject: Fwd: 2726 W Cortez - Water Damage
Attachments: mime-attachment

Sent from my iPhone

Begin forwarded message:

> From: "Young, Melinda" <Melinda.Young@nuveen.com>
> Date: September 10, 2018 at 10:59:33 AM CDT
> To: Melinda Young <m.kadunc@comcast.net>
> Subject: 2726 W Cortez - Water Damage
>
> MELINDA YOUNG
> Chief of Staff, Nuveen Advisory Services
> melinda.young@nuveen.com
> 312 917 7730
> mobile: 773 551 7900
> Nuveen
> 333 West Wacker Drive
> Chicago, IL 60606
> nuveen.com
>
> **nuveen**
> A TIAA Company
>
> This communication and any attachments may be confidential and proprietary. If you are not an intended recipient, please inform the sender of the transmission error and delete this message immediately without reading, distributing or copying its contents.
>
> From: john gorr [mailto:jgorr1@msn.com]
> Sent: Friday, September 07, 2018 8:33 PM
> To: Young, Melinda <Melinda.Young@nuveen.com>
> Subject: Unit 3 - subfloor damage
>
> Hey Melinda - this is going to be an unfortunate way for us to start talking. I've been very busy trying to sell my place for the past few months and have had several setbacks. I'm not sure what was communicated to you during closing but there has been a history of water intrusion to the building. This has occurred primarily in my unit from leaks through the split face block. The history of the water intrusion has been thoroughly documented over some years and was clearly communicated along the way to the other unit owners.

We had the building sealed with elastomeric sealant a few months back so we're fairly confident that the water has stopped getting into the building. However, with the recent inspections on my place a few items have been brought up that have shed light on a new problem. I recently tested positive for elevated levels of mold in my unit. That triggered me to look at replacing some floorboards. Upon removing the floorboards we discovered that the subfloor was severely damaged in many areas and there is mold behind some walls, please see the attached pictures. From what started out as me replacing some floorboards has turned into a large and costly problem that was caused by a building issue. I have spoken with a few contractors about the next steps and the appropriate resolve is to remove some of the subfloor, and much of the drywall on the perimeter of my unit, treat the mold, and then repair and repaint.

I have relayed this information to Ryan as well. I anticipate that you will be surprised and disappointed at this news, and I'm sorry to break it to you. I'll be out of town tomorrow but will be available by phone all weekend to discuss. Otherwise, we can set up a building meeting this week.

John
773-742-0596