**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | |
| | ) | 1:19-cv-05684 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Gettleman |
| | ) | |
| AMERICAN INTERNATIONAL RELOCATION | ) | |
| SERVICES, LLC, D.B.A. AIRES, AN ILLINOIS | ) | |
| LIMITED LIABILITY CORPORATION, | ) | |
| NICHOLAS GONRING & KELLY GONRING., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Counsel of Record

PLEASE TAKE NOTICE that on _____ at _____ a.m., counsel for Plaintiff, Melinda Sgariglia, shall appear before Judge Gettleman., in Courtroom 2303 usually occupied by him at 219 south Dearborn Street, Chicago, IL 60604, and present her Motion to Extend Time to File Reply.

Dated: August 12, 2024.                           Respectfully submitted,

                                                  */s/*Carol Oshana _____

Carol Oshana
OSHANA LAW
20 N. Clark Street, Suite 3000
Chicago, IL 60602
312/404-8390
Oshanalaw@yahoo.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certify that the foregoing Notice of Motion to Extend was electronically filed using the CM/ECF system and was sent as follows: transmitting the document by the efile system on August 12, 2024, to the following email addresses:;

Elizabeth Loretta Archerd    earcherd@pfs-law.com, nvizzini@pfs-law.com

Jordan Aaron Finfer    jfinfer@pfs-law.com, msiedlecki@pfs-law.com

Dated: August 12, 2024

/s/Carol Oshana