**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | |
| | ) | 1:19-cv-05684 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Robert W. Gettleman |
| | ) | |
| AMERICAN INTERNATIONAL RELOCATION SERVICES, LLC, D.B.A. AIRES, AN ILLINOIS LIMITED LIABILITY CORPORATION, NICHOLAS GONRING & KELLY GONRING., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S 2nd MOTION FOR EXTENSION OF TIME - REPLY**

NOW COMES the Plaintiff, Melinda Sgariglia, by and through her attorney, Carol Oshana of Oshana Law, and in support of Motion for Extension to file Motion Reply in Support of Motion for Summary Judgment on damages, states as follows:

**FACTS**

1. On June 20, 2019, Plaintiff Melinda Sgariglia filed her Complaint for a violation of the Residential Real Property Disclosure Act, 765 ILCS 77/35, Fraud and Breach of Contract in the Circuit Court of Cook County, Chancery Division.

2. Defendants moved the matter to the United States District Court for the Northern District of Illinois, Eastern Division.

3. On July 29, 2024, Defendants filed their Response to Plaintiff's Motion for Summary Judgment on Damages.

4. This honorable Court granted Plaintiff until August 23, 2024 to complete her Reply.

5. Plaintiff counsel needs another 3 business days to complete her Reply. Counsel has been working on the Reply and it is near complete, however she needs time to finalize the document.

6. Defendant will not be prejudiced by the delay and had previously indicated his agreement to extensions.

WHEREFORE, for the foregoing reasons, Plaintiff, by and through her attorney, Oshana Law, respectfully requests that this Honorable Court grant the parties an extension of 30 days to file her Motion for Summary Judgment, to Wednesday, Aug 27, 2024.

> Respectfully submitted,
> MELINDA SGARIGLIA,
>
> By: _/s/ Carol Oshana_____
> One of her attorneys

Carol Billie Oshana
OSHANA LAW
20 North Clark Street, Suite 3000
Chicago, IL 60602
(312) 404-8390
ARDC: 6243613

August 23, 2024