IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELINDA SGARIGLIA, | ) | |
| | ) | 1:19-cv-05684 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Robert M. Dow |
| | ) | |
| AMERICAN INTERNATIONAL RELOCATION SERVICES, LLC, D.B.A. AIRES, AN ILLINOIS LIMITED LIABILITY CORPORATION, NICHOLAS GONRING & KELLY GONRING., | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To:      Counsel of Record

PLEASE TAKE NOTICE that on this May 23, 2024, I electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, the attached Plaintiff Melinda Sgariglia's Reply in Support of Motion for Summary Judgment on Damages and For Leave to File Petition for Attorney Fees and Costs, a copy of which is hereby served upon you.

                                                 _____Carol Oshana_____
                                                 Carol Oshana, Attorney for Plaintiff

### CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certify that the foregoing Notice of Motion to Extend was electronically filed using the CM/ECF system and was sent as follows: transmitting the document by email on Aug 27, 2024 by to the email addresses listed within the ECM efiling system.

                                                   /s/Carol Oshana

Carol Oshana
OSHANA LAW
20 N. Clark Street, Suite 3000
Chicago, IL 60602
312-404-8390
Oshanalaw@yahoo.com
ARDC No: 6243613