IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELINDA SGARIGLIA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:19-cv-05684 |
| v. ) | |
| ) | Honorable Robert W. Gettleman |
| AMERICAN INTERNATIONAL ) | |
| RELOCATION SERVICES, LLC, d/b/a ) | Magistrate Judge Gabriel A. Fuentes |
| AIRES, an Illinois limited liability ) | |
| company, NICHOLAS GONRING, and ) | |
| KELSEY GONRING, ) | |
| ) | |
| Defendants. ) | |

## MOTION OF NICHOLAS AND KELSEY GONRING TO RE-SET BRIEFING SCHEDULE AS TO THE GONRINGS' REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT ON DAMAGES

Defendants Nicholas and Kelsey Gonring (collectively the "Gonrings"), by their attorneys, Jordan A. Finfer and Elizabeth L. Archerd of the law firm of Patzik, Frank & Samotny Ltd., respectfully request that this Court re-set the briefing schedule on the parties' cross-motions for summary judgment on damages to allow the Gonrings to file their reply in support of their cross-motion for summary judgment on damages, and state as follows:

1. On January 18, 2024, this Court entered an order setting the following briefing schedule on the parties' cross-motions for summary judgment on damages: Plaintiff's motion for summary judgment on damages due March 15, 2024; the Gonrings' response and cross-motion due May 15, 2025; Plaintiff's reply due May 29, 2024; and the Gonrings' reply due June 12, 2024. Dkt. #253.

2. On March 15, 2024; April 19, 2024; and May 17, 2024, Plaintiff filed motions for extension of time to file her motion for summary judgment on damages. Dkt. #254; Dkt. #257; Dkt. #259. These motions were granted and the briefing schedule was ultimately amended as

follows: Plaintiff's motion for summary judgment on damages due May 23, 2024; the Gonrings' response and cross motion due July 29, 2024; plaintiff's reply due August 12, 2024; and the Gonrings' reply due August 26, 2024. Dkt. #260.

3. On May 23, 2024, Plaintiff filed her motion for summary judgment on damages. Dkt. #261.

4. On July 29, 2024, the Gonrings filed their response to Plaintiff's motion for summary judgment and cross-motion for summary judgment on damages and memorandum in support. Dkt. #264; Dkt. #265.

5. On August 12, 2024, Plaintiff filed a motion for extension of time to file her response/reply. Dkt. #268.

6. Plaintiff was granted an extension until August 23, 2024, but no date was set for the Gonrings to file their reply in support of their cross-motion for summary judgment on damages. Dkt. #269.

7. On August 23, 2024, Plaintiff filed a second motion for extension of time to file her response/reply. Dkt. #270.

8. Plaintiff was granted an extension until August 27, 2024 to file her reply; however, the Order granting Plaintiff's request did not include a date by which the Gonrings' may file a reply in support of their cross-motion for summary judgment on damages. Dkt. #271.

9. Plaintiff filed her reply in support of her motion for summary judgment on damages on August 27, 2024. Dkt. #272.

10. The Gonrings respectfully request that this Court re-set the remaining briefing schedule to provide time for the Gonrings to file their reply in support of their cross-motion for

summary judgment on damages. The Gonrings ask to have 21 days, until September 18, 2024, by which to do so.

WHEREFORE, Defendants/Third-Party Plaintiffs, Nicholas and Kelsey Gonring, respectfully request that this Honorable Court enter an order: (1) granting this motion; (2) allowing the Gonrings until September 18, 2024 to file a reply in support of their Cross-Motion for Summary Judgment on Damages; and (3) for such other and further relief as this Court deems equitable and just.

Dated: August 28, 2024

Respectfully submitted,

**NICHOLAS GONRING and KELSEY GONRING**

By: */s/ Elizabeth L. Archerd*
One of their attorneys

Jordan A. Finfer (ARDC #6296373)
Elizabeth Archerd (ARDC #6329394)
Patzik, Frank & Samotny Ltd.
200 S. Wacker Drive, Suite 2700
Chicago, IL 60606
Phone: 312-551-8300
jfinfer@pfs-law.com
earcherd@pfs-law.com

PFS:008071.0001.3363414.1

**CERTIFICATE OF SERVICE**

      The undersigned, a non-attorney, under penalty of perjury, hereby certifies that the MOTION OF NICHOLAS AND KELSEY GONRING TO RE-SET BRIEFING SCHEDULE AS TO THE GONRINGS' REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT ON DAMAGES was electronically filed on August 28, 2024 using the court's CM/ECF system and will then send same to all ECF-registered counsel of record.

                                                 */s/ Melissa Siedlecki*