# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

MELINDA SGARIGLIA,

    Plaintiffs,

v.

NICHOLAS GONRING, and KELSEY GONRING,

    Defendants.

Case No. 19 C 5684
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) MELINDA SGARIGLIA and against defendant(s) NICHOLAS GONRING, and KELSEY GONRING in the amount of $ 171,355.79

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☐ in favor of Defendant (s),

and against Plaintiff (s)

Defendant(s) shall recover costs from plaintiff(s)

☐ other:

This action was *(check one)*:
☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.

Date: 10/18/2024

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk