# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELINDA SGARIGLIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN INTERNATIONAL ) <br> RELOCATION SERVICES, LLC, d/b/a ) <br> AIRES, an Illinois limited liability ) <br> company, NICHOLAS GONRING, and ) <br> KELSEY GONRING, ) <br> ) <br> Defendants. ) | Case No. 1:19-cv-05684 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Nicholas Gonring and Kelsey Gonring (together, the **"Gonrings"**) hereby appeal to the United States Court of Appeals for the Seventh Circuit from (1) an order of this Court entered on September 16, 2021, and decided by District Judge Robert M. Dow, Jr., denying the Gonrings' motion for summary judgment (Dkt. #107); (2) an order of this Court entered on November 2, 2023, and decided by District Judge Robert W. Gettleman, granting in part Plaintiff, Melinda Sgariglia's (**"Sgariglia"**) motion for partial summary judgment on the question of liability on her second amended complaint (Dkt. #244); (3) an order of this Court entered on October 18, 2024, and decided by District Judge Robert W. Gettleman, granting in part Sgariglia's motion for summary judgment on damages and denying in part the Gonrings' motion for summary judgment on damages (Dkt. #277); and (4) a final judgment of this Court entered on October 18, 2024, and decided by District Judge Robert W. Gettleman, in favor of Sgariglia and against the Gonrings in the amount of $171,355.79 (Dkt. #278).

                                              **NICHOLAS GONRING and KELSEY GONRING**

                                              By:   */s/ Jordan A. Finfer*
                                                                        One of their attorneys

Jordan A. Finfer (ARDC #6296373)
Elizabeth Archerd (ARDC #6329394)
Patzik, Frank & Samotny Ltd.
200 S. Wacker Drive, Suite 2700
Chicago, IL  60606
Phone:  312-551-8300
jfinfer@pfs-law.com
earcherd@pfs-law.com

## **CERTIFICATE OF SERVICE**

      The undersigned, a non-attorney, under penalty of perjury, hereby certifies that the foregoing Notice of Appeal was electronically filed on November 15, 2024 using the court's CM/ECF system and will then send same to all ECF-registered counsel of record.

      */s/ Melissa Siedlecki*