# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELINDA SGARIGLIA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AMERICAN INTERNATIONAL ) <br> RELOCATION SERVICES, LLC, d/b/a ) <br> AIRES, an Illinois limited liability ) <br> company, NICHOLAS GONRING, and ) <br> KELSEY GONRING, ) <br> ) <br> Defendants. ) | Case No. 1:19-cv-05684 |

**SEVENTH CIRCUIT DOCKETING STATEMENT OF DEFENDANTS-APPELLANTS**

Defendants-Appellants, Nicholas Gonring and Kelsey Gonring (together, the **"Gonrings"**), as and for their Docketing Statement pursuant to Circuit Rules 3(c) and 28(a), state as follows:

## I. District Court Jurisdiction

The District Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) on the basis that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the parties are citizens of different states. Plaintiff, Melinda Sgariglia (**"Sgariglia"**), is a citizen of the state of Illinois. When this lawsuit was filed, the Gonrings were citizens of Michigan; currently, they are citizens of Wisconsin.

## II. Appellate Jurisdiction

The Seventh Circuit Court of Appeals has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291 because this appeal is taken from a final decision of the District Court. Specifically, the Gonrings appeal (1) an order of this Court entered on October 18, 2024, and decided by District Judge Robert W. Gettleman, granting in part Sgariglia's motion for summary judgment on

damages and denying in part the Gonrings' motion for summary judgment on damages (Dkt. #277); and (2) a final judgment of this Court entered on October 18, 2024, and decided by District Judge Robert W. Gettleman, in favor of Sgariglia and against the Gonrings in the amount of $171,355.79 (Dkt. #278). The Notice of Appeal in this matter was filed within 30 days of the entry of the final judgment, on November 15, 2024.

                                        **NICHOLAS GONRING and KELSEY GONRING**

                                        By:   */s/ Jordan A. Finfer*
                                                  One of their attorneys

Jordan A. Finfer (ARDC #6296373)
Elizabeth Archerd (ARDC #6329394)
Patzik, Frank & Samotny Ltd.
200 S. Wacker Drive, Suite 2700
Chicago, IL 60606
Phone: 312-551-8300
jfinfer@pfs-law.com
earcherd@pfs-law.com

**CERTIFICATE OF SERVICE**

  The undersigned, a non-attorney, under penalty of perjury, hereby certifies that the foregoing Seventh Circuit Docketing Statement of Defendants-Appellants was electronically filed on November 15, 2024 using the court's CM/ECF system and will then send same to all ECF-registered counsel of record.

                */s/ Melissa Siedlecki*