# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELINDA SGARIGLIA, | Case No. 19 CV 5684 |
| Plaintiff, | Judge Robert W. Gettleman |
| v. | |
| AMERICAN INTERNATIONAL RELOCATION SERVICES, LLC d/b/a, AIRES, NICHOLAS GONRING, and KELSEY GONRING, | |
| Defendants. | |
| NICHOLAS GONRING and KELSEY GONRING, | |
| Third Party Plaintiffs, | |
| v. | |
| 2726 WEST CORTEZ CONDOMINIUM and JOHN GORR, | |
| Third Party Defendants. | |

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) MELINDA SGARIGLIA, and against defendant(s) NICHOLAS GONRING, and KELSEY GONRING in the amount of $ 171,355.79

    which ☐ includes pre–judgment interest.
    ☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☒ in favor of Defendant (s), AMERICAN INTERNATIONAL RELOCATION SERVICES, LLC d/b/a, AIRES

    and against Plaintiff (s) MELINDA SGARIGLIA

As Ordered on 11/2/2023 [244]

☒ other: In Favor of Third-Party Defendants 2726 WEST CORTEZ CONDOMINIUM and JOHN GORR, and against Third-Party Plaintiffs NICHOLAS GONRING and KELSEY GONRING,

As Ordered on 11/2/2023 [244]

---

This action was *(check one)*:
☐ tried by a jury with Judge  presiding, and the jury has rendered a verdict.
☐ tried by Judge  without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on motions.

Date:  12/16/2024                    Thomas G. Bruton, Clerk of Court

                                     Claire E. Newman, Deputy Clerk