IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELINDA SGARIGLIA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:19-cv-05684 |
| v. ) | |
| ) | Honorable Robert W. Gettleman |
| AMERICAN INTERNATIONAL ) | |
| RELOCATION SERVICES, LLC, d/b/a ) | Magistrate Judge Gabriel A. Fuentes |
| AIRES, an Illinois limited liability ) | |
| company, NICHOLAS GONRING, and ) | |
| KELSEY GONRING, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S STATEMENT OF SATISFACTION OF JUDGMENT**

On October 18, 2024, this Court entered judgment in favor of Plaintiff and against Defendants Nicholas and Kelsey Gonring in the amount of $171,355.79. Dkt. #278. By wire transfer dated March 25, 2025, Defendants Nicholas and Kelsey Gonring have paid the amount ordered by this Court in full, including post-judgment interest, and have fully satisfied this judgment.

Respectfully submitted,

Dated: 4/3/25

**MELINDA SGARIGLIA**

By: /s/ Carol Oshana
One of her attorneys

Carol Oshana
OSHANA LAW
20 N. Clark Street, Suite 3000
Chicago, IL 60602
Oshanalaw@yahoo.com
ARDC #: 6243613

PFS:008071.0001.3531162.1