# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 9, 2025

To:  Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604

| | |
|---|---|
| No. 24-3101 | MELINDA SGARIGLIA,<br>Plaintiff - Appellee<br><br>v.<br><br>NICHOLAS GONRING and KESLEY GONRING,<br>Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:19-cv-05684<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                         F.R.A.P. 42(b)

STATUS OF THE RECORD:                                    no record to be returned

form name: **c7_Mandate**   (form ID: **135**)