# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 9, 2025

*By the Court*:

| | |
|---|---|
| No. 24-3101 | MELINDA SGARIGLIA,<br>　　　　　　　Plaintiff - Appellee<br><br>v.<br><br>NICHOLAS GONRING and KESLEY GONRING,<br>　　　　　　　Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-05684<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman | |

Upon consideration of the **MOTION FOR VOLUNTARY DISMISSAL OF APPEAL**, filed on April 8, 2025, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**    (form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit